Matthew D. Schelkopf (*pro hac vice* forthcoming)
mds@sstriallawyers.com
Joseph B. Kenney
jbk@sstriallawyers.com
**SAUDER SCHELKOPF LLC**
1109 Lancaster Avenue
Berwyn, PA 19312

Bonner Walsh (*pro hac vice* forthcoming)
bonner@walshpllc.com
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530

Adam Gonnelli (*pro hac vice* forthcoming)
adam@arglawoffice.com
**LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
7030 E. Genesee Street
Fayetteville, NY 13066

Alison M. Bernal (Bar No. 264629)
alison@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 West Mission Street, Suite 201
Santa Barbara, CA  93101
Telephone: (805) 963-2345
Facsimile: (805) 284-9590

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESHA FRANKLIN MARBURY, CHRISTINA ROOS, JAMES H. PALMER, JOHN H. CARO, ASHLEY GAGAS, and JAMES J. MARTINO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>Defendants. | CASE NO.:<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Plaintiffs Kesha Franklin Marbury, Christina Roos, James H. Palmer, John H. Caro, and Ashley Gagas bring this action against Defendants Hyundai Motor America ("HMA"), Hyundai Motor Company ("HMC"), Kia Motors America, Inc. ("KMA"), Kia Motors Corporation ("KMC") (collectively "Defendants"), by and through their attorneys, individually and on behalf of all others similarly situated, alleging the following causes of action against Defendants:

1. Violation of the California Consumer Legal Remedies Act (Cal. Civ. Code § 1750)

2. Violation of California Unfair Competition Laws (Cal. Bus. & Prof. Code § 17200)

3. Violation of California False Advertising Law (Cal. Bus. & Prof. Code § 17500)

4. Violation of the Song-Beverly Consumer Warranty Act (Cal. Civ. Code § 1790)

5. Violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa Stat. § 201-1, *et seq.*;

6. Violation of Arizona's Consumer Fraud Act (Az. Rev. Stat. § 44-1522, *et seq.*).

7. Violations of the Florida Deceptive & Unfair Trade Practices Act, Fla. Stat. § 501.201

8. Violation of Georgia's Fair Business Practices Act (Ga. Code Ann. § 10-1-390, et seq.)

9. Violation of Georgia's Uniform Deceptive Trade Practices Act (Ga. Code Ann. § 10-1-371(5)

10. Breach of Express Warranty

11. Breach of Implied Warranty

12. Violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301

13. Fraud

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

2

14.   Breach of the Duty of Good Faith and Fair Dealing

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

**TABLE OF CONTENTS**

I.     INTRODUCTION ..................................................................................7

II.    JURISDICTION ................................................................................10

III.  VENUE................................................................................................10

IV.  PARTIES ............................................................................................11

     A.    PLAINTIFFS.......................................................................11

          1.    Kesha Franklin Marbury .........................................11

          2.    Christina Roos...........................................................12

          3.    James H. Palmer ......................................................13

          4.    Ashley Gagas ...........................................................15

          5.    John H. Caro .............................................................17

          6.    James J. Martino ......................................................18

     B.    DEFENDANTS....................................................................21

          1.    Hyundai Motor America and Hyundai Motor Company ...........21

          2.    Kia Motors America, Inc. and Kia Motors Corporation ...........22

          3.    The Relationship Among the Defendants...............23

V.     CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLASS .............23

VI.  TOLLING OF STATUTES OF LIMITATIONS .............................24

VII. FACTUAL ALLEGATIONS...............................................................25

     A.    THE THETA II MPI ENGINES .........................................25

     B.    ENGINE FAILURES WITHIN THE CLASS VEHICLES ................30

     C.    DEFENDANTS' PREVIOUS MPI ENGINE RECALLS....................32

          1.    Hyundai's Chronology of Events .........................32

          2.    Kia's Chronology of Events ....................................34

     D.    DEFENDANTS' KNOWLEDGE OF THE MPI ENGINE DEFECT....................................................................................35

          1.    Hyundai's Knowledge .............................................36

               a)    Complaints by other class members...............38

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

4

2. Kia's Knowledge ........................................................ 146

    a. *Complaints by other class members* ............................... 148

3. Defendants' Knowledge from GDI Engine NHTSA Complaints ...................................................................... 206

E. DEFENDANTS' WARRANTY-RELATED PRACTICES .............. 211

1. HMA ............................................................................ 211

2. KMA ............................................................................ 213

VIII. CLASS ALLEGATIONS .................................................................... 216

IX. FIRST CAUSE OF ACTION - VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT ("CLRA") ................................... 219

X. SECOND CAUSE OF ACTION - VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW ..................................... 222

XI. THIRD CAUSE OF ACTION - VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW ................................................................ 223

XII. FOURTH CAUSE OF ACTION - VIOLATION OF THE SONG-BEVERLY ACT  BREACH OF IMPLIED WARRANTY ......................... 225

XIII. FIFTH CAUSE OF ACTION - VIOLATIONS OF PENNSYLVANIA'S UNFAIR TRADE PRACTICES ACT ..................................................... 226

XIV. SIXTH CAUSE OF ACTION - VIOLATIONS OF ARIZONA'S CONSUMER FRAUD ACT ..................................................................... 229

XV. SEVENTH CAUSE OF ACTION - VIOLATIONS OF FLORIDA'S DECEPTIVE  AND UNFAIR TRADE PRACTICES ACT ........................ 230

XVI. EIGHTH CAUSE OF ACTION - VIOLATION OF GEORGIA'S FAIR BUSINESS PRACTICES ACT ............................................................... 232

XVII. NINTH CAUSE OF ACTION - VIOLATION OF GEORGIA'S UNIFORM DECEPTIVE TRADE PRACTICES ACT ................................ 233

XVIII. TENTH CAUSE OF ACTION - BREACH OF EXPRESS WARRANTY ......................................................................................... 234

XIX. ELEVENTH CAUSE OF ACTION - BREACH OF IMPLIED WARRANTY ......................................................................................... 236

XX. TWELTH CAUSE OF ACTION - BREACH OF WRITTEN WARRANTY UNDER THE  MAGNUSON-MOSS WARRANTY ACT  ........................................................................................................ 237

XXI. THIRTEENTH CAUSE OF ACTION - COMMON LAW FRAUD .......... 239

XXII. FOURTEENTH CAUSE OF ACTION - BREACH OF THE DUTY OF

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

5

GOOD FAITH AND FAIR DEALING ........................................................ 240

XXIII. PRAYER FOR RELIEF ............................................................... 241

XXIV. DEMAND FOR JURY TRIAL ..................................................... 243

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                        Case No.

## I.     INTRODUCTION

1.     This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a national class of current and former owners and lessees with Theta II Multi-Point Injection ("MPI") engines (the "MPI Engines") installed in Model Year ("MY") 2010–2012 Santa Fe, MY 2011–2015 Sonata Hybrid, and MY 2010–2013 Tucson vehicles (the "Hyundai Class Vehicles"), as well as MY 2012–2013 Forte, MY 2012–2013 Forte Koup, MY 2011-2016 Optima, MY 2011–2013 Sorento, and MY 2012–2013 Sportage (the "Kia Class Vehicles").[1] The Hyundai Class Vehicles and Kia Class Vehicles are referred to collectively herein as the "Class Vehicles."

2.     This action arises from Defendants' failure to disclose to Plaintiffs and similarly situated consumers, despite their longstanding knowledge, that the engines in the Class Vehicles contain, *inter alia*, a latent manufacturing defect that results in catastrophic engine failure (the "Defect"). The Defect may cause the engines in the Class Vehicles to experience sudden and unexpected vehicle stalling during operation, as well as catastrophic engine failure. Moreover, as many consumers have reported, the Defect can also result in engine compartment fires.

3.     Significantly, the presence of this Defect poses an increased safety risk to the operator and passengers of the Class Vehicles, as well as to operators of other motor vehicles on shared highways, roads, and thoroughfares. The Defect results in significant damage to the rotating assembly of the MPI Engines, which can cause complete and catastrophic engine failure while the Class Vehicles are in operation at any time and under any driving conditions or speed. This exposes the driver and occupants of the Class Vehicles, as well as others who share the road with them, to an increased risk of accident, injury, or death. As discussed further herein, numerous

---

[1] Plaintiffs reserve the right to amend or add to the vehicle models and model years included in the definitions of the Class Vehicles after conducting discovery.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

owners and lessees of the Class Vehicles have experienced engine compartment fires as a result of the Defect and catastrophic engine failure, thus placing themselves and those around them in immediate danger.

4.     Defendants actively concealed (1) the fact that particular components within the Class Vehicles' engines are prone to failure, (2) that the existence of the Defect could result in, *inter alia*, puncture of the engine block, (3) that the existence of the Defect will result in stalling and unexpected engine failure, (4) that the Defect can cause a fire in the engine compartment, (5) that the existence of the Defect would diminish the intrinsic and resale value of the Class Vehicles, and (6) the safety concerns described herein.

5.     Defendants have long been aware of the Defect, yet have refused to repair the Class Vehicles without charge when the Defect manifests until recent recalls mandated by the National Highway Traffic Safety Administration ("NHTSA"). The recalls do not cover all of the Class Vehicles.[2] Indeed, Defendants have even refused to disclose the existence of the Defect when Class Vehicles displaying symptoms consistent with the Defect were brought in for service, instead choosing to ignore the Defect until it has caused significant mechanical problems necessitating costly repairs.

6.     The NHTSA recalls of certain Class Vehicles also only cover engine repairs and replacements in the future and omit offering reimbursements for out-of-pocket expenses of any kind to owners and lessees of the Class Vehicles, including amounts paid for engine repairs and replacements, any damages due to engine fires, diagnostic fees, and rental car and towing fees. Moreover, replacement engines are not readily available, meaning owners and lessees of the Class Vehicles are unable

---

[2] The recalls omit the following Class Vehicles: 2010–2011 Santa Fe, MY 2014–2015 Sonata Hybrid, MY 2010–2013 Tucson, MY 2014-2016 Optima, MY 2011Sorento, and MY 2013 Sportage.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

to safely use their Class Vehicles, and Defendants have not announced compensation for the loss of the use of the Class Vehicles that cannot be safely operated until replacement engines are available.

7. Many other owners and lessees of the Class Vehicles have communicated with Defendants and/or their agents to request that they remedy and/or address the Defect and/or resultant damage at no expense. Defendants have routinely failed to do so, even within the warranty period.

8. Defendants have also routinely denied warranty claims related to this concealed Defect when it manifests in the Class Vehicles outside of the warranty period. Because the Defect can manifest shortly outside the warranty period for the Class Vehicles—and given Defendants' knowledge of this concealed, safety-related Defect—Defendants' attempts to limit the warranty with respect to the engine Defect are unconscionable and unenforceable here. Defendants also attempt to shirk their warranty obligations by requiring individuals to produce all maintenance records for the vehicle, and if even one is missing, denying warranty coverage.

9. As a result of Defendants' unfair, deceptive, and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiffs, have suffered an ascertainable loss of money and/or property and/or loss in value. The unfair and deceptive trade practices committed by Defendants caused Plaintiffs and the members of the class to suffer damages, including but not limited to, loss of value, loss of use of the vehicles, and repair costs.

10. Had Plaintiffs and other Class Members known of the Defect at the time of purchase or lease, they would not have bought or leased the Class Vehicles, or would have paid substantially less for them.

11. Plaintiffs are also informed and believe, and on that basis allege, that as the number of complaints increased, and Class Members grew dissatisfied with the performance of the Class Vehicles, Defendants were forced to acknowledge that the Class Vehicles suffer from an inherent Defect prior to the NHTSA recalls.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

9

12.     As a result of the Defect and the monetary costs associated with attempting to repair the Defect, Plaintiffs and the Class Members have suffered injury in fact, incurred damages, and have otherwise been harmed by Defendants' conduct.

13.     Accordingly, Plaintiffs bring this action to redress Defendants' violations of the consumer protection statutes of California, Pennsylvania, Arizona, Florida, and Georgia, and also seek recovery for Defendants' breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, and common law fraud.

## II.     JURISDICTION

14.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one plaintiff and one defendant are citizens of different States. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

15.     This Court has general personal jurisdiction over Defendants because they have corporate headquarters and offices located in this judicial district, conducted substantial business in this judicial district, and intentionally and purposefully placed Class Vehicles into the stream of commerce within the districts of California and throughout the United States.

## III.     VENUE

16.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because HMA and KMA maintain their corporate headquarters in this district, Defendants transact business in this district, are subject to personal jurisdiction in this district, and therefore are deemed to be citizens of this district. Additionally,

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

10

there are one or more authorized Kia and Hyundai dealers within this district and Defendants have advertised in this district and have received substantial revenue and profits from their sales and/or leasing of Class Vehicles in this district. Therefore, a substantial part of the events and/or omissions giving rise to the claims occurred, in part, within this district.

## IV.    PARTIES

### A.    PLAINTIFFS

#### 1.    Kesha Franklin Marbury

17.    Plaintiff Kesha Franklin Marbury is a citizen of the State of Alabama, and currently resides in Tuscaloosa, Alabama.

18.    In 2017, Plaintiff Marbury bought a 2012 Hyundai Sonata hybrid. Plaintiff's Class Vehicle bears Vehicle Identification Number: KMHEC4A40CA059100.

19.    Prior to purchasing the Class Vehicle, Plaintiff Marbury test drove the Class Vehicle, viewed advertisements for the vehicle and the vehicle's window sticker, and spoke with the sales representatives at Tuscaloosa Hyundai concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Marbury of the Defect's existence at any time either prior to or following her purchase, whether at the point of sale or otherwise. Plaintiff Marbury relied on Defendants' misrepresentations and omissions in deciding to purchase her vehicle.

20.    Plaintiff Marbury purchased (and still owns) this vehicle, which was used for personal, family and/or household uses, but now it stays in her garage because she is afraid to drive it.

21.    On two occasions – in late 2019 and in early 2020, Ms. Marbury's son was driving the car. On both occasions there was a knocking sound in the engine, a warning light appeared, and the car stalled. On one of the occasions, the car stalled

CLASS ACTION COMPLAINT                                                      Case No.

while Ms. Marbury's son was making a left turn into traffic. Ms. Marbury's son barely avoided an accident. On both occasions, the car was towed to the dealer.

22.     At all times relevant herein, Plaintiff Marbury adhered to Hyundai's recommended maintenance intervals as closely as possible.

23.     Plaintiff Marbury has suffered an ascertainable loss as a result of Defendant's' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses associated with the engine Defect, diminished value of her vehicle, increased risk to her safety, and other consequential damages.

24.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Marbury of the existence of the Defect prior to, or any time after, her purchase.

## 2.     <u>Christina Roos</u>

25.     Plaintiff Christina Roos is a citizen of the Commonwealth of Pennsylvania, and currently resides in Thorndale, Pennsylvania.

26.     On or about May 16, 2018, Plaintiff Roos purchased a 2012 Kia Sportage from Jim Sipala Kia in Coatesville, Pennsylvania. Plaintiff's Class Vehicle bears Vehicle Identification Number: KNDPB3A20C7310056.

27.     Prior to purchasing the Class Vehicle, Plaintiff Roos test drove the Class Vehicle, viewed advertisements for the vehicle and spoke with Kia's sales representatives concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Roos of the Defect's existence at any time either prior to or following her purchase, whether at the point of sale or otherwise. Plaintiff Roos relied on Defendants' misrepresentations and omissions in deciding to purchase her vehicle.

28.     Plaintiff Roos purchased the vehicle, which was used for personal, family and/or household uses.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

12

29.  On or about January 26, 2020, Plaintiff Roos was driving at approximately 55 miles per hour when all of the vehicle's warning lights started flashing and the vehicle suddenly lost power. She had a difficult time getting the vehicle safely to the side of the road.

30.  Ms. Roos had the car towed to Great Valley Automotive in Malvern, Pennsylvania.

31.  The mechanic at Great Valley said that he thought the problem was a connecting rod bearing failure and that he had seen the problem before with other Kia and with Hyundai vehicles. The mechanic told Ms. Roos she would have to take the car to a Kia dealership.

32.  Ms. Roos towed the vehicle to the Kia dealership in Coatesville. She was told by personnel there the engine had failed, but the repairs were not covered by Ms. Roos' warranty. They advised Ms. Roos to contact Kia's corporate office.

33.  Ms. Roos did so and was instructed to file a written complaint. After months of not having her problem resolved by either Kia corporate or Coatesville, Ms. Roos traded in the car for a 2018 Kia Optima at Kia Coatesville. Ms. Roos lost money on the transaction.

34.  At all times relevant herein, Plaintiff Roos adhered to Kia's recommended maintenance intervals as closely as possible.

35.  Plaintiff Roos has suffered an ascertainable loss because of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses from the engine Defect, diminished value of her vehicle, increased risk to her safety, and other consequential damages.

36.  Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Roos of the existence of the Defect prior to, or any time after, her purchase.

**3.  <u>James H. Palmer</u>**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

13

37.     Plaintiff James H. Palmer is a citizen of the State of Arizona, and currently resides in Benson, Arizona.

38.     In April of 2015 Plaintiff Palmer purchased a 2011 Kia Optima Hybrid, VIN: KNAGM4AD7B5006098 from Royal Kia in Arizona.

39.     Prior to purchasing the Class Vehicle, Plaintiff Palmer test drove the Class Vehicle, viewed advertisements for the vehicle and spoke with Kia's sales representatives concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Palmer of the Defect's existence at any time either prior to or following his purchase, whether at the point of sale or otherwise. Plaintiff Palmer relied on Defendants' misrepresentations and omissions in deciding to purchase his vehicle.

40.     Plaintiff Palmer purchased this vehicle and used it for personal, family and/or household uses until it was declared a total loss following an engine fire.

41.     On or about July 8, 2016, Plaintiff Palmer had loaned his car to his son. While his son was driving, a pop was heard in the engine compartment, the car started to smoke and then was soon engulfed in flames. The vehicle was a total loss and



NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

there was damage to the bottom of the engine consistent with a thrown connecting rod, as shown above.

42.     Even though Plaintiff Palmer maintained insurance on the vehicle he was out of pocket for several thousand dollars as the full loan was not satisfied. Plaintiff Palmer tried to explore a resolution with Kia, and was denied. He later learned of Defects in the Theta II engines and the associated class action litigation. He attempted to make a claim in that case, but found that, even though he experienced the same type of failure as was experienced in that class action, it involved only the gasoline direct injection Theta II engines and MPI engines were not part of the case.

43.     At all times relevant herein, Plaintiff Palmer adhered to Kia's recommended maintenance intervals as closely as possible.

44.     Plaintiff Palmer has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses associated with the engine Defect, out of pocket losses associated with an engine fire, diminished value of his vehicle, increased risk to his safety, and other consequential damages.

45.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Palmer of the existence of the Defect prior to, or any time after, his purchase.

### 4.     Ashley Gagas

46.     Plaintiff Ashley Gagas is a citizen of the State of Florida, and currently resides in Tamarac, Florida.

47.     On or about August 28, 2018, Plaintiff Gagas purchased a 2012 Hyundai Santa Fe, VIN: 5XYZG3AB8CG168875.

48.     Prior to purchasing the Class Vehicle, Plaintiff test drove the Class Vehicle, viewed advertisements for the vehicle, and conducted independent research on Hyundai's website about the vehicle's features. Neither Defendants nor their

15

agents, dealers, or other representatives informed Plaintiff of the Defect's existence at any time either prior to or following her purchase, whether at the point of sale or otherwise. Plaintiff Gagas relied on Defendants' misrepresentations and omissions in deciding to purchase her vehicle.

49. Plaintiff Gagas purchased (and still owns) this vehicle, which is used for personal, family and/or household uses.

50. In or around November 2019, Plaintiff Gagas heard a knocking sound emanating from the engine of her Class Vehicle. Plaintiff Gagas was pregnant at this time and stopped driving the Class Vehicle out of fear that the engine would fail.

51. Plaintiff Gagas had the vehicle towed to a local mechanic, who diagnosed the cause of the knocking noise as connecting rod bearing failure.

52. Plaintiff Gagas then had her Class Vehicle towed to Coconut Creek Hyundai in Coconut Creek, Florida. The dealership employees also diagnosed the cause of the knocking noise as connecting rod bearing failure.

53. Plaintiff Gagas requested that Coconut Creek Hyundai repair her Class Vehicle under warranty, but Coconut Creek Hyundai declined to do so. Plaintiff Gagas also contacted Hyundai's corporate customer service line and spoke to a number of different Hyundai employees about receiving warranty coverage for the necessary repairs. Hyundai declined to offer warranty coverage.

54. Plaintiff Gagas also contacted the Better Business Bureau, but they did not provide any assistance in resolving her issue.

55. Plaintiff Gagas also called the National Highway Traffic Safety Administration and submitted a verbal complaint regarding the dangerous safety Defect in her Class Vehicle, and Hyundai's unwillingness to assist Plaintiff.

56. After several attempts, Hyundai's corporate customer service offered to reduce the cost of the required engine replacement by $1,500, to $4,721. Plaintiff Gagas then procured the necessary replacement by paying $4,721 out-of-pocket to Coconut Creek Hyundai.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

16

57.     At all times relevant herein, Plaintiff Gagas adhered to Hyundai's recommended maintenance intervals  as closely as possible.

58.     Plaintiff Gagas has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses associated with the engine Defect, diminished value of her vehicle, increased risk to her safety, and other consequential damages.

59.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Gagas of the existence of the Defect prior to, or any time after, her purchase.

**5.     John H. Caro**

60.     Plaintiff John H. Caro is a citizen of the State of Florida, and currently resides in Fort Pierce, Florida.

61.     On or about July 24, 2014, Plaintiff Caro acquired a 2013 Kia Sportage, VIN: KNDPB3A21D7397726 from Smith Kia of Merritt Island, Florida.

62.     Prior to purchasing the Class Vehicle, Plaintiff Caro test drove the Class Vehicle, viewed advertisements for the vehicle and the vehicle's window sticker, and spoke with Kia's sales representatives concerning the vehicle's features. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Caro of the Defect's existence at any time either prior to or following his purchase, whether at the point of sale or otherwise. Plaintiff Caro relied on Defendants' misrepresentations and omissions in deciding to purchase his vehicle.

63.     Plaintiff Caro purchased (and still owns) this vehicle, which was used for personal, family and/or household uses until it became inoperable.

64.     On or about September 19, 2020, Plaintiff Caro's vehicle had a total internal failure in the lower end of the engine while driving. Plaintiff Caro's vehicle had more than 105,000 miles on it and therefore was not eligible for repair under the 100,000-mile warranty. Furthermore, Plaintiff Caro was informed that there were no

17

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

replacement long block engines available to repair the vehicle. The vehicle remains unrepaired and in Plaintiff Caro's possession.

65.    At all times relevant herein, Plaintiff Caro adhered to Kia's recommended maintenance intervals as closely as possible.

66.    Plaintiff Caro has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses associated with the engine Defect, diminished value of his vehicle, increased risk to his safety, and other consequential damages.

67.    Neither Defendant, nor any of their agents, dealers, or other representatives informed Plaintiff Caro of the existence of the Defect prior to, or any time after, his purchase.

### 6.    <u>James J. Martino</u>

68.    Plaintiff James J. Martino is a citizen of the State of Georgia, and currently resides in Dacula, Georgia.

69.    On or about March 10, 2018, Plaintiff Martino acquired a used 2013 Kia Sorento, VIN: 5XYKT4A1XDG331893 from Ewing Motor Company of Buford, Georgia.

70.    Prior to purchasing the Class Vehicle, Plaintiff Martino test drove the Class Vehicle, had a vehicle inspection done at a Kia dealership and from that inspection obtained a report that showed no issues with the Class Vehicle. Neither Defendants nor their agents, dealers, or other representatives informed Plaintiff Martino of the Defect's existence at any time during the inspection or either prior to or following his purchase, whether at the point of sale or otherwise. Plaintiff Martino relied on Defendants' misrepresentations and omissions in deciding to purchase his vehicle.

71.    Plaintiff Martino purchased (and still owns) this vehicle, which was used for personal, family and/or household uses until it became inoperable.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

18

72.     On or about September 13, 2019, Plaintiff Martino's vehicle had a total internal failure in the lower end of the engine while driving. Plaintiff Martino's vehicle had more than 94,994 miles on it and therefore was not eligible for repair under the used 60,000-mile vehicle warranty. Furthermore, Plaintiff Martino was informed that the Class Vehicle had experienced what was "definitely an engine failure," but because it was the MPI engine, it was not under recall. The Dealer further informed Plaintiff Martino that the dealership could not even submit the repair for a warranty claim. The dealership representative further stated that the MPI engines would usually have cylinder 4 failures when the connecting rods become loose and start knocking and ultimately cause the engine to fail. Plaintiff Martino was further informed that his engine was "knocking like crazy" and that a connecting rod had failed. The vehicle remains unrepaired and in possession of the Kia dealership.

73.     In September of 2019, Plaintiff Martino put Kia on notice of his engine failure and his claims. His first contact to Kia Consumer Assistance occurred on or about September 13, 2019. Plaintiff Martino has remained in contact almost continually since that time and has contacted approximately 20 people at Kia and made more than 40 calls to the dealership and Kia. These contacts alone have resulted in over nine hours of time discussing the engine failure and Plaintiff Martino's concerns that the issue is widespread. He has supplied Kia with information showing that there are numerous NHTSA complaints, advised them about consent orders covering similar defects that have been entered into with other engines, advised them of the GDI recalls with the same issues, the GDI class action, and other information generally highlighting that issues are common and pervasive.

74.     Despite being supplied this information, Kia has represented to him that they are unaware of there being substantial issues with the MPI engines. Alternatively, Kia representatives would say that there was no open campaign on the vehicle that they were aware of involving vehicles with engines similar to his.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Through continued contacts with Consumer Affairs, the director of Corporate Communications, and Kia's president, Defendants have remained adamant in advising Plaintiff Martino that the issue is not prevalent and that no action needs be taken. Many times the Consumers Affairs department would relay that they did not know if the issue was being investigated as it was not their department. Consumer Affairs would not give further information on how to escalate the issue. When Plaintiff Martino tried to escalate this to Corporate Communications or other departments, he was always referred back to Consumer Affairs.

75.     During this time, Kia offered to pay for one-third of the cost of the replacement engine. Kia declined to provide full warranty coverage. Throughout his discussions with Kia, Plaintiff Martino advised them of the number of NHTSA complaints that kept being filed and even filed his own.[3] In one of the final discussions Plaintiff Martino had with Kia, on or about June 23, 2020, he advised Kia that the issue was widespread, that he had suffered a decrease in value even if the vehicle was ultimately repaired, and that people who owned these vehicles were suffering due to Kia's failure to warranty the Defect. He was told by Kia Consumer Affairs, "it is what it is" and, "there is nothing more that we can do. He was further advised that Kia could not tell him what had been done to look in to the MPI failures.

76.     At all times relevant herein, Plaintiff Martino adhered to Kia's recommended engine maintenance intervals as closely as possible. In fact, all of this maintenance has been performed by a Kia dealership. At no time did the dealership advise that any kind of repairs, recalls or upgrades needed to be performed on the vehicle related to the engine.

_____

[3] NHTSA Complaint ID#11256527.

20

77.     Plaintiff Martino has suffered an ascertainable loss as a result of Defendants' omissions and/or misrepresentations associated with the engine Defect, including, but not limited to, out of pocket losses associated with the engine Defect, diminished value of his vehicle, increased risk to his safety, and other consequential damages.

78.     Neither Defendants, nor any of their agents, dealers, or other representatives informed Plaintiff Martino of the existence of the Defect prior to, or any time after, his purchase.

**B.     DEFENDANTS**

**1.     Hyundai Motor America and Hyundai Motor Company**

79.     Defendant Hyundai Motor Company ("HMC") is a multinational South Korean corporation with over 123,000 employees worldwide. HMC, through its various entities, designs, manufactures, markets, distributes and sells Hyundai automobiles in California and throughout the United States.

80.     Defendant Hyundai Motor America is incorporated and headquartered in the State of California with its principal place of business at 10550 Talbert Avenue, Fountain Valley, California 92708. HMA is HMC's U.S. sales and marketing division, which oversees sales and other operations across the United States. HMA distributes Hyundai vehicles and sells these vehicles through its network of dealerships. Money received from the purchase of a Hyundai vehicle from a dealership flows from the dealer to HMA.

81.     There exists, and at all times herein existed, a unity of ownership between HMC, HMA and their agents such that any individuality or separateness between them has ceased and each of them is the alter ego of the others.

82.     Upon information and belief, Defendant HMC communicates with Defendant HMA concerning virtually all aspects of the Hyundai products it distributes within the United States.

83.     Upon information and belief, the design, manufacture, distribution,

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

service, repair, modification, installation, and decisions regarding the engines as they relate to the Defect within the Hyundai Class Vehicles were performed by Defendants HMA and HMC.

84.     Upon information and belief, Defendants HMA and HMC developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Hyundai Class Vehicles.

85.     HMA and HMC are collectively referred to in this complaint as "Hyundai" or "Defendants" unless identified separately.

86.     Hyundai engages in continuous and substantial business in California.

### 2.     Kia Motors America, Inc. and Kia Motors Corporation

87.     Defendant Kia Motors Corporation ("KMC") is a multinational South Korean corporation with over 52,000 employees worldwide. KMA, through its various entities, designs, manufactures, markets, distributes and sells Kia automobiles in California and throughout the United States.

88.     Defendant KMA is incorporated and headquartered in the state of California with its principal place of business at 111 Peters Canyon Road, Irvine, California 92606. KMC is the parent corporation of Kia Motors America, Inc. ("KMA"). KMA is the U.S. sales and marketing division of its parent company, Kia Motors Corporation, which oversees sales and other operations across the United States. KMA distributes Kia vehicles and sells these vehicles through its network of dealerships. Money received from the purchase or lease of a Kia vehicle from a dealership flows from the dealer to KMA.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

89.     As of December 31, 2020, Kia Motors Corporation's largest shareholder is Hyundai Motor Company, which holds 33.88 percent of KMC's stock.[4]

90.     Upon information and belief, the distribution, service, repair, installation, and decisions regarding the Engines as they relate to the engine Defect within the Kia Class Vehicles were all performed by Defendant KMA.

91.     Upon information and belief, Defendant KMA developed the window (Monroney) stickers, post-purchase owner's manuals, warranty booklets, and information included in maintenance recommendations and/or schedules for the Kia Class Vehicles.

92.     KMA engages in continuous and substantial business in California.

### 3.     The Relationship Among the Defendants

93.     HMA and KMA are both part of the South Korea-based Hyundai Motor Group conglomerate.

94.     Defendants share factories, parts, and intellectual property.

95.     The engines that are the subject of this litigation were manufactured by Hyundai and used in both Hyundai and Kia automobiles.

96.     On information and belief, Defendants jointly determined a response to the complaints of Class Members.

## V.     CALIFORNIA LAW APPLIES TO THE NATIONWIDE CLASS

97.     It is appropriate to apply California law to the nationwide claims because California's interest in this litigation exceeds that of any other state.

98.     Defendant HMA is located in Fountain Valley, California and is the sole entity in the United States responsible for distributing, selling, leasing, and warranting Hyundai vehicles.

---

[4]     https://pr.kia.com/en/company/sustainability/sustainability-report.do (2020 Sustainability Report, pg. 51) (last visited January 29, 2021).

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

99.   Defendant KMA is located in Irvine, California and is the sole entity in the United States responsible for distributing, selling, leasing, and warranting Kia vehicles.

100.   KMA and HMA both maintain their customer relations, engineering, marketing, and warranty departments at their corporate headquarters in this district. KMA's customer service complaint address is Kia Motors America Consumer Affairs Department, P.O. Box 52410, Irvine, California 92619-2410. HMA's customer service complaint address is Hyundai Motor America, P.O. Box 20850, Fountain Valley, CA 92728-0850. KMA's and HMA's customer relations departments are responsible for fielding customer complaints and monitoring customer complaints posted to their respective websites or third-party websites.

101.   KMA's and HMA's warranty and engineering departments are both responsible for the decisions to conceal the engine Defect from KMA's and HMA's respective customers, and for neglecting to inform consumers of the Defect.

102.   Based on the foregoing, such policies, practices, acts, and omissions giving rise to this were developed in, and emanated from, Hyundai's headquarters in Fountain Valley, California and KMA's headquarters in Irvine, California. As detailed below, HMA and KMA also came to know, or should have come to know, of the engine Defect through the activities of their divisions and affiliated entities located within California. Accordingly, the State of California has the most significant relationship to this litigation and its law should govern.

## VI.   TOLLING OF STATUTES OF LIMITATIONS

103.   Any applicable statute(s) of limitations has been tolled by Defendants' knowing and active concealment and denial of the facts alleged herein. Plaintiffs and the members of the Class could not have reasonably discovered the true, latent nature of the engine Defect until shortly before this class action litigation was commenced.

104.   In addition, even after Plaintiffs and Class Members contacted

24

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Defendants and/or their authorized dealers for vehicle repairs concerning the engine Defect, they were routinely told by Defendants and/or through their dealers that the Class Vehicles were not defective. As described below, the true cause of the premature and catastrophic failure in the Class Vehicles is the Defect.

105.    Defendants were and remain under a continuing duty to disclose to Plaintiffs and the Members of the Class the true character, quality, and nature of the Class Vehicles, that the manufacturing Defect can result in an engine compartment fire, that the Defect will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Defendants, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VII.   FACTUAL ALLEGATIONS

### A.    THE THETA II MPI ENGINES

106.    The Theta II 2.0-liter and 2.4-liter engines contained in the Class Vehicles use a gasoline multi-point injection ("MPI") fuel delivery system.

107.    In an MPI system, fuel is injected at each cylinder, directly inside the cylinder's intake port, allowing much greater control over how much fuel the engine burns and thereby increasing overall fuel efficiency.

108.    Hyundai manufactured the Class Vehicles' engines in at least two locations including the Hyundai Motor Manufacturing Alabama facility in Montgomery, Alabama and in Hyundai's manufacturing facility in Ulsan, South Korea.

109.    Upon information and belief, the engines in the Class Vehicles were built with the same parts, on the same assembly lines, and using the same manufacturing processes.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

110.   The MPI Engines in the Class Vehicles use four reciprocating pistons to convert pressure into a rotating motion. Gasoline is mixed with air in the combustion chambers of the engine. To generate such rotating motion, a four-stroke sequence is used (the "Combustion Cycle"). First, the intake stroke begins with the inlet valve opening and a vaporized fuel mixture is pulled into the combustion chamber. Second, the compression stroke begins with the inlet valve closing and the piston beginning its movement upward, compressing the fuel mixture in the combustion chamber. Third, the power stroke begins when the spark plug ignites the fuel mixture, expanding the gases and generating power that is transmitted to the crankshaft. And fourth, the exhaust stroke begins with the exhaust valve opening and the piston moving back up, forcing the exhaust gases out of the cylinder. The exhaust valve then closes, the inlet valve opens, and the Combustion Cycle repeats itself. A diagram of Combustion Cycle is below:



111.   The pistons are connected to the crankshaft via the connecting rod. As the connecting rod moves up and down during the Combustion Cycle, this causes the crankshaft to rotate, ultimately resulting in power to the drive wheels of the vehicle. During this cycle, the crankshaft rotates many thousands of times per

minute within each connecting rod. In order to reduce friction and prolong longevity, this design utilizes a bearing placed between the connecting rod and crankshaft surfaces. As a result, the connecting rod bearings allow the crankshaft to rotate within the connecting rods during the Combustion Cycle. An exemplar diagram of the piston, connecting rod, connecting rod bearing and crankshaft is shown below:



CLASS ACTION COMPLAINT                                                          Case No.

1
2
3
4
5
6
7
8
9
10
11
12
13

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101



Figure 3-70.—Connecting rod bearings.

14    112.   When the Class Vehicles are in operation, engine oil is used to lubricate

15  the pistons, cylinder walls, connecting rod bearings and other rotating and moving

16  components as the pistons move up and down through the four-stroke sequence.

17  Engine oil is necessary to reduce wear on moving parts throughout the engine,

18  improve sealing, and cool the engine by carrying away heat from the moving parts.

19  Engine oil also cleans and transports contaminants away from the engine to the

20  engine oil filter. Oil is pumped and pressurized throughout the engine by the oil

21  pump. The oil pump draws oil from the oil pan, located underneath the piston and

22  crankshaft. The oil pump forces engine oil through the oil filter and then through

23  passages in the engine to properly lubricate and reduce friction in internal moving

24  engine components. The oil then returns to the oil pan through small drainage holes

25  located throughout the engine where it will be recirculated by the oil pump. Below

26  is a diagram illustrating the typical path and channels of engine oil lubrication in an

27  overhead cam engine:

28

CLASS ACTION COMPLAINT                                                    Case No.



113.   The connecting rod bearings are also lubricated with engine oil in order to allow the crankshaft to rotate within the connecting rods. A close-up picture of a functional connecting rod bearing is below:



Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101

**B.     ENGINE FAILURES WITHIN THE CLASS VEHICLES**

114.   Upon information and belief, the rotating assembly is destined to fail due to an improper manufacturing and machining process. As a result, the connecting rod bearings in the MPI Engines undergo prolonged failure as the crankshaft rotates within the connecting rod bearings and metal debris circulates throughout the engine via the engine oil. Over time, and as a result of the manufacturing Defect within the rotating assembly and these contaminants within the oiling system, the connecting rod bearings begin to fracture. Once the connecting rod bearings fracture, large amounts of metal debris begin to accumulate in the engine oil. As a result, the oil becomes so contaminated with metal debris that the oil filter can no longer remove the plethora of contaminants and maintain the necessary oil pressure within the engine. This contaminated engine oil is recirculated throughout the engine by the oil pump, causing and accelerating further damage to the various engine components and eventually resulting in sudden and unexpected catastrophic engine failure. If the vehicle is being operated on the highway at the time of the engine failure, it will ultimately result in a high-speed stalling event.

115.   Additionally, as the connecting rod bearings continue to fracture, the acceptable tolerances between the bearings, the connecting rod, and the crankshaft rapidly deteriorate. Eventually, the Class Vehicles begin producing a "knocking" sound originating from the engine as a result of the deteriorating bearings. In some instances, the defective connecting rod bearings may eventually cause the piston and/or connecting rod to break through the engine block as a result of the deterioration.

116.   Once the connecting rod breaks through the engine block, it can result in an engine compartment fire as engine oil spills throughout the broken cylinder wall and throughout the engine.

117.   A photograph of a fractured connecting rod bearing is included

30

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

below. As shown in the photograph, the bearing has fractured and worn away to the point of laying flush along the inside of the connecting rod cap. A large fracture is also plainly visible along the bottom left side of the bearing.



118.    After the connecting rod bearings fail and metal debris is circulated throughout the engine via the engine oil, damage is caused to other key engine components. For example, the main cap – which fastens the crankshaft to the engine – can also become damaged by the metal debris in the engine oil. After the main cap is damaged, play between the main cap and engine develops, which also leads to catastrophic engine failure.

119.    As a result of the Defect, the Class Vehicles suffer from restricted and inadequate engine oil lubrication. As explained above, engines are designed to have oil distributed throughout the engine through lubrication channels. When operating properly, the engine oil is distributed throughout the engine by the oil pump and then flows back to the oil pan where it is redistributed throughout the engine.

120.    In the Class Vehicles, the lubrication channels become clogged and restricted as a result of the Defect, even under normal use and proper maintenance. When the lubrication channels clog, engine oil is unable to be pumped throughout

CLASS ACTION COMPLAINT                                                              Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the engine (through the oil pump) and is also unable to adequately return to the oil pan, causing a condition known as oil starvation. This results in insufficient lubrication throughout the Class Vehicle's engine, which in turn causes premature wear of the engine components and catastrophic engine failure.

121.  The engine Defect poses serious safety and security issues for operators and occupants of the Class Vehicles. By way of example, the California Department of Motor Vehicles asserts that stalled engines pose a significant safety risk and, as part of its safety curriculum, instructs how to properly respond to a stalled action in order to avoid further risk of injury.

122.  NHTSA takes a similar view of engine failure during vehicle operation. For instance, according to *Forbes*, in 2011 NHTSA recalled certain Chrysler and Dodge vehicles due to "engine seizure because of connecting rod bearing failure . . . Engine seizure could increase the risk of a crash."[5]

123.  Defendants failed to adequately research, design, test, and/or manufacture the Class Vehicles before warranting, advertising, promoting, marketing, and selling the Class Vehicles as suitable and safe for use in an intended and/or reasonably foreseeable manner.

## C.  DEFENDANTS' PREVIOUS MPI ENGINE RECALLS

### 1.  Hyundai's Chronology of Events

124.  The following relevant chronology delineates Hyundai's knowledge of the defective engines.

125.  In or around March 2019, NHTSA opened Preliminary Evaluation No. 19-003 ("the Evaluation") "to assess the scope, frequency, and potential safety-related consequences of alleged defects relating to non-collision vehicle

---

[5] http://www.forbes.com/sites/altheachang/2011/09/30/engine-problems-prompt-chrysler-recalls/ (last visited February 25, 2021).

CLASS ACTION COMPLAINT                                      Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

fires in the MY 2011–2014 Sonata and MY 2011–2014 Santa Fe."[6]

126.   In or around April 2019, in connection with the Evaluation, NHTSA issued an Information Request ("the Request") to HMA seeking data and information regarding non-collision fire incidents in an expanded range of vehicles including all MY vehicles in which the Theta II engines[7] had been installed. The Request sought information about non-collision vehicle fire incidents pursuant to 48 CFR § 579.4, or "thermal events and fire-related phenomena such as smoke and melt."[8] HMA was compelled to search for, collect, and produce a significant volume of documents related to fire-related phenomena standing alone, without any evidence of flame, burning, or combustion.

127.   In or around August 2019, HMA responded to NHTSA's Request. At this point, HMA understood that certain vehicles already subject to recall had an arguably higher incidence of non-collision fires but claimed the concerns were being addressed by the ongoing vehicle recalls.

128.   In or around April 2020 through June 2020, HMA shared information with NHTSA regarding the effectiveness of a Knock Sensor Detection System ("KSDS") aimed at enhancing detection of engine damage and mitigating non-collision fires.

129.   In or around July 2020 through November 2020, NHTSA shared its views on the data produced by HMA in response to the Request alongside data shared by competitor automakers. HMA commenced to update and re-analyze occurrences of non-collision fire incidents in the included vehicles. HMA also

---

[6] RMISC-20V746-4680, available at https://static.nhtsa.gov/odi/rcl/2020/RMISC-20V746-4680.pdf (last visited Feb. 3, 2021).
[7] The full scope of the Request encompassed all vehicles of all model years equipped with Theta II, Lambda II, Gamma, and Nu engines—a wide range of Hyundai vehicles.
[8] *Id.*

33

agreed, in discussions with NHTSA's Office of Defects Investigation ("ODI"), that the vehicles appeared to experience above average rates of hole-in-block engine fires that ordinarily result from engine stall caused by worn and/or broken connecting rods that have punctured the engine block. HMA and ODI agreed that a seized engine that causes a connecting rod to break and puncture the engine block potentially releases oil which may come in contact with other hot surface within the engine compartment and produce smoke or fire, and further, that engine seizure in this context most often results from manufacturing variances.

130.   On November 23, 2020, HMA conducted a safety recall to address the condition in certain of the Class Vehicles.

131.   The NHTSA recalls of certain Class Vehicles only cover engine repairs and replacements in the future and omit offering reimbursements for out-of-pocket expenses of any kind to owners and lessees of the Class Vehicles, including amounts paid for engine repairs and replacements, amounts due to losses due to engine fires, diagnostic fees, and rental car and towing fees.

## 2.   Kia's Chronology of Events

132.   The following relevant chronology delineates Kia's knowledge of the defective engines.

133.   On March 29, 2019, NHTSA opened a Preliminary Evaluation (PE19-004) to investigate non-crash fires involving 2011-2014 MY Kia Optima and Sorento and 2010-2015 Kia Soul vehicles.

134.   On June 28, 2019, KMA submitted a response to information request letter which includes all Kia models (13 models spanning 12 model years) equipped with Theta II, Lambda, Gamma and Nu engines. KMA concluded that other than recalls already announced, there is no information indicating any fire related safety defect trends. KMA continued to monitor.

135.   Between August 2019 and June 2020, KMA shared its fire inspection results with NHTSA during its weekly telephone conferences and continued to

34

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

monitor for potential fire-related defect trends that may require further field action.

136. On July 27, 2020, NHTSA presented analysis of PE19-004 fire investigation data submitted by Kia. ODI recommended Kia conduct recalls on certain models with a higher fire complaint rate.

137. On September 10, 2020, Kia presented a detailed analysis of engine compartment fire complaints identified by NHTSA and proposed a field action for certain models with a higher complaint rate. NHTSA took Kia's proposal under consideration.

138. On November 12, 2020, NHTSA provided its feedback regarding Kia's proposal. KMA advised KMC of NHTSA's feedback.

139. On November 24, 2020, based on NHTSA's recommendation, KMC recalled certain Kia vehicles as a preventative measure to mitigate any potential fire risk.

140. On December 1, 2020, KMC included the MY 2013 Optima Hybrid and MY 2012 Sportage vehicles in its recall.

141. The NHTSA recalls of certain Class Vehicles only cover engine repairs and replacements in the future and omit offering reimbursements for out-of-pocket expenses of any kind to owners and lessees of the Class Vehicles, including amounts paid for engine repairs and replacements, amounts due to losses due to engine fires, diagnostic fees, and rental car and towing fees.

**D. DEFENDANTS' KNOWLEDGE OF THE MPI ENGINE DEFECT**

142. Upon information and belief, Defendants regularly monitor the NHTSA databases as part of their ongoing obligation to identify potential defects in their vehicles. Examples of the complaints about Class Vehicles can be found in Sections (b) and (d) below. NHTSA complaints establish that both HMA and KMA knew, or should have known, of the Defect *at least* as early as June 14, 2013, based on

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

publicly available information,[9] through (1) Defendants' own records of customers' complaints, (2) dealership repair records, (3) records from NHTSA, (4) warranty and post-warranty claims, (5) pre-sale durability testing and part sales, and (6) other various sources.

### 1. Hyundai's Knowledge

143.    The experiences of the Hyundai Plaintiffs are by no means isolated or outlying occurrences. Indeed, the internet is replete with examples of blogs and other websites where consumers have complained of the exact same engine Defect in the Hyundai Class Vehicles and complaints from earlier model year Hyundai owners and lessees with the same engines. Upon information and belief, Defendant HMA, through (1) their own records of customers' complaints, (2) dealership repair records, (3) records from NHTSA, (4) warranty and post-warranty claims, (5) internal pre-sale durability testing, and (6) other various sources, were well aware of the engine Defect but failed to notify consumers of the nature and extent of the problems with the Engines or provide any adequate remedy.

144.    HMA routinely monitors the internet for complaints similar in substance to those quoted below. HMA's customer relations department routinely monitors the internet for customer complaints, and HMA has retained the services of third parties to do the same. Further, the customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects. Through these sources, HMA was made aware of the engine Defect. The complaints also indicate HMA's knowledge of the Defect and its potential danger.

145.    All vehicle manufacturers, including Defendants, are required by law (which is backed by criminal penalties) to routinely monitor and analyze NHTSA complaints in order to determine whether vehicles or automotive components should

---

[9] NHTSA ID No. 10519827, *supra* at p. 219.

CLASS ACTION COMPLAINT                                                            Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

be recalled due to safety concerns. Thus, Defendants have knowledge of any and all NHTSA complaints. *See* TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000).

146.   HMA is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, HMA likely conducts testing on incoming batches of components, including the MPI Engines, to verify that the parts are free from defects and comply with HMA's specifications. Accordingly, HMA knew or should have known that the engines used in the Class Vehicles were defective and likely to fail prematurely, costing Plaintiffs and Class Members thousands of dollars in expenses.

147.   Moreover, HMA also should have known of the rotating assembly Defect and risk of engine block puncture because of the sheer number of reports of engine problems relating to the connecting rod bearings and/or lubrication channels. For instance, HMA's customer relations department, which interacts with Hyundai-authorized service technicians in order to identify potentially widespread vehicle problems and assist in the diagnosis of vehicle issues, has received numerous reports of engine problems relating to the connecting rod bearings and lubrication channels. Customer relations also collects and analyzes field data including, but not limited to, repair requests made at dealerships and service centers, technical reports prepared by engineers that have reviewed vehicles for which warranty coverage is requested, parts sales reports, and warranty claims data.

148.   HMA's warranty department similarly reviews and analyzes warranty data submitted by its dealerships and authorized technicians in order to identify defect trends in its vehicles. HMA dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide HMA with detailed documentation of the problem and the fix that describes the complaint, cause, and correction, and also save the broken part in case HMA later determines to audit the dealership or otherwise verify the warranty repair. For their part, service centers are meticulous about providing this detailed information about in-warranty

37

repairs to HMA because HMA will not pay the service centers for the repair if the complaint, cause, and correction are not sufficiently described.

149. HMA knew or should have known about the engine Defect because of the high number of replacement parts likely ordered from HMA. All Hyundai service centers are required to order replacement parts, including engines, piston assemblies, and connecting rod bearings directly from HMA. Other independent vehicle repair shops that service Class Vehicles also order replacement parts directly from HMA. HMA routinely monitors part sales reports, and they are responsible for actually shipping parts requested by dealerships and technicians. Thus, HMA has detailed, accurate, and real-time data regarding the number and frequency of replacement part orders. The sudden increase in orders for the MPI Engines and engine components used in the Hyundai Class Vehicles was known to HMA, and should have alerted it to the scope and severity of the engine Defect.

### a) Complaints by other class members

150. Representative examples of complaints on the NHTSA website regarding the Class Vehicles are included below:[10]

### MY 2011-2015 Hyundai Sonata Hybrid

**NHTSA ID Number:** 10870404
**Complaint Date** May 23, 2016
**Incident Date** April 29, 2016
**Consumer Location** AUSTIN, TX
**Vehicle Identification Number** KMHEC4A44CA****
**Summary of Complaint**
MY VEHICLE BLEW A PISTON ROD WHILE I WAS DRIVING DOWN THE HIGHWAY ON CRUISE CONTROL DOING 2000 RPM'S. I HAVE ALWAYS KEPT UP ON THE MAINTENANCE WITH THIS CAR BUT WHEN I HAD IT TOWED TO THE DEALERSHIP THEY ARE SAYING THAT IT WAS MY FAULT. THEY DO HAVE AN OPEN RECALL ON MY YEAR, MAKE, MODEL

---

[10] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AND ENGINE SIZE BUT NOT MY VIN. I HAVE DONE MY RESEARCH ONLINE AND I HAVE FOUND OTHER CASES LIKE THIS. THE CAR ONLY HAS 69,000 MILES ON IT.

**NHTSA ID Number:** 10870889
**Complaint Date** May 25, 2016
**Incident Date** May 23, 2016
**Consumer Location** HAUGHTON, LA
**Vehicle Identification Number** KMHEC4A43BA****
**Summary of Complaint**
I WAS DRIVING MY 2011 SONATA HYBRID DOWN A INTERSTATE AT 75 MILES AN HOUR WHEN IT STOPPED ACCELERATING/WORKING. I HAD MY 3 YEAR OLD DAUGHTER IN THE CAR WITH ME AT THE TIME. I HAD TO SWERVE TO AVOID AN ACCIDENT AND WAS ABLE TO FIND A SAFE SPOT TO PARK. I WAITED FOR 1/5 HOURS FOR A TOW TRUCK TO COME. AFTER DROPPING MY CAR OFF WITH THE HYUNDAI DEALERSHIP I WAS TOLD MY ENGINE SEIZED AND I WOULD NEED A NEW ONE FOR $9,000. THIS IS COMPLETELY RIDICULOUS. MY CARE HAS $75,000 AND I AM THE SECOND OWNER. THE RECALL RIGHT NOW DOES NOT INCLUDE HYBRID/KOREAN MADE MODELS OF THE 2011 SONATA, SO HYUNDAI STATES THEY WILL NOT PAY FOR ANY REPAIRS. I AM PERUSING LEGAL ACTION IN THE HOPES TO HAVE THIS PROBLEM IDENTIFIED. MY DAUGHTER AND I COULD HAVE BEEN KILLED, AND MANY OTHER OWNERS ARE AT RISK.

**NHTSA ID Number:** 10873718
**Complaint Date** June 10, 2016
**Incident Date** May 24, 2016
**Consumer Location** HAUGHTON, LA
**Vehicle Identification Number** KMHEC4A43BA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA HYBRID. WHILE DRIVING APPROXIMATELY 75 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT HAD TO COAST THE VEHICLE TO THE SIDE OF THE ROAD. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE REPAIR WOULD NOT BE COVERED UNDER WARRANTY OR PER A RECALL. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 75,000. UPDATED 07/27/16*LJ

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

THE CONSUMER STATED METAL SHVINGS WERE FOUND IN THE ENGINE. UPDATED 08/01/16.*JB

**NHTSA ID Number:** 10897730
**Complaint Date** August 22, 2016
**Incident Date** August 16, 2016
**Consumer Location** ROCKPORT, IN
**Vehicle Identification Number** KMHEC4A46CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE DRIVING 55 MPH, THE HYBRID SYSTEM FAILURE WARNING INDICATOR ILLUMINATED AND THE VEHICLE STALLED. THE CONTACT WAS ABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TAKEN TO THE DEALER TO BE DIAGNOSED. THE MECHANIC WAS UNABLE TO RETRIEVE A FAULT CODE. THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE). THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 83,000.

**NHTSA ID Number:** 10899710
**Complaint Date** August 31, 2016
**Incident Date** August 23, 2016
**Consumer Location** AHWAHNEE, CA
**Vehicle Identification Number** KMHEC4A45CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. THE CONTACT STATED THAT WHILE DRIVING AT 55 MPH, THE VEHICLE STALLED AS THE HYBRID SYSTEM CATASTROPHIC FAILURE VEHICLE UNSAFE TO DRIVE ERROR MESSAGE DISPLAYED. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT ENGINE FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE). THE FAILURE MILEAGE WAS 102,000.

**NHTSA ID Number:** 10910414
**Complaint Date** September 28, 2016
**Incident Date** September 7, 2016
**Consumer Location** CONCORD, CA
**Vehicle Identification Number** KMHEC4A46CA****
**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                        Case No.

TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE DRIVING 55 MPH, THERE WAS AN ABNORMAL NOISE COMING FROM THE ENGINE. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 108,000.

**NHTSA ID Number:** 10927169
**Complaint Date** November 21, 2016
**Incident Date** July 25, 2016
**Consumer Location** SOMERVILLE, NJ
**Vehicle Identification Number** KMHEC4A41BA****
**Summary of Complaint**
METAL SHAVINGS IN ENGINE OIL PAN CAUSING ENGINE FAILURE, KNOCKING, LOSE OF POWER WHILE DRIVING, MANUFACTURING DEFECT ON SMALL BLOCK ENGINE BUT NOT ON THE SMALL BLOCK HYBRID... WE WERE TOLD BY THE DEALER BUT THE HYBRID STILL HAS THE SAME DEFECT AS THE NONE HYBRID SAME EXACT ISSUES METAL SHAVING IN OIL PAN DEFECTS FROM MANUFACTURER. THE NONE HYBRID WAS RECALLED BUT A RECALL WAS NEVER ISSUED FOR THE HYBRID STATED BY EMPLOYEES AT GLOBAL AUTO MALL IN NEW JERSEY.

**NHTSA ID Number:** 10969656
**Complaint Date** March 31, 2017
**Incident Date** November 1, 2016
**Consumer Location** LAWRENCEVILLE, GA
**Vehicle Identification Number** KMHEC4A42CA****
**Summary of Complaint**
WHILE DRIVING HEARD ENGINE KNOCKING PULLED BACK IN DRIVE WAY AND ENGINE SEZIED.

**NHTSA ID Number:** 10991137
**Complaint Date** May 23, 2017
**Incident Date** May 17, 2017
**Consumer Location** CHESAPEAKE, VA
**Vehicle Identification Number** 5NPEB4AC4BH****
**Summary of Complaint**
I HAD ENGINE FAILURE ON MY 2011 SONATA THE CAR WAS SOLD TO ME AT 119K MILES ON 02/2016 IN 03/2016 THE ENGINE LIGHT CAME ON THE DEALERSHIP WOULD NOT TRADE THE CAR IN BECAUSE IT WAS

41

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AS IS THEY KNEW ABOUT THE RECALL ON THE ENGINES AT THE TIME THAT I RETURNED THE CAR TO THE DEALERSHIP BUT DID NOT ADVISE ME. NOW THE ENGINE IS GONE AND THEY WILL NOT COVER THE PARTS OR LABOR BECASUE I AM OVER 120K MILES THE REPAIRS ARE 7800 I AM UNABLE TO DRIVE THE CAR

**NHTSA ID Number:** 10991578
**Complaint Date** May 25, 2017
**Incident Date** January 19, 2017
**Consumer Location** SUNRISE, FL
**Vehicle Identification Number** KMHEC4A40EA****
**Summary of Complaint**
THE ENGINE STOP WORKING, DEALER SAID ENGINE IS SIS UP. DEALER DIDN'T WANT TO APPLY THE 100,000 MILES WARRANTY BECAUSE THE CAR WAS NOT CERTIFIED AND WE ARE 2ND OWNER. WE BOUGHT CERTIFY, BUT DEALER WASH THE HANDS AND SAID UPS IT WAS NOT, YOU NEED A NEW ENGINE.

**NHTSA ID Number:** 10994075
**Complaint Date** June 9, 2017
**Incident Date** June 16, 2016
**Consumer Location** SOMERVILLE, NJ
**Vehicle Identification Number** KMHEC4A41BA****
**Summary of Complaint**
THIS VEHICLE HYUNDAI SONATA HYBRID HAS ALL THE ISSUES THAT THE REGULAR HYUNDAI SONATA RECALLS HAVE ENGINE WAS REBUILT DUE TO METAL SHAVINGS IN THE OIL PAN, ALSO THIS HYBRID ACCELERATES AT TIMES WHEN IT DOESNT RUN ON BATTERY (ENGINE KICKS IN) TOO MANY ISSUES WITH THIS HYUNDAI SONATA HYBRID!!! IN MOTION ON HIGHWAY/ CITY STREETS

**NHTSA ID Number:** 10995857
**Complaint Date** June 19, 2017
**Incident Date** June 4, 2017
**Consumer Location** TALLAPOOSA, GA
**Vehicle Identification Number** KMHEC4A47CA****
**Summary of Complaint**
DRIVING AT APPROX. 60 MPH, CAR MADE TERRIBLE NOISE IN ENGINE BAY AND STALLED ON ON HIGHWAY. CAR WAS TOWED HYUNDAI DEALER, ENGINE SEIZED WITH THE SAME RECALLED PROBLEM AS THE STANDARD SONATA MODELS. HYUNDAI SAID THE HYBRID IS NOT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

42

UNDER RECALL AND WILL DO NOTHING!!!! WHAT A BUNCH OF CRAP!!

**NHTSA ID Number:** 11006326
**Complaint Date** July 19, 2017
**Incident Date** May 1, 2017
**Consumer Location** SAN DIEGO, CA
**Vehicle Identification Number** KMHEC4A44CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. THE
CONTACT STATED THAT THE ENGINE FAILED AND THE HYBRID
INDICATOR ILLUMINATED WHILE DRIVING. THE CONTACT WAS ABLE
TO COAST THE VEHICLE ONTO THE ROAD SHOULDER. THE VEHICLE
WAS DRIVEN TO THE HYUNDAI DEALER (28432 CAMINO CAPISTRANO
LAGUNA NIGEL, CA 92677, PHONE: 855-770-9074) WHERE IT WAS
DIAGNOSED THAT METAL FRAGMENTS ENTERED THE ENGINE. THE
VEHICLE WAS NOT REPAIRED. THE MANUFACTURER STATED THAT
THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER:
15V568000 (ENGINE). THE APPROXIMATE FAILURE MILEAGE WAS
78,000.

**NHTSA ID Number:** 11012253
**Complaint Date** August 2, 2017
**Incident Date** August 1, 2017
**Consumer Location** MENIFEE, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
I WAS DRIVING ON THE FREEWAY WHEN MY CAR STARTED DRIVING
ROUGH. IT MADE SOME LOUD CLICKING SOUNDS AND STARTED TO
MISFIRE AND STUTTER. THE NEXT DAY I TOOK IT TO THE MECHANIC
AND HE SAID THE OIL WAS EMPTY, BUT I HAD JUST HAD THE CAR IN
FOR SERVICE A FEW MONTHS EARLIER AND THERE WAS NO PROBLEM.
THE CHECK ENGINE AND OIL LIGHTS DIDN'T ILLUMINATE. HE DID AN
OIL CHANGE AND TUNE UP. THE CAR CONTINUED TO RIDE ROUGH. I
TOOK IT BACK TO THE MECHANIC A FEW DAYS LATER AND THE OIL
WAS LOW AGAIN. THERE WAS NO OIL LEAK. HE CHECKED
EVERYTHING AGAIN AND SAID IT APPEARED THE SPARK PLUGS WERE
FAILING. TWO WEEKS LATER I HAD THE SAME PROBLEM AGAIN. I
ADDED OIL. I TOOK IT TO ANOTHER MECHANIC (I WAS OUT OF TOWN).
HE CLEANED THE SPARK PLUGS. FOUR DAYS LATER THE CAR
STARTED ACTING REALLY HORRIBLE, MAKING LOUD CLANKING
NOISE AND STUTTERING. I ADDED OIL AGAIN AND TOOK IT BACK TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MY ORIGINAL MECHANIC. HE TREATED THE OIL AND ASKED ME TO COME BACK IN A WEEK SO HE COULD MONITOR THE PROBLEM. THE CAR DROVE SMOOTH AND WITHOUT ANY PROBLEM THEN ONE WEEK LATER, WHILE DRIVING TO THE MECHANIC THE CAR MADE LOUD CLANKING NOISE AND A CLOUD OF WHITE SMOKE CAME FROM THE CAR. I HAD IT TOWED TO THE MECHANIC. HE IS LOOKING TO REPLACE MY ENGINE. IN ALL THIS THE INDICATOR LIGHTS NEVER CAME ON (OIL OR CHECK ENGINE).

**NHTSA ID Number:** 11013486
**Complaint Date** August 7, 2017
**Incident Date** August 1, 2017
**Consumer Location** MYRTLE BEACH, SC
**Vehicle Identification Number** KMHEC4A43CA****
**Summary of Complaint**
DRIVING ALONG THE HIGHWAY WHEN I HEARD A KNOCKING SOUND COMING FROM THE ENGINE WHILE RETURNING HOME THE SOUND GOT LOUDER, THEN I LOST CONTROL OF THE VEHICLE. I REGAIN SOME CONTROL AND PULLED OVER ON THE SIDE OF THE ROAD. I REALIZED THAT ALL THE OIL LEAKED OUT AND THERE WERE SOME METAL PARTS ON THE ROAD. TOOK IT TO THE DEALER WHEN THEY TOLD ME A ROD FELL THROUGH THE ENGINE.

**NHTSA ID Number:** 11015399
**Complaint Date** August 15, 2017
**Incident Date** March 20, 2017
**Consumer Location** Unknown
**Vehicle Identification Number** KMHEC4A41CA****
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE DRIVING 40 MPH, THE ACCELERATOR PEDAL WAS DEPRESSED, BUT THE VEHICLE FAILED TO ACCELERATE WHILE MAKING AN ABNORMAL KNOCKING NOISE. THE VEHICLE WAS TAKEN TO A LOCAL DEALER (FOLSOM LAKE HYUNDAI 12530 AUTO MALL CIR, FOLSOM, CA 95630), BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED. THE FAILURE RECURRED. THE VEHICLE WAS TAKEN TO ANOTHER LOCAL DEALER (ROSEVILLE HYUNDAI 200 N. SUNRISE AVENUE. ROSEVILLE, CA 95661) WHERE IT WAS DIAGNOSED THAT THE ENGINE HAD METAL DEBRIS AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VIN WAS INVALID. THE FAILURE MILEAGE WAS APPROXIMATELY 70,000.

CLASS ACTION COMPLAINT                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11029886
**Complaint Date** September 26, 2017
**Incident Date** September 20, 2017
**Consumer Location** BUFORD, GA
**Vehicle Identification Number** KMHEC4A43CA****
**Summary of Complaint**
I LOVED MY HYUNDAI RIGHT UP UNTIL IT DIED ON ME WHILE
DRIVING ON I26 TOWARD COLUMBIA SC. $150 TOW TO THE DEALER IN
COLUMBIA TO LEARN I HAD ENGINE FAILURE. GIVEN I HAD THE OIL
CHANGED AT MY DEALER IN ATLANTA BEFORE LEAVING, THIS WAS A
TOTAL SHOCK. THE SERVICE ADVISOR (RYAN) LETS ME KNOW THIS
HAPPENS BUT THERE IS A RECALL. HYUNDAI WILL TAKE CARE OF ME.
ONLY MY CAR ISN'T COVERED BY THE RECALL. NO PROBLEM, HE
SAYS, I'LL JUST PUT IN A CLAIM. SINCE YOU HAVE THE EXACT
SYMPTOMS AS THE RECALL CARS, WE'VE HAD HYUNDAI FIX THEM
VIA A CLAIM. SINCE I HAD 101053 MILES AND THE WARRANTY IS UP
AT 100K, HYUNDAI INFORMS ME I AM DENIED.

**NHTSA ID Number:** 11033984
**Complaint Date** October 17, 2017
**Incident Date** September 25, 2017
**Consumer Location** KENNESAW, GA
**Vehicle Identification Number** KMHEC4A40BA****
**Summary of Complaint**
HAD TO REPLACE ENGINE DUE TO SERIOUS ENGINE MALFUNCTION.

**NHTSA ID Number:** 11048131
**Complaint Date** November 23, 2017
**Incident Date** November 21, 2017
**Consumer Location** ANTIOCH, CA
**Vehicle Identification Number** KMHEC4A43DA****
**Summary of Complaint**
WE BOUGHT THIS CAR USED FROM THE DEALER EARLY ON WE HAD
HYBRID WARNING SYSTEM ISSUES WE HAVE BEEN STUCK ON THE
SIDE OF THE ROAD SEVERAL TIMES HAVING TO HAVE THE CAR
TOWED TO THE DEALER RECHARGED AND SERVICE EACH TIME WE
WERE TOLD THEY DON'T FIND ANYTHING WRONG THE DEALER
CHARGES THE BATTERY AND GIVES THE CAR BACK. NOW 3 YEARS
LATER WE GOT THE OIL CHANGED AS NORMAL, IT'S THANKSGIVING
WEEK AND WE ARE HEADED TO VACATION 3 HOURS FROM HOME WE
AR E AN HOUR AWAY FROM DESTINATION AND THE CAR LOSES

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

POWER GOING UP HILL THE OIL PAN LIGHT COMES ON, WE PULL OVER IN THE MIDDLE OF THE MOUNTAINS AND SIT ON THE SIDE OF THE ROAD WAITING FOR THE TOW TRUCK TO FIND US. WE TOW THE CAR TO THE DEALER HOPING SOMETHING WASN'T DONE RIGHT WITH THE OIL CHANGED HOWEVER DEALER SAYS THE ENGINE SEIZED AND THE CAR IS OUTSIDE OF WARRANTY AND EXTENDED WARRANTY SO WE WILL NEED TO PAY $6600 TO REPLACE WITH USED ENGINE. THIS CAR IS 4 YEARS OLD WE REGULARLY HAD THE OIL CHANGED. WE ARE NOT GIVEN ANY REASON FOR THE SEIZED ENGINE. PLEASE LOOK INTO THIS. THIS CAR HAS BEEN NOTHING BUT PROBLEMS SINCE THE DAY WE GOT IT AND THE DEALER HAS NEVER PROVIDED MUCH HELP AS WERE ASKED TO TAKE PICTURES WHICH WE DID BUT STILL NOTHING.

**NHTSA ID Number:** 11054121
**Complaint Date** December 12, 2017
**Incident Date** November 11, 2017
**Consumer Location** LAKE ELSINORE, CA
**Vehicle Identification Number** KMHEC4A44CA****
**Summary of Complaint**
WHILE DRIVING THE VEHICLE ON SIDE STREET WE HEARD A KNOCKING NOISE. WE HAD OUR CAR TOWED TO LOCAL MECHANIC WHERE THEY DIAGNOSED ENGINE ROD FAILURE. CAR WAS WELL MAINTAINED WITH OIL CHANGES. OIL AND CLEAN AND FULL WHEN ERROR OCCURRED. NO WARNING LIGHTS OR CHECK ENGINE LIGHT EVER ALERTED. HAD VEHICLE TOWED TO ROMERO HYUNDAI WAS PURCHASED. THEY CONFIRMED DIAGNOSIS AND ADVISED TO CALL CUSTOMER CARE AS THE VEHICLE PREVIOUSLY HAD 10 VISITS TO DEALERSHIP FOR OTHER FAILURES. OVER THE LAST MONTH CUSTOMER CARE HAS NOT BEEN ABLE TO ASSIST.

**NHTSA ID Number:** 11055258
**Complaint Date** December 18, 2017
**Incident Date** December 6, 2017
**Consumer Location** TALLAHASSEE, FL
**Vehicle Identification Number** KMHEC4A41CA****
**Summary of Complaint**
WHILE DRIVING ON THE INTERSTATE AT NORMAL SPEED, A SUDDEN AND CATASTROPHIC ENGINE FAILURE OCCURRED WITHOUT WARNING OR PREVIOUS ENGINE TROUBLE. SUDDENLY A WARNING SOUNDED AND DISPLAYED, "HYBRID SYSTEM WARNING, STOP IMMEDIATELY, DO NOT DRIVE". CAR WAS TOWED TO A DEALERSHIP

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AND GAS ENGINE WAS "LOCKED UP". THIS OCCURRED SUDDENLY AND CREATED A SEVERE DANGER TO THE OPERATOR (MY WIFE) AS SHE IN THE CENTER LANE OF 3 DURING RUSH HOUR. THIS SUDDEN ENGINE FAILURE WAS VERY SIMILAR TO THOSE DESCRIBED AS COVERED IN THE 2011-2014 SAFETY RECALL INVOLVING THE 2.4L ENGINES IN THE BASE SONATAS AND THAT IS THE ENGINE IN MY CAR (WITH THE ADDITIONAL HYBRID ELECTRIC MOTOR). I HAVE REACHED OUT TO HYUNDAI FOR ASSISTANCE AND THEY HAVE REFUSED SITING THE WARRANTY LIMIT OF 100,000 MILES. WE HAVE 109,123 ON THE CAR. I AM REQUESTING THAT THE RECALL ALSO BE APPLIED TO THE HYBRID MODELS.

I AM IN THE PROCESS OF DOCUMENTING THE MAINTENANCE HISTORY AND WILL SUPPLEMENT THIS COMPLAINT AS NEEDED.

**NHTSA ID Number:** 11055562
**Complaint Date** December 19, 2017
**Incident Date** March 1, 2017
**Consumer Location** OCEANSIDE, CA
**Vehicle Identification Number** KMHEC4A43FA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2015 HYUNDAI SONATA HYBRID. THE CONTACT STATED THAT THE VEHICLE HAD PREMATURE ENGINE FAILURE DUE TO SLUDGE AND METAL FRAGMENTS ENTERING THE ENGINE ASSEMBLY. THE VEHICLE STALLED MORE THAN TWICE. THE VEHICLE WAS TOWED TO NORTH COUNTY HYUNDAI OF CARLSBAD (5285 CAR COUNTRY DR, CARLSBAD, CA 92008, (760) 929-4900) FOR THE FIRST REPAIR. THE DEALER INDICATED THAT THEY REPLACED THE GSI BELTS, BUT THE FAILURE RECURRED. THE VEHICLE WAS TOWED TO THE DEALER A SECOND TIME WHO INDICATED THAT THE HYBRID BATTERY DETACHED. THE DEALER RE-ATTACHED THE BATTERY, BUT THIS DID NOT PREVENT THE FAILURE. THE VEHICLE STALLED AGAIN AND WAS UNABLE TO BE DRIVEN. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DID NOT ASSIST. THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE AND ENGINE COOLING). THE APPROXIMATE FAILURE MILEAGE WAS 88,000.

**NHTSA ID Number:** 11067202
**Complaint Date** February 6, 2018
**Incident Date** December 13, 2017

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                          Case No.

**Consumer Location** JUPITER, FL
**Vehicle Identification Number** KMHEC4A41BA****
**Summary of Complaint**
MY CERTIFIED PRE-OWNED SONATA HYBRID WAS NOT UNDER THE
CLASS ACTION RECALL BUT HAS TWICE NOW HAD THE SAME ENGINE
FAILURE AS THE SONATAS THAT HAVE BEEN RECALLED.
FIRST ENGINE FAILURE- CAR WAS AT DEALER FROM NOV 2015 TO JAN
2016 AND ENGINE WAS REBUILT. SECOND ENGINE FAILURE,
RELATED ENGINE ISSUE- DEC 2017 TO CURRENT TIME. IT IS VERY
DANGEROUS, CAR STALLED WHILE DRIVING ON A MAJOR STATE
ROAD AND ENTIRE SYSTEM SEIZED UP, COULD NOT EVEN GO INTO
NEUTRAL. SECOND TIME, OIL SPATTERED ALL OVER ENGINE AND OIL
LIGHT CAME ON WHILE ON STATE HIGHWAY- MAJOR LEAK
ON ENGINE MOUNT. FIRST REPAIR INDICATED THE SAME PARTICLES
IN ENGINE THAT CAUSED ENGINE TO SEIZE AS THE RECALLED
SONATAS THOUGH MY VIN WAS/IS NOT INCLUDED IN CLASS ACTION
SETTLEMENT NOR UNDER THAT OFFICIAL RECALL. CAR STILL NOT
REPAIRED AFTER 2 MONTHS AT DEALER THIS SECOND TIME. HAVE
GONE BACK AND FORTH WITH HYUNDAI MOTOR REGIONAL
CUSTOMER COMPLAINT, LOCAL DEALER AND WARRANTY COMPANY
FOR LAST 2 MONTHS WITH NO RESOLUTION AND STILL NO CAR.

**NHTSA ID Number:** 11073934
**Complaint Date** February 20, 2018
**Incident Date** February 19, 2018
**Consumer Location** CANYON COUNTRY, CA
**Vehicle Identification Number** KMHEC4A41DA****
**Summary of Complaint**
ENGINE PISTON FAIL AND RESULTED IN HOLE IN
BOTTOM ENGINE WHILE DRIVING AT 30 MPH.

WITNESS IS MECHANIC, HIS PHONE IS: 661-251-4288

**NHTSA ID Number:** 11104473
**Complaint Date** June 28, 2018
**Incident Date** June 24, 2018
**Consumer Location** EDGEWATER, MD
**Vehicle Identification Number** KMHEC4A41DA****
**Summary of Complaint**
MY HUSBAND AND I WERE DRIVING ON INTERSTATE 81 SOUTH NEAR
WOODSTOCK, VA ON SUNDAY MORNING, JUNE 24, 2018. THE CAR

BEGAN MAKING A KNOCKING SOUND, THEN WE LOST POWER. BY THE TIME WE WERE ABLE TO PULL OVER, THE ENGINE WAS ON FIRE. THE ENTIRE CAR ENDED UP BURNING. THE VA STATE POLICE, VDOT, AND FIRE DEPARTMENT RESPONDED AND I-81 SOUTH WAS SHUT DOWN FOR A TIME. I PURCHASED MY CAR NEW AND DID ALL REQUIRED MAINTENANCE PER FACTORY RECOMMENDATION INCLUDING OIL CHANGES, TIRE ROTATIONS, ETC. BY THE HYUNDAI DEALER IN BOWIE, MD. I HAVE COPIES OF ALL MY RECEIPTS FROM THE DEALER AND THEY HAVE THE RECORDS ON THEIR COMPUTER SYSTEM. MY CAR HAD 91,000 MILES ON IT. WE CONTACTED THE INSURANCE COMPANY AND THE CAR IS A TOTAL LOSS.

**NHTSA ID Number:** 11114668
**Complaint Date** July 30, 2018
**Incident Date** July 27, 2018
**Consumer Location** EAST POINT, GA
**Vehicle Identification Number** KMHEC4A41CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE DRIVING 60 MPH, THE ENGINE STALLED AND THE BATTERY WARNING INDICATOR ILLUMINATED. THE CONTACT STATED THAT THE VEHICLE FAILED TO RESTART AFTER SEVERAL ATTEMPTS. THE VEHICLE WAS TOWED TO SOUTHTOWNE HYUNDAI (7665 US HWY 85, RIVERDALE, GA 30274, (770) 471-1000) WHERE IT WAS DIAGNOSED THAT A NEW ENGINE WAS NEEDED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS 67,000.

**NHTSA ID Number:** 11118421
**Complaint Date** August 7, 2018
**Incident Date** July 19, 2018
**Consumer Location** PORT ORANGE, FL
**Vehicle Identification Number** N/A
**Summary of Complaint**
ENGINE STARTED MAKING A VERY LOUD KNOCKING SOUND WHILE DRIVING 70-75 MPH. SHORTLY THERE AFTER THE ENGINE STOPPED AND SMOKE CAME OUT OF THE HOOD. TOWED THE VEHICLE TO A LOCAL HYUNDAI DEALERSHIP THAT SAID THE PISTON BROKE AND WENT THROUGH THE FIREWALL.

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11120686
**Complaint Date** August 17 ,2018
**Incident Date** July 26, 2018
**Consumer Location** ROYSE CITY, TX
**Vehicle Identification Number** KMHEC4A49CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE
DRIVING 65 MPH, THE ENGINE SEIZED. THE CONTACT STATED THAT
THE VEHICLE WENT INTO HYBRID MODE AND ONLY TRAVELED 5 MPH.
IN ADDITION, THE HYBRID BATTERY WARNING INDICATOR
ILLUMINATED. THE VEHICLE WAS TAKEN TO HUFFINES HYUNDAI
PLANO (909 COIT ROAD, PLANO, TX 75075, 469-685-1543) WHERE IT WAS
CONFIRMED THAT THE ENGINE SEIZED, BUT WAS NOT DIAGNOSED OR
REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE
FAILURE MILEAGE WAS APPROXIMATELY 105,207.

**NHTSA ID Number:** 11120562
**Complaint Date** August 17, 2018
**Incident Date** December 20, 2017
**Consumer Location** VENTURA, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
I STARTED TO HAVE ENGINE PROBLEMS AROUND NOVEMBER 2017. I
TOOK THE CAR TO THE DEALERSHIP AND I WAS NEVER TOLD THAT IT
WAS A RECALL ON THE ENGINE. THEY JUST DISMISSED ME ONLY
TELLING ME THE WARRANTY WAS OUT. MY CAR WAS 3 PAYMENTS
AWAY FROM BEING PAY OFF AND THE DEALER WANTED $11,000
(ELEVEN THOUSAND) TO FIX IT. I HAVE TO ENDED UP BUYING A NEW
ONE SINCE I COULDN'T COME UP WITH THAT KIND OF MONEY. IS
THERE ANYTHING THAT I CAN DO NOW, AFTER 6-7 MONTHS AFTER
THE PURCHASE OF THE NEW CAR? I FELT THE DEALER AND THE
COMPANY WAS VERY TRICKY......WHEN I NOTICED SOMETHING WAS
WRONG WITH THE CAR I WAS DRIVING ON A STREET, HAD TO STOP
AND CALL A TOW TRUCK. IT WAS A BIG NOISE LIKE SOMETHING WAS
INSIDE THE ENGINE. THANK YOU

**NHTSA ID Number:** 11128804
**Complaint Date** September 11, 2018
**Incident Date** August 13, 2018
**Consumer Location** WINDSOR MILL, MD
**Vehicle Identification Number** KMHEC4A48DA****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

50

CLASS ACTION COMPLAINT                                        Case No.

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA HYBRID. WHILE DRIVING APPROXIMATELY 65 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE VEHICLE DECELERATED AND EVENTUALLY CAME TO A COMPLETE STOP IN THE MIDDLE OF TRAFFIC. THE CONTACT PULLED OVER AND HAD THE VEHICLE TOWED BY AAA TO PLAZA HYUNDAI (2740 NOSTRAND AVENUE #2, BROOKLYN, NEW YORK 11210, (347) 983-5977). THE DEALER DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED CASE NUMBER: 11575666. THE FAILURE MILEAGE WAS APPROXIMATELY 87,000.

**NHTSA ID Number:** 11140411
**Complaint Date** October 15, 2018
**Incident Date** July 26, 2018
**Consumer Location** LEWISBURG, PA
**Vehicle Identification Number** N/A
**Summary of Complaint**
ENGINE SHOOK AND ENGINE SEIZED ON A BUSY 65 MPH HIGHWAY. . WARNING LIGHT CAME ON TO PULL OVER AND NOT DRIVE. CAR WAS TOWED TO NEAREST HYUNDAI DEALER. HAS BEEN AT SERVICE DEPT AWAITING A NEW ENGINE FOR 3 MONTHS. THIS VEHICLE WAS NOT PART OF AN ENGINE RECALL, YET HYUNDAI ALWAYS CLAIMS IN MEDIA REPORTS THAT THE AFFECTED VEHICLES HAVE BEEN RECALLED. THIS VEHICLE IS A HYBRID AND HYUNDAI NEEDS TO RECALL THESE CARS AS WELL, BECAUSE THE ENGINE IS HAVING THE SAME EXACT ISSUE!

**NHTSA ID Number:** 11141372
**Complaint Date** October 19, 2018
**Incident Date** July 1, 2017
**Consumer Location** EL DORADO HILLS, CA
**Vehicle Identification Number** KMHEC4A40DA****
**Summary of Complaint**
IN JULY OF 2017 MY CAR BEGAN TO LOSE POWER AND BEGAN TO MAKE A CLUNKING SOUND WHILE I WAS DRIVING AT 45MPH. I LIMPED THE CAR INTO THE DEALER. I WAS TOLD I WOULD HEAR FROM THEM THE NEXT DAY.

THE FOLLOWING DAY I WENT TO GET SOME ITEMS OUT OF MY CAR.

51

ROD JOHNSON OF FOLSOM LAKE HYUNDAI SERVICE DEPT. TOLD ME
THAT THEY HAD CONDUCTED A CHECK ON THE CAR AND THAT IT
NEEDED A NEW ENGINE. HE STATED THE CAR WAS SLIGHTLY OVER
100,000 MILES, AND WOULD NOT BE COVERED BY THE WARRANTY,
AND THE REPAIR COST IS 10,000.00. I TOLD HIM I WOULD HAVE TO GET
BACK TO HIM ABOUT THE REPAIR.

WHEN I GOT HOME I WENT ONLINE TO SEE IF THERE HAD BEEN A
REPORT OF THIS PROBLEM. SURE ENOUGH, THERE WAS PLENTY. AND,
ON TOP OF THAT ALL THE ARTICLES I CAME ACROSS STATED
THE ENGINE FAILURE WAS DUE TO A MANUFACTURE DEFECT WITHIN
THE ENGINE. THE ARTICLE STATES THAT IN 2016 HYUNDAI LOST A
CLASS ACTION LAWSUIT IN WHICH THEY HAD TO RECALL 470,000.
SINCE THEN THEY HAVE HAD TO RECALL MANY MORE. WELL OVER 1
MILLION.

HYUNDAI'S REFUSAL TO REPLACE THE ENGINE HAS BEEN VERY
STRESSFUL.

THE DEALERS REFUSAL TO REPLACE THE ENGINE W/NO COST TO ME
IS:
1) MY CAR HAS A SHORT-BLOCK, AND THOSE ENGINES HAVE NOT
BEEN REPORTED. ALL PROBLEMS HAVE BEEN WITH THE LONG-
BLOCKS ONLY.
2) IF I CAN PRODUCE THE ONLY OIL CHANGE INVOICE THAT IS
MISSING, THEN THEY WILL REPLACE. (TOLD TO THE REPRESENTATIVE
W/BUREAU OF AUTOMOTIVE REPAIR.
3) MILAGE IS 120,000 MILES.

I CAN'T SELL IT, I'M STILL PAYING ON IT. I CAN'T SCRAP IT, I'M STILL
PAYING ON IT. I CAN'T DONATE IT, I'M STILL PAYING ON IT.

PER THE DEALERS SVC. DEPT. THE ENGINE FAILURE IS DUE TO THE
DEFECTIVE ENGINE, AS OUTLINED IN THE CLASS ACTION LAWSUIT.
HYUNDAI HAD TO RAISE THE WARRANTY 120,000 BECAUSE, THE
PROBLEM FAILS TO SHOW IT'S SELF SOMETIMES UNTIL 80,000 TO
100,000 MILES.

WHAT'S A GIRL TO DO?????

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11144486
**Complaint Date** October 31, 2018
**Incident Date** October 2, 2017
**Consumer Location** CHELSEA, AL
**Vehicle Identification Number** KMHEC4A48CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. THE
CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY 50 MPH,
THE CHECK ENGINE LIGHT ILLUMINATED AND THE VEHICLE
STALLED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC
TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THERE WAS
NO OIL IN THE ENGINE. THE CONTACT STATED THAT THE VEHICLE
HAD RECEIVED AN OIL CHANGE A WEEK PRIOR TO THE FAILURE. THE
VEHICLE WAS THEN TOWED TO JIM BURKE AUTOMOTIVE (1301 5TH
AVE N, BIRMINGHAM, AL 35203, (205) 549-9387) WHERE THE CONTACT
WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE
VEHICLE WAS REPAIRED HOWEVER, LESS THAN A YEAR AFTER
THE ENGINE WAS REPLACED THE FAILURE RECURRED. THE CONTACT
STATED THAT CURRENTLY THE VEHICLE WAS STILL AT THE DEALER.
THE CONTACT STATED THAT THE ENGINE WAS SCHEDULED TO BE
REPLACED FOR A SECOND TIME IN NOVEMBER OF 2018. THE
MANUFACTURER WAS CONTACTED AND INFORMED OF THE FAILURE.
THE APPROXIMATE FAILURE MILEAGE WAS 38,000.

**NHTSA ID Number:** 11153297
**Complaint Date** November 23, 2018
**Incident Date** November 5, 2018
**Consumer Location** SHERMAN, CT
**Vehicle Identification Number** KMHEC4A47DA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA HYBRID. WHILE
DRIVING VARIOUS SPEEDS, THE VEHICLE WENT INTO IDLE MODE. THE
CONTACT STATED THAT THE ENGINE MADE A KNOCKING SOUND, THE
CHECK ENGINE WARNING INDICATOR ILLUMINATED, AND THE
VEHICLE VIBRATED UNCONTROLLABLY. THE VEHICLE WAS TOWED
TO DANBURY HYUNDAI (102 FEDERAL RD, DANBURY, CT 06810, (203)
730-4700) WHERE THE CONTACT WAS INFORMED THAT THE VEHICLE
WAS NOT INCLUDED IN A RECALL. THE VEHICLE WAS NOT
DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE
OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY
100,000.

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11162547
**Complaint Date** December 19, 2018
**Incident Date** November 13, 2017
**Consumer Location** NORTHGLENN, CO
**Vehicle Identification Number** KMHEC4A41BA****
**Summary of Complaint**
CHARGING SYSTEM MALFUNCTIONED, COMPLETE ENGINE AND
BATTERY FAILURE, UNABLE TO ACCELERATE

I WAS DRIVING ON THE HIGHWAY WHEN THE "READY" LIGHT
STARTED FLASHING ON THE DASHBOARD AND THE BATTERY LEVEL
STARTED DROPPING WITHOUT THE ENGINE STARTING AND
RECHARGING. I WAS THEN UNABLE TO ACCELERATE THE VEHICLE
AND WAS FORCED TO PULL OVER. I TURNED THE CAR OFF AND BACK
ON AND THE "READY" LIGHT FLASHED ON AND OFF THEN STAYED
OFF. I HAD THE CAR TOWED TO HYUNDAI WHERE I WAS TOLD
THE ENGINE "LOCKED UP" AND NEEDED TO BE REPLACED ALONG
WITH THE BATTERY BECAUSE IT COULDN'T BE RECHARGED.

**NHTSA ID Number:** 11173828
**Complaint Date** February 3, 2019
**Incident Date** January 13, 2019
**Consumer Location** AVONDALE, AZ
**Vehicle Identification Number** KMHEC4A47CA****
**Summary of Complaint**
ENGINE BLEW A ROD SPONTANEOUSLY WHILE ON THE FREEWAY.
GOING 75 MILES AN HOUR AND HEARD A LOUD CLICKING SOUND
THAT RESULTED IN ENGINE FAILURE. NO WARNING LIGHTS OR
INDICATORS UNTIL AFTER THE ENGINE SEIZED. LEFT US STRANDED
AND IN DANGER. ENGINE REGULARLY MAINTAINED AND NO
WARNING INDICATORS OR REASON TO HAVE THE CAR LOOKED AT
PRIOR TO THE EVENT. TOWED BACK TO MECHANIC WHERE HE
EXPLAINED THE ENGINE ROD HAD BLOWN AND DAMAGED
THE ENGINE AND WOULD REQUIRE A COMPLETELY NEW ENGINE AS A
RESULT. IT'S A HYBRID AND DOES NOT FALL UNDER THE RECALL AS
OF NOW BUT IT'S THE EXACT SAME SITUATION AS THE NON HYBRID
VERSIONS.I ONLY FOUND OUT FROM THE MECHANIC THAT THERE
HAS BEEN A PROBLEM WITH 2012 HYUNDAI SONATA ENGINES.

**NHTSA ID Number:** 11175763
**Complaint Date** February 8, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                        Case No.

**Incident Date** February 5, 2019
**Consumer Location** BRENTWOOD, CA
**Vehicle Identification Number** KMHEC4A49DA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA HYBRID. WHILE
DRIVING 55 MPH, THE VEHICLE SEIZED WITHOUT WARNING. THE
VEHICLE WAS TOWED TO ALL STAR HYUNDAI (3950 CENTURY CT,
PITTSBURG, CA 94565, (925) 778-7878) BY AAA WHERE IT WAS
DIAGNOSED THAT THE ENGINE FAILED AND NEEDED TO BE
REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER
WAS MADE AWARE OF THE FAILURE AND STATED THAT THE VIN WAS
NOT INCLUDED IN A RECALL. THE FAILURE MILEAGE WAS 90,000.

**NHTSA ID Number:** 11190232
**Complaint Date** March 20, 2019
**Incident Date** March 20, 2019
**Consumer Location** PANAMA CITY BEACH, FL
**Vehicle Identification Number** KMHEC4A47DA****
**Summary of Complaint**
RIGHT AFTER I STARTED MY VEHICLE THE ENGINE STARTING MAKING
AN UNUSUAL SOUND THE OTHER DAY. THE NOISE GETS WORSE WHEN
DRIVING. I WAS TOLD BY A MECHANIC THAT THE ENGINE HAS
KNOCKING NOISE COMING FROM IT. I WAS TOLD IT PROBABLY NEEDS
AND ENGINE. I TOOK IT TO THE DEALER AND WAS ADVISED THAT
BECAUSE IT WAS A HYBRID GAS/ELECTRIC ENGINE IT WAS NOT
COVERED BY THE RECALL. I HAVE SEEN SEVERAL HUNDRED PEOPLE
MAKING THIS SAME COMPLAINT ABOUT THEIR HYBRIDS NOT JUST
THE REGULAR 2.0 AND 2.4 GAS ENGINES.

**NHTSA ID Number:** 11192119
**Complaint Date** March 28, 2019
**Incident Date** March 20, 2019
**Consumer Location** PALM COAST, FL
**Vehicle Identification Number** KMHEC4A4XDA****
**Summary of Complaint**
WHILE DRIVING HOME, I HEARD A MUFFLED KNOCKING NOISE
COMING FROM ENGINE WHEN ACCELERATING. AT THE NEXT TRAFFIC
LIGHT, I WAITED FOR THE LIGHT TO CHANGE, AND WHEN I STARTED
MOVING I REALIZED THE ENGINE DID NOT START FROM THE HYBRID.
AS I DANGEROUSLY MANEUVERED THE CAR ACROSS THE RIGHT
LANE, I WAS ABLE TO PULL OVER TO A SAFE SPOT AND THE WARNING

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CHIME CAME ON SAYING I HAD LOW VOLTAGE IN HYBRID BATTERY.
HAD CAR TOWED HOME AND THEN TO HYUDAI DEALER. THEY
NOTIFIED ME THAT THE ENGINE WAS SEIZED DUE TO POOR
MAINTENANCE, WHICH WAS RIDICULOUS. OIL HAS ALWAYS BEEN
CHANGED BY ME OR A REGULAR GARAGE. AFTER VIEWING OTHER
COMMENTS BY PEOPLE WHO HAD THE SAME EXACT PROBLEM I
REALIZED THAT THIS WAS APPARENTLY AN ONGOING PROBLEM WITH
THE SONATA HYBRID ENGINE. STILL TRYING TO GET DEALER TO
REPLACE ENGINE.

**NHTSA ID Number:** 11193243
**Complaint Date** March 15, 2019
**Incident Date** March 15, 2019
**Consumer Location** DETROIT, MI
**Vehicle Identification Number** KMHEC4A43BA****
**Summary of Complaint**
ENGINE FAILURE.

I BOUGHT THIS VEHICLE AS USED VEHICLE ON FEB 9,2019. IT HAD
APPROX. 123000 MILES AND ON MARCH 15, 2019, THE ENGINE FAILED
WITHOUT ANY WARNING. AND VEHICLE STALLED ALL OF SUDDEN,
HAD TO SPEND $3450 TO REPLACE IT WITH 2012 KIA HYBRID ENGINE. I
AM NOT SURE THE CAUSE OF ENGINE FAILURE. BUT THE MECHANIC
SAID THE ENGINE BLOCK HAD CRACKED AND HAD TWO HOLES ON
EITHER SIDES(IMAGE ATTACHED). NEED JUSTICE! CAN YOU HELP
NHTSA? PLEASE REACH ME [XXX]

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF
INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TT

**NHTSA ID Number:** 11193283
**Complaint Date** April 2, 2019
**Incident Date** April 1, 2019
**Consumer Location** COLLEGE STATION, TX
**Vehicle Identification Number** KMHEC4A44CA****
**Summary of Complaint**
ENGINE FIRE, NON COLLISION. JUST DRIVING DOWN THE HIGHWAY.
NO WARNING LIGHTS CAME ON UNTIL ENGINE QUIT RUNNING. LOST
POWER AND ENGINE BECAME EXTREMELY HOT. HAD TO TOW TO
MECHANIC WHO SAID ENGINE MIGHT HAVE CAUGHT FIRE AND I
WOULD NEED NEW ENGINE.

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11196494
**Complaint Date** April 15, 2019
**Incident Date** April 7, 2019
**Consumer Location** LITHONIA, GA
**Vehicle Identification Number** KMHEC4A49CA****
**Summary of Complaint**
ENGINE FAILED ME WHILE DRIVING AT THE RATE OF SPEED 65 MILES
PER HOUR ON HIGHWAY 20 RETURNING FROM MY MYRTLE BEACH
VACATION WITH ME CHILDREN AND GIRLFRIEND WITH. WE COULD
HAVE BEEN KILLED THE CAR JUST STARTED DECELERATING AS I WAS
TRYING TO PASS ANOTHER CAR. I HAD TO THINK QUICK AS THERE
WHERE SEMI TRACTORS BEHIND ME I THREW ON MY HAZARDS AND
WAS ABLE TO GIVE SIGNAL THAT I WAS IN DISTRESS ALLOWING
OTHER TRAVELERS TO TAKE HEED. I THEN STARTED MOVING INTO
THE LEFT LANE SO THAT I COULD EXIT THE HIGHWAY THE CAR AT
THIS POINT WAS JUST COASTING AND COASTED INTO A GAS STATION
WHERE I AWAITED ROAD SIDE TOWING. I HAVE READ SEVERAL
COMPLAINTS HERE ON NHTSA OF SIMILAR INCIDENTS WHEN WILL
THE CONSUMERS BE PROTECTED AGAINST HUGE MANUFACTURERS
WE DO ALL THAT WERE SUPPOSED TO AS FAR AS MAINTAINING OUR
INVESTMENT AND THEN THEY TRY TO STICK THE CONSUMER WITH
THE BILL IN WHICH THEY ARE WILL AWARE OF HAD BEEN
MANUFACTURED WITH DEFECTS. I WILL NEVER BUY ANOTHER
HYUNDAI PRODUCT AGAIN IN LIFE AND I WILL DO EVERYTHING IN
MY POWER TO MAKE SURE NO ONE I KNOW DOES EITHER. FOR THEM
NOT DO WHATS RIGHT BY YOUR CUSTOMERS WILL IN THE END COST
THEM WAY MORE. MY VEHICLE CAME WITH AN EXTENDED
WARRANTY AND THEY ARE ALSO TRYING TO GET OUT OF REPLACING
THE FAULTY ENGINE EITHER WAY CONSUMERS THINK THERE DOING
EVERYTHING RIGHT MAINTENANCE AND WARRANTY AND STILL
SOME HOW THE BIG GUYS GET OFF THE HOOK OF HONORING THERE
END OF THE DEAL. ITS VERY DISHEARTENING TO SAY THE LEAST. I
HAVE PROVIDE A VERY IN DEPTH LETTER TO WHAT WORK HAS BEEN
DONE ON MY VEHICLE AND IF YOU NEED TO I AM SURE THAT ALL MY
MAINTENANCE RECORDS CAN BE RETRIEVED FROM CARFAX. PLEASE
PLEASE ADVISE ON WHAT OTHER MEASURES I CAN TAKE

**NHTSA ID Number:** 11204784
**Complaint Date** April 30, 2019
**Incident Date** April 26, 2019
**Consumer Location** ELK GROVE, CA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**Vehicle Identification Number** KMHEC4A44DA****
**Summary of Complaint**
ENGINE RECALL

I WAS DRIVING HOME FROM WORK AND SUDDENLY LOUD TICKING
SOUNDS STARTING COMING FROM THE ENGINE. THEN THE POWER
ALMOST WENT TO NOTHING AND THE CAR STARTED SLOWLY DOWN
(AS IF THE CAR HAD BEEN TURNED OFF (IT WAS STILL ON).

THE CHECK ENGINE LIGHT CAME ON AND THE TICKING SOUND GOT
LOUDER. I WAS ABLE TO SAFELY DRIVE OFF WITHOUT ANY
ACCIDENTS.

I GOT HOME AND CALLED SEVERAL MACHANICS TO SEE IF ANYONE
COULD COME BY AND SEE WHAT'S GOING ON AS I DIDN'T FEEL SAFE
TO DRIVE THE CAR.

TODAY A MECHANIC CAME AND SAID THE FOLLOWING:

CHECK ENGINE LIGHT ON. LOUD VALVE TRAIN NOISES AND FAINT
KNOCKING CAN BE HEARD AT IDLE.

DEAD MISFIRE ON ONE CYLINDER.

NOISE IS MECHANICAL.

ONE DTC RETURNED (PO365 - CAN SENSOR B CKT MALFUNCTION).

PER MECHANIC - STRONGLY SUSPECT ENGINE IS IN EARLY STAGES OF
COMMON FAILURE.

INQUIRE W/MFG ENGINE RECALL.

IT IS SHOWING SAME SYMPTOMS AS PREVIOUS YEAR RECALL FOR
SONATA HYBRIDS AND ENGINE FAILURES.

THERE IS LOW OF POWER AND LOUD TICKING NOISES FROM
THE ENGINE.

**NHTSA ID Number:** 11219250
**Complaint Date** June 11, 2019

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** April 2, 2019
**Consumer Location** LITHONIA, GA
**Vehicle Identification Number** KMHEC4A49CA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. WHILE
DRIVING 65 MPH, THE VEHICLE STALLED WITHOUT WARNING AND AN
ALARM NOISE WAS COMING FROM THE INSTRUMENT PANEL. THE
CONTACT WAS ABLE TO COAST THE VEHICLE TO THE SIDE OF THE
ROAD. THE VEHICLE WAS TOWED TO TAYLOR HYUNDAI (LOCATED AT
3233 WASHINGTON RD, AGUATA, GA 30907, (706) 868-1200) WHERE IT
WAS DIAGNOSED THAT THE THIRD ROD IN THE ENGINE NEEDED TO BE
REPLACED AND CAUSED THE ENGINE TO SEIZE. THE CONTACT
STATED THAT THE VEHICLE STILL REMAINED AT THE DEALER. PRIOR
TO THE FAILURE, THE VEHICLE WAS TAKEN TO RICK CASE HYUNDAI
(LOCATED AT 3180 SATELLITE BLVD NW, DULUTH, GA 30096, (678) 321-
1584) TO BE DIAGNOSED, BUT THE CAUSE THE FAILURE COULD NOT BE
DUPLICATED. THE CONTACT WAS INFORMED THAT HYBRIDS WERE
SUPPOSED TO OPERATE IN THAT MANNER. THE VEHICLE WAS NOT
REPAIRED. THE MANUFACTURER WAS CONTACTED AND PROVIDED
CASE NUMBER: 15688279. THE APPROXIMATE FAILURE MILEAGE WAS
104,000.

**NHTSA ID Number:** 11301915
**Complaint Date** January 26, 2020
**Incident Date** January 11, 2020
**Consumer Location** WAKE FOREST, NC
**Vehicle Identification Number** KMHEC4A49BA****
**Summary of Complaint**
ENGINE BEGAN MAKING A ENGINE KNOCKING NOISE THAT BECAME
WORSE OVER THREE DAYS (ORIGINALLY MISTAKEN FOR BAD GAS
BUT BECAME MUCH LOUDER THAN THAT WOULD BE). WHILE DRIVING
ALONG A BUSY STATE ROAD (NC 98) AND CAR CHOKED TWICE WITH A
LOUD THUMP AND I FEARED IT WOULD STALL. PULLED OVER, SHUT
VEHICLE OFF. SMOKE WAS COMING FROM ENGINE COMPARTMENT.
NO ACTUAL FLAMES DETECTED. TOWED TO DEALER. DEALER
DESCRIBED HOLES IN THE ENGINE. CONSULTED HYUNDAI AND THEY
WILL ONLY OFFER A SHORT BLOCK REPLACEMENT. LABOR COSTS
ARE APPROXIMATELY $2500 WHICH I AM REQUIRED TO PAY. VEHICLE
HAS APPROXIMATELY 141K MILES. TOW TRUCK OPERATOR ALSO
TOLD ME TO RESEARCH THE RECALLS ON THIS VEHICLE BUT THIS
VEHICLE WAS NOT LISTED BUT SHOULD BE. IT WOULD APPEAR THAT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE RECALL WAS INCOMPLETE AND SHOULD HAVE BEEN BROADER.

**NHTSA ID Number:** 11349028
**Complaint Date** August 13, 2020
**Incident Date** June 29, 2020
**Consumer Location** THOMASTON, CT
**Vehicle Identification Number** KMHEC4A46DA****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA HYBRID. THE
CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 55 MPH,
THE VEHICLE LOSS MOTIVE POWER AND THE SPEED WAS REDUCED.
AFTER STOPPING ON THE SIDE OF THE ROADWAY, THERE WAS AN
ABNORMAL KNOCKING SOUND COMING FROM THE FROM
THE ENGINE. THE VEHICLE WAS TOWED TO DEALER SOUTHERN STATE
HYUNDAI OF RALEIGH LOCATED AT 2511 WAKE FOREST RD, RALEIGH,
NC 27609, WHO DIAGNOSED THAT THE ENGINE WAS DEFECTIVE AND
NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE CONTACT
WAS INFORMED BY THE DEALER THAT THE VEHICLE WAS NOT
INCLUDED IN THE NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE
AND ENGINE COOLING). THE CONTACT STATED THAT THE VEHICLE
HAD EXPERIENCED THE SAME FAILURE LISTED IN THE RECALL. THE
FAILURE MILEAGE WAS 138,000.

**NHTSA ID Number:** 11350125
**Complaint Date** August 18, 2020
**Incident Date** July 1, 2020
**Consumer Location** HARVEY, LA
**Vehicle Identification Number** KMHEL4E4XCH****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SONATA HYBRID. THE
CONTACT STATED THAT WHILE OPERATING THE VEHICLE, AN
ABNORMAL NOISE WAS PRESENT COMING FROM THE ENGINE PRIOR
TO THE VEHICLE STALLING. THE VEHICLE WAS TOWED TO THE LOCAL
DEALER RAY BRANDT HYUNDAI LOCATED AT 1700 WESTBANK EXPY,
HARVEY, LA 70058, WHO DIAGNOSED THAT THE ENGINE HAD SEIZED
AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED.
THE MANUFACTURER WAS NOT YET NOTIFIED OF THE FAILURE. THE
CONTACT WAS INFORMED BY THE DEALER THAT THE VEHICLE WAS
NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE).
THE CONTACT WAS INFORMED THAT THE SAME FAILURE LISTED IN

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

THE RECALL HAD OCCURRED HOWEVER, THE HYBRID SONATA WAS NOT INCLUDED. THE FAILURE MILEAGE WAS 130,000. INVALID VIN.

### MY2010-2012 Hyundai Santa Fe

**NHTSA ID Number:** 10845644
**Complaint Date** March 8, 2016
**Incident Date** January 21, 2016
**Consumer Location** IMPERIAL BEACH, CA
**Vehicle Identification Number** 5XYZG3AB9CG****
**Summary of Complaint**
ALL EVENTS OCCURRED WHILE VEHICLE WAS STATIONARY.BEGAN TO HAVE A INTERMITTENT NO START CONDITION AROUND THE THIRD WEEK OF JANUARY 2016. THETA 2.4 ENGINE #165130 WOULD NOT TURN OVER. A JUMP START WITH 2ND VEHICLE BATTERY SUPPLY AND JUMPER CABLES WERE NEEDED FOR ENGINE TO RUN.TESTED THE BATTERY VOLTAGE OUTPUT ON SANTA FE WITH ENGINE COLD 12.65 AND ENGINE RUNNING 13.96 TO 14.02 RANGE ALL STARTING AND CHARGING COMPONENTS WERE OPERATING IN NORMAL CONDITIONS AND NO CHECK ENGINE OR BATTERY INDICATORS ILLUMINATING. NO SIGNS OF ENGINE MALFUNCTION WAS EVIDENT. ON 01/29/2016 AFTER HAVING TWO MORE NO STARTS WENT AHEAD AND REPLACED THE BATTERY WITH BRAND NEW ONE. ENGINE WOULD CRANK BUT NOT START.TESTED VOLTAGE ON BATTERY, ALTERNATOR, STARTER,IGNITION AND FUEL PUMP RELAYS.

HAD SPARK ON ALL COILS AND FUEL. AIR FILTER WAS NEW. FELT CONFIDENT THERE WAS NO NEED TO CHECK COMPRESSION AS THERE WERE NO MECHANICAL SIGNS PRESENT. AT CERTAIN TIMES SOME ENGINE COMPONENTS DUE WEAR OUT SO I HAD A MECHANIC INSPECT THE ENGINE AND ASKED HIM TO REPLACE THE CRANKSHAFT SENSOR. ENGINE WOULD NOT TURNOVER AFTER SEVERAL ATTEMPTS AND HE COULD NOT DETERMINE THE CAUSE. ON 01/30/2016 CONNECTED MY OBD2 AND GOT A TOTAL OF 11 CODES, P0445,261,267,270,264,448. FIVE OUT OF FIRST ELEVEN WERE DISPLAYED TWICE EXCEPT P0448.I HAD THE CAR TOWED TO A HYUNDAI AUTHORIZED SERVICE DEPT ON 02/02/2016 THE SERVICE ADVISER AT FRANK HYUNDAI ADVISED ME HIS MECHANIC PERFORMED A COMPRESSION AND LEAK DOWN TEST AND INFORMED ME ENGINE HAD LOW COMPRESSION IN 3 OUT OF 4 CYLINDERS WITH ACTIVE CODES P0223 P0445 AND P2106.ONE CYLINDERS WAS SAID TO

BE BLOWING AIR UP TOWARDS VALVE COVER.I WAS TOLD THEY
SUSPECTED PISTON RINGS OR CYLINDER HEAD WAS CAUSE
OF ENGINE FAILURE.HAD CAR TOWED HOME. AFTER FINDING BLOWN
FUSE I WAS ABLE TO START CAR BUT SHUT IT DOWN IMMEDIATELY
FROM LOUD NOISE COMING FROM VALVE TRAIN ROTATING
ASSEMBLY.UNKNOWN SYMPTOMS.

**NHTSA ID Number:** 10859861
**Complaint Date** April 16, 2016
**Incident Date** April 15, 2016
**Consumer Location** CRESCENT, PA
**Vehicle Identification Number** 5XYZG3AB7CG****
**Summary of Complaint**
WELL MAINTAINED ENGINE WITH 128,000 MILES FAILED
CATASTROPHICALLY WITHOUT WARNING AT HIGHWAY SPEED. OIL
PRESSURE, RPM AND TEMPERATURE GAUGES DID NOT INDICATE A
PROBLEM. PISTON APPARENTLY SHATTERED AND BLEW THROUGH
THE BOTTOM OF THE ENGINE.

**NHTSA ID Number:** 10861488
**Complaint Date** April 26, 2016
**Incident Date** April 18, 2016
**Consumer Location** SHELTON, CT
**Vehicle Identification Number** 5XYZK4AG8CG****
**Summary of Complaint**
TL* THE CONTACT OWNED A 2012 HYUNDAI SANTA FE. WHILE
DRIVING APPROXIMATELY 20 MPH, THE CONTACT WAS ALERTED OF
FLAMES UNDER THE VEHICLE AS BLACK SMOKE POURED FROM
THE ENGINE. THE CONTACT CRASHED INTO A POLE. THE AIR BAGS
DEPLOYED. THE CONTACT RECEIVED BRUISES ON THE FACE AND
CHEST AND EXPERIENCED TROUBLE BREATHING. MEDICAL
ATTENTION WAS RECEIVED. A POLICE REPORT WAS FILED. THE FIRE
DEPARTMENT EXTINGUISHED THE FIRE. THE MANUFACTURER WAS
NOTIFIED. THE VEHICLE WAS TOWED AND DESTROYED. THE
APPROXIMATE FAILURE MILEAGE WAS 70,000.

**NHTSA ID Number:** 10871010
**Complaint Date** May 9, 2016
**Incident Date** May 9, 2016
**Consumer Location** DELTONA, FL
**Vehicle Identification Number** 5NMSK4AG5AH****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

62

**Summary of Complaint**
THE ENGINE THREW A ROD AND IT IS THE SAME PROBLEM THEY HAVE
IN THEIR 2.4L ENGINE THAT WAS RECALLED. 470,000 OF THEM. NOW
THEY WON'T FIX MY ENGINE.

**NHTSA ID Number:** 10948737
**Complaint Date** January 31, 2017
**Incident Date** April 1, 2016
**Consumer Location** SILVER CITY, NM
**Vehicle Identification Number** 5XYZGDAB4CG****
**Summary of Complaint**
4/1/2016: DRIVING ON INTERSTATE I-40 WESTBOUND IN LAS CRUCES IN
A CONSTRUCTION ZONE, THE CAR ENGINE DIED, BUT I WAS ABLE TO
GET TO SHOULDER. CAR TOWED TO AUTO REPAIR SHOP, BUT
PROBLEM COULD NOT BE DIAGNOSED; CAR EVENTUALLY
RESTARTED. 2ND ATTEMPT TO DIAGNOSE ON 4/11/16; NONE COULD BE
FOUND. CAR STARTED TO MAKE OCCASIONAL LOUD ENGINE NOISE
OVER ENSUING MONTHS. I CONTACTED HYUNDAI, AND IN OCTOBER
2016 WAS TOLD TO BRING CAR 100 MILES BACK TO LAS CRUCES, NM
(BORMAN AUTOPLEX) FOR FURTHER DIAGNOSIS. BORMAN
DIAGNOSED METAL SHAVINGS IN ENGINE (SIMILAR OR IDENTICAL TO
PROBLEM FOR THE 470,000 SONATAS WITH METAL SHAVINGS IN
THE ENGINE). A FULL ENGINE FAILURE AND ENGINE REPLACEMENT
WAS RECOMMENDED. I CONTENDED THAT THE ENGINE SHOULD BE
REPLACED FREE OF CHARGE, AS IT WAS A MANUFACTURING DEFECT
AND THE VEHICLE DYING WITHOUT NOTICE WHILE BEING DRIVEN
COULD PROVE DANGEROUS OR FATAL TO THE DRIVER/PASSENGERS.
THE ENGINE FAILED FULLY, AND THE VEHICLE IS NOT DRIVABLE.
AGAIN, ISSUE BEGAN 4/1/2016; ENGINE FAILED COMPLETELY
12/28/2016. *TR

**NHTSA ID Number:** 10971088
**Complaint Date** April 7, 2017
**Incident Date** April 2, 2017
**Consumer Location** ARLINGTON, VA
**Vehicle Identification Number** 5XYZG3AB1CG****
**Summary of Complaint**
MY WIFE WAS DRIVING AT HIGHWAY SPEEDS ON THE BELTWAY
AROUND DC WHEN THE ENGINE SEIZED AND THE CAR SHUT DOWN.
SHE WAS ABLE TO COAST TO SHOULDER WHERE AAA THEN CAME
AND TOWED HER TO A SHOP. SHOP SAID IT WAS THE ENGINE AND WE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

63

HAD TO TAKE IT TO A HYUNDAI DEALER. DEALER SAID IT WAS A
BATTERY ISSUES, REPLACED THE BATTERY AND CHARGED US FOR IT.
FOUR DAYS LATER AT HIGHWAY SPEEDS ON I-95 NORTH
THE ENGINE LOCKED UP AGAIN. THE DEALER IS TELLING US IT IS
NOW AN ENGINE ISSUE, WHICH WAS SOMEHOW NOT THE PROBLEM
THE FIRST TIME. THE CHECK ENGINE AND WARNING LIGHTS DID NOT
COME ON BEFORE THE FAILURE AND ALL OF THE FLUIDS ARE FULL
TO STANDARD LEVELS. THE DEALER IS SAYING THEY HAVE TO
REPLACE THE ENGINE AND HYUNDAI CORPORATE IS SAYING THERE IS
NOTHING THEY WILL DO FOR US. VEHICLE WAS BUILT ONLY 5 YEARS
AGO, AND ONLY HAS 72,000 MILES ON IT. BECAUSE WE ARE THE
SECOND OWNER, THE ORIGINAL 75,000 MILE WARRANTY NOW ONLY
GOES TO 62,000. SHE OR ANYBODY ELSE AROUND HER COULD HAVE
BEEN KILLED.

**NHTSA ID Number:** 10971452
**Complaint Date** April 8, 2017
**Incident Date** July 4, 2016
**Consumer Location** COSTA MESA, CA
**Vehicle Identification Number** 5XYZG3AB0CG****
**Summary of Complaint**
WAS DRIVING ON I 5 IN CALIFORNIA WHEN ENGINE BEGAN TO KNOCK
LOUDLY. PULLED OVER AND HAD THE CAR TOWED TO THE DEALER.
DEALER COULD NOT VISUALLY FIND ANY REASON
FOR ENGINE MALFUNCTION & SAID HYUNDAI SHOULD COVER IT DUE
TO IT ONLY HAD 63,000 MILES. THEY SUBMITTED MY CLAIM AND IT
WAS DENIED. I TRIED TO APPEAL BUT WAS TOLD THEIR DECISION
WAS FINALE. THE DEALERSHIP WAS ASTONISHED AS WAS I. I WAS
TOLD AT THE DEALER IT WAS AN OIL ISSUE AND WAS TOLD IT WAS
NOT A LACK OF OIL BUT CLEARLY A MANUFACTURER DEFECT, AND
YET HYUNDAI REFUSED TO HELP.

**NHTSA ID Number:** 10971631
**Complaint Date** April 10, 2017
**Incident Date** April 6, 2017
**Consumer Location** LOS BANOS, CA
**Vehicle Identification Number** 5XYZGDABXCG****
**Summary of Complaint**
BEGAN MAKING LOUD KNOCKING SOUND. AND ENGINE DIED. OIL
CAME OUT OF THE BOTTOM OF THE CAR. THE CAR WAS TRAVELING
AT APPROXIMATELY 55 MILES PER HOUR WHEN IT BROKE DOWN. IT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

64

WAS ON A BUSY HIGHWAY TRAVELING STRAIGHT.

**NHTSA ID Number:** 10972014
**Complaint Date** April 12, 2017
**Incident Date** March 31, 2017
**Consumer Location** WALPOLE, MA
**Vehicle Identification Number** 5XYZGDAB8CG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WITHOUT
WARNING, THE ENGINE SEIZED. THE DEALER AND MANUFACTURER
INDICATED THAT THE VEHICLE WAS EXCLUDED FROM NHTSA
CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING),
ALTHOUGH THE VEHICLE WAS EXHIBITING THE SAME CONDITION IN
THE RECALL. THE VEHICLE WAS TOWED TO THE DEALER WHERE
THE ENGINE ASSEMBLY WAS REPLACED. THE CONTACT WAS
UNCERTAIN IF THE OEM PART WOULD FAIL AGAIN. THE
APPROXIMATE FAILURE MILEAGE WAS 85,155. UPDATED 06/21/17*LJ

*CN

**NHTSA ID Number:** 10978946
**Complaint Date** April 17, 2017
**Incident Date** April 16, 2017
**Consumer Location** JOPLIN, MO
**Vehicle Identification Number** 5XYZG3ABXCG****
**Summary of Complaint**
I HAVE A 2012 HYUNDAI SANTA FE I PURCHASED USED 2 MONTHS
AGO. YESTERDAY ON EASTER HALF WAY BACK FROM FAMILY
GATHERING ALL THE SUDDEN THE MOTOR STARTS MAKING VERY
LOUD TICKING SOUND. I WAS TERRIFIED AS WAS MY 3 CHILDREN. I
SLOW TO A COAST ANDCONTACT DEALER. THE OFFICE WAS CLOSED I
TRIED MANY NUMBERS. THEN WHILE COASTING ON SIDE OF ROAD
WITHIN ONLY MINUTES MY CAR MAKESVERY LOUD N JULTING POP
SOUND STARTS SMOKING N METAL FLIES FROM UNDER THE VEHICLE.
THE VEHICLE STOPS COMPLETELY N HAS TO BE TOWED. I PICK UP
PIECES AFTER THEY COOL. THEY WAS SMOKING HOT BUT
NO ENGINELIGHT WARNING OR OVERHEAT WARNING WHAT SO EVER.
AT DEALERS TODAY I WAS ABLE TO LOOK UNDER MY CAR AND A
CHUNK OF THE BOTTOM.OF MOTOR HAD COMPLETELY BLOWN OUT
PUTTING MY 3 BABIES MY BOYFRIEND N I IN SERIOUS DANGER. I JUST
FOUND OUT THERE WAS A RECALL FOR SOME OF THESE MOTORS AND

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I THINK ITS CLEAR THAT THIS WAS A HUGE DEFECT AS WELL. CARS DON'T RUN FINE THEN BLOW HOLES IN BOTTOM OF MOTORS IN MINUTES OUT OF THE BLUE. PLS CONTACT ME. I HAVE LESS THAN 100,000 ON THIS CAR AND EVERYTHING IN IT. PLS HELP MY FAMILY. I WAS SIMPLY TURNING OFF A CITY STREET ON HH HWY ONLY GOT UP TO 20 TO 25 WHEN TICKING BEGAN. (I HAVE VIDEO SO YOU CAN HEAR NOISE BUT WOULDNTLET ME SEND)

**NHTSA ID Number:** 10982987
**Complaint Date** May 2, 2017
**Incident Date** April 5, 2017
**Consumer Location** AUSTIN, TX
**Vehicle Identification Number** N/A
**Summary of Complaint**
AFTER 104,000 MILES, MY SANTA FE 2012 ENGINE DIED ON THE ROAD. HEARD A KNOCKING SOUND, AND THEN THE GEARS LOCKED, AND I WAS STUCK IN THE MIDDLE OF A BUSY STREET. THE SANTA FE WAS TOWED TO THE DEALERSHIP, AND TOLD THERE WAS A HUGE HOLE IN THE ENGINE. TOLD I WOULD NEED A NEW ENGINE. PRICE $8,000 FOR THE REPAIR. WENT TO MY LOCAL MECHANIC, AND PAID $5,000 FOR A NEW ENGINE. I NEED TO KNOW WHERE I CAN FILE WITH HYUNDAI, FOR I HEARD OF A POSSIBLE RECALL ON 2012 SANTA FE'S IN THE NEAR FUTURE. ANY SUGGESTIONS?

**NHTSA ID Number:** 11003270
**Complaint Date** July 6, 2017
**Incident Date** June 19, 2017
**Consumer Location** WEST HAVERSTRAW, NY
**Vehicle Identification Number** 5XYZGDAB1CG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 45 MPH, THERE WAS AN ABNORMAL NOISE COMING FROM THE ENGINE. THE CONTACT STATED THAT THE VEHICLE LOST MOMENTUM BUT NEVER STALLED. THE VEHICLE WAS TAKEN TO ROCKLAND HYUNDAI (LOCATED AT 140 NEW YORK ROUTE 59, NANUET, NY 10954, TEL: 845-402-8623) WHERE IT WAS DIAGNOSED THAT THE ENGINE SEIZED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 43,000. UPDATED 08/09/17*LJ****UPDATED 08/23/17*LJ

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                          Case No.

THE CONSUMER STATED THAT THE VEHICLE HAD AN OIL FILTER DEFECT. UPDATED 8/25/2017*JS

*CN

**NHTSA ID Number:** 11012674
**Complaint Date** August 3, 2017
**Incident Date** August 3, 2017
**Consumer Location** BEAVERTON, OR
**Vehicle Identification Number** 5XYZGDAB0CG****
**Summary of Complaint**
ENGINE STARTED MAKING A POPPING SOUND CLOW TO FAST CONTINGENT ON THROTTLE. ENGINE THREW A ROD. NEEDS NEW ENGINE AT 77,000

**NHTSA ID Number:** 11016374
**Complaint Date** August 19, 2017
**Incident Date** July 17, 2017
**Consumer Location** ANGIER, NC
**Vehicle Identification Number** 5XYZG3AB3CG****
**Summary of Complaint**
JULY 17, 2017 - WHILE TRAVELLING FROM ANGIER, NC TO FAYETTEVILLE, NC; I STARTED HEARING A NOISE COMING FROM MY ENGINE, HAD CAR TOWED TO AAA CAR CARE CENTER. INFORMED OF RECALL ON ENGINE BY AAA REPRESENTATIVE. CALLED JOHNSON HYUNDAI OF CARY LOCATED IN CARY, NC TO CONFIRM CAR CAN GO THERE.

JULY 18, 2017  CAR TOWED TO JOHNSON HYUNDAI OF CARY LOCATED IN CARY, NC. TALKED TO CAR MAINTENANCE CONSULTANT: MATTHEW (MATT) BROWNING. INFORMED MY CAR WAS OF 5 CARS THERE WITH ENGINE FAILURE. INFORMED OF RECALL PROBLEM WITH ENGINES.

AUGUST 09, 2017  WENT TO JOHNSON HYUNDAI. INFORMED I WAS #5 AND INFORMED BY MATT THE PROCESS OF SENDING THE ENGINES TO BE DIAGNOSED.

AUGUST 11, 2017  MATT CALLED ME TO INFORM ME THAT MY CAR DID NOT MEET THE RECALL SPECIFICATIONS BUT AN ENGINE COULD BE INSTALLED FOR THE COST OF $4400.00 AND I OKAYED IT.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AUGUST 14, 2017  I CALLED FOR A LOANER.

AUGUST 15, 2017  MATT CALL ME AND INFORMED ME THAT THE ENGINE THEY HAD DID NOT CHECK OUT AND MY ONLY GOOD OPTION WAS FOR THEM TO REBUILD MY ENGINE FOR $7000 TO $8000, THEY PUT IN A HIGH MILEAGE ENGINE THAT THEY WOULD NOT GUARANTEE OR COME PICK UP MY CAR. INFORMED THE OTHER CARS THERE WITH ENGINE FAILURE HAD WARRANTIES OR EXTENDED WARRANTIES. I ASKED IF I COULD FIND AN ENGINE AND MATT SAID OKAY.

LATER, TEXTED MATT BACK THAT I FOUND AN ENGINE ONLINE FROM SWENGINES.COM. HE CALLED ME AND TOLD ME HE NEED THE VIN NUMBER OF THE ENGINE.

AUGUST 16, 2017  MATT CALLED AND SAID HE NEED TO SEE THE ENGINE BEFORE HE COULD SAY HE COULD INSTALL IT OR GIVE ME A PRICE FOR INSTALLATION.

AUGUST 17, 2017  I WENT TO JOHNSON HYUNDAI TO RETRIEVED MY CAR, MATT TOLD ME THAT HE WAS LOOKING OUT FOR ME AND TOLD ME THE CAR WAS STORED AT ANOTHER LOT. THE AAA TOW TRUCK RETRIEVED MY CAR.

**NHTSA ID Number:** 11020707
**Complaint Date** August 30, 2017
**Incident Date** August 19, 2017
**Consumer Location** WALLINGFORD, CT
**Vehicle Identification Number** 5XYZGDAB1CG****
**Summary of Complaint**
WE BOUGHT OUR 2012 SANTA FE WITH 68K ON 8/29/16 FROM THE HYUNDAI DEALER. ON SATURDAY (8/19/17) THE VEHICLE COMPLETLY SHUT OFF WHILE DRIVING ONTO THE HIGHWAY (92K). THIS EXPERIENCE WAS TERRIFYING. ONCE THE VEHICLE CAME TO A COMPLETE STOP, I PUT IT IN PARK AND MANAGED TO START THE VEHICLE AGAIN (THE DASH BOARD DIDN'T DISPLAY ANY LIGHT) AND DRIVE IT HOME WITHOUT ANY FURTHER ISSUES. ON SUNDAY 8/20, THE VEHICLE SHUT OFF WHEN ACCELERATING FROM A COMPLETE STOP, AGAIN THE VEHICLE STARTED AND WE WERE ABLE TO TAKE IT HOME. FIRST THING MONDAY 8/21, I DROVE THE VEHICLE TO THE

68

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HYUNDAI DEALER FOR TROUBLESHOOTING. THEY SPENT 2 HOURS AND WEREN'T ABLE TO TO FIND ANYTHING WRONG WITH THE VEHICLE. AS I WAS DRIVE OFF FROM THE DEALER, THE VEHICLE SHUT OFF ONCE AGAIN. I WENT BACK TO THE SERVICE AREA AND STATED THAT THIS VEHICLE WAS NOT SAFE TO DRIVE. THEY PROPOSED THAT THE CRANKSHAFT WOULD BE A GOOD STARTING POINT FOR THE SHUTTING OFF ISSUES. THEY KEPT THE VEHICLE FROM 8/21 THRU 8/24. THEY WANTED TO TEST THE VEHICLE AFTER DOING THE REPAIRS. I PICKED UP THE VEHICLE ON 8/24 AT 4:30PM. I WAS TOLD THE VEHICLE WAS ALL SET AND SAFE TO DRIVE. I WAS CHARGED $357 FOR PARTS AND LABOR. ON FRIDAY AUGUST 25TH ABOUT 6AM, I WAS DRIVING THIS VEHICLE TO WORK, WHILE THE CAR WAS ON THE FREEWAY (ABOUT 50MPH) I HEARD A LOUD NOISE COMING FROM THE ENGINE COMPARTMENT AND THE VEHICLE LOST POWER AND I PULLED OVER TO THE SIDE OF THE FREEWAY. THE VEHICLE WAS MAKING A LOT OF NOISE AND DID NOT WANTED TO MOVE AT ALL. I TURNED IT OFF AND HAD THE VEHICLE TOWED BACK TO THE DEALER ONCE AGAIN THAT MORNING. I JUST RECIEVED A PHONE CALL TODAY (8/29) THAT THE ENGINE WAS BLOWN ON A PERFECTLY WELL MAINTAINED VEHICLE. THERE IS NO WARRANTY COVERAGE FROM NEITHER THE MANUFACTURER OR DEALER AND WE ARE BEING ASK TO PAY 5.5K PLUS TAXES FOR A REPLACEMENT ENGINE IN NEED. THIS BAD ENGINE SHOULD BE COVER BY THE DEALER OR MANUFACTURING.

**NHTSA ID Number:** 11023874
**Complaint Date** September 17, 2017
**Incident Date** June 7, 2017
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** 5XYZG4AG0CG****
**Summary of Complaint**
PURCHASED VEHICLE NEW 6/15/12. WE CHANGED OIL AT PROPER INTERVALS. I NOTICED WHEN WE FIRST STARTED CAR A TAPPET NOISE COMING FROM ENGINE. NO LIGHTS SHOWN ON DASH. I IMMEDIATELY TOOK IT TO THE NEAREST HYUNDAI DEALER IN FEAR OF CAUSING DAMAGE TO ENGINE. THEY KEPT CAR FOR ABOUT 4 HOURS . THEY CALLED AND TOLD US ENGINE WAS GONE. WE PURCHASED EXTENDED WARRANTY AT TIME OF PURCHASE. THEY TOLD US SLUDGE WAS IN ENGINE. THIS WAS CAUSED BY OWNER NEGLECT. FOUND NUMEROUS OWNER TESTIMONIES ON LINE WHICH THE SAME THING. HYUNDAI HAS NUMEROUS CLASS ACTIONS SUITS

ON THEM. THEY HAVE MAJOR MANUFACTURING PROBLEMS WITH THE CLEANING PROCESS WITH METAL FILINGS LEFT IN ENGINE. LOOK ON LINE UNDER HYUNDAI ENGINE FAILURES THERE ARE NUMEROUS WEBSITES REGARDING THIS ISSUE. CONSUMER NEEDS TO BE MADE AWARE OF THIS IF THEY DON'T ALREADY. WORD OF ADVICE , STAY FAR AWAY FROM HYUNDAI. THEY DON'T STAND BEHIND THEIR SO CALLED WARRANTY. THE EXTENDED WARRANTY IS NOT EVEN WORTH THE PAPER ITS PRINTED ON. THE BEST THING THEY COULD DO IS TAKE CARE OF ALL COMPLAINTS AGAINST THEM AND THEN GO BANKRUPT.

**NHTSA ID Number:** 11030293
**Complaint Date** September 28, 2017
**Incident Date** June 5, 2017
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** 5XYZG4AG0CG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING APPROXIMATELY 25 MPH, THERE WAS A TAPPING NOISE OCCURRING FROM THE ENGINE. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS DRIVEN TO THE CONTACT'S RESIDENCE AND THEN LATER TAKEN TO ETTLESON HYUNDAI (6420 JOLIET RD, COUNTRYSIDE, IL 60525, PHONE NUMBER: (708) 231-4586) WHERE IT WAS DIAGNOSED THAT THE ENGINE FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER INFORMED THE CONTACT THAT THE DEALER PLACED A TITLE BRAND ON THE VEHICLE AND WOULD NOT REPAIR THE VEHICLE DUE TO THE EXPIRATION OF THE WARRANTY. THE APPROXIMATE FAILURE MILEAGE WAS 65,000.

**NHTSA ID Number:** 11040638
**Complaint Date** October 27, 2017
**Incident Date** October 21, 2017
**Consumer Location** WAKE FOREST, NC
**Vehicle Identification Number** 5XYZG3ABXCG****
**Summary of Complaint**
ENGINE FAILURE ON INTERSTATE WHILE TRAVELLING 70 MPH. KNOCKING NOISE AND COMPLETE LOSS OF POWER. WOULD NOT RESTART. DEALERSHIP ADVISED THE MOTOR LOCKED UP.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                   Case No.

**NHTSA ID Number:** 11044183
**Complaint Date** November 7, 2017
**Incident Date** October 2, 2017
**Consumer Location** WESTPHALIA, MO
**Vehicle Identification Number** 5XYZGDAB1CG****
**Summary of Complaint**
MILEAGE AROUND 82,000 MILES | ALWAYS HAD ROUTINE, ON TIME, MAINTENANCE | NO ENGINE LIGHT ON (OR ANY OTHERS) | ON A TRIP DRIVING DOWN THE HIGHWAY GOING AROUND 65MPH WITH CRUISE CONTROL SET (2 ADULTS AND 1 CHILD IN THE CAR, NOT TOWING ANYTHING), OUR SUV STARTED MAKING A STRANGE NOISE WHEN ACCELERATING, THEN PROGRESSED TO A CONSISTENT NOISE WHETHER ACCELERATING OR NOT. WE DECIDED WE NEEDED TO STOP IN THE NEXT TOWN (ABOUT 20 MILES AWAY) TO TAKE A LOOK, BUT BEFORE WE COULD REACH THE NEXT TOWN THE CAR WITHOUT WARNING SHUT DOWN, STARTED SMOKING, AND PIECES OF THE CAR FELL FROM BELOW THE CAR. MY HUSBAND RAISED THE HOOD AND NOTICED THE ENGINEWAS ON FIRE, AND QUICKLY PUT IT OUT. WE HAD THE CAR TOWED TO A HYUNDAI DEALERSHIP AND JUST BY RAISING THE HOOD THE MECHANIC KNEW THE ENGINE EXPLODED, AND INFORMED US IT WOULD BE AROUND $6500 FOR A USED ENGINE. FROM THE TIME THE NOISE FIRST STARTED UNTIL THE ENGINE BLEW UP WE DROVE 12 MILES. WE HAVE TRIED CONTACTING HYUNDAI TO NOTIFY THEM OF THE ISSUE, AFTER WAITING ON HOLD FOR 30+MINUTES ALL THEY CAN SAY IS THERE IS NOTHING THEY CAN DO SINCE WE ARE OUT OF WARRANTY, WHEN WE ASK TO SPEAK TO A MANAGER ONE IS NEVER THERE AND THEY PROMISE THAT WILL HAVE THE MANAGER CALL US BACK, BUT WE HAVE NOT RECEIVED A PHONE CALL. AFTER RESEARCHING THIS ISSUE, IT SEEMS WE ARE NOT THE ONLY ONES HAVING ISSUES WITH THE ENGINE. MY HUSBAND USED TO SELL HYUNDAI'S AND KNOWS FOR A FACT THAT THE SANTA FE AND SONATA'S HAVE THE SAME ENGINE - THE 2011-12 SONATA ENGINEHAD A RECALL, WHY DIDN'T THE SANTA FE HAVE A RECALL? THE SANTA FE IS MY SECOND HYUNDAI TO OWN, I WILL NOT BUY ANOTHER DUE TO THE ISSUES WITH MY SANTA FE AND LACK OF CUSTOMER SERVICE. SIDE NOTE, WHY WOULD I SPEND $6500 ON ANOTHER ENGINE, WHEN THERE SEEMS TO BE AN EXPLODING PATTERN.

**NHTSA ID Number:** 11048744
**Complaint Date** November 27, 2017

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

**Incident Date** November 24, 2017

**Consumer Location** MOORESTOWN, NJ

**Vehicle Identification Number** 5XYZGDAB7CG****

**Summary of Complaint**

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

DRIVING CAR AT 25 MPH - LOUD BANG IN ENGINE AREA FOLLOWED BY SHORT BURST OF BANGING. CAR THRU A CONNECTING ROD THRU THE MOTOR BLOCK.

THIS IS A 2012 AWD SANTE FE MODEL - HERE IS THE CONNECTION THIS ENGINE WAS MADE IN ALABAMA THE 2.4 LTR FOUR CYLINDER AND WAS RECALLED DUE TO DEBRIS IN ENGINE CRANKCASES.....THE SONATA WAS THE RECALL. THIS SAME ENGINE IS IN MY SANTE FE. MY MILEAGE IS ONLY 59+ K MILES. THEY WONT REPLACE IT. YOUR NHTSA REPORTED THIS ON SEPTEMBER 25, 2015, A REPORT WRITTEN BY [XXX] OF CONSUMER REPORTS, THIS SAME ENGINE WAS PRODUCED FOR SANTE FE, KIA OPTIMA, KIA SORRENTO ETC. DON'T YOU THINK THAT THIS 2.0 LTR AND 2.4 LTR "THETA II" ENGINE, WHICH IN SONATAS ALONE WAS A 470,000 CAR RECALL... IS THE VERY SAME ENGINE THAT IS FAILING IN OTHER MODELS OF KIA AND HYUNDAI. THIS CATASTROPHIC ENGINE FAILURE AT ONLY 59K MILES COULD HAVE KILLED MY DAUGHTER IF SHE WAS ON THE FREEWAY. YOUR REPORT STATES THIS ENGINE IS THE SAME ENGINE BUILT IN THE SAME US MFGR PLANT IN ALABAMA AND THAT IT WAS ALSO USED IN THE HYUNDAI SANTE FE MY VEHICLE- BETWEEN THEIR PRODUCTION OF 2009 AND 2012 - STILL A COINCIDENCE --- I DON'T THINK SO. THERE ARE NUMEROUS REPORTS OF THIS ENGINE FAILURE IN THE INTERNET AND THE PRICING GAUGING OF THE CONSUMER FROM $4,500 TO OVER $8,000 WHEN THIS DEFECTIVE ENGINE SHOULD BE REPLACED FROM HYUNDAI FOR FREE. THEY ARE HIDING THE TRUTH HERE LOOK AT THIS NHTSA WRITTEN REPORT. I DON'T HAVE SPECIFIC PHOTOS BUT CAN GET THEM. TODAY THE HYUNDAI DEALERSHIP ON RT 130 BURLINGTON LOOKED AT MY VEHICLE AND DECLARED THAT I NEED A NEW ENGINE AND THEN SUGGESTED A USED LOW MILEAGE ENGINE. I WANT A NEW REPLACEMENT JUST LIKE THEY REPLACED IN THE SONATAS WITH THE VERY SAME ENGINE,

IF YOU CAN HELP ME AT ALL OR REOPEN THIS CAN OF WORMS THAT HYUNDAI IS LEAVING UNDER THE RUG IT WOULD HELP OTHER

72

PEOPLE WHO HAVE BEEN HURT BY HYUNDAI.

MY CONTACT [XXX]- CELL [XXX] *DL

**NHTSA ID Number:** 11055307
**Complaint Date** December 18, 2017
**Incident Date** December 15, 2017
**Consumer Location** FORT SMITH, AR
**Vehicle Identification Number** 5XYZG3AB4CG****
**Summary of Complaint**
VEHICLE BEGAN PRODUCING A LOUD KNOCKING SOUND WHILE
ACCELERATING. MECHANIC ADVISED THAT CONNECTING ROD
BEARING WAS DAMAGED. VEHICLE HAD APPROXIMATELY 100,000
MILES AND HAD RECEIVED REGULAR OIL CHANGES. MECHANIC
RECOMMENDED REPLACING ENGINE.

**NHTSA ID Number:** 11071815
**Complaint Date** February 8, 2018
**Incident Date** November 17, 2017
**Consumer Location** SONOMA, CA
**Vehicle Identification Number** 5XYZGDAB7CG****
**Summary of Complaint**
FAULTY THETA II ENGINE. DRIVING ON THE FREEWAY,HEARD
KNOCKING NOISE IN THE ENGINE. TOOK THE CAR DIRECTLY TO THE
DEALER, SERVICE ADVISOR HEARD THE SAME NOISE,SAID THE CAR
WAS UNSAFE TO DRIVE. HE SAID SOME OF THEIR ENGINES HAVE THIS
KNOWN PROBLEM & HE'D CHECK FOR A RECALL. SAID MINE WAS NOT
RECALLED, I'D HAVE TO PAY FOR A NEW ENGINE. HE SENT THE CAR
BACK TO THE MECHANIC WHO PUT IT ON A LIFT,HEARD THE
NOISE,BROUGHT IT RIGHT BACK DOWN, AGREEING IT WAS THE
KNOWN PROBLEM. THE SA SAID HE WOULD SUBMIT A REQUEST TO
CORPORATE TO PAY FOR THE ENGINE. THE FACT THAT HE
RECOGNIZED THE PROBLEM IMMEDIATELY AND KNEW TO DO A CORP.
APPROVAL REQUEST TO PAY TO REPLACE THE ENGINE PROVES HE
KNEW IT WAS A FAULTY ENGINE & HMA SHOULD PAY FOR IT. I
RENTED A CAR TO DRIVE THE 2 HOURS HOME.MY CAR HAS BEEN
THERE 10 WEEKS. HMA DENIED MY CLAIM 3 TIMES (ONCE AFTER THE
DEALER ESCALATED THROUGH HIS DISTRICT MANAGER). AFTER
MUCH RESEARCH I REALIZED THIS ENGINE HAS BEEN RECALLED FOR
MILLIONS OF CARS - HYUNDAI & KIA, DIFFERENT MODELS, DIFFERENT
YEARS. MINE IS NOT RECALLED - YET. THE ENGINE WAS

CLASS ACTION COMPLAINT                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MANUFACTURED SO THAT SHAVINGS DROP ON TO THE ENGINE AND EVENTUALLY CAUSE THE FAILURE (IT IS MUCH MORE DETAILED & TECHNICAL THAT THAT). IF I HAD CONTINUED DRIVING, THE RESULT WOULD HAVE BEEN THE ENGINE SEIZING WHILE DRIVING OR THROWING A ROD OUT OF THE ENGINE WHILE DRIVING. HYUNDAI HAS THIS ENGINE ON THE ROAD RIGHT NOW IN MILLIONS OF CARS, IT IS EXTREMELY DANGEROUS , THEY REFUSE TO TAKE RESPONSIBILITY (EXCEPT IN THE LAWSUIT THEY LOST). THEY ARE UNDER NHTSA INVESTIGATION FOR THE DELAYED RECALLS. THE OTHER 2 EXCUSES GIVEN TO ME BY HMA WERE: MY CAR IS 1K MI OUT OF WARRANTY & I DID NOT BUY IT FROM A HYUNDAI DEALER. ALL 3 REASONS (NO RECALL BEING THE FIRST) ARE COMPLETELY INVALID. THEY MANUFACTURED A FAULTY ENGINE. WHEN THE DEFECT APPEARS, WHERE THE CAR WAS PURCHASED AND WHETHER IT IS RECALLED YET, ARE NOT VALID EXCUSES.

**NHTSA ID Number:** 11092732
**Complaint Date** May 9, 2018
**Incident Date** May 5, 2018
**Consumer Location** Unknown
**Vehicle Identification Number** 5XYZG3AB1CG****
**Summary of Complaint**
MY ISSUE IS THAT MY 2012 SANTA FE DIED WHILE I WAS DRIVING AT ABOUT 55 MILES PER HOUR. I WAS SOMEHOW ABLE TO MUSCLE THE STEERING WHEEL A BIT TO THE RIGHT TO GET OUT OF HEAVY TRAFFIC AND GET TO THE SIDE OF THE ROAD. THIS TOOK PLACE ON SATURDAY, MAY 5TH, 2018. I CAME VERY CLOSE TO SUFFERING PHYSICAL HARM AND EVEN DEATH. I HAD THE CAR TOWED TO A MECHANIC. THE CHARGE WAS $800 AND THEY THEN TOLD ME MY ENGINE WAS BLOWN DUE TO A ROD LODGING OR GOING THROUGH THE ENGINE. I ALSO INCURRED ABOUT $50 IN UBER FEES TO GO BACK AND FORTH. I KNOW THAT THERE IS NOT A RECALL FOR THE SANTA FE IN 2012 THOUGH I ALSO KNOW THAT HYUNDAI LOST A CLASS ACTION SUIT COVERING THIS SAME ISSUE AMONG OTHERS FOR THE 2012 SANTA FE. I WAS ADVISED TO HAVE THE CAR TAKEN TO THE DEALER FOR EVALUATION AND THEN THE DEALER WILL CONTACT HYUNDAI. I WILL HAVE TO HAVE THE CAR TOWED AGAIN. THIS WILL BE THE 3RD TOW. EACH TOW COST ABOUT $50. I AM CONFIDENT THAT THE ISSUE WAS A TIMING CHAIN BEING LOOSE OR MALFUNCTIONING CAUSING THE DESTRUCTION OF THE ENGINE. I WOULD LIKE HYUNDAI TO PROVIDE ME WITH A REPLACEMENT ENGINE FREE OF CHARGE

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AND REIMBURSE ME FOR MY EXPENSES. I WOULD ALSO LIKE TO EXPRESS THAT THIS EVENT HAS BEEN VERY UPSETTING AND THAT IT WAS JUST GOOD FORTUNE THAT MY WIFE OR 2 DAUGHTERS WERE NOT DRIVING THE VEHICLE AT THE TIME.

**NHTSA ID Number:** 11099929
**Complaint Date** June 5, 2018
**Incident Date** May 31, 2018
**Consumer Location** COPPELL, TX
**Vehicle Identification Number** 5XYZG3AB7CG****
**Summary of Complaint**
DRIVING DOWN THE TOLLWAY AT 75 MPH THE ENGINE MADE A KNOCKING SOUND AND THEN COMPLETELY SHUT DOWN. MY HUSBAND WAS ABLE TO COAST IF OFF THE TOLLWAY . IT WAS TOWED TO THE DEALERSHIP WHERE THEY CAME TO THE CONCLUSION THAT THE ENGINE BLEW AND RECOMMENDED GETTING A NEW ENGINE. HOWEVER, WITH IT BEING JUST AT 102K MILES ITS RIGHT OUTSIDE OF WARRANTY. THE DEALERSHIP IS TELLING ME CORPORATE WONT COVER IT BUT I HAVE FILED A FORMAL COMPLAINT WITH HYUNDAI CORPORATE AND THEY ARE IN THE PROCESS OF REVIEWING THE CLAIM. AFTER READING ALL OF THE OTHER HORROR STORIES, I BELIEVE THEY WILL COME BACK WITH SOME EXCUSE. THIS HAS GOT TO STOP. THEY SAID IT WOULD BE 3-5K JUST FOR A NEW ENGINE ALONE... THIS IS OUTRAGEOUS.

**NHTSA ID Number:** 11104590
**Complaint Date** June 28, 2018
**Incident Date** May 8, 2018
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** 5XYZGDABXCG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 65 MPH, THE CONTACT HEARD AN ABNORMAL NOISE AND NOTICED BLACK SMOKE COMING FROM THE HOOD. THE CONTACT PULLED OVER, LIFTED THE HOOD, AND NOTICED FLAMES. THE CONTACT WAS ABLE TO EXTINGUISH THE FLAMES. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE. THE DEALER (MCGRATH CITY HYUNDAI, 6750 W GRAND AVE, CHICAGO, IL 60707) WAS CONTACTED AND STATED THAT NO OIL WAS GOING TO THE ENGINE. THE MANUFACTURER WAS ALSO CONTACTED AND UNABLE TO ASSIST. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS

75

120,000.

**NHTSA ID Number:** 11112314
**Complaint Date** July 19, 2018
**Incident Date** July 10, 2018
**Consumer Location** MOORESVILLE, IN
**Vehicle Identification Number** 5XYZGDAB8CG****
**Summary of Complaint**
CATASTROPHIC ENGINE FAILURE ON THE HIGHWAY AT 112K MILES.
CONNECTING ROD THROUGH THE BLOCK. THIS SAME ENGINE HAS
BEEN RECALLED IN SONATAS AND KIA SORENTOS OF THE SAME
YEAR, BUT FOR SOME REASON NOT THE SANTA FE. THE SONATA AND
SORENTOS WERE RECALLED DUE TO MANUFACTURING PROCESSES
LEAVING METAL DEBRIS IN OIL PASSAGES, WHICH EVENTUALLY
BLOCKS OIL FROM REACHING THE ROD BEARINGS LEADING TO THE
SAME FAILURE OUR SANTA FE EXPERIENCED. HYUNDAI NEEDS TO
EXPAND THE RECALL TO ALL EFFECTED MODELS.

**NHTSA ID Number:** 11139181
**Complaint Date** October 9,. 2018
**Incident Date** September 30, 2018
**Consumer Location** FARGO, ND
**Vehicle Identification Number** 5XYZGDAB1CG****
**Summary of Complaint**
WAS DRIVING ON THE HIGHWAY AND HEARD A RATTLING/CLUNKING,
MY RPM'S SHOT UP AND I COULDN'T ACCELERATE PAST 60. THE
CHECK ENGINE LIGHT CAME ON AND THEN SHUT OFF BRIEFLY. THEN
ALL OF THE LIGHTS ON MY DASHBOARD CAME ON AND I PULLED
OVER BUT HAD NO POWER STEERING. ONCE I PULLED OVER THE CAR
BEGAN TO SMOKE SO I TURNED IT OFF. I THEN HEARD A LOUD POP
AND SAW A THICK BLACK SMOKE COMING FROM THE HOOD AND
WITHIN 30 SECONDS THE FRONT OF MY CAR WAS IN FLAMES. IT IS
BELIEVED TO BE AN ISSUE WITH THE ENGINEAND THERE IS THE
START OF A CLASS ACTION LAW SUIT ON THIS ENGINE.

**NHTSA ID Number:** 11140752
**Complaint Date** October 16, 2018
**Incident Date** October 13, 2018
**Consumer Location** WICHITA, KS
**Vehicle Identification Number** 5XYZG3AB2CG****
**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

DRIVING ON INTERSTATE HIGHWAY THE ENGINE HAD A FAILURE AND A ROD WENT THROUGH THE ENGINE BLOCK AND THE OIL DUMP STARTED A FIRE.

**NHTSA ID Number:** 11141534
**Complaint Date** October 20, 2018
**Incident Date** April 27, 2018
**Consumer Location** ATLANTA, GA
**Vehicle Identification Number** 5XYZK3AB9CG****
**Summary of Complaint**
WHILE DRIVING THE 2012 HYUNDAI SANTA FE TO TENNESSEE FROM ATLANTA, WITH MY WIFE AND DAUGHTER AS PASSENGERS, I FELT A HEAVY BUMP ON THE INTERSTATE, AND WONDERED IF A TIRE HAD GONE FLAT. SHORTLY AFTER THIS, I SAW HEAVY SMOKE IN MY REARVIEW MIRROR, LETTING ME KNOW THAT THERE WAS A PROBLEM WITH MY CAR. A PERSON DRIVING IN A LANE TO MY LEFT TOLD ME THE CAR WAS ON FIRE, SO I PULLED OVER IMMEDIATELY. I GOT MY WIFE AND DAUGHTER OUT OF THE CAR, AND WALKED THEM TO A SAFE DISTANCE ABOUT 150 FEET FROM THE CAR. I HAD THE CAR TOWED TO A REPAIR SHOP. THE MECHANIC TOLD ME THAT A PISTON (OR PISTONS) HAD BLOWN THROUGH THE BOTTOM OF THE ENGINE, AND I WOULD NEED TO REPLACE THE ENTIRE ENGINE. IT WAS TOWED BACK TO MY HOUSE, AND WILL NO LONGER START. THIS WAS THE FINAL FRIDAY IN APRIL 2018. THE VEHICLE WAS IN MOTION, AT A SPEED NEAR 60 MPH, ON I-75 NORTH FROM ATLANTA, DRIVING STRAIGHT AHEAD.

**NHTSA ID Number:** 11150343
**Complaint Date** November 9, 2018
**Incident Date** June 1, 2018
**Consumer Location** EAST POINT, GA
**Vehicle Identification Number** 5XYZK3AB9CG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 55 MPH, THE VEHICLE STALLED AND SMOKE CAME FROM THE ENGINE COMPARTMENT. THE CONTACT ALSO MENTIONED THAT THE ENGINE MADE AN ABNORMAL NOISE. THE VEHICLE WAS TAKEN TO SOUTHTOWNE HYUNDAI (7665 US HWY 85, RIVERDALE, GA 30274, (770) 471-1000) WHERE THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE

77

MILEAGE WAS 121,000. *TT

CONSUMER STATED CAR IS UNDRIVABLE, ENGINE FAILURE OR SMOKE COMING OUT OF THE TAIL PIPE. IT SHOULD BE RECALLED. *JB

**NHTSA ID Number:** 11155108
**Complaint Date** November 24, 2018.
**Incident Date** August 3, 2018
**Consumer Location** ROSEMONT, WV
**Vehicle Identification Number** 5XYZGDAB3CG****
**Summary of Complaint**
WAS TRAVELING ON INTERSTATE AT 70 MPH. EXITED AND SLOWED TO ABOUT 35 MPH, AT WHICH TIME THE ENGINE SHUT DOWN. ENGINE STARTED RIGHT BACK UP AND RAN OK REST OF WAY HOME. THE NEXT DAY WHEN DRIVING UP A HILL, ENGINE BEGAN TO KNOCK AND CHECK ENGINE LIGHT CAME ON. I CONTINUED ON TO AN AUTOZONE WHERE I HAD IT CHECKED WITH A CODE READER. CODE RETRIEVED WAS P0014 WHICH IS B CAMSHAFT TIMING OVER-ADVANCED OR SYSTEM PERFORMANCE BANK 1. REMOVED VALVE COVER AND FRONT COVER AND INSPECTED THE CAMSHAFT AND TIMING COMPONENTS. THESE CHECKED OK, REMOVED OIL PAN AND DISCOVERED THAT THE #4 ROD BEARING HAD SPUN ON CRANKSHAFT. I THEN FOUND THAT HYUNDAI HAD HAD THIS PROBLEM WITH MANY OF THEIR 2.4L ENGINES AND THAT THERE WAS ACTUALLY A RECALL ON SOME. I CONTACTED HYUNDAI BY EMAIL AND WAS INFORMED THAT MY VIN# WAS NOT INCLUDED. SO NOW I AM STUCK WITH A VEHICLE THAT I OWE ON AND THAT WILL COST ME AT LEAST $5,000 TO HAVE A NEW ENGINE INSTALLED, WHICH I CAN NOT AFFORD.

**NHTSA ID Number:** 11155264
**Complaint Date** November 30, 2018
**Incident Date** November 5, 2016
**Consumer Location** CARY, NC
**Vehicle Identification Number** 5NMSG3AB1AH****
**Summary of Complaint**
ENGINE STOPPED AND ROD KNOCKING STARTED WHILE I WAS DRIVING ON A HIGHWAY

**NHTSA ID Number:** 11161289
**Complaint Date** December 13, 2018
**Incident Date** December 12, 2018

**Consumer Location** ALBUQUERQUE, NM
**Vehicle Identification Number** NUMBER5XYZK****
**Summary of Complaint**
WHILE DRIVING HOME ON WEDNESDAY DECEMBER 12 2018 MY
HYUNDAI SANTA FE ENGINE CAUGHT ON FIRE AND BURNED UP THE
WHOLE FRONT END.

**NHTSA ID Number:** 11169989
**Complaint Date** January 14, 2019
**Incident Date** January 8, 2019
**Consumer Location** PINOLE, CA
**Vehicle Identification Number** 5XYZHDAG6BG****
**Summary of Complaint**
MY 2011 HYUNDAI SANTA FE BEGAN TO DRIVE ROUGH ON THE
FREEWAY, SLIGHT TUGGING, RATTLING SOUND UNDER THE HOOD
AND WOULD NOT ACCELERATE ABOVE 60MPH, CHECK ENGINE AND
OIL LIGHT CAME ON. I EXITED THE FREEWAY AND IT STALLED AT RED
LIGHT. STARTED IT UP AND THEN STALLED 3 MORE TIMES AT EVERY
RED LIGHT ON THE WAY HOME. I ADDED OIL AND MADE SERVICE
APPT. BROUGHT IN FOR SERVICE DIED ONCE ON THE WAY AND AGAIN
AT THE SERVICE CENTER BUT DID NOT START BACK UP. MECHANIC
SAID ENGINE FAILED DUE TO CRANK SHAFT SPUN BEARING. SENSORS
DID NOT APPEAR IN ADVANCE SENSORS APPEARED TOO LATE
CAUSING DAMAGE TO ENGINE. MY CAR IS ONLY 7 YEARS BOUGHT
BRAND NEW OUT OF SHOW ROOM NO PREVIOUS MAJOR ISSUES.
MULTIPLE COMPLAINTS ON LINE SHOWING SAME PROBLEM WITH
OTHERS. UNACCEPTABLE AND DANGEROUS

**NHTSA ID Number:** 11183283
**Complaint Date** February 28, 2019
**Incident Date** January 14, 2019
**Consumer Location** PINEY POINT, MD
**Vehicle Identification Number** 5XYZGDAB4CG****
**Summary of Complaint**
WHILE DRIVING ON A BUSY STREET, I SLOWLY TURNED A CORNER
AND SUDDENLY LOST MY POWER STEERING AND BRAKES AND
THE ENGINE STALLED OUT. I IMMEDIATELY TURNED OFF THE ENGINE,
SAT BRIEFLY BLOCKING THE HEAVY TRAFFIC, AFTER BEING
SLIGHTLY SHAKEN IN THE INCIDENT, STARTED IT UP AGAIN AND
PROCEEDED TO PARK AND GET LUNCH. AFTER LUNCH, THE CAR
STARTED UP OK, I GOT ON THE ROAD AND SHORTLY AFTER, I

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NOTICED THE ENGINE LIGHT COME ON SO I IMMEDIATELY LIMPED INTO A NEARBY CAR REPAIR PLACE . THEY DETERMINED THAT THERE WAS VERY HEAVY SLUDGE CLOGGING THE OIL FILTER, EVEN THOUGH WE HAD REGULAR MAINTENANCE ON THE VEHICLE AND NEVER HAD ANY ENGINE INDICATORS EVER COME ON BEFORE. THEY CLEANED OUT THE SLUDGE IN THE ENGINE AND REPLACED THE FILTER AND PUMP. NOW THAT I AM READING ABOUT EVERYONE'S ENGINE PROBLEMS WITH OIL NOT GETTING INTO THE ENGINE, AND AFTER HEARING ON TV ABOUT HYUNDAI REFUSING TO RECALL MY PARTICULAR CAR, I AM VERY AFRAID TO CONTINUE DRIVING IT, SINCE RECENTLY I HAVE EXPERIENCED TWICE A CERTAIN SLUGGISHNESS/DRAGGING WITH A SLIGHT KNOCKING FEELING IN THE STEERING WHEEL. I NOTICED THIS EFFECT TWICE AFTER HAVING DRIVEN THE CAR AT SPEEDS OF 60-70 MPH FOR A LONG PERIOD OF TIME. EACH INSTANCE, I SLOWED TO THE SIDE OF THE ROAD, CHECKED TO SEE IF I COULD SEE ANYTHING OBVIOUS, WHICH I DIDN'T, STARTED UP AGAIN ONTO THE HIGHWAY. THE WEIRD DRAGGING AND SHIMMY CONTINUED, SO I DROVE AT OR UNDER 50 MPH UNTIL IT SLOWLY DISSIPATED AND WENT BACK TO WHAT FELT NORMAL. I WAS VERY DISAPPOINTED TO FIND OUT THAT THERE IS NO RECALL ON MY HYUNDAI SANTAFE 2012, WE BOUGHT IT SECOND-HAND FROM ENTERPRISE CAR SALES. I RELY HEAVILY ON THIS VEHICLE TO DRIVE 2 1/2 HOURS EACH WAY AT HIGHWAY SPEEDS TO CARE FOR MY ELDERLY MOM'S NEEDS IN BALTIMORE. I DON'T WANT TO DIE ON THE HIGHWAY BEFORE MY MOM DIES IN THE NURSING HOME!

**NHTSA ID Number:** 11183562
**Complaint Date** March 1, 2019
**Incident Date** February 28, 2019
**Consumer Location** DENVER, CO
**Vehicle Identification Number** 5XYZKDAG4CG****
**Summary of Complaint**
2012 HYUNDAI SANTA FE PURCHASED AT 89,000 MILES FROM THE DEALER WITH CLEAN CARFAC. MAINTAINED WITH OIL CHANGES REGULARLY, EVERY 2-3K MILES. NO ISSUES. WENT TO START THE CAR 90 DAYS AFTER PURCHASING IT AND THE ENGINE FAILED, RUMBLED LOUDLY AND SHUT OFF. ENGINE LIGHTS CAME ON. MECHANIC TOLD ME IT WAS TENSION TIMING CHAIN & REPLACED IT FOR $2,000. 2 MONTHS LATER (NOW) THE SAME THING IS HAPPENING, ONLY NOW IT'S A LOUD KNOCKING NOISE AND BLUE INDIGO SMOKE COMING OUT

80

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

OF THE EXHAUST. I HAVE NOT EVEN DRIVEN THIS CAR FOR 6 MONTHS AND I DO NOT DRIVE VERY OFTEN (LIVE AND WORK IN THE CITY). THIS SAME ENGINEIS IN THE 2013-2014 WHICH HAVE OFFICIALLY BEEN RECALLED, SO WE ALL NEED TO PLACE A LAWSUIT ON HYUNDAI FOR THE 2012 SANTA FE! MY MECHANIC TOLD ME THIS ENGINE IS DEFECTIVE AND THE MANUFACTURER DID NOT SEAL THE OIL PAN PROPERLY SO THE OIL LEAKS OUT CONSTANTLY WHILE THE CAR IS IDLE. I WAS TOLD IT NEEDS A NEW ENGINE, AND AM CURRENTLY FIGHTING WITH HYUNDAI CORPORATE TO GET THEM TO REPLACE IT FREE OF CHARGE! CAN ANYONE HELP!

**NHTSA ID Number:** 11191341
**Complaint Date** March 25, 2019
**Incident Date** March 15, 2019
**Consumer Location** SLINGERLANDS, NY
**Vehicle Identification Number** 5XYZGDAB7CG****
**Summary of Complaint**
I HAD JUST MERGED ONTO THE INTERSTATE I-90 AT RUSH HOUR, AT ABOUT 55-60 MPH WHEN THE STEERING FROZE AND THE CAR TOTALLY STOPPED. FORTUNATELY I WAS ABLE TO GET THE CAR INTO THE BREAKDOWN LANE AND GET OUT OF TRAFFIC. THE CAR WAS TOWED TO THE DEALER WHERE I PURCHASED IT & MAINTAINED IT REGULARLY. THEIR MECHANICS CHECKED IT OUT. I WAS TOLD THE PROBLEM WAS THE BEARING MATERIAL WENT FIRST, CAUSING A SEIZED CRANKSHAFT. NEED A NEW ENGINE AT 105,000 MILES !!! DEALER COST OF NEW ENGINE WAS STATED AT $8000. THEY ALSO GAVE ME THE ALTERNATIVE OF BUYING A USED ENGINE FOR $6000 BUT ONLY WITH A 3 YR WARRANTY. AT MY NORMAL USAGE, ASSUMING I CONTINUE TO DRIVE ABOUT 17,500 MI/YEAR, IT WILL COST ME $8000 PLUS REGULAR MAINTENANCE TO GET ANOTHER 52,500 MILES OUT OF THIS CAR. THIS IS A TOTALLY UNACCEPTABLE ISSUE THAT THE MANUFACTURER IS NOT HANDLING IN A PRO-ACTIVE MANNER.

AT LEAST HYUNDAI COULD EXTEND THE WARRANTY FOR MY CAR TO ALLOW THIS FIX TO BE DONE AT NO COST TO ME. THEY OBVIOUSLY KEPT THE SCOPE OF THEIR RECALL TOO NARROW BECAUSE PAGES AND PAGES OF COMPLAINTS EXIST ON NHTSA WEBSITE ARE DESCRIBING THE SAME PROBLEM THAT I HAD. THIS IS A DANGEROUS PROBLEM THAT NEEDS TO BE ADDRESSED.

CLASS ACTION COMPLAINT                                          Case No.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11218097
**Complaint Date** June 5, 2019
**Incident Date** April 10, 2019
**Consumer Location** DOWNERS GROVE, IL
**Vehicle Identification Number** 5XYZGDAB3CG****
**Summary of Complaint**
NHTSA REPRESENTATIVE,

I AM WRITING TO INFORM THE NHTSA THAT OTHER HYUNDAI'S ENGINES OUTSIDE OF HYUNDAI'S 2012 AND 2013 ENGINE RECALL ARE EXPERIENCING THE SAME ENGINE FAILURE DUE TO ROD KNOCK, WHICH POSES A SEVERE SAFETY RISK AND THAT HYUNDAI IS NOT HELPFUL IN ANY WAY WHEN REPORTING THIS. OUR VEHICLE WHICH FAILED ON US 40 IN THE SMOKY MOUNTAINS IS A 2012 HYUNDAI SANTA FE VIN # #[XXX].

ON APRIL 10TH AT 6 PM WHILE TRAVELING ON US 40 IN THE SMOKY MOUNTAINS NEAR CHANDLER, NORTH CAROLINA IN OUR 2012 HYUNDAI SANTA FE TOWARDS OUR HOME IN DOWNERS GROVE, IL., WE BEGAN TO HEAR A KNOCKING IN THE ENGINE AT ANY SPEED GREATER THAN 65 MPH. SINCE WE WERE TRAVELING ON THE HIGHWAY WITH NO PLACE TO SAFELY PULL OFF SO WE SLOWED THE VEHICLE TO 60MPH HOWEVER THE KNOCKING SOUND BECAME WORST AND THEN THE CAR WOULD NOT GO ABOVE 55 MPH WITHOUT A TERRIBLE LOUD KNOCKING. THIS WAS OF COURSE VERY SCARY AND UNSAFE. WITH HAZARD LIGHTS ON, WE WERE ABLE TO EXIT US 40 IN CHANDLER NC ONLY ABLE TO DO <30 MPH AND THE VEHICLE DIED IN ENTRANCE OF THE SUNOCO GAS STATION IN CHANDLER NORTH CAROLINA. DURING THIS WHOLE TIME NO CHECK ENGINE OR ANY EMERGENCY LIGHT WARNED US OF
THE ENGINE MALFUNCTIONING AND THE SAFETY RISK WE HAD ENCOUNTERED WITH THE ENGINE DYING. THE SANTA FE WAS TOWED TO THE HYUNDAI DEALERSHIP OF ASHEVILLE, NC AND DROPPED OFF AT 11PM WHERE IT WAS FOUND TO HAVE BAD ROD KNOCK AND NEEDING A NEW ENGINE.

HYUNDAI SHOULD BE HELD RESPONSIBLE FOR THEIR ENGINES THAT PUT THEIR CUSTOMERS AT RISK AND 2012 SANTA FE ENGINE SHOULD BE ON THE CURRENT ENGINE RECALL FOR ENGINE FAILURE DUE TO ROD KNOCK. SEVERAL MECHANICS AT VARIOUS SHOPS HAVE STATED THIS IS HAPPENING REGULARLY TO HYUNDAI'S ENGINES. PLEASE

1   ASSIST US IN HOLDING HYUNDAI RESPONSIBLE AND MODIFYING
2   THE ENGINE RECALL TO CORRECTLY ENCOMPASS OUR MODEL (2012
    SANTA FE ENGINES) BEFORE SERIOUS HARM COMES TO SOMEONE.
3
4   INFORMATION REDACTED PURSUANT TO THE FREEDOM OF
    INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR
5
6   **NHTSA ID Number:** 11219421
    **Complaint Date** June 12, 2019
7   **Incident Date** June 1, 2019
    **Consumer Location** ORLANDO, FL
8   **Vehicle Identification Number** 5XYZG3AB1CG****
9   **Summary of Complaint**
    DROVE THE VEHICLE TO AN EVEN WITH NO ISSUES. PARKED IN THE
10  EVENT VENUE GARAGE. CAR RAN PERFECTLY UP TO THIS POINT.
11  AFTER THE EVENT AS WE WHERE LEAVING THE GARAGE WE HEARD
    KNOCKING IN THE ENGINE AND HAD TROUBLE ACCELERATING. WE
12  THOUGHT WE MAY HAVE GOTTEN A BAD BATCH OF GASOLINE AS WE
13  FILLED THE CAR UP ON OUR WAY TO THE EVENT. WE DROVE THE
    VEHICLE HOME WITH VERY CAREFULLY AND HAD THE VEHICLE
14  TOWED TO THE DEALER THE NEXT MONDAY. WE WHERE TOLD
15  THE ENGINE NEEDED TO BE REPLACED TO HE TUNE OF $10,000. AS
    STATED BEFORE THE CAR RAN PERFECTLY ON OUR WAY TO OUR
16  EVENT AND THE ENGINE WAS KNOCKING WHEN WE STARTED IT BACK
17  UP. THE CAR HAS 104000 MILES AND HAS HAD VERY MINOR ISSUES UP
    TO THIS POINT. THE CAR IS STILL AT THE DEALER SO I DO NOT HAVE
18  ANY DOCUMENTATION AS OF YET.
19
20  **NHTSA ID Number:** 11228838
    **Complaint Date** July 1, 2019
21  **Incident Date** May 28, 2019
22  **Consumer Location** ARLINGTON, WA
    **Vehicle Identification Number** 5XYZGDAB1CG****
23  **Summary of Complaint**
24  BOUGHT THE CAR WITH 139,000 MILES ON IT. HAD A CLEAN CAR VIN
    REPORT. DROVE IT FOR 3 MONTHS WITH NO ISSUES. SLOWED DOWN
25  ON A DANGEROUS 2 LANE HIGHWAY FOR A CAR TURNING LEFT IN
26  FRONT OF ME AND SUDDENLY COULDN'T ACCELERATE AND
    THE ENGINE LOST ALL POWER, MAKING A LOUD GRINDING NOISE. I
27  WAS STUCK WITH NO STEERING, NO POWER AND NO HAZARD LIGHTS
28  HALF WAY OFF OF THE HIGHWAY. LUCKILY A TRUCK PULLED IN

83

BEHIND ME FOR SAFETY AND 2 PASSENGERS HELPED ME GET IT OFF THE HIGHWAY.

HAD IT TOWED TO THE AUTO SHOP TO FUND THE ENGINE NEEDED TO BE COMPLETELY REPLACED. THE DEALERSHIP WAS KIND ENOUGH TO EAT THE COSTS OF LABOR, BUT WE ARE OUT ANOTHER $3,500 FOR AN ENGINE REPLACEMENT ON A CAR WE'VE ONLY HAD FOR 3 MONTHS. FURTHER RESEARCH SHOWS MULTIPLE DANGEROUS SITUATIONS OF ENGINE FAILURES ON THIS SPECIFIC MODEL YET NO RECALL HAS OCCURRED. WILL IT TAKE DEATH'S FOR HYUNDAI TO TAKE RESPONSIBILITY FOR KNOWINGLY KEEPING CARS ON THE ROAD WHERE ENGINES CAN COMPLETELY FAIL WITH ZERO WARNING?

**NHTSA ID Number:** 11245110
**Complaint Date** August 19, 2019
**Incident Date** August 17, 2019
**Consumer Location** TOLLEY, ND
**Vehicle Identification Number** 5XYZGDAB1CG****
**Summary of Complaint**
CAR HAD 79000 MILES. WHEN DRIVING, MOTOR STARTED MAKING TICKING SOUND. I STOPPED THE CAR AND CHECKED THE OIL. IT WAS FULL. 2 MILES LATER, THE ENGINE STARTED KNOCKING, NO WARNING LIGHTS OF ANY KIND CAME ON ON THE DASH. BEFORE I COULD PARK IT OFF THE ROAD, A ROD WENT THROUGH THE BLOCK. THE BROKE ROD HAD A NUMBER 4 STAMPED ON IT.

**NHTSA ID Number:** 11256350
**Complaint Date** September 18, 2019
**Incident Date** September 15, 2019
**Consumer Location** HUNTLEY, MT
**Vehicle Identification Number** 5XYZGDAB2CG****
**Summary of Complaint**
I WAS DRIVING DOWN THE INTERSTATE WITH CRUISE CONTROL SET AT 80 MPH, WHEN THE ENGINE STARTED MAKING A HORRIBLE SOUND. A SOUND AS THOUGH IT HAD NO OIL. I PULLED OFF THE INTERSTATE AND HAD TO HAVE VEHICLE TOWED TO THE MECHANIC. I LEARNED THE ENGINE BLEW A ROD AND NEEDS TO BE REPLACED. 114,000 MILES ON IT.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11258229
**Complaint Date** September 25, 2019
**Incident Date** September 24, 2019
**Consumer Location** CASTRO VALLEY, CA
**Vehicle Identification Number** 5XYZG3AB5CG****
**Summary of Complaint**
**CRASHNo**
**FIRENo**
**INJURIES0**
**DEATHS0**
DRIVING CA I580 WESTBOUND, BRIGHT SUNNY DAY (2:45PM 9/24/19) IN
2012 SANTA FE WITH 111K MILES ON IT. GOING HIGHWAY SPEED,
WITHOUT WARNING (NO KNOCKING, NO ACCELERATION ISSUES)
THE ENGINE SHUT DOWN: OIL, BATTERY AND ENGINE LIGHTS
ILLUMINATED. HAVING NO POWER STEERING, I MUSCLED THE CAR
DOWN THE NEAREST OFF-RAMP (COASTING 3/4 MILE, I WAS LUCKY TO
BE IN THE FAR RIGHT LANE). I HAD ALSO OWNED A 2011 SONATA
THAT WENT THRU 3 ENGINE FAILURES WITH SYMPTOMS (EACH TIME,
ACCELERATION ISSUES, GEARING HESITATION AND KNOCKING
OCCURRED). WITH THE SANTA FE, NO SUCH SYMPTOMS, IT JUST SHUT
DOWN AFTER RUNNING PERFECTLY. I CALLED ROADSIDE ASSISTANCE
AND THEY TRIED TO JUMP START THE CAR -- NO LUCK. A TOW TRUCK
TOOK THE CAR TO A LOCAL HYUNDAI DEALERSHIP IN DUBLIN, CA.
THEY DETERMINED THAT THE CRANKSHAFT WAS FROZEN CAUSING
AN ENGINE SEIZURE. I ASKED IF THIS CAR WAS COVERED UNDER THE
VARIOUS ENGINE RECALLS THAT HAVE PLAGUED NUMEROUS OTHER
HYUNDAI MODELS AND THEY SAID "NO". SO IT SEEMS I AM ANOTHER
VICTIM (4 TIMES OVER; THE SONATA WAS LEMON LAWED) OF
HYUNDAI'S ENGINE SHODDY MANUFACTURING ISSUES. I AM
AWAITING THE HYUNDAI SERVICE DEPARTMENT'S OFFICIAL REPORT
AND COST ANALYSIS. I WILL BE CONTACTING HYUNDAI AMERICA'S
CUSTOMER SERVICE TOMORROW.

**NHTSA ID Number:** 11270477
**Complaint Date** October 23, 2019
**Incident Date** October 15, 2019
**Consumer Location** ELLINGTON, CT
**Vehicle Identification Number** 5XYZGDAB0CG****
**Summary of Complaint**
WAS DRIVING ON THE HIGHWAY AND HEARD A LOUD KNOCKING.
PULLED OFF EXIT RAMP AND CONTINUED TO FIND A SAFE PLACE TO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

PULL OVER. AFTER PULLING OVER INTO A PARKING LOT, THE KNOCKING IN THE ENGINE WAS MUCH WORSE. CALLED FOR A TOW AND WAS TOWED TO A GARAGE. THE REPAIR GARAGE STATED THE MOTOR HAD SPUN A MAIN BEARING. ( THE OIL FILTER WAS SAFED). AFTER THEY DID THERE WORK I DECIDED TO ATTEMPT TO DRIVE IT TO A DEALER SHIP. ON MY THERE THE PISTON ARM BROKE AND WENT THROUGH THE SIDE OF THE BLOCK. NOW THE VEHICLE IS NO GOOD.

**NHTSA ID Number:** 11301108
**Complaint Date** January 22, 2020
**Incident Date** November 25, 2019
**Consumer Location** TAMARAC, FL
**Vehicle Identification Number** 5XYZG3AB8CG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. WHILE DRIVING 45 MPH THERE WAS A LOUD KNOCKING SOUND COMING FROM THE ENGINE. ADDITIONALLY, THE VEHICLE DECELERATED WITHOUT WARNING. THE VEHICLE WAS TOWED TO TWO INDEPENDENT MECHANICS WHO STATED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS TOWED TO COCONUT CREEK HYUNDAI 4960 NORTH, FL-7, COCONUT CREEK, FL 33073 (888) 441-7737 WHERE IT WAS DIAGNOSED THAT METAL SHAVING WERE IN THE ENGINE AND THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED THE MANUFACTURER WAS CONTACTED AND INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 90,000.

**NHTSA ID Number:** 11316421
**Complaint Date** March 5, 2020
**Incident Date** March 5, 2020
**Consumer Location** HOPE, RI
**Vehicle Identification Number** 5XYZGDAB5CG****
**Summary of Complaint**
MY CAR STARTED TO RANDOMLY STALL WITHOUT ANY NOTICE OR CHECK ENGINE LIGHT. I BROUGHT MY VEHICLE TO A MECHANIC AND WAS TOLD ALL I NEEDED WAS AN OIL CHANGE. THEN ONE DAY MY CAR STALLED ON THE HIGHWAY. THE POLICE WERE NOTIFIED BY ANOTHER VEHICLE BECAUSE THEY THOUGHT MY CAR WAS ON FIRE. I CANNOT BELIEVE THEY HAVENT RECALLED THIS ENGINEYET. I COULD HAVE BEEN KILLED. I SAT ON THE HIGHWAY IN THE POLICE CAR UNTIL THE TOW TRUCK ARRIVED BECAUSE MY CAR STALLED IN A BAD LOCATION AND WAS SMOKING. MY CAR WAS TOWED TO THE

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NEAREST HYUNDAI DEALERSHIP AND IS NOW GOING THROUGH DIAGNOSTIC TESTING. HYUNDAI MANUFACTURER WAS DIRECTLY ENGAGED AND THEY ARE ASKING FOR PHOTOS OF THE ENGINE. HOW ABOUT KEEPING PEOPLE SAFE HYUNDAI AND RECALL THIS ENGINE AS WELL AND PAY FOR THE REPAIRS AS THE NEXT PERSON THIS HAPPENS TO MAY NOT MAKE IT OUT OF THEIR CAR TO TELL THEIR STORY.... TERRIBLE HORRIFYING INCIDENT.

**NHTSA ID Number:** 11319778
**Complaint Date** March 30, 2010
**Incident Date** March 17, 2020
**Consumer Location** PALMETTO BAY, FL
**Vehicle Identification Number** 5XYZK3ABXCG****
**Summary of Complaint**
WAS DRIVING 65 MPH HEADING SOUTH TO KEY LARGO. THE CAR STARTED VIBRATING AND KNOCKING. THE CAR BEGAN TO LABOR, I WAS ABLE TO PULL IT OFF THE ROAD BEFORE IT QUIT COMPLETELY. THE MOTOR DIED AND WOULDN'T TURN OVER. THE BATTERY APPEARED FINE AS RADIO, LIGHTS ETC., WERE STILL WORKING. THERE WAS NO INDICATION THAT THE CAR OVERHEATED. I POPPED THE, HOOD, CHECKED MY FLUIDS WHICH ALL SEEMED TO BE FINE. I DID NOTE SOME OIL ON THE GROUND AND IT APPEARED TO HAVE A DRIP FROM ABOVE. I TOWED THE CAR TO MY MECHANIC. AFTER LOOKING IT OVER, HE TOLD ME TO TOW IT TO THE DEALER. I'M AT JUST OVER 119,000 MILES; HE FELT THIS MAY BE COVERED. UPON INITIAL DIAGNOSIS, THE DEALER DETERMINED THAT I HAVE A HOLE IN MY ENGINE BLOCK AND IT LOOKS LIKE THE ROD SHOT OUT OF THE BLOCK. THE MANUFACTURER SAID THEY ARE WILLING TO PICK UP 60% OF THE REPAIR WHICH WOULD LEAVE ME WITH A REPAIR BILL OVER THE VALUE OF THE VEHICLE. MY INSURANCE COMPANY DID AN INVESTIGATION, TODAY, AND DETERMINED THAT THE DAMAGE WAS MECHANICAL AND NOTED THE CRANKSHAFT WAS BROKEN. MECHANICAL FAILURE IS NOT COVERED BY MY INSURANCE. THE 2012 SANTA FE WITH THE THETA II ENGINES SHOULD HAVE BEEN INCLUDED IN THE THETA II RECALL REGARDLESS OF WHERE IT WAS MANUFACTURED. I FEEL FOR THE HYUNDAI AND KIA OWNERS WHO CONTINUE TO SUFFER THROUGH THESE
CONTINUED ENGINE PROBLEMS MAKING THE CAR WORTHLESS.

**NHTSA ID Number:** 11329065
**Complaint Date** June 15, 2020

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** June 11, 2020
**Consumer Location** SUSSEX, NJ
**Vehicle Identification Number** 5XYZGDAB6CG****
**Summary of Complaint**
WAS DRIVING MY 2012 SANTA FE ON RT 565 WHEN THE CAR STARTED
MAKING A LOUD BANGING SOUND IN THE ENGINE AND THE CAR JUST
DIED. I WAS ABLE TO ROLL THE CAR OFF TO THE SHOULDER BEFORE
CAUSING AN ACCIDENT. I HAD THE CAR TOWED TO MY HOUSE WHERE
A MECHANIC LOOKED AT IT AND INFORMED ME THE ENGINE WAS
SHOT AND TOLD ME ABOUT THIS WEB SITE SO I COULD SEE THAT
THERE ARE MULTIPLE INCIDENTS SIMILAR TO THE ONE I
EXPERIENCED. I PURCHASED THIS VEHICLE NEW FROM SUSSEX
HYUNDAI IT CURRENTLY HAS 108,000 MILES I PLAN ON GOING IN
TOMORROW AND SPEAKING WITH THEM. WITH ALL
THE ENGINE COMPLAINTS AND SCENARIOS THAT COULD HAVE
RESULTED IN ACCIDENTS LISTED ON THIS WEB SITE YOU WOULD
THINK THAT NHTSA OR HYUNDAI WOULD IMPLEMENT
AN ENGINE RECALL. HOPING THE DEALER WILL GO TO BAT FOR ME
AND CONTACT HYUNDAI AMERICA TO FIX MY ENGINE. *TR

**NHTSA ID Number:** 11352269
**Complaint Date** August 31, 2020
**Incident Date** August 23, 2020
**Consumer Location** BAXTER SPRINGS, KS
**Vehicle Identification Number** 5XYZGDAB5CG****
**Summary of Complaint**
WHILE DRIVING ON THE HYWAY AT 65 THE ENGINE SEIZED AND
BROKE THE ENGINE BLOCK

SPRAYING OIL ONTO THE HOT EXHAUST ALMOST CATCHING FIRE.
THIS ENGINE HAS BEEN VERY WELL MAINTAINED AND GAVE NO
WARNING SIGNS OF HAVEING A PROBLEM. A CONNECTING ROD
BEARING STARVED FOR OIL AND BROKE THE ROD. HYUNDAI WAS
CONTACTED AND DECLINED TO INSPECT OR INVESTIGATE
THIS ENGINE FAILURE AND ALMOST CATCHING FIRE. THEY ALSO
DECLINED TO HELP WITH THE REPAIRS OR COSTS I SPOKE TO MARIA
AT HYUNDAI CORPORATE AND MY CASE NUMBER WITH HYUNDAI
WAS 17260696 ALSO THE AVALIABILLITY OF THE
REPLACEMENT ENGINE IS LIMITED TO A SHORT BLOCK BECAUSE
HYUNDAI DOES NOT HAVE ENOUGH ENGINES TO REPLACE THEM ALL
THAT ARE GOING BAD SADLY MY CAR IS ONE YEAR OFF FROM

88

FALLING UNDER THE ENGINE RECALL SO IM STUCK FOOTING THE BILL

**NHTSA ID Number:** 11352510
**Complaint Date** September 1, 2020
**Incident Date** August 26, 2020
**Consumer Location** WEST WARWICK, RI
**Vehicle Identification Number** 5XYZG3ABXCG****
**Summary of Complaint**
WHILE DRIVING DOWN THE HIGHWAY WEDNESDAY AFTERNOON I HEARD A LOUD BANG AND I ASSUMED THAT A ROCK HAD HIT THE SIDE OF MY CAR. WHEN I GOT HOME I CHECKED BUT DID NOT SEE ANY DENTS OR SCRATCHES ON THAT SIDE. THAT EVENING I DROVE MY CAR AGAIN ON THE HIGHWAY AND IT STALLED OUT WHILE I WAS DRIVING. I PULLED OVER TO THE BREAK DOWN LANE AND TURNED IT OFF. AFTER ABOUT A MINUTE I TURNED IT BACK ON AND IT STARTED UP FINE AND DROVE JUST FINE THE REST OF THE NIGHT AND THE NEXT DAY. ON FRIDAY WHEN I STARTED DRIVING DOWN THE ROAD IT MADE A VERY LOUD NOISE, WHICH WAS A CONSTANT LOUD NOISE. I TURNED AROUND AND BROUGHT IT HOME AND CALLED MY MECHANIC. HE CHECKED THE CAR AND SAID THAT
THE ENGINE NEEDED TO BE REPLACED, WHICH WOULD COST MORE THAN WHAT THE CAR IS CURRENTLY WORTH. THE CAR HAS LESS THAN 130,000 MILES ON IT. I BRING IT IN EVERY 3 MONTHS FOR OIL CHANGES AND MAKE SURE TO DO ALL OF THE RECOMMENDED REPAIRS.

**NHTSA ID Number:** 11363994
**Complaint Date** October 12, 2020
**Incident Date** September 14, 2020
**Consumer Location** NEW FAIRFIELD, CT
**Vehicle Identification Number** 5XYZKDAG8CG****
**Summary of Complaint**
WHILE DRIVING ON THE HIGHWAY, WITHOUT ANY WARNING, AN INTERNAL PIECE OF MY ENGINE SHOT A HOLE THROUGH MY ENGINE BLOCK. FIRE STARTED SHOOTING OUT OF MY ENGINE AND THANKFULLY I WAS ABLE TO PULL OVER AND GET OUT WITHOUT THE FIRE GETTING WORSE. THE DRIVER BEHIND ME PULLED OVER AND TOLD ME THAT HE COULD SEE THE FIRE UNDER THE CAR WHILE DRIVING BEHIND ME. HE STOPPED TRAFFIC UNTIL WE CONFIRMED THAT THE FIRE WAS OUT. THE FIRE WAS STILL VISIBLE FROM THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

89

UNDERSIDE OF MY VEHICLE FOR A COUPLE MINUTES BUT IT STOPPED
WITHOUT THE WHOLE CAR IGNITING. I REPORTED THIS INCIDENT TO
HYUNDAI USA. THEY ASSIGNED A CASE NUMBER TO ME BUT TOLD ME
THAT THE HYUNDAI DEALERSHIP, THAT MY CAR WAS TOWED TO, DID
NOT SEE EVIDENCE OF FIRE SO THEY DROPPED THE CASE. I TOLD
THEM THAT I HAD A WITNESS, THE DRIVER BEHIND ME FROM THE
NATIONAL GUARD, AND THEY TOLD ME THAT IT DIDN'T MATTER
BECAUSE THEY DIDN'T SEE FIRE DAMAGE AND THEREFORE COULDN'T
VALIDATE MY CLAIM REGARDLESS OF THE WITNESS. THE CAR HAD
NO CHECK ENGINE LIGHT ON, THE OIL WAS CHANGED REGULARLY,
AND THERE WAS NO REASON FOR THE ENGINE TO SUDDENLY,
WITHOUT WARNING, BLOW OUT THE BLOCK AND SHOOT FIRE. I CAN
ONLY ASSUME THAT THIS WAS A VERY DANGEROUS AND
POTENTIALLY DEADLY MANUFACTURING DEFECT. MY ATTEMPTS TO
PRESSURE HYUNDAI TO CHECK MY ENGINE AGAIN HAS ONLY LED TO
THEM TO TELLING ME THAT IN 30 DAYS THEY COULD GET SOMEONE
ELSE TO LOOK AT THE ENGINE TO VALIDATE MY CLAIM.

**NHTSA ID Number:** 11378624
**Complaint Date** December 9, 2020
**Incident Date** November 12, 2020
**Consumer Location** ARLINGTON, TX
**Vehicle Identification Number** 5XYZGDABXCG****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT
STATED THAT WHILE DRIVING ON THE HIGHWAY AT 70 MPH
THE ENGINE SUDDENLY LOST POWER. THE CONTACT WAS ABLE
COAST THE VEHICLE TO THE SHOULDER OF THE HIGHWAY. THE
CONTACT ATTEMPTED TO RESTART THE VEHICLE BUT
THE ENGINE DID NOT RESPOND. THE VEHICLE WAS TOWED TO THE
DEALER DANBURY HYUNDAI 102 FEDERAL ROAD, DANBURY, CT 06810
(203) 825-5940. THEY INITIALLY TRIED TO TURN THE CRANK SHAFT
AND THEN INFORMED THE CONTACT THAT THE ENGINE HAD A MAJOR
FAILURE. THEY ALSO SAID THAT THEY WOULD HAVE TO GET
AUTHORIZATION FROM THE MANUFACTURER TO PAY PARTIALLY FOR
THE REPAIRS. THE VEHICLE HAD A RECALL NHTSA NUMBER 20V746000
(ENGINE) AND. THE CONTACT CALLED THE MANUFACTURER AND
THEY STATED THAT THEY WOULD LOOK AT THE ISSUE BUT MADE NO
PROMISES ON HELPING WITH THE REPAIRS. THEY ALSO STATED THAT
THE VEHICLE WAS NOT PART OF A RECALL. THE CONTACT
DISCOVERED LATER ON THAT THE VEHICLE WAS PART OF THE

RECALL THAT WAS DATED 12/01/20. THE VEHICLE WAS UNREPAIRED STILL AT DEALER. THE FAILURE MILEAGE WAS 110,000

**NHTSA ID Number:** 11383028
**Complaint Date** December 11, 2020
**Incident Date** December 2, 2020
**Consumer Location** LAS VEGAS, NV
**Vehicle Identification Number** 5XYZHDAG4CG****
**Summary of Complaint**
MY 2012 HYUNDI SANTA FE STALLED ON ME AS I WAS APPROACHING A TRAFFIC LIGHT 3 WEEKS AGO.. LAST WEEK MY CHECK ENGINE OIL LIGHT CAME ON MY DASHBOARD. I TOOK IT TO A CERTIFIED MECHANIC AND HE SAID THE PROBLEM WAS A REAR CRANKSHAFT MAIN BEARING SEAL. HE HAS SEEN THIS BEFORE REGARDING HYUNDAI ENGINE PROBLEMS AS WELL AS WITH THE KIA BRAND. I LEARNED THAT THERE WILL BE A RECALL FOR MY CAR BUT IT WILL NOT BEGIN UNTIL 1/22/21. MY VEHICLE IS NOT LISTED WITH THIS RECALL, YET I AM HAVING THE SAME PROBLEM. I NEED HYUNDAI TO AD MY VIN NUMBER TO THIS RECALL LIST.

**NHTSA ID Number:** 11384566
**Complaint Date** December 22, 2020
**Incident Date** August 27, 2020
**Consumer Location** LAKE STEVENS, WA
**Vehicle Identification Number** 5XYZGDAB9CG****
**Summary of Complaint**
I WAS DRIVING MY VEHICLE ON THE HIGHWAY AT 60MPH. I WAS ON A SLIGHT INCLINE AND PROCEEDED TO PASS THE VEHICLE IN FRONT OF ME. UPON ARRIVING TO THE UPCOMING TOWN I NOTICED A DISTINCT LOUD KNOCK IN THE ENGINE COMPARTMENT AND LOSS OF POWER, I IMMEDIATELY PULLED IN TO A SERVICE STATION. THE MECHANIC INFORMED ME THAT IS SOUNDED LIKE A CONNECTING ROD AND DRIVING IT ANY FURTHER WOULD NOT BE RECOMMENDED. I WAS QUITE A DISTANCE FROM HOME AND SO WITH A TOW SERVICE AND RENTAL CAR I PAID ALMOST $700.00 TO GET HOME WITH THE VEHICLE.

**NHTSA ID Number:** 11388238
**Complaint Date** January 14, 2021
**Incident Date** December 20, 2020
**Consumer Location** CYPRESS, TX

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                     Case No.

**Vehicle Identification Number** 5XYZG3ABXCG****
**Summary of Complaint**
I WAS DRIVING IN COLORADO ON I-70 AND AS I SLOWED DOWN TO
EXIT, HEARD A CLICKING SOUND. THE SOUND GOT LOUDER/QUICKER
WHEN I ACCELERATED. I PULLED OVER AND CHECKED BUT SAW
NOTHING. I CHECKED THE OIL AND HAD A SERVICE GUY AT A
SUPERSTORE CHECK IT TOO. HE SAW NO METAL PARTS IN THE OIL. NO
INDICATOR LIGHTS WERE ON. IT WAS A SUNDAY AND NOTHING WAS
OPEN. I TRIED TO DRIVE FARTHER AND WAS GOING 35 MILES PER
HOUR UP A HILL BEHIND A TRUCK BUT AS SOON AS I TRIED TO
ACCELERATE TO PASS, I HEARD A POP. THE ENGINE LIGHT AND THE
OIL LIGHT CAME UP. I PULLED OVER AND TRIED TO AT LEAST
ACCELERATE TO THE FREEWAY EXIT, BUT HAD AN IMMEDIATE LOSS
OF POWER. I HAD TO HAVE THE CAR TOWED TWICE - ONCE TO THE
CLOSEST TOWN AND THEN BACK TO DENVER TO THE DEALERSHIP
(WHICH WAS AGAIN CLOSED ON SUNDAY). THE TOW TRUCK DRIVER
TOLD ME THERE WAS OIL EVERYWHERE UNDER THE ENGINE. THE
DEALERSHIP LOOKED AT IT A WEEK LATER AND SAID THERE WAS A
HOLE IN THE SIDE OF THE ENGINE BLOCK.

## MY2010-2013 Hyundai Tucson

**NHTSA ID Number:** 10873948
**Complaint Date** June 13, 2016
**Incident Date** May 7, 2016
**Consumer Location** BELLEVUE, WA
**Vehicle Identification Number** KM8JUCAC2CU****
**Summary of Complaint**
WHILE DRIVING ON THE I90 THROUGH SNOQUALMIE PASS IN
WASHINGTON, MOVED TO OVERTAKE ANOTHER VEHICLE IN THE
OVERTAKING LANE.

AS I MOVED INTO THE LANE AND ACCELERATED,
THE ENGINE DROPPED DOWN A GEAR AND A WHINING NOISE WAS
HEARD. AT THIS POINT I HAD TOTAL LOSS OF POWER AND WAS
TRAVELLING AT ~70MPH.

I WAS ABLE TO SAFELY PULL OVER ONTO THE SIDE OF THE ROAD AND
THE CAR WAS TOWED. THERE WAS MEDIUM TRAFFIC AT THE TIME
HOWEVER I WAS ON A SLIGHT DOWNHILL SO DIDN'T RAPIDLY LOSE
SPEED.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HYUNDAI CARPROS IN RENTON REPORTED THAT THE PISTON HAD
FAILED AND HAD PUNCTURED THE ENGINE CASING.

**NHTSA ID Number:** 10919253
**Complaint Date** October 27, 2016
**Incident Date** October 23, 2016
**Consumer Location** BAYVILLE, NJ
**Vehicle Identification Number** KM8JUCAC9CU****
**Summary of Complaint**
I WAS DRIVING THE VEHICLE ON THE GARDEN STATE PARKWAY AT
APPROXIMATELY 70 MPH. I HEARD A BANG COME FROM THE ENGINE
AREA AND THE CAR LOST ALL POWER. ALL WARNING LIGHTS CAME
ON AND SMOKE WAS COMING OUT FROM FRONT OF CAR. I COASTED
TO THE SHOULDER. FORTUNATELY THIS WAS EARLY SUNDAY
MORNING WITH VERY LITTLE TRAFFIC ON THE HIGHWAY. T COULD
HAVE BEEN REAR ENDED. I GOT OUT OF CAR AND NOTICED A PUDDLE
OF OIL UNDER THE CAR. I HAD THE CAR TOWED HOME. THE ENGINE
HAS FAILED. THE CAR HAD REGULAR OIL CHANGES WITH SYNTHETIC
OIL. 104K MILEAGE. THIS CAR USES THE 2.4 THETA ENGINE. AFTER
RESEARCHING THE FAILURE, I HAVE FOUND THIS IS THE
SAME ENGINE USED IN THE SONATA AND KIA SPORTAGE THAT ALSO
HAVE A PROBLEM WITH ENGINE FAILURES. *TR

**NHTSA ID Number:** 10940435
**Complaint Date** January 8, 2017
**Incident Date** December 19, 2016
**Consumer Location** OAKLAND, CA
**Vehicle Identification Number** KM8JU3AC7CU****
**Summary of Complaint**
ENGINE FAILURE WHILE DRIVING ON HIGH WAY. SUDDEN POWER
LOSS, JERKING, AND LOUD KNOCKING NOISES. LUCKILY WE
MANAGED TO GET OFF OF THE HIGHWAY. CAR HAD TO BE TOWED TO
THE DEALERSHIP. THERE WAS FAINT CYCLIC NOISE BEFOREHAND,
BUT NO ENGINE CHECK LIGHT OR OTHER WARNING. THE ENGINE HAS
VERY LOW MILES (LESS THAN 40K MILES) AND WAS MAINTAINED PER
RECOMMENDED SCHEDULE.

SYMPTOMS ARE IDENTICAL TO THE THETA II ENGINE FAILURE BUT
DOES NOT APPEAR TO BE INCLUDED IN THE SONATA ENGINE RECALL.
*TR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

2  **NHTSA ID Number:** 10971922
**Complaint Date** April 11, 2017

3  **Incident Date** April 5, 2017
**Consumer Location** CORPUS CHRISTI, TX

4  **Vehicle Identification Number** KM8JU3AC6CU****
**Summary of Complaint**

5  WHILE DRIVING --LOUD KNOCKING NOISE IN THE ENGINE. WAS
DIAGNOSED BY DEALER AS HAVING WORN ROD/CRANKSHAFT;METAL

6  DEBRIS IN OIL PAN -- IF CONTINUING TO DRIVE, THEN WARNED TO

7  CAUSE ENGINE FAILURE AND SHUTDOWN. THIS SAME PROBLEM
RECEIVED A RECALL IN SONATAS, BUT NOW IS HAPPENING WITH THE

8  TUCSONS.

9

10  **NHTSA ID Number:** 10993737
**Complaint Date** June 7, 2017

11  **Incident Date** June 16, 2016
**Consumer Location** SANFORD, FL

12  **Vehicle Identification Number** KM8JU3AC7DU****

13  **Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. WHILE DRIVING

14  APPROXIMATELY 65 MPH, THERE WAS A KNOCKING NOISE COMING

15  FROM THE FRONT PASSENGER SIDE OF THE ENGINE COMPARTMENT
WHILE ACCELERATING. THE ENGINE SEIZED WITHOUT WARNING. THE

16  CONTACT COASTED THE VEHICLE TO THE SIDE OF THE ROAD AND

17  ATTEMPTED TO START THE ENGINE, BUT IT FAILED. THE VEHICLE
WAS TOWED TO THE DEALER (HEADQUARTERS HYUNDAI LOCATED

18  AT 3775 N US HIGHWAY 17-92, SANFORD, FL, 32773) WHERE IT WAS

19  DIAGNOSED THAT THE SECOND BEARING MELTED AND THE
ENTIRE ENGINE NEEDED TO BE REPLACED. THE DEALER INFORMED

20  THE CONTACT THAT THE VEHICLE WAS OUT OF WARRANTY AND

21  COULD NOT BE SERVICED. THE VEHICLE WAS NOT REPAIRED. THE VIN
WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V226000

22  (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS

23  NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 95,000.

24

25  **NHTSA ID Number:** 11000708
**Complaint Date** June 22, 2017

26  **Incident Date** June 16, 2017
**Consumer Location** EVERGREEN PARK, IL

27  **Vehicle Identification Number** KM8JUCAC3CU****

28  **Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

JUST HAD CAR SERVICES AT HYUNDAI DEALERSHIP TWO WEEKS AGO WITH OIL CHANGE AND RUST RECALL ALONG WITH MULTIPOINT INSPECTION.

FRIDAY 6/10/2017 WAS DRIVING HOME TURNING LEFT IN A BUSY INTERSECTION AND HEAR A LOUD PING PING FROM UNDER THE HOOD, AND I CAN NO LONGER ACCELERATE. CARS ARE HOOKING BEHIND ME AS I TURN ON MY HAZARDS AND AM ABLE TO FINALLY COAST TO THE SIDE STREET AND TURN OFF THE CAR. I WAS ALMOST REAR ENDED TWICE.

TOOK THE CAR INTO THE DEALER. THEY BROKE DOWN
THE ENGINE AND SAID THAT THEY ENGINE SEIZED UP AND THE BEARINGS HAD METAL SHAVING ALL OVER DOWN TO THE OIL PAN. THEY SAID THIS LOOKED TO BE CONSISTENT WITH WHAT THEY HAVE BEEN SEEING IN THE RECALLED 2.4 L ENGINES. THEY FILED A CLAIM WITH HYUNDAI

SINCE I AM THE SECOND OWNER THE ARE DECLINING THE REPAIR REQUEST BECAUSE I AM THE SECOND OWNER AND HAVE 80,000 MILES. SO MUCH FOR HELPING YOUR CUSTOMER THAT WAS ALMOST KILLS BECAUSE OF ENGINE FAILURE

**NHTSA ID Number:** 11012733
**Complaint Date** August 4, 2017
**Incident Date** July 29, 2017
**Consumer Location** SAN LEANDRO, CA
**Vehicle Identification Number** KMBJU3AC5DU****
**Summary of Complaint**
I RELIGIOUSLY MAINTAINED MAINTENANCE ON MY SUV, BUT OUT THE BLUE, LAST WEEKEND 7/29-30 I WAS AT A LIGHT AND THE CHECK ENGINE LIGHT APPEARED AND SOMETHING BROKE IN THE ENGINE AREA, I HEARD A SNAP, IT SOUNDED LIKE A BELT. WELL, I FLAT BED TOWED THE VEHICLE TO THE DEALERSHIP AND TO MY AMAZEMENT, I RECEIVED A CALL FROM THE SERVICE ADVISOR THAT I NEEDED A NEW ENGINE? THE COST WOULD BE AROUND $8,000.00. I RELIGIOUSLY HAD EVERY WARRANTY SERVICE DONE AND THEY CAME BACK WITH MY CRANK SHANK PINS AND PISTONS WERE WORN OUT AND ROD KNOCKING WAS TAKEN PLACE, PLUS NO MORE ROD BEARINGS. I ASKED WHAT COULD OF CAUSED THIS AND HE STATED, "LACK OF OIL?". I NEVER MISSED AN OIL CHANGE ON THE SUV, SO

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HOW COULD THIS BE?? ALSO, METAL SHAVINGS WERE FOUND IN THE OIL PAIN AND CYLINDER 2 AND 3 GONE. THERE WAS A RECALL ON THE SANTA FE SUV 2011-2013, KIA 2011-2014 WHEREBY THE SAME THING CRANKPINS, METAL SHAVINGS FOUND, THE EXACT WORDING FROM THE CLASS ACTION LAWSUIT (FOUND ONLINE) IS "DURING MACHINING OF THE ENTIRE ENGINE, CRANKSHAFT AND CRANKPINS, METAL SHAVINGS MAY HAVE BEEN LEFT WITHIN THE CRANKSHAFT OIL PASSAGES, OIL MAY BE BLOCKED AND CAUSE THE CONNECTING RODS TO WEAR, WHICH WOULD THEN CAUSE HEM TO FAIL AND SEIZE THE ENGINE. NOW, THEY DIDN'T LIST MY VEHICLE, BUT IT'S THE EXACT AND SHOULD BE INVESTIGATED SINCE MY VEHICLE HAS THE SAME ENGINE! ALSO, THIS OCCURRED AT EXACTLY 100,000 MILES WHEN THE WARRANTY EXPIRED. NOW, THE SERVICE ADVISORS ARE BEING HORRID AND HEATED EXCHANGES ARE GOING ON WITH THE CAR DEALERSHIP TEAM ON MY CAR REPAIR. IT'S STILL SITTING AT THE DEALERSHIP AND I'M IN AN EXPENSIVE RENTAL. I HAD JUST MADE MY LAST PAYMENT....

**NHTSA ID Number:** 11024594
**Complaint Date** September 20, 2017
**Incident Date** August 28, 2017
**Consumer Location** MONROE, CT
**Vehicle Identification Number** KM8JT3AB0CY****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. WHILE DRIVING 50 MPH, THE VEHICLE HESITATED TO SHIFT TO A HIGHER GEAR. THE CONTACT STATED THAT THE EPS, OIL, AND CHECK ENGINE WARNING INDICATORS ILLUMINATED. THE CONTACT WAS ABLE TO EXIT THE HIGHWAY. THE ENGINE STARTED SKIPPING AND ALL POWER WAS LOST. THE VEHICLE WAS TOWED TO DANBURY HYUNDAI (102 FEDERAL RD, DANBURY, CT 06810 (203) 730-4700) WHERE IT WAS DIAGNOSED THAT THE ENGINE SEIZED AND NEEDED REPLACEMENT. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND DID NOT ASSIST. THE VIN WAS INVALID. THE FAILURE MILEAGE WAS 59,092.

**NHTSA ID Number:** 11030582
**Complaint Date** September 29, 2017
**Incident Date** September 9, 2017
**Consumer Location** LUDOWICI, GA
**Vehicle Identification Number** KM8JUCAC9DU****

96

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**
ON SEPT. 9TH 2017 WE WERE EVACUATING FROM HURRICANE IRMA.
WE HEADED NORTH FROM GA. ON I-77 IN N.C ALL THE LIGHTS CAME
ON AND CAR SLOWED DOWN. WE PULLED OVER AND SHUT IT OFF.
WHEN TURNING IT BACK ON A LOUD HORRIBLE NOISE WAS COMING
FROM THE FRONT. WE WERE ABLE TO SLOWLY GET OFF THE EXIT. WE
FOUND A MECHANIC SHOP AND TOOK IT THERE TO SEE IF THEY
COULD TELL US WHAT IT WAS. THE CAR NEVER GAVE US ANY
WARNINGS OR LIGHTS CAME ON PRIOR TO THIS. WHEN WE
PURCHASED THE CAR IN 2016, WE HAD TAKEN IT TO THE HYUNDAI
DEALER WE BOUGHT IT FROM DUE TO A KNOCKING NOISE COMING
FROM THE FRONT. WE TOOK IT ABOUT 3 TIMES AND TO NO AVAIL
THEY DIDN'T FIND ANYTHING. WE PURCHASED THE CAR WITH
ALMOST 35,000 MILES AND IT WAS AT 78,000 MILES WHEN IT LEFT US
STRANDED IN NC. ON MONDAY 9/11/17 THE MECHANIC CALLED US
AND TOLD US HE FOUND OIL AND METAL SHAVINGS IN THE PAN AND
THAT THE ENGINE HAD FAILED. WE'VE ONLY HAD THIS CAR FOR 1 1/2
YRS. NOW NOT ONLY WE WERE OUT OF POCKET FOR 4 NIGHTS AT A
HOTEL, WE HAD TO RENT A UHAUL TO TRANSPORT THE CAR BACK TO
GA. FILED A COMPLAINT WITH HYUNDAI ON 9/16/17. THEY GOT BACK
TO ME ON 9/28 AND 9/29. I WAS TOLD THE SAVANNAH HYUNDAI
DEALER WANTS US TO TOW THE CAR TO THEIR SERVICE DEPT. AT
OUR EXPENSE PLUS WE WOULD HAVE TO PAY THEM $400 SO THEY
CAN DO A FULL INSPECTION ON OUR CAR. THE SAME CAR I WAS
BRINGING TO THEM WITH ISSUES BEFORE WE WERE OUT OF
WARRANTY. I AM AWARE OF A LOT OF ISSUES WITH THESE ENGINES
AND THEY NEED TO BE RECALLED AND REPLACED.

**NHTSA ID Number:** 11032085
**Complaint Date** October 6, 2017
**Incident Date** August 10, 2017
**Consumer Location** GILROY, CA
**Vehicle Identification Number** KM8JU3AC4CU****
**Summary of Complaint**
NOTICING KNOCKING SOUND AFTER STARTING ENGINE, PARKED
STATIONARY. DEALER DIAGNOSED ENGINE FAILURE. ENGINE HAS
LOW MILES, ONLY 121,000

**NHTSA ID Number:** 11032605
**Complaint Date** October 9. 2017
**Incident Date** September 19, 2017

CLASS ACTION COMPLAINT                                    Case No.

**Consumer Location** JOHNSON CITY, TN
**Vehicle Identification Number** KM8JUCAC6CU\*\*\*\*
**Summary of Complaint**
I WAS DRIVING DOWN THE HIGHWAY AND HEARD LOUD METAL ON
METAL NOISES. I IMMEDIATELY PULLED OFF THE ROAD. I WAS TOLD
METAL FRAGMENTS WERE LEFT IN MY ENGINE DURING
MANUFACTURING. THE METAL LEAD TO MY ENGINE BLOWING AFTER
85,000 MILES. THE OIL PAN HAS METAL SHAVINGS IN IT. THE RODS
WERE THROWN AND IT MESSED THE BEARINGS UP. DEALERSHIP AND
CORPORATE TELL. E THERE IS NOTHING THEY CAN DO.

**NHTSA ID Number:** 11041336
**Complaint Date** October 30, 2017
**Incident Date** October 24, 2017
**Consumer Location** WESTMINSTER, CO
**Vehicle Identification Number** KM8JUCACXCU\*\*\*\*
**Summary of Complaint**
SUDDEN LOSS OF ACCELERATION/POWER WHILE DRIVING CAR
STRAIGHT THROUGH A PARKING LOT. THANK GOODNESS I HADN'T
MADE IT TO THE HIGHWAY! ALL DASH LIGHTS CAME ON AND CAR
CAME TO ROLLING STOP. TURNED CAR OFF AND WHEN I TURNED IT
BACK ON THERE WAS A LOUD RATTLE IN THE ENGINE WHILE
ACCELERATING. TOOK IT TO A MECHANIC RIGHT AWAY AND WAS
ADVISED THE ENGINE WOULD NEED REPLACEMENT (THOUGH THEY
DID NOT TAKE IT APART TO DETERMINE EXACT ISSUE). ISSUE SEEMS
CONSISTENT WITH OTHER COMPLAINTS ABOUT THIS MAKE/MODEL
AND IN LINE WITH THE ISSUES FROM THE RECENT ENGINE RECALLS
ON SANTE FE AND SONATA MODELS. CAR ONLY HAS 82K MILES AND
IS NOW COMPLETE JUNK. HYUNDAI WON'T HELP.

**NHTSA ID Number:** 11043106
**Complaint Date** November 3, 2017
**Incident Date** November 3, 2017
**Consumer Location** NASHVILLE, TN
**Vehicle Identification Number** KM8JU3AC1DU\*\*\*\*
**Summary of Complaint**
WHILE MERGING ONTO THE HIGHWAY DRIVING AROUND 65-70 MPH,
THE CAR'S CHECK ENGINE LIGHT, OIL LEVEL LIGHT AND BATTERY
LIGHT ALL CAME ON AND THE CAR POWERED DOWN AND LOST ALL
SPEED WITHIN A .5 MILE DISTANCE. AFTER HAVING IT TOWED, THE
CAR NOW NEEDS A NEW ENGINE ENTIRELY DUE TO FAULTY

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

BEARINGS THAT CAUSED THE CAR TO SEIZE WHILE DRIVING.

**NHTSA ID Number:** 11048764
**Complaint Date** November 27, 2017
**Incident Date** November 27, 2017
**Consumer Location** STERRETT, AL
**Vehicle Identification Number** KM8JU3AC3BU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2011 HYUNDAI TUCSON. THE CONTACT STATED THAT THE ENGINE FAILED. THE DEALER (TAMARON HYUNDAI, 1595 MONTGOMERY HY, BIRMINGHAM, AL 35216) AND MANUFACTURER WERE CONTACTED. ACCORDING TO THE DEALER, THE ENGINE WAS "THROWING A ROD". THE VEHICLE HAD A 2.4 LITER ENGINE AND THE SAME FAILURES OCCURRED IN THE SANTA FE AND SONATA VEHICLES. THERE WAS A CURRENT INVESTIGATION ON THE SANTA FE AND SONATA VEHICLES AND THE CONTACT WANTED TO KNOW WHY THE TUCSON WAS NOT INCLUDED. THE FAILURE MILEAGE WAS 112,000.

**NHTSA ID Number:** 11051502
**Complaint Date** November 30, 2017
**Incident Date** November 23, 2017
**Consumer Location** HALEDON, NJ
**Vehicle Identification Number** KM8JUCAC2CU****
**Summary of Complaint**
TL* THE CONTACT OWNED A 2012 HYUNDAI TUCSON. WHILE DRIVING APPROXIMATELY 60 MPH, THE VEHICLE SHOOK ABNORMALLY. THE CONTACT PULLED THE VEHICLE OVER TO THE SIDE OF THE ROAD AND FLAMES EMITTED FROM THE ENGINE COMPARTMENT, WHICH SPREAD THROUGHOUT THE VEHICLE. THE FIRE DEPARTMENT WAS CONTACTED AND EXTINGUISHED THE FIRE. A POLICE REPORT WAS FILED AND THERE WERE NO INJURIES. THE VEHICLE WAS TOWED TO A SALVAGE YARD WHERE IT WAS DEEMED DESTROYED. NISSAN OF HAWTHORNE DEALER LOCATED AT 1060 GOFFLE RD, HAWTHORNE, NJ WAS CONTACTED AND INFORMED THE CONTACT THAT THEY WOULD START AN INVESTIGATION. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS APPROXIMATELY 80,000. THE VIN WAS NOT PROVIDED. *BF

CONSUMER STATED IT WAS EITHER A DEFECT OR POOR MAINTENANCE BECAUSE IT WAS A STRONG OIL ORDER. UPDATED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

8/20/18*JB

**NHTSA ID Number:** 11071823
**Complaint Date** February 8, 2018
**Incident Date** December 29, 2017
**Consumer Location** CLIFTON PARK, NY
**Vehicle Identification Number** KM8JUCAC8CU****
**Summary of Complaint**
HYUNDAI TUCSON THETA-II ENGINE FAILURE. MY TUCSON
EXPERIENCED SUDDEN ONSET OIL PROBLEMS OVERNIGHT. I PARKED
THE CAR ON THURSDAY NIGHT IN MY DRIVEWAY, EVERYTHING WAS
FINE. FRIDAY MORNING WHEN I TURNED IT ON THE OIL LIGHT WAS
ON. I CONFIRMED I WAS NOT SCHEDULED FOR AN OIL CHANGE FOR
ANOTHER 2000 MILES BUT ADDED A QUART OF OIL TO BE SAFE AND
THE LIGHT WENT OFF. SHORTLY AFTER AS I WAS DRIVING TO WORK
THE ENGINE STARTS TICKING AND LOSING POWER AND GETS WORSE
THE FARTHER I DRIVE. I AND WAS 700 MILES PAST THE EXTENDED
100,000 BUMPER TO BUMPER WARRANTY I PURCHASED WHEN I
BOUGHT THE CAR NEW. THE DEALER'S MECHANIC SAID THE RODS
FAILED WHICH CAUSED ENGINE FAILURE. THIS IS THE SAME
PROBLEM AS DESCRIBED IN THE HYUNDA AND KIA ENGINE RECALL,
HOWEVER THE TUCSON MODEL IS NOT INCLUDED AS PART OF THE
RECALL. THE SERVICE DEPARTMENT WOULD NOT ASSIST ME IN ANY
WAY OTHER THAN OFFERING TO SELL ME A USED ENGINE WITH 57,000
MILES ON IT FOR $6000.

**NHTSA ID Number:** 11071981
**Complaint Date** February 9, 2018
**Incident Date** December 25, 2017
**Consumer Location** GAINESVILLE, FL
**Vehicle Identification Number** KM8JU3AC7CU****
**Summary of Complaint**
WHILE DRIVING ON THE INTERSTATE AT SPEEDS OF 70 MPH
THE ENGINE SEIZED AND THREW A ROD, DESPITE FOLLOWING THE
PROSCRIBED MAINTENANCE SCHEDULE. THIS CAUSED THE
ENTIRE ENGINE TO BLOW, SMOKE, AND LEAK OIL ALL OVER THE
HIGHWAY. THIS WAS INCREDIBLY DANGEROUS NOT ONLY TO US WHO
WERE IN THE VEHICLE, BUT SURROUNDING VEHICLES AS WELL, AS
WERE TRAVELLING ON A BUSY INTERSTATE ON CHRISTMAS DAY. WE
WERE VERY LUCKY JUST TO BE ABLE TO MAKE IT TO THE SIDE OF THE
ROAD BEFORE THE VEHICLE ENTIRELY SHUT DOWN AND STOPPED

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MOVING. THIS IS THE SAME EXACT ENGINE THAT HAS BEEN RECALLED BY HYUNDAI, JUST IN A DIFFERENT MODEL.

**NHTSA ID Number:** 11074709
**Complaint Date** February 25, 2018
**Incident Date** February 20, 2018
**Consumer Location** PALM CITY, FL
**Vehicle Identification Number** KM8JU3AC1DU****
**Summary of Complaint**
WHILE DRIVING AT AROUND 40-50 MPH, THE LIGHTS ON THE DASH SUDDENLY CAME ON AND THEN THE ENGINE OF THE CAR JUST STOPPED. THANKFULLY NO ONE WAS HURT AND THIS DID NOT CAUSE AN ACCIDENT WITH ANOTHER VEHICLE. ACCORDING TO THE DEALERSHIP, THE ENGINE HAS SEIZED. WHILE SITTING IN TRAFFIC WAITING FOR A TOW, WE CHECKED THE OIL IN THE ENGINE AND THERE WAS PLENTY. WE DID REGULAR OIL CHANGES ON THIS CAR. WE ARE THE 2ND OWNER AND THE CAR HAS 76,000 MILES ON IT, SO IT IS NO LONGER COVERED UNDER WARRANTY.

**NHTSA ID Number:** 11084864
**Complaint Date** April 13, 2018
**Incident Date** March 31, 2018
**Consumer Location** BAKER CITY, OR
**Vehicle Identification Number** KM8JUCAC9DU****
**Summary of Complaint**
WHILE DRIVING DOWN THE FREEWAY, MY CAR BEGAN TO SHAKE AND FELT AS THOUGH I HAD A TIRE ISSUE. I SLOWED DOWN, AND THE VIBRATION ESCALATED SO I PULLED OVER. ONCE I WAS AT THE SIDE OF THE ROAD, THE ENGINE STARTED MAKING LOUD KNOCKING NOISES. I CALLED A TOW TRUCK AT THIS POINT AND THE CAR WAS TOWED TO A HYUNDAI DEALERSHIP WHERE IT WAS DETERMINED THAT THE ENGINE HAD BLOWN. I CONTACTED HYUNDAI CONSUMER AFFAIRS AND THEY DID A CASE REVIEW. I WAS TOLD THAT SINCE THE CAR, WHICH IS 5 YRS OLD AND HAS 87,900 MILES, IT IS OUTSIDE OF THE WARRANTY. I QUESTIONED THE RECALL ON OTHER CARS WITH THE THETA II ENGINE SUCH AS THE SANTA FE AND THE SONATA AND WAS INFORMED THAT MY CAR DIDN'T HAVE ENOUGH COMPLAINTS TO BE INCLUDED. APPARENTLY, ALTHOUGH THEY HAVE THE SAME ENGINE, THE TUSCON ENGINE IS SLIGHTLY SMALLER SO DOES NOT QUALIFY FOR THE RECALL. THE SAME ISSUES APPLY WITH THE RECALLED ENGINE THAT MY ENGINE HAS WHICH IS METAL

SHAVINGS AROUND THE CRANKSHAFT. THE METAL SHAVINGS HAVE
CAUSED INSUFFICIENT MOVEMENT OF OIL THROUGHOUT
THE ENGINE.

**NHTSA ID Number:** 11088370
**Complaint Date** April 16, 2018
**Incident Date** April 13, 2018
**Consumer Location** LAWRENCE, KS
**Vehicle Identification Number** KM8JU3AC4DU****
**Summary of Complaint**
PULLED INTO A PARKING LOT TO TALK ON MY PHONE AND AFTER I
PULLED AWAY THE ENGINE STARTED MAKING A KNOCKING NOISE. I
HAVE CHANGED THE OIL ON TIME EVERY TIME AND MOST OF ALL
THE MILES ON IT ARE HIGHWAY MILES. I HAVE ISSUE THAT HYUNDAI
RECALLED THE SONATA AND SANTA FE OF THE SAME YEAR AND
ALSO KIA RECALLED THE SPORTAGE FOR ENGINE KNOCKING.
THE ENGINE IS THE SAME EXACT ENGINE IN THE 2013 HYUNDAI
TUSCON BUT IT DOESN'T HAVE A RECALL. THIS MAKE ZERO SENSE.

**NHTSA ID Number:** 11103584
**Complaint Date** June 23, 2018
**Incident Date** May 22, 2018
**Consumer Location** MOORESVILLE, IN
**Vehicle Identification Number** KM8JUCAC4CU****
**Summary of Complaint**
CATASTROPHIC ENGINE FAILURE ON A 2012 TUCSON WITH ONLY 80K
MILES. THE VEHICLE WAS REGULARLY SERVICED. HEARD A FAINT
TICKING COMING FROM THE ENGINE WHILE DRIVING, AND LATER
THAT DAY, THE ENGINE BLEW. APPARENTLY THE THETA
2 ENGINE THE VEHICLE USES IS KNOWN FOR FAILURE, BUT THE
HYUNDAI DEALERSHIP I TOOK THE VEHICLE TO CLAIMED ONLY
ABOUT 2% OF THESE CARS WERE AFFECTED, AND I WAS JUST
"UNLUCKY". NO WARNING LIGHTS, NOTHING. WAS ON THE
INTERSTATE DURING RUSH HOUR AT THE TIME OF THE INCIDENT,
AND WAS ALMOST HIT BY MULTIPLE VEHICLES BECAUSE OF THIS.

**NHTSA ID Number:** 11103628
**Complaint Date** June 24, 2018
**Incident Date** June 5, 2018
**Consumer Location** ROSENBERG, TX
**Vehicle Identification Number** KM8JU3AC5DU****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**Summary of Complaint**
THE ENGINE BEGAN MAKING A KNOCKING AND BEGAN SHAKING
WITHIN MINUTES THE ENGINE BLEW UP

**NHTSA ID Number:** 11104263
**Complaint Date** June 27, 2018
**Incident Date** June 13, 2017
**Consumer Location** AMARILLO, TX
**Vehicle Identification Number** KM8JU3AC7DU****
**Summary of Complaint**
ON JUNE 13, 2017, THE ENGINE IN THE TUCSON COMPLETELY SHUT
DOWN WHILE DRIVING DOWN THE INTERSTATE AFTER WORK. THE
VEHICLE WOULD NOT START AND HAD TO BE TOWED TO A LOCAL
REPAIR SHOP IN CANYON, TEXAS. THE REPAIR SHOP INSPECTED THE
VEHICLE AND FOUND THAT THE ENGINE HAD BLOWN A HOLE IN IT
DUE TO NO FAULT OF SYDNEE PARKHURST AND WOULD NEED A
COMPLETE REBUILD. RESEARCH WAS DONE AS TO WHAT OPTIONS
WERE AVAILABLE. [XXX] CONTACTED THE VANDERGRIFF HYUNDAI
IN ARLINGTON, TEXAS WHERE THE VEHICLE WAS PURCHASED AND
HYUNDAI MOTORS AMERICA FOR A MANUFACTURER'S DEFECT.
RESEARCH HAD SHOWN THE SAME ENGINE WAS PUT INTO SEVERAL
MODELS OF HYUNDAI VEHICLES. THIS SPECIFIC ENGINE MODEL WAS
ALSO INVOLVED IN A CLASS ACTION REGARDING THE 2011-2013
MODELS (BUT NOT THE 2013 TUCSON). THE LOCAL REPAIR SHOP
REPLACED THE ENGINE AND SOME PARTS THREE (3) TIMES DUE TO
MANUFACTURER ISSUES WITH THE PARTS FOR $8,751.28.

AFTER MORE THAN SEVEN PHONE CALLS TO EACH VANDERGRIFF
HYUNDAI AND HYUNDAI MOTORS AMERICA, IT WAS LEARNED THAT
NEITHER WAS WILLING TO HELP OR OFFER ANY AID OR ASSISTANCE
CLAIMING THAT BECAUSE IT WAS SOLD TO A SECOND OWNER, THEY
COULD NOT CONFIRM WHETHER THE PRIOR OWNER HAD BEEN
NEGLIGENT IN THEIR CARE OF THE VEHICLE EVEN THOUGH IT WAS
SOLD AS A CERTIFIED PRE-OWNED VEHICLE. HYUNDAI BLAMED THE
OWNER FOR THE DEFECT. AFTER THE ENGINE WAS REPLACED
VANDERGRIFF CONTACTED THE OWNER ATTEMPTING TO PURCHASE
THE VEHICLE BACK FOR LESS THAN THE PURCHASE PRICE AND
EXCLUDING THE COST OF THE ENGINE.

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF
INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

**NHTSA ID Number:** 11104251
**Complaint Date** June 27, 2018
**Incident Date** June 30, 2017
**Consumer Location** CHILLICOTHE, OH
**Vehicle Identification Number** KM8JUCAC0DU****
**Summary of Complaint**
ENGINE BLOWN AT MILEAGE 129653. WHILE DRIVING ON INTERSTATE
IN PENNSYLVANIA, ENGINE SEEMED TO LOSE POWER AT 60 MPH, IN
HEAVY TRAFFIC. STARTED TO SHUTTER AND ENGINE MADE A LOT OF
NOISE, BAD RATTLE SOUND. ENGINE LOCKED UP. I COASTED TO STOP
ON SIDE OF ROAD. ON JUNE 30,2017. VEHICLE WAS TOWED TO CIOCCA
HYUNDAI IN QUAKERTOWN PA, WHERE I WAS TOLD ENGINE HAD
BLOWN. HAD TO HAVE ENGINE REPLACED$5237.34 COST. TOOK
MONTH TO FIND GOOD REPLACEMENT ENGINE AS THIS WAS
SAME ENGINE TYPE I WAS TOLD AS SANTE FE AND ACCORDS ON
RECALL. I PERSONALLY BELIEVE THE TUCSONS ENGINE SHOULD BE
RECALLED ALSO.

**NHTSA ID Number:** 11104640
**Complaint Date** June 29, 2018
**Incident Date** June 12, 2018
**Consumer Location** OWINGS MILLS, MD
**Vehicle Identification Number** KM8JUCAC4CU****
**Summary of Complaint**
ON JUNE 12TH THE TUCSON ENGINE STARTED SMOKING DESPITE
BEING DRIVEN LESS THAN 2 MILES FROM THE HOUSE. THE CAR WAS
SERVICED ON APRIL 24 TH AT HETITAGE HYUNDAI IN TOWSON
MARYLAND WITH NO PROBLEMS REPORTED. I HAVE ALL SERVICE
RECORDS GOING BACK TO WHEN THE CAR WAS BRAND NEW. I WAS
TOLD THE CAR NEEDS A NEW ENGINE. I AM REPORTING THIS BECAUSE
I READ A STORY THAT SENATOR BEN NELSON OF FLORIDA HAS MADE
AN INQUIRY ABOUT SIMILAR EVENTS WITH THIS MODEL SUV IN
FLORIDA. I PLAN TO ALERT MY REPS IN CONGRESS AS WELL. *JS

**NHTSA ID Number:** 11110058
**Complaint Date** July 7, 2018
**Incident Date** June 25, 2018
**Consumer Location** WAXHAW, NC
**Vehicle Identification Number** KM8JU3AC3DU****
**Summary of Complaint**
DRIVING DOWN A STREET 35 MPH, ENGINE MADE LOUD SOUND ALL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE LIGHTS CAME ON AND CAR SHUDDERED AND WOULD NOT DRIVE. MOVED TO SIDE OF ROAD AND TOWED TO DEALERSHIP.

THETA-II ENGINE SEIZED. NOT REPAIRABLE. DEALERSHIP AND MANUFACTURE REFUSED TO HELP IN ANY WAY DESPITE KNOWN PROBLEM. EVENTUALLY TRADED IN AS COST TO REPLACE ENGINE WITH USED ENGINE (NO NEW ONES AVAILABLE) WAS PROHIBITIVE. RECEIVED TRADE IN OF $3500 BLUE BOOK VALUE $9000.

**NHTSA ID Number:** 11110732
**Complaint Date** July 11, 2018
**Incident Date** June 20, 2018
**Consumer Location** CONYERS, GA
**Vehicle Identification Number** KM8JUCAC5DU****
**Summary of Complaint**
THE HYUNDAI TUCSON HAS THE THETA 2 ENGINE. THIS ENGINE HAS ALREADY BEEN RECALLED 4 METAL SHAVINGS FROM THE A DEBURRING PROCESS CAUSES THE ENGINE TO HAVE OIL DISTRIBUTION PROBLEMS RESULTING IN ENGINE FAILURE FOR EXAMPLE A THROWN ROD. THIS IS EXACTLY WHAT HAPPENED TO MY 2013 HYUNDAI TUCSON WITH ONLY 42000 PLUS MILES ON IT. SO WHY HASN'T THE TUCSON BEEN ADDED TO THE RECALL LIST ALONG WITH THE SONATA AND SANTA FE, THEY BOTH HAD THE SAME EXACT ENGINE IN THE SAME EXACT PROBLEMS. NOW I AM STUCK WITHOUT A VEHICLE STILL HAVING TO MAKE PAYMENTS ON, AND BATTLING HYUNDAI DEALERSHIP OF LITHONIA GEORGIA, BECAUSE THEY AREN'T WILLING TO FIX THE ISSUE DUE TO AN EXPIRED WARRANTY OF 5 YEARS OR 60,000 MILES. WARRANTY IS NOT AN ISSUE AT THIS POINT, BECAUSE THE ENGINE HAS BEEN RECALLED.

THE CONSUMER STATED THE MANUFACTURER WOULD NOT REPAIR THE VEHICLE UNDER THE WARRANTY DUE TO NOT HAVING EVIDENCE OF OIL CHANGES. THE VEHICLE HAD NO OIL UPON INSPECTION. THE CONSUMER STATED THE ENGINE HAD A HOLE IN IT CAUSING THE OIL TO DRAIN OUT. *JS

**NHTSA ID Number:** 11112094
**Complaint Date** July 18, 2018
**Incident Date** May 25, 2018
**Consumer Location** LEHIGH ACRES, FL

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KM8JU3AC8DU****
**Summary of Complaint**
DRIVING 80 MPH DOWN THE HIGHWAY, ENGINE STARTED KNOCKING, WITHIN 90 SECONDS THE VEHICLE WAS DEAD ON THE SIDE OF THE ROAD. METAL SHAVINGS IN THE OIL. ENGINE NEEDS REPLACED 5 YEARS OLD 77K MILES. WELL MAINTAINED VEHICLE OIL CHANGES REGULARLY.

**NHTSA ID Number:** 11118056
**Complaint Date** August 6, 2018
**Incident Date** April 11, 2018
**Consumer Location** SOUTH SETAUKET, NY
**Vehicle Identification Number** KM8JT3AB6DU****
**Summary of Complaint**
2013 HYUNDAI TUCSON ENGINE FAILURE. DRIVING ON HIGHWAY ENGINE SEIZED. ONLY 53,000 MILES ON CAR. CAR WAS REGULARLY SERVICED BY DEALER. DEALER TO REPLACE ENGINE. ENGINE UNDER WARRANTY, DEALER HAS HAD CAR FOR 4 MONTHS. DEALER STATES CAN'T GET A REPLACEMENT ENGINE. NEED HELP IN GETTING HYUNDAI TO PROVIDE /INSTALL REPLACEMENT ENGINE..

**NHTSA ID Number:** 11118639
**Complaint Date** August 8, 2018
**Incident Date** August 3, 2018
**Consumer Location** VANCOUVER, WA
**Vehicle Identification Number** KM8JUCAC2DU****
**Summary of Complaint**
AT HIGHWAY SPEED VEHICLE BEGAN TO SHUDDER THEN LOUD "CLUNK" AND LOST POWER. SMALL ENGINE COMPARTMENT FIRE DEVELOPED BUT THEN THANKFULLY WENT OUT. VEHICLE WAS TOWED TO NEAREST SHOP WHICH INFORMED US THAT VEHICLE HAD THROWN A ROD AND WILL REQUIRE ENGINE REPLACEMENT. VEHICLE HAS NOW BEEN TOWED TO NEAREST HYUNDAI DEALER THAT "WILL GO TO BAT TO TRY AND GET HYUNDAI TO FIX". WE ARE NOT THE ORIGINAL OWNERS OF VEHICLE SO APPARENTLY THE 10/100 DOES NOT APPLY. VEHICLE HAS BEEN MAINTAINED PROPERLY. NEED TO KNOW WHAT TO DO OR WHO TO COMMUNICATE WITH TO GET HYUNDAI TO RECOGNIZE THIS PROBLEM.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11119709
**Complaint Date** August 13, 2018
**Incident Date** August 7, 2018
**Consumer Location** FORT WORTH, TX
**Vehicle Identification Number** KM8JU3AC7DU****
**Summary of Complaint**
MY ENGINE SUFFERED A COMPLETE FAILURE WHILE TRAVELING ON THE INTERSTATE AT 70+ MPH. IN THE MIDDLE OF A 300 MILE ROAD TRIP, I NOTICED THE CAR WOULD HOLD SPEED WITH CRUISE CONTROL, BUT NOT ACCELERATE TO PASS ON THE HIGHWAY. WITHIN 10 MINUTES OF NOTICING, THE ENGINE BEGAN MAKING A LOUD NOISE. I WAS NOT ABLE TO STOP, AS I WAS ON A LONG STRETCH OF INTERSTATE WITH NO GAS STATIONS, ETC. SUDDENLY, THE ENGINE REVVED TO ABOUT 6000 RPM, THE CAR SHOOK, AND THE ENGINE STOPPED. I HAD ENOUGH SPEED TO PULL OVER TO THE SHOULDER AND TURNED OFF THE CAR. THE ENGINE WOULD NOT RESTART. I HAD TO CALL A TOW TRUCK AND HAVE THE VEHICLE TOWED 40 MILES TO A HYUNDAI DEALERSHIP, WHERE THEY DIAGNOSED IT AS BLOWN, MOST LIKELY TO A BEARING FAILURE. AT THE TIME OF THE INCIDENT, THE VEHICLE WAS TRAVELING AT OVER 70 MILES PER HOUR.

**NHTSA ID Number:** 11119738
**Complaint Date** August 13, 2018
**Incident Date** June 17, 2018
**Consumer Location** FORT WORTH, TX
**Vehicle Identification Number** KM8JU3AC3DU****
**Summary of Complaint**
. ON JUNE 17, 2018 MY ENGINE BLEW ON MY 2013 TUCSON, LESS THAN 75000 MILES. WE WERE TRAVELING ON THE INTERSTATE AT SPEEDS OF 75 MILES PER HOUR WHEN THE ENGINE BEGAN TO KNOCK THEN LOOSE SPEED. TRAFFIC ALL AROUND US WAS TRAVELING AT 75-80 MILES PER HOUR, VERY SCARY AS WE WERE GOING 10-15 MILES PER HOUR WHEN WE MANAGED TO PULL OFF ON AN EXIT AND THE ENGINE SIMPLY DIED AND NEVER WOULD RESTART. WE HAD TO PUSH IT THROUGH A BUSY INTERSECTION TO A GAS STATION. WE HAD IT TOWED TO THE LOCAL HYUNDAI DEALER WHERE IT STILL SITS 2 MONTHS LATER WAITING ON AN ENGINE TO BE DELIVERED.

THESE ENGINES HAVE BEEN RECALLED IN THE SONATA'S AND THE SANTA FE'S BUT NOT IN THE TUCSON'S.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11120818
**Complaint Date** August 18, 2018
**Incident Date** July 31, 2018
**Consumer Location** CANTON, KS
**Vehicle Identification Number** KM8JU3AC5CU****
**Summary of Complaint**
DRIVING ALONG WITH ABOUT 77735 MILES ON THE ODOMETER. WHILE
DRIVING TO ARIZONA BECAUSE MY MOTHER WAS IN SERIOUS
CONDITION. (HAS PASSED AWAY AS OF THIS WRITING)
THE ENGINE AND ENTIRE CAR SHOOK. THOUGHT I HAD HIT
SOMETHING ON THE ROAD. LOOKED UNDERNEATH, NO DAMAGE AND
THE CONNECTING ROD WAS KNOCKING. GOING 70 MPH MUST HAVE
BROKE IT LOOSE AND SPUN THE BEARING. SPENT $850 TO RENT A U-
HAUL TRAILER AND TRUCK TO TOW IT BACK FROM NEW MEXICO TO
KANSAS. DROPPED THE OIL PAN AND METAL SHAVINGS
EVERYWHERE IN THE PAN. I SEE THE SAME 2.4 LITER ENGINE IN
OTHER KIA'S AND HYUNDAI'S ARE BEING REPLACED FOR THE SAME
PROBLEM. WHY NOT THE TUCSON, I KNOW THERE AREN'T AS MANY
OF THEM AS THE SANTA FE'S AND SONATA'S. BUT IT IS THE SAME
EXACT ENGINE WITH THE SAME EXACT PROBLEM. I WAS RUNNING
QUAKER STATE FULL SYNTHETIC OIL WITH A MOBIL ONE FILTER...OIL
WAS FULL WITH ABOUT 5700 MILES ON IT. I NEVER IN MY LIFE HAVE
HAD AND ENGINE FAILURE AS I MAINTAIN MY VEHICLES WELL. I
BOUGHT IT WITH 69,000 ON IT 10 MONTHS AGO AND STILL OWE $2500.
I'M SURE I WILL NO LONGER BE A HYUNDAI CUSTOMER UNLESS
SOMETHING GOOD COMES OUT OF THIS.....SURE IT WON'T! JUST
WANTED A NICE CAR TO RETIRE WITH, SHOULD HAVE STUCK WITH
THE HONDA CR-V I HAD BEFORE THIS.

**NHTSA ID Number:** 11122320
**Complaint Date** August 25, 2018
**Incident Date** August 23, 2018
**Consumer Location** BRICK, NJ
**Vehicle Identification Number** KM8JU3AC0DU****
**Summary of Complaint**
GOOD AFTERNOON,

I'M SENDING THIS E-MAIL IN REFERENCE TO MY 2013 HYUNDAI
TUCSON. ON THURSDAY THE 23TH OF AUGUST , I WAS IN MY VEHICLE
WITH MY FAMILY COMING HOME FROM DINNER IN ATLANTIC CITY
NEW JERSEY. WE WERE TRAVELING SOUTH ON THE NJ PARKWAY IN

108

THE OUTSIDE LANE. AT APPROX.9:15 PM AT MILE MARKER 48, I HEARD A SMALL POP , MY VEHICLE STARTED SMOKING AND STOPPED RUNNING. THE MOMENTUM CARRIED ME OFF TO THE RIGHT SHOULDER OF THE HIGHWAY. I HAD TO GET TOWED HOME. THE TOW TRUCK DRIVER CHECKED UNDER THE HOOD AND HE SAW OIL LEAKING AND PIECES ON THE ENGINE BLOCK. HE ADVISED THAT I POPPED A ROD ON THE ENGINE.

AFTER DOING SOME INQUIRES ON THE NET , I FOUND THAT HYUNDAI HAD RECALLS ON THEIR SONATAS FOR ENGINEPROBLEMS.... ALSO TUCSON OWNERS WERE HAVING THE SAME PROBLEMS. I CHECKED TO SEE WHAT KIND OF ENGINE I HAD. I DID SO BY VIN NUMBER. ON THE VIN NUMBER POSITION 8 IS THE CODE FOR ENGINE. I HAVE CODE C . THIS ENGINE WAS USED IN SONATAS . IS IT POSSIBLE THAT MY ENGINE WAS ONE OF THE RECALLED ONES.

MY VEHICLE ONLY HAD 122,000. MAINTENANCE WAS DONE. THERE WAS NO WARNINGS …. ENGINE LIGHT NEVER CAME OR OIL PRESSURE LIGHT.

THANK YOU FOR YOUR COOPERATION IN THIS MATTER.....

**NHTSA ID Number:** 11122472
**Complaint Date** August 27, 2018
**Incident Date** August 24, 2018
**Consumer Location** CHICAGO, IL
**Vehicle Identification Number** KM8JUCACODU****
**Summary of Complaint**
WHILE DRIVING ON THE HIGHWAY (AT HIGHWAY SPEED), THE ENGINE SUDDENLY FAILED WITHOUT WARNING, RESULTING IN THE VEHICLE TO COMPLETELY LOSE ACCELERATION AND OPERATION. THE FAILURE OF THE ENGINE WAS INSTANT; NO CRANK OR RESPONSE WHILE ATTEMPTING TO RESTART VEHICLE SEVERAL TIMES. THE VEHICLE WAS TOWED TO A PROFESSIONAL AUTO GARAGE, AND THE DIAGNOSIS WAS PROMPT: COMPLETE ENGINE FAILURE DUE TO BACK DESIGN. THE OIL WAS GOOD, AND ALL THE COMPONENTS OF THE VEHICLE WERE IN GREAT SHAPE ACCORDING TO THE MECHANICS. THE MILEAGE ON THE VEHICLE IS 72,000, AND I HAVE BEEN THE OWNER OF THE VEHICLE SINCE JUNE 2013. THE VEHICLE WAS THEN TOWED FROM THIS AUTO GARAGE TO THE HYUNDAI DEALER, WHERE THE SAME DIAGNOSIS WAS CONFIRMED.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THERE NEEDS TO BE A RECALL TO INCLUDE THE HYUNDAI TUCSON MODELS FROM THIS SAME YEAR, SINCE THE KIA SPORTAGE, SORENTO, AND HYUNDAI SANTA FE ARE ALREADY PROMPTED AS 'RECALL ELIGIBLE' VEHICLES. THE SAME SYMPTOMS THAT PLAGUE THESE OTHER MODELS APPLY TO THE TUCSON AS WELL. THIS ALMOST COST ME MY LIFE, AND MY CONFIDENCE IN THIS AUTO MAKER IS COMPLETELY ABSENT AFTER THIS INCIDENT.

**NHTSA ID Number:** 11132037
**Complaint Date** September 27, 2018
**Incident Date** September 11, 2018
**Consumer Location** SCRANTON, PA
**Vehicle Identification Number** KM8JUCAC2DU****
**Summary of Complaint**
A WEEK BEFORE GOING ON VACATION, I JUST HAD AN INSPECTION AND OIL CHANGE DONE. THE CAR PASSED INSPECTION WITHOUT ISSUE. I'VE HAD THIS VEHICLE SERVICED ON TIME SINCE I BOUGHT IT IN 2015. I NEVER HAD ANY ISSUES WITH THE CAR PRIOR TO THIS. I WAS REACHING THE END OF AN 8 HOUR DRIVE WITH THE CAR. WE JUST CROSSED THE PA STATE LINE. I WAS DRIVING IN THE PASSING LANE ON THE INTERSTATE, GETTING UP TO SPEED, AND I JUST HIT 60 MPH WHEN THE CAR MADE A RATTLING NOISE AND I WAS NOT ABLE TO ACCELERATE PAST 60 MPH. WE WERE ABLE TO PULL OVER TO THE SHOULDER. THE CHECK ENGINE LIGHT CAME ON. WE PROCEEDED TO TURN THE CAR OFF AND CHECK THE OIL WHICH WAS FINE. THERE WAS NO SMOKE COMING FROM THE VEHICLE. WE ATTEMPTED TO RESTART THE CAR BUT THE ENGINE JUST KEPT TURNING OVER. WE WAITED AN HOUR FOR A TOW TRUCK AND DURING THE SHORT AMOUNT OF TIME THE CAR LOST ALL POWER. WE HAD IT TOWED TO A HYUNDAI DEALERSHIP WHERE THEY PROCEEDED TO TELL US THE CAR ENGINE WAS BLOWN AND IT WOULD NEED TO BE REPLACED. HOWEVER, THERE WAS NO EXISTING REFURBISHED ENGINES IN THE COUNTY WE WERE IN OR WHERE WE LIVE. MY CAR NOW CONTINUES TO SIT AT THE HYUNDAI DEALERSHIP FOR THE PAST 2 WEEKS AWAITING TILL I HAVE THE MEANS TO TOW IT UP TO WHERE I LIVE. NOW I AM STUCK WITH NO CAR AND STILL MONEY TO OWE ON THE LOAN.

**NHTSA ID Number:** 11139019
**Complaint Date** October 8, 2018
**Incident Date** July 22, 2018

CLASS ACTION COMPLAINT                                         Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** BIDDEFORD, ME
**Vehicle Identification Number** KM8JUCAC4CU****
**Summary of Complaint**
JULY 2018, TRIED TO PASS A CAR AT ABOUT 40 MPH (SPEED LIMIT ON THE ROAD WAS 50 MPH) AND MY TUCSON WOULDN'T ACCELERATE. I GRADUALLY PUSHED THE GAS PEDAL TO THE FLOOR AND IT STOPPED ACCELERATING AT ABOUT 50, BUT WAS MAKING THIS AWFUL WINDING NOISE LIKE IT WAS TRYING TO SHIFT GEARS BUT COULDN'T. AT THIS POINT I'M PLAYING CHICKEN WITH THE CAR I TRIED TO PASS, AND THERE'S ANOTHER CAR COMING TOWARDS ME.

I FINALLY GO PAST THE CAR AND STARTED PULLING OVER ON THE SIDE OF THE ROAD AND ALL OF MY DASHBOARD LIGHTS CAME ON AND THE ENGINE IS STILL WINDING AND MAKING NOISES. I TURNED THE CAR OFF AND TRIED TO RESTART. IT SPUTTERED AT 1ST, BUT DID START. I WENT HOME, BUT AFTER THAT THE ENGINE WAS MAKING AWFUL WINDING, TICKING, AND CLANKING NOISES. I BROUGHT IT INTO THE DEALER THAT SERVICES MY VEHICLE AND AFTER BEING THERE FOR SEVERAL DAYS, THEY SAID IT WAS THE ENGINE ROD BEARING AND I NEEDED A NEW ENGINE. LUCKILY I HAVE A THIRD PARTY WARRANTY THAT IS COVERING IT, BUT AFTER DOING SOME RESEARCH I SEE THAT THIS IS A HUGE ISSUE FOR HYUNDAI TUCSON OWNERS AND THAT HYUNDAI HAD THIS SAME ISSUE WITH THEIR SONATAS.. APPARENTLY THE SONATAS HAVE A RECALL FOR THIS SAME ISSUE BUT NOT THE TUCSON. AS OF TODAY, MY CAR IS STILL AT THE DEALER AND HYUNDAI HAS PUSHED THE ETA OF MY MOTOR OUT TO NOVEMBER, BUT THIS IS THE 2ND DELAY AND I'M NOT SO SURE THAT IT WILL BE READY NEXT MONTH AFTER READING ALL OF THE STORIES OF OTHERS THAT HAVE HAD THEIR TUCSONS AT THE DEALERS SINCE APRIL AND MAY AND KEEP GETTING THEIR ETS'S FOR THEIR ENGINES PUSHED BACK.

**NHTSA ID Number:** 11139985
**Complaint Date** October 12, 2018
**Incident Date** July 31, 2018
**Consumer Location** CANTON, KS
**Vehicle Identification Number** KM8JU3AC5CU****
**Summary of Complaint**
WHILE ON A TRIP TO ARIZONA DRIVING ABOUT 70 MPH ON A HIGHWAY IN NEW MEXICO. THE ENGINE AND CAR JERKED REALLY HARD AND THE ENGINE STARTED KNOCKING AT AROUND 77,500

111

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MILES. IT ENDED UP BEING A SPUN CONNECTING ROD BEARING. HYUNDAI IS REPLACING THE ENGINES ON THE SANTA FE AND SONATA BUT NOT THE TUCSON. I WAS RUNNING SYNTHETIC OIL AND A MOBILE 1 FILTER AT THE TIME. AFTER GOING ONLINE IT SEEMS AS IF THEY DIDN'T CLEAN THE OIL PASSAGES IN THE CRANK SHAFT WHEN THEY ASSEMBLED THE ENGINE. THE TUCSON SHOULD BE PART OF THE ENGINE REPLACEMENT PROGRAM. 2.0 & 2.4 ENGINES HAVE THIS ISSUE.

**NHTSA ID Number:** 11142129
**Complaint Date** October 23, 2018
**Incident Date** May 10, 2018
**Consumer Location** CATOOSA, OK
**Vehicle Identification Number** KM8JUCAC1DU****
**Summary of Complaint**
MAY 10TH, 2018 WHILE DRIVING ON THE HIGHWAY, I HEARD A STRANGE NOISE AND MY CAR WOULD NOT ACCELERATE. I MANAGED TO MAKE IT HOME AND MY HUSBAND SAID TO HAVE IT TOWED TO DEALERSHIP, ENGINE WAS KNOCKING. THE SAFETY RISK WOULD BE THE CAR SUDDENLY STALLING IN THE MIDDLE OF HIGHWAY TRAFFIC. THE DEALERSHIP CONFIRMED IT WAS ENGINE FAILURE.

**NHTSA ID Number:** 11142334
**Complaint Date** October 24, 2018
**Incident Date** June 25, 2018
**Consumer Location** JEANERETTE, LA
**Vehicle Identification Number** KM8JU3AC1DU****
**Summary of Complaint**
ON 6/25/2018, MY HYUNDAI TUCSON FOR THE FIRST TIME BEGAN MAKING A STRANGE KNOCKING NOISE. I IMMEDIATELY CALLED HYUNDAI TO BRING IT IN. WHILE ON MY WAY TO THE DEALERSHIP AT 12:30 PM, IT BROKE DOWN ON ME IN THE MIDDLE OF LUNCH HOUR TRAFFIC ON ONE OF THE BUSIEST STREETS, WHILE WAITING AT A RED LIGHT. (THANKFULLY IT WASN'T A HIGHWAY OR INTERSTATE!)

TWO DAYS LATER, I FOUND OUT THAT MY ENGINE HAD TO BE REPLACED. THEY FOUND METAL SHAVINGS IN THE OIL PAN, WHICH IS CONSISTENT WITH THE PRIOR RECALLS FOR SONATA AND SANTA FE ENGINE FAILURES, BUT THEY NEVER RECALLED THE TUCSONS. THANKFULLY, MY CAR IS STILL UNDER WARRANTY (2013 - ONLY 48,000 MILES), BUT THE SITUATION WAS VERY SCARY.

112

I AM SENDING THIS BECAUSE I HAVE BEEN READING MORE AND MORE THAT OTHER VEHICLES LIKE MINE HAVE BEEN HAVING THIS SAME ISSUE, YET HYUNDAI HAS STILL NOT ISSUED A RECALL FOR OUR MODEL.

MY CAR HAS BEEN AT HYUNDAI SINCE 6/25/2018 WAITING FOR THE NEW ENGINE TO ARRIVE, WHICH HAS NO ETA. IF I CAN PREVENT ANOTHER HYUNDAI TUCSON OWNER FROM HAVING TO GO THROUGH WHAT I CURRENTLY AM, THEN I WANT TO HELP AS MUCH AS POSSIBLE.

**NHTSA ID Number:** 11151618
**Complaint Date** November 14, 2018
**Incident Date** November 10, 2018
**Consumer Location** COLORADO SPRINGS, CO
**Vehicle Identification Number** KM8JUCAC2DU****
**Summary of Complaint**
WHEN THE PROBLEM OCCURRED, VEHICLE WAS IN MOTION ON A LOCAL HIGHWAY GOING APPROXIMATELY 75 MPH. SUDDENLY THE VEHICLE LOST A BIT OF POWER, AND ALLOWED ONLY 65 MPH TO BE ATTAINED AND WOULD NOT RETURN TO 75 MPH. THIS CONTINUED FOR AROUND FIVE TO TEN MINUTES. THEN ONCE AGAIN, THE VEHICLE LOST POWER FROM 65 MPH TO AROUND 55 MPH, AND THE ENGINE BEGAN MAKING A "METALLIC CLANKING" SOUND. ONCE THIS HAPPENED, THE VEHICLE STARTED TO POWER DOWN, LOSING ALL REMAINING SPEED IN TRAFFIC, AND WAS GUIDED TO THE SIDE OF THE HIGHWAY, AWAITING A TOW TRUCK TO TAKE IT BACK TO OUR RESIDENCE. WE THEN HAD IT INSPECTED BY A LOCAL MECHANIC GARAGE WHO TOLD US THAT A MAIN ROD BEARING HAD BEEN THROWN, AND THAT WHEN THEY CONTACTED HYUNDAI, THEY HAD BEEN INFORMED THAT THIS WAS A COMMON ISSUE WITH THESE THETA II ENGINES, YET NO RECALL HAD BEEN PUT FORTH FOR 2011 - 2014 HYUNDAI TUCSONS. WE ARE CURRENTLY HAVING THE VEHICLE INSPECTED AT A LOCAL HYUNDAI DEALERSHIP AWAITING THEIR VERDICT AND INSPECTION NOTES TO BE SENT TO HYUNDAI TO BEGIN BUILDING A CASE, WITH CASE NUMBER.

**NHTSA ID Number:** 11166219
**Complaint Date** January 10, 2019
**Incident Date** January 3, 2019
**Consumer Location** TROY, VA

**Vehicle Identification Number** KM8JUCACXCU****
**Summary of Complaint**
DRIVING ON THE ON RAMP OF INTERSTATE AND IT CUT OFF. ALL OF THE DASH LIGHTS FLASHED ONCE THEN IT CUT OFF. I WAS TOLD BY TWO DIFFERENT AUTO REPAIR SHOPS THAT THE ENGINE FROZE. CALL DEALERSHIP AND WAS TOLD THAT THE 2.4L ENGINE WAS NOT MANUFACTURED ANYMORE. IT IS SITTING AT AN AUTOMOTIVE SHOP WAITING ON AN ENGINE FROM A WRECKED TUCSON COSTING ME $6,500 - 7,000 TO PUT IN. THE CAR HAS APPROX. 159,000 MILES ALSO HAD TO REPLACE TRANSMISSION AROUND 103,000 MILES

**NHTSA ID Number:** 11166726
**Complaint Date** January 13, 2019
**Incident Date** January 11, 2019
**Consumer Location** WICHITA, KS
**Vehicle Identification Number** KM8JU3AC8DU****
**Summary of Complaint**
THE ENGINE WAS MAKING AN INTERNAL KNOCKING NOISE. AT FIRST THOUGHT IT WAS THE TIMING CHAIN AND TENSIONER. IT TURNS OUT THAT THE NOISE IS COMING FROM THE CONNECTING ROD BEARINGS. ACCORDING TO THE HYUNDAI DEALER, THE ENGINE MUST BE REPLACED. THE CAR ONLY HAS 78,500 MILES AND WAS PURCHASED USED IN MARCH 2017. THE CAR HAS BEEN WELL TAKEN CARE OF WITH REGULAR OIL CHANGES AS RECOMMENDED. THIS SEEMS TO BE COMMON PROBLEM WHERE METAL DEBRIS, LEFT OVER FROM THE MANUFACTURING PROCESS PLUGS UP INTERNAL LUBRICATION HOLES AND THE BEARINGS DO NOT RECEIVE PROPER LUBRICATION.

**NHTSA ID Number:** 11171402
**Complaint Date** January 22, 2019
**Incident Date** January 19, 2019
**Consumer Location** WINDSOR, CA
**Vehicle Identification Number** KM8JU3AC1DU****
**Summary of Complaint**
5 YEAR OLD TUCSON WITH ONLY 75,000 MILES EXPERIENCING ROD KNOCK AND REQUIRING AN ENTIRE ENGINE REPLACEMENT. I HAVE NOT HAD A SINGLE ISSUE WITH THIS CAR AND HAVE KEPT UP ON REGULAR MAINTENANCE. THE DEALERSHIP SAYS THAT I DO NOT QUALIFY FOR THE POWER TRAIN WARRANTY BECUSE I AM THE SECOND OWNER. AFTER MUCH RESEARCH I SEE THIS IS A RECURRENT PROBLEM WITH HYUNDAI TUCSON'S AS WELL OTHER MODELS IN

114

THEIR LINE UP. NO RECALL OR SOLUTION TO THE PROBLEM HAS BEEN
BROUGHT FORWARD. MY CAR STARTED KNOCKING WHILE ON A
MAJOR HIGHWAY WITH CARS GOING 75MPH. I LUCKILY GOT IT OFF AN
EXIT AND DID NOT CAUSE AN ACCIDENT INVOLVING THE CARS
BEHIND ME.

**NHTSA ID Number:** 11171672
**Complaint Date** January 23, 2019
**Incident Date** October 20, 2018
**Consumer Location** PLAYA DEL REY, CA
**Vehicle Identification Number** KM8JU3AC7CU****
**Summary of Complaint**
ENGINE FAILED IN OCT.2018 IN BIG BEAR, CALIFORNIA. AFTER
DRIVING FOR SEVERAL HOURS UP THE MOUNTAIN, A LOUD RATTLING
SOUND OCCURRED DRIVING AT LOW SPEEDS IN THE CITY.
INDEPENDENT LOCAL MECHANIC DETERMINED IT WAS THE PISTONS
NOT WORKING PROPERLY CAUSING COMPLETE ENGINE FAILURE.
MECHANIC CONFIRMED THE VEHICLE COULD NOT BE DRIVEN MUCH
FURTHER, IT WOULD NOT HAVE MADE IT DOWN THE MOUNTAIN, AND
I WAS LUCKY IT DIDN'T FAIL ON THE MOUNTAIN. SINCE ENGINE STILL
UNDER WARRANTY, I HAD TO TOW IT DOWN THE MOUNTAIN TO
NEAREST DEALERSHIP IN LOMA LINDA, CA. AT DEALERSHIP,
DETERMINED AND CONFIRMED ENGINE FAILED AND UNDER
WARRANTY. NO PARTS AVAILABLE (PERHAPS DUE TO OTHER MODEL
RECALL?). GIVEN SMALLER DEALER LOANER VEHICLE - INSUFFICIENT
FOR MY NEEDS. IT IS NOW JANUARY 2019 AND NO PART POTENTIALLY
AVAILABLE UNTIL LATE FEBRUARY. (IS THIS THE SAME ENGINE AS
THE SANTE FE AND SONATA RECALL?) DEALERSHIP REFERRED TO
HYUNDAI CUSTOMER CARE CENTER IN DECEMBER. CASE FILED. CASE
MANAGER CONTACTED MID-DECEMBER WITH LITTLE INFORMATION
AND OFFER OF MONETARY COMPENSATION FOR TIME W/O VEHICLE.
NO OTHER CONTACT FROM CASE MANAGER FOR OVER A MONTH
NOW. HYUNDAI CUSTOMER CARE CENTER INDICATES THERE IS NO
ONE ELSE OTHER THAN NON-RESPONSIVE CASE MANAGER THAT I
CAN CONTACT. IF THERE ARE NO REPLACEMENT ENGINES AVAILABLE
- THIS MUST BE A PART OF A LARGER PROBLEM. I WANT MY 2012
TUCSON REPAIRED OR REPLACED. AND, I BELIEVE THE 2012 TUCSON
SHOULD BE ADDED TO THE HYUNDAI ENGINE RECALL ISSUE.

**NHTSA ID Number:** 11172020
**Complaint Date** January 25, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** January 24, 2019
**Consumer Location** BROKEN ARROW, OK
**Vehicle Identification Number** N/A
**Summary of Complaint**
"TAKATA RECALL" AS MY 2012 HYUNDAI TUCSON REACHED 100,000
MILES MY TRANSMISSION WENT OUT AND LEFT ME STRANDED. I HAD
A REBUILT TRANSMISSION PUT IN, THAT WAS PURCHASED FROM THE
DEALERSHIP. NOW I AM AT 132,000 MILES AND MY ENGINE IS
KNOCKING. THE KNOCKING GETS LOUD DURING ACCELERATION, AND
HAS QUICKLY GONE FROM A TICKING SOUND ON THE FRONT
PASSENGER SIDE OF THE VEHICLE TO A LOUD KNOCK. MY MECHANIC
IS SAYING THAT THERE IS NO COMING BACK FROM THIS,
THE ENGINE WILL NEED TO BE REPLACED. OIL CHANGES ARE DONE
ON TIME, THERE IS OIL IN THE CAR NOW BUT A ROD IS KNOCKING
LOUDLY. THIS CAR WILL HAVE BEEN PURCHASED TWICE ONCE I
HAVE PUT ALL THE REPAIRS INTO IT THAT REALLY SHOULDN'T NEED
TO BE PUT INTO A CAR AT THIS STAGE OF IT'S LIFE.

**NHTSA ID Number:** 11172582
**Complaint Date** January 28, 2019
**Incident Date** January 17, 2019
**Consumer Location** MILLERTON, PA
**Vehicle Identification Number** KM8JU3AC8CU****
**Summary of Complaint**
WHEN DRIVING THE VEHICLE ON A FIVE HOUR TRIP,
THE ENGINE SUDDENLY BECAME VERY NOISY. FOLLOWING
EVALUATION BY THE DEALERSHIP IT WAS DETERMINED THAT
THE ENGINE HAS A FAILED ROD BEARING. THE ENGINE WAS NOT
TORN DOWN FOR A DETAILED ANALYSIS TO MAKE THIS
DETERMINATION. THE ONLY AVENUE OFFERED TO REPAIR THE
VEHICLE WAS TO INSTALL A JUNK YARD ENGINE AS PARTS
AND ENGINE COMPONENTS ARE NOT AVAILABLE THROUGH THE
MANUFACTURER.

**NHTSA ID Number:** 11175699
**Complaint Date** February 8, 2019
**Incident Date** September 23, 2018
**Consumer Location** BAKERSFIELD, CA
**Vehicle Identification Number** KM8JUCACXCU****
**Summary of Complaint**
THE THETA II ENGINE IS FULL OF METAL SHAVINGS. THERE ARE

116

ACCELERATION PROBLEMS AND THERE IS A LOUD SPUTTERING
RATTLE NOISE. THE CHECK ENGINE LIGHT CAME ON READING A CODE
P0014, EXHAUST (B) CAMSHAFT POSITION TIMING OVER-ADVANCED
(BANK 1). THE CAR WAS NOT DRIVEN UNTIL JANUARY 28 WHEN
TAKEN TO CAR CARE CLINIC IN BAKERSFIELD, CA. WHEN WE COULD
AFFORD TO TAKE IT IN. THE MECHANIC CHECKED THE SOLENOIDS,
WHICH WERE BOTH GOOD. ONE WAS REMOVED, WHICH REVEALED
METAL SHAVINGS CLOGGING THE SOLENOID. THE MILEAGE IS 67,444. I
WAS DRIVING ON THE I5 WHEN THE ENGINE FIRST STARTED MAKING
THE NOISE. THE NEXT DAY THE CHECK ENGINE LIGHT CAME ON AND
ACCELERATION WAS AFFECTED WHILE DRIVING ON A CITY STREET.

**NHTSA ID Number:** 11179771
**Complaint Date** February 13, 2019
**Incident Date** February 11, 2019
**Consumer Location** PALM SPRINGS, CA
**Vehicle Identification Number** KM8JU3AC8DU****
**Summary of Complaint**
105,000 MILES AND THE ENGINE ON MY (JUST PAID OFF) HYUNDAI
TUCSON GLS 2.4L THREW A MAIN ROD BEARING.THE ENGINE IS
BLOWN AND NEEDS TO BE REPLACED. I WAS DRIVING DOWN THE
INTERSTATE AT 65 MILES PER HOUR IN THE CENTER LANE TRAVELING
FROM LAS VEGAS TO CALIFORNIA. THE VEHICLE STARTED TO
DECELERATE THEN A LOUD TICKING SOUND WAS PRODUCED THEN
THE TICK GREW INTO A VERY LOUD (ENGINE COMING APART FROM
THE INSIDE SOUND) AT THAT MOMENT I ALMOST LOST CONTROL OF
THE VEHICLE WHILE TRYING TO MANEUVER THROUGH TRAFFIC AT
SPEED. THIS IS A MAJOR ISSUE LADIES AND GENTLEMEN. "FIX IT"

I'VE NEVER MISSED AN OIL CHANGE I HAPPEN TO BE MECHANIC. THIS
SAME ENGINE IN TWO OTHER HYUNDAI'S FOR THE SAME YEAR HAVE
BEEN RECALLED EXCEPT FOR THE TUCSON? WHY NOT? ESTIMATED
COST OF REPAIRS IS IN THE RANGE OF 5,000.00 -6,500.00 I CAN BUY A
USED HONDA ACCORD THAT WILL RUN FOREVER AT THAT PRICE.. I'M
VERY DISAPPOINTED IN HYUNDAI AT THIS POINT. THEY DO NOT TAKE
PROPER CARE OF THEIR REPUTATION OR PRODUCTS LET ALONE THE
CONSUMER.

**NHTSA ID Number:** 11190038
**Complaint Date** March 19, 2019
**Incident Date** March 18, 2019

CLASS ACTION COMPLAINT                                          Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** DESTREHAN, LA

**Vehicle Identification Number** KM8JT3AC0AU****

**Summary of Complaint**

I FIRST NOTICED WHITE SMOKE COMING FROM THE BACK OF MY SUV. I PULLED INTO A STORE PARKING LOT AND TRIED TO PARK. MY MAIN BRAKES FAILED. I THEN TRIED USING MY EMERGENCY BRAKE. IT TOO FAILED. WHITE SMOKE STARTED COMING THROUGH THE VENTS SO I TURNED THEM AWAY FROM ME AND TRIED SHIFTING TO PARK WITH NO SUCCESS. I THEN PRESSED THE MAIN BRAKE AGAIN AND WAS ABLE TO SHIFT TO PARK. THEN SOMEONE IN THE PARKING LOT YELLED, "YOUR CAR'S ON FIRE! GET OUT!" I GRABBED MY KEYS, CELL PHONE AND WORK BADGE AND AS I WAS GETTING OUT, BLACK SMOKE BEGAN FILLING THE CABIN. STORE EMPLOYEES TRIED TO PUT OUT THE FIRE WITH FIRE EXTINGUISHERS WITH NO SUCCESS. WITHIN 10 MINUTES THE FRONT HALF OF THE SUV WAS ENGULFED IN FLAMES! I HAVE NO CLUE WHAT COULD HAVE CAUSED THE BRAKES TO FAIL NOR THE REASON FOR THE ENGINE TO CATCH FIRE! I HAVE VIDEO AND PHOTOS FOR VIEWING.

**NHTSA ID Number:** 11193308

**Complaint Date** April 2, 2019

**Incident Date** March 5, 2019

**Consumer Location** WOODSTOCK, GA

**Vehicle Identification Number** KM8JU3AC8CU****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. THE CONTACT STATED THAT THE VEHICLE STALLED WITHOUT WARNING. HYUNDAI OF KENNESAW (2878 BARRETT LAKES BLVD, KENNESAW, GA 30144, (678) 809-6990) INDICATED THAT THERE WERE NO RECALL REPAIRS NEEDED BEFORE THE VEHICLE WAS PURCHASED. THE CONTACT WAS NOT INFORMED THAT THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 19V063000 (ENGINE AND ENGINE COOLING). THE VEHICLE WAS TOWED TO A FACILITY. AN INDEPENDENT MECHANIC INFORMED THE CONTACT TO CHECK WITH THE MANUFACTURER FOR A RECALL CAMPAIGN BECAUSE THEY DID NOT HAVE THE TOOLS TO REPAIR THE VEHICLE. THE CONTACT ALSO HEARD A TICKING NOISE, WHICH COULD INDICATE THAT A ROD MAY HAVE FRACTURED AND THE ENGINE SEIZED. THE VEHICLE WAS TOWED TO PEACOCK HYUNDAI BRUNSWICK (5400 ALTAMA AVE #1, BRUNSWICK, GA 31525, (912) 304-0461) FOR FURTHER DIAGNOSTIC TESTING. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE

118

1  FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 108,000.

2

3  **NHTSA ID Number:** 11195417
**Complaint Date** April 10, 2019

4  **Incident Date** January 22, 2019
**Consumer Location** Unknown

5  **Vehicle Identification Number** KM8JUCACXCU****

6  **Summary of Complaint**
THE VEHICLE DEVELOPED A RATTLING NOISE FROM THE LOWER

7  HALF OF THE ENGINE WHILE DRIVING ON THE FREEWAY WITH MY
FAMILY. I MANAGED TO GET HOME AND THEN QUICKLY TOOK IT TO

8  MY LOCAL MECHANIC; WHO INFORMED ME IT SOUNDED LIKE A SPUN
BEARING. HE STATED HE WOULD NOT KNOW FOR SURE UNTIL HE

9  TOOK APART THE MOTOR. THE MECHANIC ADVISED THAT I TAKE IT
TO THE DEALER SINCE I PURCHASED THE VEHICLE BRAND NEW. I

10  CALLED MY TWO LOCAL DEALERS WHO INFORMED ME THE CAR WAS

11  OUT OF WARRANTY AND ALSO NOT PART OF THE THETA
II ENGINE RECALL CAMPAIGN. SINCE THE CAR WAS NOT BUILT IN THE

12  ALABAMA PLANT; IT ALSO DID NOT QUALIFY FOR THE EXTENDED

13  WARRANTY GIVEN TO VEHICLES BUILT HERE WITH THAT ENGINE. I
WAS QUOTED AN ESTIMATED $10,000 BY THE DEALER IN REGARDS TO

14  PUTTING IN A REMANUFACTURED ENGINE ON THE VEHICLE. AFTER

15  RECEIVING THESE RESPONSES I NOTIFIED HYUNDAI'S WARRANTY
DISPUTE RESOLUTION. THEY TOO INFORMED ME THE VEHICLE WAS

16  OUT OF WARRANTY. THEY INFORMED THEY NEEDED TO TAKE APART

17  THE ENGINE TO SEE WHAT THE ISSUE WAS. HOWEVER, THE GAMBLE

18  WAS THAT I WOULD MOST LIKELY HAVE TO PAY FOR THE LABOR OF
THIS. I WAS WITHOUT TRANSPORTATION AND GAVE UP RESOLVING

19  THIS THROUGH HYUNDAI. MY MECHANIC WAS ABLE TO FIND ME A

20  USED ENGINE WITH LOW MILES (70K) TO PUT IN MY VEHICLE. THE
TOTAL COST FOR THE ENGINE WAS SHY OF $5,000 WHICH WASN'T TOO

21  FAR FROM WHAT THE CAR IS WORTH NOW.

22

23  **NHTSA ID Number:** 11195749
**Complaint Date** April 12, 2019

24  **Incident Date** April 12, 2019

25  **Consumer Location** MINNEAPOLIS, MN

26  **Vehicle Identification Number** KM8JUCAC8BU****
**Summary of Complaint**

27  THERE IS A RECALL OUT ON MY VEHICLE. MANUFACTURER RECALL
NUMBER 181/NHTSA RECALL NUMBER 19V063.

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

119

THE PROBLEM IS THAT THERE IS NO REMEDY YET AVAILABLE FOR THIS AND THEY ISSUED THE RECALL IN FEBRUARY. I TOOK MY VEHICLE IN FOR P.M. SERVICE AT THE HYUNDAI DEALERSHIP, AND THEY TOLD ME MY VEHICLE WAS INDEED SYMPTOMATIC OF THE NATURE OF THE RECALL (LEAKING FLUID BETWEEN ENGINE BLOCK AND OIL PAN), BUT THAT HYUNDAI DID NOT YET HAVE A REMEDY.

WHEN I LOOK UP THE RECALL ON THE NHTSA WEBSITE, IT SAYS,"IF THE MANUFACTURER HAS FAILED OR IS UNABLE TO REMEDY THIS SAFETY RECALL FOR YOUR VEHICLE IN A TIMELY MANNER,

PLEASE CONTACT THE NHTSA..."

I FEEL AS THOUGH, GIVEN THE POTENTIAL RISK (FAILURE AT HIGH SPEED/POSSIBLE ENGINE FIRE) AND TIMELINE (RECALL ISSUED IN FEBRUARY - NO REMEDY YET AVAILABLE IN MID APRIL), HYUNDAI HAS INDEED FAILED TO REMEDY THIS SAFETY RECALL IN A TIMELY MANNER. FURTHERMORE - I HAVE RECEIVED NO OFFICIAL COMMUNICATIONS FROM HYUNDAI REGARDING THIS MATTER WHICH I FIND UNPROFESSIONAL AS WELL.

**NHTSA ID Number:** 11196653
**Complaint Date** April 16, 2019
**Incident Date** April 8, 2019
**Consumer Location** WEST WARWICK, RI
**Vehicle Identification Number** KM8JU3AC2CU****
**Summary of Complaint**
I WAS DRIVING HOME IN MY 2012 HYUNDAI TUCSON WHEN OUT OF NOWHERE MY CAR STARTED TO MAKE AN ALMOST BOILING SOUND AND BEGAN TO STALL AND SMELL OF SMOKE. I PULLED OVER AND A SAFETY TRUCK PULLED OVER BEHIND ME AND ASKED IF I NEEDED ASSISTANCE. I EXPLAINED TO HIM WHAT HAD JUST HAPPENED AND HE OFFERED TO TAKE A LOOK UNDER THE HOOD. THE MECHANIC TOLD ME THAT I COULDN'T DRIVE THE CAR BECAUSE IT WAS A FIRE RISK. HE SAID THAT IT LOOKS LIKE OIL IS LEAKING ONTO MY ENGINE SOMEHOW BUT HE COULDN'T TELL HOW. IT WAS LEAKING INTO MY ENGINEAND YOU CAN SEE IT LEAKING EVERYWHERE, SOME EVEN SPILLED OUT ONTO MY TIRE. I HAD TO HAVE IT TOWED TO A REPAIR SHOP. APPARENTLY THERE WAS A RECALL ON MY CAR AND I DIDN'T RECEIVE ANY NOTICE OF ANY ISSUES UNTIL THE DAY AFTER IT

120

ALMOST CAUGHT ON FIRE AND I HAD IT TOWED. I CALLED HYUNDAI
BUT THEY SAID THEY DON'T HAVE A REMEDY FOR THIS YET. MY CAR
HAS BEEN AT THE SHOP WAITING FOR A REMEDY TO THE RECALL.

**NHTSA ID Number:** 11196712
**Complaint Date** April 16, 2019
**Incident Date** June 1, 2018
**Consumer Location** CONYERS, GA
**Vehicle Identification Number** KM8JUCAC5DU****
**Summary of Complaint**
2013 HYUNDAI TUCSON BOUGHT 10/30/17 WITH 31,000 MILES ON IT. IN
06/0?/18 THE ENGINE THREW A ROD. MY SISTER WAS DRIVING ON THE
WAY TO WORK WHEN THE CAR STARTED MAKING A LOT OF NOISE
AND SHAKING RAPIDLY SHE HAD TO PULL OVER TO THE SIDE OF THE
ROAD AND CALL THE POLICE. THE COP TOLD HER THE ENGINE THREW
A ROD. ONLY 46,000 SOMETHING MILES ON IT. WE CHANGE THE OIL
OURSELVES BECAUSE THAT WAS SIMPLE MAINTENANCE, AND WE DO
THIS WITH ALL OUR VEHICLES. BUT FAILURE TO SHOW OUR OIL
CHANGE RECEIPTS HAS VOIDED THE WARRANTY ON THE ENGINE. I
HAVE DONE RESEARCH AND FOUND OUT THAT THE ENGINE THETTA II
HAS BEEN RECALLED BUT ON ONLY CERTAIN TYPES OF HYUNDAI
AND KIA MODELS. EVEN THOUGH THE ENGINES ARE THE SAME, AND
THE COMPLAINTS ARE THE SAME, AND THE FAILURES ARE THE SAME,
THE TUCSON NEEDS TO BE ADDED.

WE TOWED THE VEHICLE TO HYUNDAI DEALERSHIP IN LITHONIA
GEORGIA AND THEY TOOK ONE LOOK AT THE OIL DIPSTICK AND SAID
THE REASON FOR THE ENGINE FAILURE WAS BECAUSE THERE WAS
NO OIL. NOW WE HAVE THE VEHICLE SITTING IN OUR GARAGE AND
WE DID FURTHER INVESTIGATION AND FOUND A BIG HOLE ON
THE ENGINE BLOCK ITSELF, THAT EXPLAINS WHY HYUNDAI'S
DEALERSHIP DIAGNOSIS WOULD REPORT NO OIL BECAUSE ALL THE
OIL DRAINED OUT THROUGH THE GAPING HOLE IN THE ENGINE.
HYUNDAI DEALERSHIP WANTS TO CHARGE US ANOTHER $7,000 TO
REPLACE THE ENGINE. EVEN THOUGH WE HAVE MANY MEMBERS (
HYUNDAI THETA II ENGINE FAILURE FACEBOOK GROUP) WHO HAVE
BEEN WAITING 6 MONTHS AND ONGOING FOR A
REPLACEMENT ENGINE. THEY KEEP POSTPONING BECAUSE THEY
HAVE NO ENGINES BECAUSE THE ENGINES HAVE MANUFACTURER
DEFECTS CAUSING A BEARING TO PREMATURELY FAIL RESULTING IN
CATASTROPHIC ENGINE FAILURE. NOW OUR 2013 TUCSON SITS IN OUR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

GARAGE WHILE STILL MAKING PAYMENTS $16,000! THEY RECENTLY
ADDED 2011-2013 TUCSON TO THE RECALL. FOR SOME REASON OUR
2013 IS NOT.?!!

**NHTSA ID Number:** 11196994
**Complaint Date** April 17, 2019
**Incident Date** May 7, 2016
**Consumer Location** BELLEVUE, WA
**Vehicle Identification Number** 855-371-946****
**Summary of Complaint**
HIGH SPEED ENGINE STALL TRAVELLING AT 90MPH ON THE
INTERSTATE.

A PISTON HAD BLOWN OUT OF THE SIDE OF THE ENGINE.

CAR REPAIR WAS COMPLETED ON THE 1ST NOVEMBER 2016,
THE ENGINE WAS REPLACED.

**NHTSA ID Number:** 11203865
**Complaint Date** April 26, 2019
**Incident Date** December 5, 2018
**Consumer Location** WADESVILLE, IN
**Vehicle Identification Number** KM8JU3AC5CU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. WHILE DRIVING 35
MPH, THE ENTIRE INSTRUMENT PANEL ILLUMINATED AND
THE ENGINE MADE LOUD NOISES. THE VEHICLE WAS TOWED TO AN
INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE ENGINE WAS
BLOWN AND CONTAINED METAL SHAVINGS. DUELL'S EVANSVILLE
HYUNDAI (4400 E DIVISION ST, EVANSVILLE, IN 47715, 812-473-4400)
ADVISED THE CONTACT TO HAVE THE VEHICLE TOWED TO THEIR
FACILITY. THE DEALER STATED THAT THE VEHICLE WAS 9,000 MILES
OVER THE EXTENDED 100,000 MILE WARRANTY LIMIT AND
REQUESTED THE MAINTENANCE HISTORY OF THE VEHICLE. THE
DEALER CALLED BACK TO CONFIRM THAT THE SERVICE HISTORY
WAS EXCELLENT AND PROMISED A NEW ENGINE REPLACEMENT.
AFTER SOME DIFFICULTY RECEIVING AN ENGINE, THE DEALER
FINALLY GOT THE ENGINE IN MARCH OF 2019 AFTER HAVING THE
VEHICLE SINCE DECEMBER 5, 2019. AFTER THE ENGINE ARRIVED, THE
DEALER INFORMED THE CONTACT THAT THERE WAS AN INTERNAL
LEAK THAT DELAYED THE PROCESS. ALSO, WHILE TESTING

122

THE ENGINE, THE VEHICLE STALLED. AFTER ANOTHER FEW WEEKS, THE DEALER STATED THAT THEY HAD TO REPLACE THE VALVES THAT CAUSED THE STALL. THE CONTACT CALLED AN ATTORNEY WHILE WAITING FOR THE REPAIR. THE DEALER THEN CALLED BACK AND STATED THAT THEY WERE SENT THE WRONG VALVES. DURING THIS PROCESS, THE CONTACT RECEIVED A RECALL NOTICE FOR NHTSA CAMPAIGN NUMBER: 19V063000 (ENGINE AND ENGINE COOLING). THE CONTACT HAD TO PURCHASE ANOTHER VEHICLE SINCE THE DEALER DID NOT OFFER A LOANER VEHICLE DURING THE EXTENDED REPAIR TIME. THE CONTACT WAS STILL WAITING FOR THE VEHICLE TO BE REPAIRED. THE FAILURE MILEAGE WAS 109,000.

**NHTSA ID Number:** 11205769
**Complaint Date** May 6, 2019
**Incident Date** April 30, 2019
**Consumer Location** STATEN ISLAND, NY
**Vehicle Identification Number** KM8JU3AC5DU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 19V063000 (ENGINE AND ENGINE COOLING). WHILE DRIVING AT AN UNKNOWN SPEED, THE VEHICLE STALLED AND FAILED TO RESTART. ALL THE INSTRUMENT CLUSTER WARNING INDICATORS ILLUMINATED. ALSO, THERE WAS AN ABNORMAL RATTLING NOISE UNDERNEATH THE HOOD. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO STATED THAT THERE WAS AN HOLE IN THE ENGINE BLOCK. THE VEHICLE WAS TOWED TO ISLAND HYUNDAI (1590 HYLAN BLVD, STATEN ISLAND, NY 10305, (844) 672-7561) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 46,000.

**NHTSA ID Number:** 11206830
**Complaint Date** May 10, 2019
**Incident Date** March 6, 2019
**Consumer Location** Unknown
**Vehicle Identification Number** KM8JU3AC4DU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. THE CONTACT STATED THAT AT START UP THE CONTACT WOULD SEE SMOKE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

COMING FROM THE EXHAUST. THE VEHICLE WOULD HESITATE TO ACCELERATE. THE ENGINE WARNING LIGHT HAD ILLUMINATED. AN INDEPENDENT MECHANIC DIAGNOSE AND REPAIRED THE CYLINDER BUT THE VEHICLE STILL HAD THE SAME FAILURE. A DEALER WAS NOT CONTACTED. THE MANUFACTURER WAS MADE AWARE. THE FAILURE MILEAGE WAS 57,000.

**NHTSA ID Number:** 11209198
**Complaint Date** May 22, 2019
**Incident Date** January 21, 2019
**Consumer Location** WOONSOCKET, RI
**Vehicle Identification Number** KM8JT3AB0CU****
**Summary of Complaint**
CONTACT IS THE OWNER OF A 2012 HYUNDAI TUSCON. ENGINE HAS A KNOCKING NOISE - SLOWS DOWN ON ACCELERATION - A LOSING OIL. DEALER WAS CONTACTED WITH REGARDS TO RECALL #181. CONTACT WAS TOLD THAT MY VEHICLE WAS NOT PART OF THE RECALL. RECALL STATES HYUNDAI TUSCON MODEL YEAR 2011 THROUGH 2013. CONTACT HAS BEEN READING THE COMPLAINTS REGARDING THE ENGINE AND THEY ALL SEEM VERY SIMILAR. CONTACT TRAVELS ON THE HIGHWAY DAILY AND IS NOW AFRAID OF AN ENGINE STALL. CONTACT IS UPSET THAT SAID VEHICLE IS NOT PART OF THE RECALL. CURRENT MILEAGE 106,248

**NHTSA ID Number:** 11209387
**Complaint Date** May 22, 2019
**Incident Date** May 4, 2019
**Consumer Location** SPRINGFIELD, VA
**Vehicle Identification Number** KM8JU3AC5CU****
**Summary of Complaint**
ON SATURDAY MAY 4, 2019, MY SON WAS ON GUARD DUTY AT VMI AND HE LENT HIS CAR TO HIS CLOSE FRIEND AND ROOMMATE TO ATTEND A FAMILY EVENT IN ARLINGTON, VA. AFTER ABOUT 100 MILES ON THE ROAD WHILE [XXX] WAS DRIVING IT ON INTERSTATE 81 GOING NORTH, THE CAR STARTED TO SLOW SUDDENLY, AND THE ENGINE AND GAS LIGHT CAME ON THE DASHBOARD, WITH NO OTHER EARLIER WARNING. HE HAD TO SCAN THE AREA QUICKLY TO MAKE SURE OTHER DRIVERS WERE PAYING ATTENTION AS HE WAS QUICKLY DROPPING BELOW THE MINIMUM SPEED LIMIT. THIS SAME THING WAS HAPPENING TO MULTIPLE CAR OWNERS OF THIS MAKE/MODEL YEAR.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

124

THE CAR DOWNRIGHT STOP RUNNING IN THE MIDDLE OF THE INTERSTATE, WITH NO WARNING. THIS PUT MY SON'S LONG-TIME FRIEND AND ROOM MATE AT RISK! EVERY SERVICE AND TOW STATION WITHIN 60 MILES OF HARRISONBURG WERE BUSY OR CLOSED.

THIS SUDDEN STALL ISSUE WAS KNOWN ON 2/5/2019 AND WITH YOUR SYSTEMS KNOWING THE CURRENT OWNER, ADDRESS, AND MY VEHICLE #, THERE IS NO EXCUSE FOR NOT ALERTING ME! I HAVE INCURRED ADDITIONAL TOWING FEES BECAUSE I HAD MY SON'S FRIEND TOWED TO THE CLOSEST RESIDENTIAL AREA OFF THE HIGHWAY WHERE THERE WAS A LOCAL SERVICE STATION. COME TO FIND OUT AFTER THEY DID A ONCE OVER THE CAR, THAT THERE WERE METAL SHAVINGS IN THE OIL AND THE TECH HAD TO HAND-CRANK THE ENGINE TO GET IT STARTED. IN OTHER WORDS, IT MET ALL THE CRITERIA FOR THIS ISSUE KNOWN BY HYUNDAI. I HAVE HAD MY VEHICLE REGULARLY SERVICED AT THE HYUNDAI DEALER SERVICE TWICE IN DECEMBER 2018, NOVEMBER 2018, AND MANY OTHER TIMES BEFORE THIS. NOTHING WAS EVER MENTIONED TO ME ABOUT THIS DEFICIENCY. I HAVE CALLED AND SENT EMAIL AND LETTERS ASKING HYUNDAI TO REPAIR THIS KNOWN MANUFACTURER DEFECT. EVERY PLACE NEAR THE TOW ADDRESS WAS CLOSED. I DROVE ABOVE THE SPEEDLIMIT AS IT WAS HOT AND HUMID AND THEY WERE NOT IN AIRCONDITIONING.

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

**NHTSA ID Number:** 11209802
**Complaint Date** May 24, 2019
**Incident Date** May 10, 2019
**Consumer Location** KATHLEEN, GA
**Vehicle Identification Number** KM8JU3AC1DU****
**Summary of Complaint**
2013 HYUNDAI TUCSON, 90,000 MILES. PURCHASED FROM CARMAX 6.5 MONTHS AGO AT 80,000 MILES. ENGINE STARTED SLIGHT KNOCKING ON 5/10/2019 IN THE AM. ON THE WAY TO THE SHOP, ENGINE LOST 95% OF POWER AND BEGIN KNOCKING VERY HEAVILY. THE ENGINE HAS "FALLEN APART" ACCORDING TO THE MECHANIC. THIS IS AFTER I WAS TOLD THERE WAS A RECALL AFFECTING THE ENGINE ON

125

2/28/2019, AND IT APPEARS TO BE THE SAME PROBLEM. HYUNDAI SAID THEY CAN'T / WON'T DO ANYTHING ABOUT IT. I'M OUT OF A CAR WITH ALMOST THE ENTIRE LOAN OF $13,000 LEFT ON IT.

**NHTSA ID Number:** 11218657
**Complaint Date** June 8, 2019
**Incident Date** June 6, 2019
**Consumer Location** BEACON, NY
**Vehicle Identification Number** KM8JUCAC4DU****
**Summary of Complaint**
WHILE ON BUSINESS TRIP IN RI DRIVING ON HIGHWAY 65MPH RPMS WENT FROM @2500 TO @7000 CAR STALLED OUT NO VEHICLE CONTROLS. GOT CAR INTO NEUTRAL AND VERY LOUD BANGING AND KNOCKING FROM ENGINE. GOT BACK TO HOTEL (LESS THAN 1 MILE). TOE SERVICE BROUGHT ME TO DEALERSHIP WHO DIAGNOSED AS BLOWN ENGINE. HYUNDAI CORPORATE CONTACTED AND WAS TOLD ENGINE RECALL FOR SAME YR/MODEL: ENGINE WAS VIN SPECIFIC AND MY VIN NOT ON RECALL.

**NHTSA ID Number:** 11219523
**Complaint Date** June 12, 2019
**Incident Date** November 16, 2018
**Consumer Location** FALLS CREEK, PA
**Vehicle Identification Number** KM8JUCACODU****
**Summary of Complaint**
THE TUCSON WAS BEING DRIVEN WHEN THE ENGINE STARTED KNOCKING AND THE EHGINE LIGHT CAME ON, WE STOPED AND CHECKED THE OIL AND ENGINE COMPARTMENT ,EVERY THING WAS NORMAL WHEN WE RESTARTED THE ENGINE IT KNOCKED SO BAD THE WHOLE CAR SHOCK,THAT WAS IN NOV.2018 AND SENSE THEN HYUNDAI HAS CAME OUT WITH A RECALL NUMBER 181 AND I HAVE BEEN WITHOUT A VEHICLE EVER SENSE. I NEED YOUR HELP ON THIS MATTER .I HAVE A COLONOSTOMY AND HAVE MISSED DOCTORS APPOINTMENTS DUE TO NO WAY THERE, I LIVE OUT SIDE THE CITY WITH NO PLUBLIC TRANSPORTATION.. I NEED THIS CAR REPAIRED OR A LOANER UNTIL IT IS FIXED

. I AM 79 SO I CAN NOT WALK FARE EITHER.

**NHTSA ID Number:** 11221516
**Complaint Date** June 20, 2019

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** March 1, 2019
**Consumer Location** MIDDLEBURG, FL
**Vehicle Identification Number** KM8JUCAC2CU****
**Summary of Complaint**
WHILE DRIVING MY VEHICLE IT COMPLETED SHUT OFF. I HAD IT
TOWED BACK TO MY WORK AND WAS TOLD IT POSSIBLY THREW A
ROD. I THEN RECEIVED A RECALL NOTICE THAT THERE IS
POSSIBLE ENGINE OIL LEAK- WHICH IS EXACTLY WHAT CAUSED MY
VEHICLE TO MALFUNCTION. ONCE THE RECALL LETTER WAS
RECEIVED I CALLED HYUNDAI OF ORANGE PARK AND WAS TOLD IT
PROBABLY WAS RELATED AND THAT THEY WOULD LOOK IT OVER.
ONCE IT WAS THERE I WAS INFORMED SINCE THERE ISN'T
CURRENTLY A REMEDY THEY CANNOT DO ANYTHING AT THIS TIME-
ALTHOUGH ORIGINALLY I WAS TOLD THAT THEY COULD POSSIBLY
FIX IT AND THEN THEY WOULD BE REIMBURSED BY HYUNDAI. I THEN
HAD TO HAVE MY VEHICLE TOWED TO MY HOME AFTER THEM

TRYING TO CHARGE ME A DIAGNOSTIC FEE WHICH THEY ENDED UP
WAIVING. IT HAS NOW BEEN MONTHS SINCE I HAVE HEARD
REGARDING WHAT THE REMEDY WILL BE WITH THE ENGINE. DURING
THIS TIME I HAVE HAD TO PURCHASE ANOTHER VEHICLE WHILE
STILL PAYING ON A PERSONAL LOAN THAT I RECEIVED TO PURCHASE
THE VEHICLE. I AM TRYING TO GET THIS TAKEN CARE OF BUT CAN'T
SEEM TO GET ANY RESOLUTION.

**NHTSA ID Number:** 11222420
**Complaint Date** June 25, 2019
**Incident Date** June 22, 2019
**Consumer Location** SUSSEX, NJ
**Vehicle Identification Number** KM8JUCAC3CU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. WHILE DRIVING,
THE CONTACT HEARD A LOUD BANGING NOISE, WHICH POSSIBLY
ORIGINATED FROM THE CONNECTING RODS FROM
THE ENGINE PISTONS. AN INDEPENDENT MECHANIC STATED THAT
THE ENGINE NEEDED TO BE REPLACED. THE DEALER AND
MANUFACTURER WERE NOT CONTACTED. THE VEHICLE WAS NOT
REPAIRED. THE FAILURE MILEAGE WAS 149,000.

**NHTSA ID Number:** 11231472
**Complaint Date** July 12, 2019

127

**Incident Date** June 15, 2019
**Consumer Location** DAVIDSON, NC
**Vehicle Identification Number** KM8JU3AC6CU****
**Summary of Complaint**
I WAS DRIVING MY TUCSON ABOUT 50-55 MPH ON A TWO WAY
HIGHWAY (3) WHEN MY CAR STARTED MAKING A LOUD NOISE, THE
NOISE WAS LIKE IT WAS KNOCKING AND SCREECHING. THE CAR THEN
STARTED SHACKING AND SLOWED TO ABOUT 20-25 MPH. I PUT MY
FLASHERS ON AS SEVERAL CARS PASSED ME. THE ENGINE LIGHT
CAME ON AND I PULLED OFF THE ROAD. THIS WAS THE FIRST TIME
ANY OF THESE THINGS HAPPENED WITH MY CAR. I CALLED MY
HUSBAND, WHO WAS OUT OF TOWN. HE HAD THE CAR TOWED TO HIS
BUSINESS AND THEN TOWED TO A REPAIR BUSINESS ONCE HE
RETURNED. HIS MECHANIC LOOKED AT THE CAR AND TOLD MY
HUSBAND THAT THE CAR HAD A THROWN ROD. HE SAVED OIL WHICH
HE SAID HAS SHAVINGS IN IT. HE ALSO TOLD HIM THAT HYUNDAI
TUCSONS, SANTA FE, AND SONATA HAVE HAD THESE PROBLEMS. MY
HUSBAND WENT TO THE DEALERSHIP WHERE THE CAR WAS
PURCHASED. THE MANAGER SAID THIS MODEL HAS NOT BEEN
RECALLED. HOWEVER, WE RECEIVED A CARD FROM HYUNDAI ON
APPROXIMATELY JUNE 12-14, 2019 STATING THAT OUR VEHICLE WAS
UNDER A RECALL AND THAT WE WOULD BE CONTACTED. THE
VEHICLE HAS BEEN SERVICED REGULARLY WITH OIL CHANGES, ETC.
WHICH ARE DOCUMENTED. THE VEHICLE HAS 150,229 MILES. IN LIGHT
OF THE MECHANIC TELLING US ABOUT THIS PROBLEM, WE FILL THAT
HYUNDAI SHOULD DO SOMETHING ABOUT THIS. THE MECHANIC
INDICATED THAT HYUNDAI RECALLED THE SANTA FE AND SONATA
WITH THE EXACT SAME MOTOR, BUT DID NOT RECALL THE TUCSON.
HE ALSO INDICATED THAT 30,000 TUCSONS WERE RECALLED FOR THE
EXACT SAME PROBLEM AS OURS IN CANADA. HOW CAN THIS BE
THERE AND NOT IN THE UNITED STATES? THIS WAS VERY
DANGEROUS. I AM RELIEVED THAT I WAS ABLE TO GET OFF THE
ROAD WITHOUT BEING REAR ENDED. PLEASE LET US KNOW WHAT
CAN BE DONE BY HYUNDAI. I CAN SUBMIT A PHOTO OF OUR VEHICLE
AND THE OIL IN THE JAR, AND THE MOTOR, IF THAT WOULD HELP. I
HAD TO LOOK FOR THIS WEBSITE TO SEE WHAT OUR RECOURSE WAS.
MOST PEOPLE I HAVE TALKED WITH ARE NOT AWARE OF THIS
WEBSITE FOR PROBLEMS.

**NHTSA ID Number:** 11241288
**Complaint Date** August 2, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                    Case No.

**Incident Date** July 20, 2019
**Consumer Location** ROCKLAND, ME
**Vehicle Identification Number** KM8JU3ACXDU****
**Summary of Complaint**
CAR STOPPED WHILE DRIVING ON THE HIGHWAY AND SHUT DOWN. BITS OF METAL ALL THROUGH THE ENGINE AND OIL PAN. HYUNDAI TECH SAYS THAT IT IS NORMAL AND DIDNT CAUSE THE ISSUE BUT OTHER MECHANICS SAY IT CAUSES CAM SENSOR, CAM SHAFT AND CRANK SENSOR AND SHAFT FAILURES. TOOK CAR IN FOR THE RECALL THAT IS ALSO AFFECTED BY THIS AND TOLD OH WELL.

**NHTSA ID Number:** 11242434
**Complaint Date** August 8, 2019
**Incident Date** July 26, 2019
**Consumer Location** EWING, NJ
**Vehicle Identification Number** KMHJUCAC9CU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. WHILE DRIVING APPROXIMATELY 30 MPH, THERE WAS A KNOCKING NOISE COMING FROM THE ENGINE, THE CHECK ENGINE WARNING INDICATOR ILLUMINATED, THE ENGINE SEIZED, AND THE VEHICLE STALLED. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED OR REBUILT DUE TO BEARING WEAR. THE VEHICLE WAS NOT REPAIRED. THE DEALER AND MANUFACTURER WERE NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 71,000.

**NHTSA ID Number:** 11244005
**Complaint Date** August 14, 2019
**Incident Date** July 31, 2019
**Consumer Location** WEST BABYLON, NY
**Vehicle Identification Number** KM8JU3AC9CU****
**Summary of Complaint**
WAS DRIVING ABOUT 30 MPH ON A BUSY 4 LANE STREET, MY CAR STALLED WITHIN A HALF A MILE WITHOUT ANY WARNING. AFTER THE ENGINE STOPPED, MY CHECK ENGINE LIGHT AND OIL CAME ON. WAS TOWED TO MECHANIC WHERE HE STATED ENGINE DIED RELATED TO A PISTON BEARING. MY CAR HAD OIL, BUT WAS DUE FOR AN OIL CHANGE. MY CAR IS BEEN AT HYUNDAI FOR A WEEK WITH NO ANSWERS OR RESOLUTIONS.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11252962
**Complaint Date** September 3, 2019
**Incident Date** August 31, 2019
**Consumer Location** ROUND ROCK, TX
**Vehicle Identification Number** KM8JU3AC3DU****
**Summary of Complaint**
I WAS DRIVING DOWN THE HIGHWAY AND IT STOPPED CHANGING
GEARS AND WOULDN'T PICK UP SPEED. THE MECHANIC LOOKED AT IT
AND TOLD ME THE ENGINE WAS BLOWN BECAUSE THERE WAS METAL
SHAVINGS IN THE OIL PAN. I ONLY HAD 67K MILES ON THIS VEHICLE
SO THIS SHOULD NOT HAVE HAPPENED.

**NHTSA ID Number:** 11256405
**Complaint Date** September 18, 2019
**Incident Date** August 20, 2019
**Consumer Location** COVINGTON, GA
**Vehicle Identification Number** KM8JU3AC4CU****
**Summary of Complaint**
HEARD A KNOCKING NOISE WHILE DRIVING ON CITY STREET, PULLED
OVER. NO WARNING LIGHTS CAME ON DASHBOARD TO INDICATE ANY
KIND OF PROBLEM. CONTACT MY HUSBAND WHO INFORMED ME NOT
TO MOVE THE CAR, AND TO HAVE IT TOWED TO OUR HOME HAS NOT
MOVED SINCE TOWING. OIL CHANGE WAS DONE 3 MONTHS PRIOR. A
FAMILY FRIEND INFORMED ME ABOUT A RECALL ON HYUNDAI
VEHICLES,I WAS NOT AWARE OF ANY RE-CALL NOR WAS I
CONTACTED BY HYUNDAI. I CALL TO INQUIRE THE WEEK OF 08/26 -
08/30, PROVIDED MY INFO AND WAS INFORMED THAT NO RECALL WAS
LISTED FOR MY VEHICLE UNDER THE VIN#, ABOUT A WEEK LATER
AFTER MY CALL, I GOT A NOTICE IN THE MAIL 09/09/19 FOR RE-CALL
CAMPAIGN 181 - 19V063 SPOKE WITH A REPRESENTATIVE GOT A
CASE#. TOWED MY VEHICLE TO DEALER SHIP 09/16/2019 WAS ADVISED
MAY NEED A NEW ENGINE.

**NHTSA ID Number:** 11256919
**Complaint Date** September 20, 2019
**Incident Date** September 19, 2019
**Consumer Location** CAPITOLA, CA
**Vehicle Identification Number** KM8JUCAC8DU****
**Summary of Complaint**
I WAS DRIVING ON THE HWY ( APPROX 50 MPH ) WHEN THE CAR
COMPLETELY SHUT DOWN. CAR WOULD NOT TURN OVER ON THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

SIDE OF THE ROAD. GOT TOWED HOME AND TRIED TO START THE CAR AGAIN.  ENGINE TURNED OVER BUT IMMEDIATELY STARTED KNOCKING VERY LOUD. TURNED THE ENGINE OFF IMMEDIATELY.

TOWED THE CAR TO THE LOCAL MECHANIC TO VERIFY MY INITIAL DIAGNOSIS. COMPLETE ENGINE FAILURE AT 50K MILES.

**NHTSA ID Number:** 11257302
**Complaint Date** September 23, 2019
**Incident Date** June 17, 2018
**Consumer Location** CUMBERLAND, MD
**Vehicle Identification Number** KM8JUCAC9CU****
**Summary of Complaint**
I HAD TO REPLACE THE ENTIRE ENGINE IN MY VEHICLE, NOW HYUNDAI IS PLACING A RECALL ON MY VEHICLE FOR ENGINE OIL LEAK! MY VEHICLE STALLED AND ENGINE DIED WHEN MY ENGINE WENT SO I BELIEVE THIS RECALL HAD A FACTOR ON MY ENGINE DYING. I WAS ON A HIGHWAY, HEAVY TRAFFIC WHEN THE ENGINE STALL, THEN PUTTERED TO THE SIDE OF THE ROAD & QUIT. AFTERWARDS THE VEHICLE WAS TAKEN TO A CERTIFIED MECHANIC THAT DIAGNOSED VEHICLE AS ENGINE FAILURE - WHICH RESULTED IN FULL ENGINE REPLACEMENT.

I FEEL THAT MY ENGINE SHOULD BE FULLY COVERED AND AM REQUESTING A REFUND FOR REPLACEMENT OF MY ENGINE. I NOTIFIED HYUNDAI AT THE TIME OF THIS INCIDENT BUT THEY REPORTED THAT "THERE IS NO RECALLS" FOR ENGINE OR ANY RELATED "RECALLS" SIMILAR TO THE MALFUNCTION OF MY ENGINE.........REALLY? THE HYUNDAI SONATA HAS THE SAME ENGINE IN IT 2011 AND IT HAS A FULL RECALL ON THAT ENGINE. I NEED A CLEAR EXPLANATION PLEASE. I WILL REVIEW MY SUPPORTING DOCUMENTS AND CAN PROVIDE A CLEAR & PRECISE DATE OF INCIDENT. DATE BELOW IS ONLY A GUESS.

**NHTSA ID Number:** 11258363
**Complaint Date** September 26, 2019
**Incident Date** August 17, 2019
**Consumer Location** FAYETTEVILLE, AR
**Vehicle Identification Number** KM8JU3AC3CU****
**Summary of Complaint**
MY CAR (2012 HYUNDAI TUCSON) WAS EFFECTED BY RECALL 181,

131

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ANNOUNCED IN APRIL OF 2019. MY ENGINE SEIZED WHILE DRIVING DOWN THE HIGHWAY AT 80 MPH, LUCKILY WE WERE ABLE TO PULL ON TO THE SHOULDER SAFELY. HAD IT BEEN A MILE OR TWO DOWN THE ROAD THIS WOULD HAVE HAPPENED IN A TUNNEL AND THE OUTCOME COULD HAVE BEEN DRAMATICALLY DIFFERENT AS THERE IS NO SHOULDER. I HAD THE CAR TOWED TO MY LOCAL GARAGE WHERE THEY TESTED VARIOUS THINGS INCLUDING STARTER, ALTERNATOR, BATTERY ETC AND DETERMINED THE ENGINE HAD SEIZED. I HAD TO HAVE THE CAR TOWED TO THE DEALERSHIP AND AGAIN AFTER RUNNING DIAGNOSTIC IT WAS DETERMINED THAT THE ENGINE IS SEIZED. NOW I AM IN A WAITING GAME TO SEE IF HYUNDAI WILL DO THE RIGHT THING AND REPLACE THE ENGINE.

**NHTSA ID Number:** 11265556
**Complaint Date** October 2, 2019
**Incident Date** September 28, 2019
**Consumer Location** CHESWICK, PA
**Vehicle Identification Number** KM8JUCAC7DU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. WHILE DRIVING APPROXIMATELY 70 MPH, THE CHECK ENGINEWARNING INDICATOR ILLUMINATED AND THERE WAS AN ABNORMAL NOISE COMING FROM THE ENGINECOMPARTMENT . ADDITIONALLY, THE CONTACT NOTICED SPARKS COMING FROM THE REAR PASSENGER SIDE OF THE VEHICLE. THE CONTACT WAS INFORMED BY ANOTHER MOTORIST THAT THE VEHICLE WAS ON FIRE. THE CONTACT ALSO NOTICED BLACK SMOKE COMING FROM THE ENGINE. THE CONTACT AND SEVERAL PASSENGERS IN THE VEHICLE WERE ABLE TO EXIT WITHOUT INJURIES. THE FIRE DEPARTMENT WAS CONTACTED AND EXTINGUISHED THE FIRE. A FIRE REPORT WAS NOT FILED. THE VEHICLE WAS TOWED TO THE TOW TRUCK COMPANY'S LOT AND THEN TOWED BY THE INSURANCE COMPANY TO THEIR FACILITY. THE VEHICLE WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 19V063000 (ENGINE AND ENGINE COOLING). THE DEALER AND MANUFACTURER WERE NOT NOTIFIED. THE CONTACT STATED THAT THE INSURANCE COMPANY HAD NOT DECLARED THE VEHICLE A TOTAL LOSS. THE APPROXIMATE FAILURE MILEAGE WAS 110,000.

**NHTSA ID Number:** 11265910
**Complaint Date** October 3, 2019
**Incident Date** September 7, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** JACKSONVILLE, FL
**Vehicle Identification Number** KM8JU3AC0DU****
**Summary of Complaint**
I WAS DRIVING DOWN THE INTERSTATE WHEN I NOTICED THAT WHEN I GOT OVER 3000RPM THERE WAS A KNOCKING SOUND COMING FROM THE CAR... I SLOWED DOWN AND IT STOPPED FOR A SHORT TIME BUT THEN CAME BACK REGARDLESS OF SPEED. THE KNOCKING SOUND QUICKLY GREW LOUDER SO I PULLED OVER TO THE SIDE OF THE ROAD AND TURNED THE CAR OFF. WHEN I TRIED TO RE-START THE CAR THE KNOCKING SOUND WAS PERSISTENT. I HAD IT TOWED TO A MECHANIC WHO SAID THE ENGINE NEEDED TO BE REPLACED THAT IT SEEMS TO HAVE THROWN A ROD. I KEPT UP WITH THE MAINTENANCE AND OIL CHANGES SO THERE WAS NO REASON FOR THIS TO HAPPEN AT ONLY 106K MILES. I HAVE BEEN TOLD FROM OTHER MECHANICS THEY SEE THIS QUITE FREQUENTLY IN THESE MODELS. THANKFULLY I WAS ABLE TO PULL OVER TO THE SIDE OF THE ROAD BUT I WAS LEFT STRANDED IN THE MIDDLE OF NOWHERE FOR OVER AN HOUR IN THE MIDDLE OF A HEAT WAVE WITH NO AC.

**NHTSA ID Number:** 11266780
**Complaint Date** October 7, 2019
**Incident Date** September 19, 2018
**Consumer Location** LEVITTOWN, PA
**Vehicle Identification Number** KM8JUCAC5CU****
**Summary of Complaint**
DRIVING DOWN INTERSTATE 95 IN PHILADELPHIA, PA (AT 55MPH) WHEN ENGINE STALLED. WAS ABLE TO GET ONTO SHOULDER, AND HAD CAR TOWED TO MECHANIC. MECHANIC TELLS ME THAT THE ENGINE SEIZED (DUE TO NO OIL GETTING TO THE BLOCK), AND THAT I WOULD NEED A NEW MOTOR. CONTACTED HYUNDAI USA, AND THEY HAVE DONE NOTHING ABOUT IT. BASED ON THE REVIEWS, IT LOOKS LIKE THIS IS A COMMON ISSUE, YET THEY ARE DOING NOTHING ABOUT IT.

**NHTSA ID Number:** 11266801
**Complaint Date** October 7, 2019
**Incident Date** August 1, 2019
**Consumer Location** LAS CRUCES, NM
**Vehicle Identification Number** KM8JU3AC8DU****
**Summary of Complaint**
VEHICLE STARTED UP WITH VERY NOTICEABLE KNOCKING NOISE,

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE ENGINE LIGHT WAS ON. IT WAS STILL TECHNICALLY DRIVEABLE, BUT HAD VERY SLOW ACCELERATION. STOPPED BY AUTOZONE TO HAVE THEM CHECK THE ENGINE CODE. I WAS TOLD THAT THE TWO CODES THAT CAME UP WERE RELATED TO NEEDING AN OIL CHANGE. THE FOLLOWING DAY, I STOPPED BY JIFFY LUBE TO HAVE THEM CHANGE THE OIL. THE TECH SHOWED ME A SAMPLE OF THE OIL THAT CAME OUT OF THE VEHICLE; IT LOOKED LIKE BLACK, SLUDGY COFFEE. I KEEP UP WITH OIL CHANGES, MAKING SURE TO GO TO JIFFY SO THAT MY RECORDS ARE ACCESSIBLE. I ALWAYS HAVE THEM USE SYNTHETIC WHEN I VISIT. THE TECH TOLD ME THAT THE OIL HAD BEEN OVERFILLED THE LAST TIME IT WAS CHANGED. HE ALSO STATED THAT HE HAS NOTICED IN HYUNDAI VEHICLES THAT THE OIL ALWAYS TURNS BLACK, EVEN IF SYNTHETIC IS USED. HE SAID THAT HE HEARD THE KNOCKING IN THE ENGINE WHEN THEY MOVED THR VEHICLE, AND THAT IT COULD BE THE LIFTERS. AFTER THE OIL CHANGE, I GOT INTO THE VEHICLE AND SAW THAT THE ENGINE LIGHT WAS STILL ON, AND THE KNOCKING WAS STILL TAKING PLACE. I DROVE ACROSS THE STREET TO CHRISTIAN BROTHERS TO HAVE THEM INSPECT THE VEHICLE. THE SHOP HAD TO REMOVE THE FRONT PART OF THE ENGINE TO CHECK OUT THE ISSUE. AFTER A FEW DAYS, I WAS INFORMED THAT THE ENGINE WOULD NEED TO BE REPLACED AS THERE WERE METAL SHAVINGS INSIDE OF THE OIL PAN. I BEGAN TO DO SOME RESEARCH AND FOUND THERE WAS AN UNOFFICIAL RECALL ON THE THETA II ENGINE (WHICH IS WHAT THIS VEHICLE HAS). HYUNDAI WAS SLOWLY STARTING TO SEND NOTICES OUT TO PEOPLE. I TOOK MY TUCSON TO A DEALERSHIP AND ASKED THEM TO CONTACT HYUNDAI TO BEGIN A CLAIM FOR AN ENGINE REPLACEMENT. I WAS TOLD THE CLAIM WAS DENIED BECUASE THE VEHICLE WAS NOT PART OF THE RECALL. THIS IS A 2013 MODEL, AND I PURCHASED IT IN SEP/OCT OF 2016. THE ENGINE IN A 6 Y/O VEHICLE SHOULD NOT BE SHUTTING DOWN, ESPECIALLY IF MAINTENANCE WAS KEPT UP. NHTSA 19V063000

**NHTSA ID Number:** 11268037
**Complaint Date** October 12, 2019
**Incident Date** August 16, 2019
**Consumer Location** BROWNS MILLS, NJ
**Vehicle Identification Number** KM8JUCAC0CU****
**Summary of Complaint**
MY VEHICLE BEGAN MAKING A CLANKING NOISE FROM THE FRONT OF THE CAR WHILE I WAS DRIVING, I PULLED OVER TO CHECK WHAT

134

THE NOISE WAS, WHEN I STOPPED THE VEHICLE I LOOKED UNDERNEATH AND SAW A FLUID COMING OUT, I WAS ABLE TO DRIVE THE CAR HOME BUT THE CLANKING WAS STILL GOING THEN AS I TRIED TO GO A LITTLE FASTER AROUND 30MPH THE ENGINE LIGHT CAME ON, I PULLED INTO MY COMPLEX AND THE CAR COMPLETELY DIED, I WAITED A FEW MINUTES AND STARTED THE CAR UP AGAIN NO LIGHTS CAME ON BUT THERE WAS STILL CLANKING COMING FROM THE FRONT. NEXT MORNING I DROVE IT UP THE STREET TO MY MECHANIC THE CAR DID THE SAME THING BUT THIS TIME THE ENGINE LIGHT CAME ON AND THE OIL LIGHT WAS FLICKERING, AND AS I PULLED INTO THE MECHANIC SHOP THE CAR DIED WHILE I WAS IN MID TURN. THEY TOLD ME THERE WAS A SMALL OIL LEAK BUT NEEDED TO OPEN THE ENGINE TO FIND OUT MORE. THERE WAS A RECALL ON MY VEHICLE SO I TOOK IT TO THE HYUNDAI DEALER TO SEE IF THAT WAS THE CAUSE THEY TOLD ME IT WAS NOT, AS I DID RESEARCH I FOUND THAT HYUNDAI HAS TWO DIFFERENT CARS WITH THE SAME TYPE OF ISSUE WITH THE ENGINE. HYUNDAI FINALLY CAME WITH A DIAGNOSTIC THAT IT WAS MY SPUN BEARING THAT WAS THE ISSUE WITH THE ENGINE, WHICH IS THE EXACT ISSUE AS THE TWO OTHER CARS THE SONATA AND SANTA FE FROM HYUNDAI WITH A RECALL. I HAVE REACHED OUT TO HYUNDAI MANUFACTURING TO INFORM THEM OF THE ISSUE, THEY TOLD ME THAT THE HYUNDAI DEALER WHO DID THE DIAGNOSTIC DOES NOT HAVE TO REPORT THESE FINDINGS IF THEY DO NOT WANT TO. I HAVE SEEN COMPLAINTS WITH MY TYPE OF VEHICLE ON THE INTERNET ON CARCOMPLAINTS.COM ALONG WITH OTHER FORUMS ONLINE WITH THIS SAME EXACT ISSUE ON THE HYUNDAI TUCSON 2012.

**NHTSA ID Number:** 11292486
**Complaint Date** January 1, 2020
**Incident Date** March 1, 2019
**Consumer Location** NEW GALILEE, PA
**Vehicle Identification Number** KM8JUCAC7CU****
**Summary of Complaint**
MY CAR HAS HAD A KNOCKING NOISE AND WHEN I CALLED THE DEALERSHIP IN MARCH 2019 THEY TOLD ME THAT THIS WAS DUE TO A RECENT RECALL THAT CAME OUT FOR THE OIL PAN IS LEAKING AND TOLD ME TO WAIT UNTIL THEY HAD A FIX FOR IT SO I WAITED BROUGHT MY CAR IN FOR THE RECALL. THEY PERFORMED THE RECALL IT DID NOT FIX THE KNOCKING NOISE I CALLED CORPORATE TO FILE A CLAIM THEY HAD ME RETURN TO THE DEALERSHIP AND

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

RUN DIAGNOSTICS IN DETERMINING THE DIAGNOSTICS I AM IN NEED OF A NEW ENGINE HOWEVER THEY ONLY WANT TO PAY 2000 OF THE $3000 TO $6000 IT'S GOING TO COST TO REPLACE THE SHORT BLOCK ENGINE. THEY ALSO STATED THEY HAVE NO IDEA WHAT IS WRONG WITH MY CURRENT ENGINE NOR DO THEY KNOW WHY IT FAILED AND THEY ALSO DON'T KNOW WHY MY CHECK ENGINE LIGHT NEVER CAME ON. THE LOCAL DEALERSHIP ALSO TOLD ME IT WAS FINE TO CONTINUE DRIVING THE VEHICLE.

**NHTSA ID Number:** 11302496
**Complaint Date** January 28, 2020
**Incident Date** December 16, 2019
**Consumer Location** RESTON, VA
**Vehicle Identification Number** KM8JU3AC1CU****
**Summary of Complaint**
WE HAD THE CAR TOWED TO OUR MECHANIC BECAUSE
THE ENGINE LIGHT CAME ON. THE MECHANIC TESTED THE CAR AND HEARD A TAPPING NOISE WHEN STEPPING ON THE ACCELERATOR. THE MECHANIC NOTED THAT THERE WERE LARGE METAL SHARDS IN OIL PAN. THE SHARDS WERE NOT PRESENT IN THE OIL WHEN OIL WAS DRAINED OUT. THE METAL SHARDS WERE ONLY VISIBLE ONCE THE OIL PAN WAS REMOVED. THE MECHANIC COMPLETED ADDITIONAL INSPECTION TO ENSURE THERE WERE NO OTHER ISSUES. AFTER REMOVING THE OIL PUMP, HE FOUND ALL THE ROD BEARINGS HAD PLAY. THIS APPEARS TO BE A MANUFACTURE DEFECT.

I SPOKE TO THE SERVICE ADVISOR AND HE TOLD ME THAT A NUMBER OF THEIR CUSTOMERS WERE HAVING THE SAME PROBLEM, BUT THE 2012 HYUNDAI ENGINE WAS NOT ON RECALL. BASED ON RESEARCH, WE DISCOVERED THAT THIS IS A COMMON PROBLEM WITH ALL 2.4 LITER ENGINES ON ALL PLATFORMS FOR KIA AND HYUNDAI. WE TOOK THE CAR TO THE HYUNDAI DEALER AND WERE TOLD WE NEEDED TO PURCHASE A NEW REDESIGNED ENGINE. DURING THIS CONVERSATION, WE WERE NOTIFIED THE
NEW ENGINE HAS ENGINE ROD BEARINGS THAT ARE MORE STURDY. HYUNDAI CURRENTLY HAS A RECALL FOR THE OIL PAN AND ALSO HAS RECALLS FOR ENGINES IN OTHER CAR MODELS BUT NOT THIS MODEL. A NEW ENGINE SHOULD NOT BE REQUIRED FOR AN 7 YEAR OLD CAR WITH 80,000 MILES. AS A CAR PROFESSIONAL, I SUSPECT THIS IS DUE TO THE ISSUES WITH A DEFECTIVE ROD BEARINGS THAT WEAR PREMATURELY AND RESULT IN

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CATASTROPHIC ENGINE DAMAGE SO THE ENGINES SHOULD BE COVERED IN THE RECALL.

**NHTSA ID Number:** 11317658
**Complaint Date** March 12, 2020
**Incident Date** March 3, 2020
**Consumer Location** Unknown
**Vehicle Identification Number** KM8JUCAC0CU****
**Summary of Complaint**
DRIVING ALONG THE INTERSTATE WHEN ENGINE HAD REDUCED ENGINE POWER FOR A MOMENT, THEN STALLED AROUND 70MPH. MADE IT TO AN EXIT RAMP LUCKILY. ENGINE HESITATED TO RESTART, ONCE IT DID START ENGINE STARTED KNOCKING AND HAD NEXT TO NO POWER. TOWED TO HYUNDAI DEALER, HYUNDAI DEALER STATED THAT HYUNDAI HAS HAD MAJOR PROBLEMS WITH THESE ENGINES AND HYUNDAI SHOULD COVER IT FULLY. DEALERSHIP PROCEEDED TO PULL OIL PAN AND VALVE COVER WITHOUT OUR CONSENT AND WITH NO COMMUNICATION FOR DAYS. CONFIRMED THE ENGINE WAS BAD, METAL SHAVINGS IN OIL PAN, ROD BEARINGS FAILED. COMMON PROBLEM. WAITING ON HYUNDAI FOR APPROVAL. SERVICE ADVISOR QUIT, WE WERE INFORMED 6 DAYS LATER THAT HYUNDAI IS ONLY WILLING TO COVER 65% OF COST AND WE WOULD HAVE TO PAY 35% ($3,500.0) OUT OF POCKET. WE REFUSED TO PAY; THEY STATED WE WOULD HAVE TO PAY DIAGNOSIS, BUT THEY ENDED UP WAIVING THAT. TECHNICIANS DID NOT FULLY SECURE OIL PAN OR VALVE COVER. OIL UNDER CAR WHERE IT WAS PARKED, HAVE PHOTOS AND VIDEOS TO BACK THIS CLAIM UP. HAVE RENTAL CAR AND MANY TOW BILLS IN TO THE MIX NOW. WHY WOULD THE DEALER TELL US HYUNDAI FULLY COVER THIS BUT THEY DON'T? WE NEED THIS ISSUE FIXED. MANY OTHER TUCSON OWNERS DEAL WITH THE SAME PROBLEM, WITH THE SAME ENGINE AS THE OTHER CARS, BUT THEIRS GET REPLACED FREE OR CHARGE AND EXPENSES PAID BY HYUNDAI.

**NHTSA ID Number:** 11324424
**Complaint Date** May 13, 2020
**Incident Date** May 10, 2020
**Consumer Location** DUARTE, CA
**Vehicle Identification Number** KM8JUCAC1CU****
**Summary of Complaint**
ON 5/10/2020, CHECK ENGINE LIGHT WENT ON, ENGINE SPUTTERED, WE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WERE ABLE TO EXIT FREEWAY AND PULL OVER AND BY THAT TIME, CAR WAS SHAKING VERY HARD. TOWED TO MECHANIC, CAR REQUIRES ENGINE OVERHAUL. CAR THEN TOWED TO HYUNDAI DEALERSHIP, CAR NEEDS A FULL ENGINE REBUILD. I HAVE MAINTAINED MY CAR WITH OIL CHANGES AND THE CAR HAS 100086 MILES. THERE ARE NUMEROUS REPORTS OF FAILURE OF THE THETA II 2.4 LITER ENGINES, WHICH MY CAR HAS, YET NO RECALL ISSUES. MECHANIC SAID PARTS ALONE WILL BE AROUND $6000 DOLLARS, IF YOU ADD LABOR IT'S PROBABLY MORE THAN THE CAR IS WORTH. I AM CONCERNED THAT THERE IS A DEFECT IN THE ENGINE THAT POSES A RISK TO LIFE. A FEW MONTHS PRIOR, THIS CAR ALSO HAD A COMPLETE FAILURE (LOST ALL POWER) ON THE FREEWAY. *TR

**NHTSA ID Number:** 11338092
**Complaint Date** July 7, 2020
**Incident Date** July 2, 2020
**Consumer Location** LAFAYETTE, CO
**Vehicle Identification Number** KM8JU3AC4CU****
**Summary of Complaint**
IN OCTOBER 2019 I TOOK MY CAR TO HYUNDAI TO HAVE THEM SERVICE FOR THE ENGINE AND ENGINE COOLING RECALL. THEY REPLACED THE PART AND I WAS ON MY WAY.

I SERVICED MY CAR REGULARLY, AND JUST TWO WEEKS AFTER MY LAST OIL CHANGE I WAS DRIVING 70MPH DOWN THE HIGHWAY AND THE CAR STARTED SPUTTERING AND THEN COMPLETELY DIED. LUCKILY I WAS ABLE TO GET PULLED OVER WHERE I ATTEMPTED TO START IT AGAIN AND IT MADE A LOUD KNOCK AND THEN WOULDN'T START. I HAD THE CAR TOWED TO A NEARBY MECHANIC WHO SAID THE ENGINE HAD A HUGE HOLE IN IT. I ASKED IF IT COULD BE THAT THE FOLKS WHO CHANGED MY OIL MESSED SOMETHING UP, BUT HE SAID IT WAS UNLIKELY BECAUSE THERE WAS OIL IN THE ENGINE AND THAT IT WAS MORE LIKELY SOMETHING FAULTY IN THE MANUFACTURING OF THE CAR OR POTENTIALLY DUE TO THE RECALL SERVICE NOT BEING DONE PROPERLY.

SO I DID SOME RESEARCH AND THERE ARE TONS OF OTHER 2012 HYUNDAI TUCSON OWNERS WHO HAVE EXPERIENCED THE SAME EXACT ISSUE. I THEN SAW THERE IS A CLASS ACTION LAWSUIT FOR SIMILAR ISSUES, HOWEVER THE 2012 MODELS WEREN'T INCLUDED IN THE LAWSUIT.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THIS IS CLEARLY SOMETHING THAT HYUNDAI NEEDS TO TAKE RESPONSIBILITY FOR AND INCLUDE THIS MODEL IN THE LAWSUIT, OR AT THE VERY EAST MAKE RIGHT AND FIX THESE ENGINES AT NO COST AND PAY FOR THE INCONVENIENCE AND EXPENSES INCURRED FOR RENTALS, TOWING, AND TIME AWAY FROM WORK.

**NHTSA ID Number:** 11340417
**Complaint Date** July 20, 2020
**Incident Date** July 19, 2020
**Consumer Location** RALEIGH, NC
**Vehicle Identification Number** KM8JU3AC0DU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. THE CONTACT STATED THAT WHILE DRIVING AT 60 MPH, SHE BEGAN TO HEAR A TICKING SOUND EMITTING FROM THE ENGINE WITHOUT WARNING. THE CONTACT EXITED THE VEHICLE AND CHECKED HER FLUIDS, ALL FLUID LEVELS WERE NORMAL. AS THE CONTACT CONTINUED TO DRIVE, THE VEHICLE STALLED AND SHUT OFF AS THE OIL AND THE BATTERY WARNING LIGHTS ILLUMINATED. AS THE CONTACT RESTARTED THE VEHICLE, WHITE SMOKE BEGAN TO EMIT FROM THE ENGINE. DUE TO THE FAILURE, THE CONTACT HAD THE VEHICLE TOWED INITIALLY TO HOME.; THE NEXT DAY, SHE HAD THE VEHICLE TOWED TO JOHNSON HYUNDAI OF CARY (5000 OLD RALEIGH RD, CARY, NC 27511). SHE WAS INFORMED THAT HER ENGINE THREW A RODE CAUSING THE ENGINE TO MALFUNCTION, THE CONTACT WAS THEN INFORMED THAT SHE WOULD NEED AN ENGINEREPLACEMENT. THE MANUFACTURER HAD YET TO NOTIFIED OF THE FAILURE. THE VEHICLE HAD BEEN PLACED UNDER NHTSA RECALL NUMBER:19V063(ENGINE AND ENGINECOOLING); HOWEVER, THE DEALER HAD REFUSED TO SERVICE HER VEHICLE FOR THE RECALL. THE FAILURE MILEAGE WAS 185,000.

**NHTSA ID Number:** 11341160
**Complaint Date** July 23, 2020
**Incident Date** July 18, 2020
**Consumer Location** PLAINVILLE, CT
**Vehicle Identification Number** KM8JUCAC8CU****
**Summary of Complaint**
WAS DRIVING MY 2012 HYUNDAI TUCSON WHEN IT SUDDENLY DIED AT A STOPLIGHT. IT WOULDN'T RESTART. WHEN I TURNED THE KEY

139

Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101

TO RESTART IT NOTHING HAPPENED, NO CLICKING, IT DIDN'T TURN OVER AT ALL. CALLED A TOW TRUCK AND HAD THEM TOW IT TO OUR LOCAL FIRESTONE. THEY RAN A DIAGNOSTIC ON IT AND THE ONLY THING THEY COULD SEE WAS THAT THE STARTER WASN'T WORKING. THEY REPLACED THE STARTER AND AFTER STRUGGLING TO GET IT TO START EVEN WITH THE NEW STARTER IT CLANGED AND BANGED AND THEN DIED AGAIN ONCE THEY WERE ABLE TO GET IT STARTED. I CHECKED ONLINE AND SAW THERE WAS A RECALL ON THE VEHICLE. I HAD IT TOWED TO THE HYUNDAI DEALERSHIP. THEY LOOKED AT THE CAR AND SAID IT NEEDED A NEW ENGINE AND THAT THE DAMAGE WAS NOT RELATED TO THE RECALL. I AM NOT THE ORIGINAL OWNER AND PURCHASED THE CAR USED FROM THE DEALERSHIP ABOUT 3 YEARS AGO WHEN IT HAD APPROX. 57K MILES ON IT. IT NOW HAS APPROX. 80K MILES ON IT. THE CAR IS WELL MAINTAINED. I CHANGE THE OIL REGULARLY. BEFORE THIS THERE WERE NO ISSUES. HYUNDAI AND THE DEALER TAKE NO RESPONSIBILITY AND SAY THAT I AM RESPONSIBLE TO PAY FOR THE NEW ENGINE.

**NHTSA ID Number:** 11348757
**Complaint Date** August 12, 2020
**Incident Date** June 28, 2020
**Consumer Location** JERSEY CITY, NJ
**Vehicle Identification Number** KM8JUCAC9CU****
**Summary of Complaint**
DRIVING MY 2012 HYUNDAI TUCSON IN JERSEY CITY, NJ, ENGINE START MAKING A NOISE, I STOPPED, IT WAS NO ANY LIGHT ON ON MY DASH. SHOT OFF MY CAR, THE STARS AGAIN, NOISE WAS STILL ON.... TAKE A CAR TO HYUNDAI DEALERSHIP, LEFT THERE FOR COUPLE DAYS, THEN RESILT IS COMING? CAR NEEDS A FULL ENGINE . I HAVE MAINTAINED MY CAR WITH OIL CHANGES AND THE CAR HAS 56700 MILES. THERE ARE NUMEROUS REPORTS OF FAILURE OF THE THETA II 2.4 LITER ENGINES, WHICH MY CAR HAS, YET NO RECALL ISSUES. WILL BE AROUND $6000 DOLLARS, HYUNDAI DEALER TELLS ME, MY CAR WILL NOT COVER BY WARRANTY, BECAUSE I'M NOT A FIRST OWNER I'AM CONCERNED THAT THERE IS A DEFECT IN THE ENGINE THAT POSES A RISK TO LIFE. AND HYUNDAI MANUFACTURERS SHOULD TAKE A FULL RESPONSIBILITIES OF THEIR ENGINE FAILURES ON TUCSON VEHICLES.

**NHTSA ID Number:** 11349352
**Complaint Date** August 15, 2020

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Incident Date** August 7, 2020
**Consumer Location** GAITHERSBURG, MD
**Vehicle Identification Number** KM8JU3AC0DU****
**Summary of Complaint**
BOUGHT 2013 HYUNDAI TUCSON ON 11/2012. WITHIN 2 YRS OF BUYING
THE CAR I STARTED TO HEAR A KNOCKING SOUND FROM THE FRONT
OF THE CAR, LOSS OF POWER AND IT FELT LIKE IT WAS GOING TO
SHUT DOWN.I WOULD STOP AND THEN PUSH THE GAS TO GO AND IT
WAS FINE. THIS CONTINUED TO HAPPEN INTERMITTANTLY EVER
SINCE I HAVE CONTINUED OVER THE YRS TELLING THE SERVICE
DEPARTMENT OF THE ISSUE BUT THEY COULD NEVER REPLICATE THE
PROBLEM.THEY TRIED A FEW THINGS LIKE A COMPUTER
UPDATE/REBOOT.THE ISSUE WAS A LITTLE LESS FREQUENT BUT IT
STILL CONTINUED. OVER THE YEARS SEVERAL FAMILY MEMBERS
WITNESSED THIS AND WERE VERY CONCERNED! RECENTLY 08/7/2020
WE WERE DRIVING INTERSTATE 70 IN MD, CONSIDERABLE TRAFFIC,
AND NUMEROUS TRACTOR TRAILORS ALL TRAVELING AT HIGH
SPEEDS! ALL OF A SUDDEN THERE WAS A CONSISTANT KNOCKING
SOUND EVEN MORE INTENSE THAN THE ONES I HAD HEARD OVER THE
YEARS SINCE BUYING THE CAR.THE FRONT OF THE CAR WAS
SHACKING AND LOOSING POWER! MY HUSBAND WAS DRIVING IN THE
LEFT LANE AND STRUGGLED TO GET IT TO THE SHOULDER WHERE
THE ENGINE STILL MAKING THE LOUD KNOCKING SOUND
COMPLETELY SHUT DOWN.THERE WAS A TRACTOR TRAILOR BEHIND
US WHEN WE GOT TO THE RIGHT LANE AND IF IT HAD DIED THEN WE
WOULD HAVE BEEN KILLED! STANDED FOR 40 MINUTES IN A
DANGEROUS LOCATION! IT WAS TOWED TO A HYUNDAI DEALER IN
HAGERSTOWN MD. WHEN THEY TRIED TO TURN IT ON THERE WAS
SMOKE AND THEY WERE QUICK TO PREVENT IT FROM CATCHING
FIRE. WE WERE TOLD IT EXPLODED, A BEARING BROKE OFF HIT THE
PISTON CREATING A HOLE IN THE ENGINE AND THERE WERE METAL
SHAVINGS IN OIL PAN. WE ARE THE ORIG OWNERS AND HAVE KEPT UP
MAINTENANCE AT OUR DEALERSHIP, IT HAS 108K MILES ON IT, A
COMPREHENSIVE EXT WARRENTEE BUT THEY WILL ONLY PUT IN A
77K MILES USED ENGINE. COULD HAVE THE SAME ISSUES AND MAY
NOT BE SAFE. NUMEROUS COMPLAINTS WITH THE 2013 TUCSON
2.4L ENGINE. OTHER YRS THAT HAVE THE SAME ENGINE HAVE
RECALS, INEXCUSABLE 2013 IS NOT INCLUDED!

**NHTSA ID Number:** 11352210
**Complaint Date** August 31, 2020

CLASS ACTION COMPLAINT                                          Case No.

**Incident Date** August 24, 2020
**Consumer Location** SILVER SPRING, MD
**Vehicle Identification Number** KM8JUCAC9BU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2011 HYUNDAI TUCSON. THE CONTACT
STATED THAT WHILE DRIVING ON THE HIGHWAY AT 55 MPH, THE
VEHICLE STARTED LEAKING OIL, RESULTING IN A BLOWN PISTON.
THE ENGINE WAS SEVERELY DAMAGED BY THE PISTON HOWEVER,
THE COMPLETE EXTENT OF THE DAMAGES WERE UNKNOWN. THE
CONTACT PULLED OVER TO THE SIDE OF THE ROADWAY. THE
CONTACT STATED THAT THERE WAS EVIDENCE OF THE OIL LEAK ON
THE ROADWAY. THE VEHICLE WAS TOWED BY THE INSURANCE
COMPANY TO AN INDEPENDENT MECHANIC TO BE DIAGNOSED. AN
UNKNOWN DEALER WAS CONTACTED AND INFORMED OF THE
FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER
HAD NOT BEEN CONTACTED. THE FAILURE MILEAGE WAS 78,000.

**NHTSA ID Number:** 11352387
**Complaint Date** August 31, 2020
**Incident Date** March 15, 2020
**Consumer Location** SUNNYSIDE, NY
**Vehicle Identification Number** KM8JT3AB0DU****
**Summary of Complaint**
. DEALER STATES ENGINE NEEDS REPLACEMENT BUT IS OUT OF
WARRANTY SO DEALER DENIES COVERAGE. DEALER SAID BEARING
ON BIG END OF PISTON RODS AND/OR MAIN BEARING DAMAGED, I
HAVE ALL RECORDS OF OIL CHANGES EVERY 3-4K FROM REPUTABLE
MAINTENANCE BUSINESS. I SEE OTHER COMPLAINTS OF SIMILAR
ISSUE WITH MOTORS. ENGINE STARTS TAPPING UNDER LOAD
AND ENGINE STOPS AT HIGHWAY SPEED OR WHEN AT OPERATING
TEMPERATURE. WHEN THE MOTOR COOLS IT WILL REPEAT PROBLEM.
VEHICLE TO DANGEROUS TO DRIVE EXCEPT ON BACK ROADS WITH
ENOUGH ROOM ON SHOLDER TO PULL OVER UNEXPECTEDLY.

**NHTSA ID Number:** 11352713
**Complaint Date** September 2, 2020
**Incident Date** August 22, 2020
**Consumer Location** LOGANVILLE, GA
**Vehicle Identification Number** KM8JUCACXCU****
**Summary of Complaint**
I WAS DRIVING AND THE ENGINE STARTED MAKING A NOISE. ALL OF

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

142

CLASS ACTION COMPLAINT                                    Case No.

A SUDDEN IT SOUNDED TERRIBLE LIKE THERE WERE ROCKS
RATTLING AROUND IN THE ENGINE AND IT SHUT DOWN. I WAS
INITIALLY IN TOWN WHEN IT STARTED AND JUST GOT ON THE HWY
WHEN SHE BROKE DOWN. HUBBY, TWO PUPPIES, AND I WERE
STRANDED IN THE SIDE OF THE HWY IN 100 DEGREE HEAT FOR 2 HRS.
HAD TO RENT A MOVING TRUCK AND TRAILER TO MAKE THE TREK
BACK HOME TO GA. HYUNDAI SERVICE SAID IT THREW A ROD AND
SHREDDED IN THE ENGINE AND THE ENTIRE ENGINE NEEDED
REPLACED. MINIMUM OF $5500 FOR THE ENGINE ITSELF. I SWITCHED
TO SYNTHETIC OIL ON THE FIRST CHANGE WHEN I GOT HER NEW AND
WAS REGULAR WITH HER MAINTENANCE. I WAS NOT READY TO HAVE
TO GET A NEW VEHICLE JUST YET.

**NHTSA ID Number:** 11360634
**Complaint Date** September 23, 2020
**Incident Date** September 20, 2020
**Consumer Location** RIVERVIEW, FL
**Vehicle Identification Number** KM8JU3AC8CU****
**Summary of Complaint**
I WAS DRIVING AND THE ENGINE STARTED MAKING A CLICK CLICK
NOISE. IT SOUNDED TERRIBLE LIKE THERE WERE ROCKS RATTLING
AROUND AT THE BOTTOM OF THE ENGINE AND LOST POWER. THE
VEHICLE BROKE DOWN AND I HAD TO FIND A TO AND RENTAL CAR TO
GET HOME. HYUNDAI SERVICE SAID I NEED A NEW ENGINE, BECAUSE
THE ENTIRE ENGINE NEEDED REPLACED. I KNOW THERE HAVE BEEN
SEVERAL RECALLS ON THE HYUNDAI ENGINES AND I CALLED THE
HYUNDAI CUSTOMER SERVICE AND FLAT OUT TOLD ME THAT MY
NGINE WAS OUTSIDE OF THE WARRANTY AND THEREFORE THEY
COULD NOT HELP. I AM NOT READY TO HAVE TO GET A NEW VEHICLE,
SPECIALLY IN THIS COVID SITUATION. I HAD A SIMILAR ISSUE WITH A
2003 TUSCON SANTA FE...THIS ENGINE FAILURE ISSUE IS A SCAM.

**NHTSA ID Number:** 11361263
**Complaint Date** September 26, 2020
**Incident Date** September 10, 2020
**Consumer Location** CANTON, TX
**Vehicle Identification Number** KM8JT3ABXDU****
**Summary of Complaint**
I HAVE A 2013 HYUNDAI TUCSON WITH THETA ENGINE. MOTOR HAS
FROZEN AND ALTHOUGH MANY OTHER THETA ENGINES SIMILAR IN
VIN # HAVE BEEN REPAIRED UNDER A CLASS ACTION SUIT/ OR

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

RECALL, HYUNDAI IS REFUSING TO REPLACE MINE. OIL CHANGE RECEIPTS HAVE BEEN PROVIDED. DRIVING ON A HWY AND MOTOR FROZE

**NHTSA ID Number:** 11364153
**Complaint Date** October 13, 2020
**Incident Date** March 1, 2020
**Consumer Location** MANCHESTER, NJ
**Vehicle Identification Number** KM8JUCAC5CU****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 30-35 MPH, THERE WAS AN ABNORMALLY LOUD SOUND COMING FROM THE ENGINE COMPARTMENT. THE CONTACT TOOK THE VEHICLE TO A CERTIFIED MECHANIC WHO STATED THE ENGINE NEEDED TO BE REPLACED. THE CONTACT TOOK THE VEHICLE TO LESTER GLENN HYUNDAI TOMS RIVER (386 NJ-37, TOMS RIVER, NJ 08753; (732) 691-4108) WHO REPAIRED THE VEHICLE. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE AND A CASE WAS FILED. THE APPROXIMATE FAILURE MILEAGE WAS 120,000.

**NHTSA ID Number:** 11375663
**Complaint Date** November 21, 2020
**Incident Date** October 20, 2020
**Consumer Location** TRACY, CA
**Vehicle Identification Number** KM8JU3AC6DU****
**Summary of Complaint**
ON 10/20/20, LEAVING THE PARKING GARAGE AT MY PLACE OF EMPLOYMENT I THOUGHT I HEARD A NOISE COMING FROM THE VEHICLE, BUT AS I ROLLED DOWN THE WINDOW TO LISTEN, I DIDN?T HEAR ANYTHING. I CHECKED THE DASH FOR WARNING LIGHTS; THERE WERE NONE. THE TEMPERATURE WAS ALSO NORMAL, SO I CONTINUED HOME. ABOUT 10 MIN. LATER, DRIVING SOUTH ON I-5 WHILE IN THE FAR LEFT LANE AT 70 MPH, MY 2013 HYUNDAI TUCSON LIMITED EXPERIENCED A MAJOR ENGINE FAILURE, MANIFESTING WITH A TERRIBLE METAL CRASHING SOUND AND SHAKING. I HAD TO IMMEDIATELY CROSS TWO LANES OF HEAVY TRAFFIC, HAZARDS FLASH, TAKING THE EXIT THAT WAS FORTUNATELY RIGHT THERE ON THE IMMEDIATE RIGHT. I WOULD NOT HAVE MADE IT TO THE NEXT EXIT 1 MILE AWAY. BY THE TIME I REACHED THE END OF THE RAMP AND PULLED INTO THE EMERGENCY PARKING, THE ENGINE WAS

144

BARELY SPUTTERING, THE CAR BARELY ROLLING. NEXT DAY, UPON INSPECTION BY THE DEALER, THEY SAID METAL DEBRIS WAS FOUND IN THE ENGINE, SAME BEARING ISSUE AS THE
OTHER ENGINE FAILURES THAT WERE RECALLED EARLIER (SANTA FE MODELS, SONATAS, ELANTRAS, AND OTHER TUCSONS). MY MODEL AND TRIM PACKAGE ISN'T PART OF THE RECALL YET. ONE MONTH PRIOR, THE DEALER HAD DONE A SAFETY INSPECTION AND $1,000 OF WORK REPLACING THE DRIVE BELT, HOSES, AND THERMOSTAT GASKET SO THAT I WOULDN'T LOSE THE ENGINE, AS I WAS TOLD BACK THEN. SINCE I STILL LOST THE ENGINE ONLY ONE MONTH LATER AND WITHOUT ANY WARNING AND BECAUSE MY MILEAGE WAS OVER WARRANTY AT APPROX134K, THE DEALERSHIP SUBMITTED A REQUEST TO HYUNDAI FOR GOODWILL AND RENTAL CAR ASSISTANCE ON MY BEHALF. THE MANUFACTURER AGREED TO PAY 75% AND PROVIDE RENTAL CAR ASSISTANCE IF PARTS WERE ON NATIONAL BACK ORDER. IT WAS 3 WEEKS TO ORDER PARTS AND COMPLETE REPAIRS. NO RENTAL CAR ASSISTANCE. I PICK UP THE CAR TODAY. MY PORTION OF THE COST IS MORE THAN $2200. IF THE 2013 TUCSON LIMITED IS ADDED TO THE RECALL LIST, WILL I BE ELIGIBLE FOR REIMBURSEMENT?

**NHTSA ID Number:** 11378084
**Complaint Date** December 6, 2020
**Incident Date** December 2, 2020
**Consumer Location** RALEIGH, NC
**Vehicle Identification Number** KM8JU3AC6CU****
**Summary of Complaint**
I RECEIVED A SAFETY RECALL ON NOV. 27TH ON THE VEHICLE. I MADE AN APPT WITH A HYUDAI DEALER FOR SERVICE. ON DEC. 2 I WAS DRIVING TO THE DEALERSHIP ON A CITY ROAD, AFTER ACCELERATING FROM A STOPLIGHT STOP, THE ENGINE BLEW. LUCKILY WE WERE ALL AT A LOW SPEED AS THE LIGHT HAD JUST GONE GREEN. DEALERSHIP SAYS IT THREW A ROD THROUGH BLOCK AND SENT ME A PICTURE. THIS CAR HAS THE THETA II ENGINE. MY MODEL AND YEAR HAVE NOT BEEN INVOLVED IN THE RECALLS NOR LAWSUITS FOR THE ISSUE THE ENGINE IS HAVING IN OTHER MODELS, BUT THIS ENGINE HAD ONLY 80K, HAS BEEN REGULARLY SERVICED, AND I CAN´T IMAGINE WHAT ELSE WOULD CAUSE SUCH A THING OTHER THAN A MANUFACTURING DEFECT LIKE THE ONE I AM READING ABOUT WITH THE DEBRIS.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT

Case No.

**NHTSA ID Number:** 11384285
**Complaint Date** December 20, 2020
**Incident Date** May 20, 2016
**Consumer Location** SAN RAFAEL, CA
**Vehicle Identification Number** KM8JU3AC3CU****
**Summary of Complaint**
THE ENGINE STARTED MAKING NOISE AND CAUGHT ON FIRE. IT WAS
RUNNING.

**NHTSA ID Number:** 11388898
**Complaint Date** January 19, 2021
**Incident Date** January 18, 2021
**Consumer Location** SPRING BRANCH, TX
**Vehicle Identification Number** KM8JU3AC6CU****
**Summary of Complaint**
WHILE ACCELERATING ONTO THE HIGHWAY, A CLICKING OR
CLACKING NOISE WAS HEARD FROM THE ENGINE, THE VEHICLE THEN
SEEMED TO SUDDENLY LOOSE POWER THEN STALL. I WAS
FORTUNATE TO BE ABLE TO COAST THE VEHICLE OFF THE ROAD AND
INTO A PARKING LOT. WITH THE VEHICLE PARKED, FOUND OIL
POURING FROM UNDER THE ENGINE AND ALSO SAW A LONG TRAIL OF
OIL LEADING FROM THE HIGHWAY TO THE VEHICLE. ALSO FOUND
METAL SHAVINGS IN THE OIL AND DEBRIS FROM THE
BROKEN ENGINE BLOCK CAUGHT IN THE PLASTIC SHROUD UNDER
THE ENGINE.

## 2.   Kia's Knowledge

151.   The experiences of the Kia Plaintiffs are by no means isolated or

outlying occurrences. Indeed, the internet is replete with examples of blogs and

other websites where consumers have complained of the exact same engine Defect

within the Kia Class Vehicles and complaints from earlier model year Kia owners

and lessees with the same engines. Upon information and belief, Defendant KMA,

through (1) their own records of customers' complaints, (2) dealership repair

records, (3) records from the NHTSA, (4) warranty and post-warranty claims, (5)

internal pre-sale durability testing, and (6) other various sources, were well aware of

CLASS ACTION COMPLAINT                                          Case No.

the engine Defect but failed to notify consumers of the nature and extent of the problems with the MPI Engines or provide any adequate remedy.

152.   KMA routinely monitors the internet for complaints similar in substance to those quoted below. KMA's customer relations department routinely monitors the internet for customer complaints, and KMA has retained the services of third parties to do the same. Further, the customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects. Through these sources, KMA was made aware of the engine Defect. The complaints also indicate KMA's knowledge of the Defect and its potential danger.

153.   All vehicle manufacturers, including Defendants, are required by law (which is backed by criminal penalties) to routinely monitor and analyze NHTSA complaints in order to determine whether vehicles or automotive components should be recalled due to safety concerns, thus Defendants have knowledge of any and all NHTSA complaints. *See* TREAD Act, Pub. L. No. 106-414, 114 Stat. 1800 (2000).

154.   KMA is experienced in the design and manufacture of consumer vehicles. As an experienced manufacturer, KMA likely conducts testing on incoming batches of components, including the MPI Engines, to verify that the parts are free from defects and comply with KMA's specifications. Accordingly, KMA knew or should have known that the engine used in the Class Vehicles is defective and likely to fail prematurely, costing Plaintiffs and Class Members thousands of dollars in expenses.

155.   Moreover, KMA also should have known of the connecting rod bearing Defect and risk of engine block puncture because of the sheer number of reports of engine problems relating to the connecting rod bearings and/or lubrication channels. For instance, KMA's customer relations department, which interacts with Kia-authorized service technicians in order to identify potentially widespread vehicle problems and assist in the diagnosis of vehicle issues, has received numerous reports of engine problems relating to the connecting rod bearings and lubrication channels.

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

Customer relations also collects and analyzes field data including, but not limited to, repair requests made at dealerships and service centers, technical reports prepared by engineers that have reviewed vehicles for which warranty coverage is requested, parts sales reports, and warranty claims data.

156.   KMA's warranty department similarly reviews and analyzes warranty data submitted by its dealerships and authorized technicians in order to identify defect trends in its vehicles. KMA dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide KMA with detailed documentation of the problem and the fix that describes the complaint, cause, and correction, and also save the broken part in case KMA later determines to audit the dealership or otherwise verify the warranty repair. For their part, service centers are meticulous about providing this detailed information about in-warranty repairs to KMA because KMA will not pay the service centers for the repair if the complaint, cause, and correction are not sufficiently described.

157.   KMA knew or should have known about the engine Defect because of the high number of replacement parts likely ordered from KMA. All Kia service centers are required to order replacement parts, including engines, piston assemblies, and connecting rod bearings directly from KMA. Other independent vehicle repair shops that service Class Vehicles also order replacement parts directly from KMA. KMA routinely monitors part sales reports and is responsible for actually shipping parts requested by dealerships and technicians. Thus, KMA has detailed, accurate, and real-time data regarding the number and frequency of replacement part orders. The sudden increase in orders for the MPI Engines and engine components used in the Kia Class Vehicles were known to KMA, and should have alerted it to the scope and severity of the engine Defect.

### a.   *Complaints by other class members*

158.   Representative examples of complaints on the NHTSA website

CLASS ACTION COMPLAINT                                                      Case No.

regarding the Class Vehicles are included below:[11]

## MY 2012-2013 Kia Sportage

**NHTSA ID Number:** 11033480
**Complaint Date** October 15, 2017
**Incident Date** September 11, 2017
**Consumer Location** PATASKALA, OH
**Vehicle Identification Number** KNDPBCA29D7****
**Summary of Complaint**
MY 2013 KIA SPORTAGE HAS ENGINE FAILURE AT 60100 MILES.
STALLED ON FREEWAY TWICE TRYING TO GET IT HOME AFTER
HEARING A SOUND IN ENGINE. FOR SOME REASON MY KIA VIN
NUMBER IS NOT INCLUDED IN THE KIA ENGINE RECALL AND IT IS
GOING TO COST ME THOUSANDS TO GET REPAIRED.

**NHTSA ID Number:** 11048115
**Complaint Date** November 22, 2017
**Incident Date** November 17, 2017
**Consumer Location** TUCSON, AZ
**Vehicle Identification Number** KNDPB3A21C7****
**Summary of Complaint**
2012 KIA SPORTAGE (APPROX 55K MILES, VIN NOT COVERED BY THE
RECALL - MANUFACTURER WARRANTY EXPIRED IN JANUARY).
DRIVING
ACROSS COUNTRY FOR THANKSGIVING. WE LEFT TUCSON, AZ LAST
THURSDAY NIGHT (11/16). FRIDAY AFTERNOON WE STARTED HEARING
A
RATTLING SOUND COMING FROM THE ENGINE. AS I ACCELERATED,
THE
RATTLING BECAME FASTER AND WORSE. ABOUT 1 TO 2 MILES LATER,
THE
CARS JUST STOPPED RUNNING. WE WERE STRANDED 50 MILES WEST
OF
ODESSA TX FOR ABOUT 2 HOURS. $400 TOW TRUCK RIDE TO THE KIA
DEALERSHIP IN ODESSA. WE GOT THERE ABOUT 30 MINUTES BEFORE
THEY CLOSED AND WERE TOLD THE CAR LIKELY WOULD NEED A
ENGINE

_____

[11] The foregoing complaints are reproduced as they appear on the NHTSA website.
Any typographical errors are attributable to the original author of the complaint.

149

REPLACEMENT, BUT THEY COULDN'T CHECK IT OUT UNTIL MONDAY. WE DECIDED TO RENT A CAR AND FORGE AHEAD TO NORTH CAROLINA
LEAVING OUR SPORTAGE IN TEXAS. I CALLED ON MONDAY, AND WAS THE TOLD THE ENGINE WOULD NEED TO BE REPLACED. I ASKED ABOUT
THE OIL, AND WAS TOLD THE OIL WAS "FULL AND CLEAN". THEY WERE
GOING TO TRY TO FIND A REASONABLY PRICED USED ENGINE FOR US. AFTER LEARNING OF THE ENGINE RECALL, I CALLED KIA ON TUESDAY
MORNING (800-333-4KIA) AND WAS TOLD OUR CAR WASN'T AFFECTED BY THE RECALL, BUT IF THE CAR WAS DIAGNOSED AT THE DEALERSHIP A "TECH-LINE" WOULD BE GENERATED AND KIA COULD LOOK AT THE CASE AND POSSIBLY HELP OUT ON A CASE-BY-CASE BASIS.

I CALLED THE DEALERSHIP BACK AND THEY TOLD ME THEY DON'T START
A "TECH-LINE" IF THE CAR IS NO LONGER COVERED BY WARRANTY, BUT
THEY WOULD CHECK WITH HIS REGIONAL MANAGER AND GET BACK TO
ME. I HAVEN'T HEARD FROM THEM TODAY.
ANYWAY... SORRY FOR THE NOVEL. BASED ON OTHER
STORIES, AND NEWS ARTICLES I'VE READ, I BELIEVE THIS ENGINE HAS THE SAME KIND OF DEFECTS THE OTHERS HAVE HAD. ANY HELP WOULD BE APPRECIATED. THANKS!

**NHTSA ID Number:** 11056711
**Complaint Date** December 26, 2017
**Incident Date** May 31, 2017
**Consumer Location** BONNEY LAKE, WA
**Vehicle Identification Number** KNDPBCA28C7****
**Summary of Complaint**
WAS DRIVING DOWN THE ROAD AT ABOUT 20-25 MPH WHEN THE ENGINE DIED WITHOUT WARNING. AFTER HAVING IT TOWED TO A LOCAL SHOP, THEY DETERMINED THERE WAS AN INTERNAL "CATASTROPHIC" ENGINE FAILURE. HAD THE CAR TOWED TO THE DEALER WHERE IT WAS PURCHASED, LEE JOHNSON KIA IN KIRKLAND, WA. THEY CONFIRMED THE FIRST DIAGNOSIS OF CATASTROPHIC

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

ENGINE FAILURE. IT APPEARS THE ENGINE STARVED ITSELF OF OIL AND EXACTLY MATCHES ALL OF THE SYMPTOMS DESCRIBED IN THE CURRENT KIA "THETA II" ENGINE RECALL CAMPAIGN. THE DEALER AGREES THAT IT SHOULD BE COVERED UNDER THE RECALL BUT KIA REFUSES TO COVER IT. WE HAVE BEEN WITHOUT THIS VEHICLE SINCE LATE MAY 2017. IT HAS BEEN SITTING AT THE DEALER EVER SINCE. KIA'S REASONING FOR NOT COVERING THE ENGINE REPLACEMENT WAS THAT THE ENGINE DID NOT ORIGINATE FROM THE ASSEMBLY FACTORY OUTLINED IN THE RECALL. HOWEVER, JUST AS KIA ASSUMED THE PREVIOUS HYUNDAI RECALL DIDN'T IMPACT THEM (AS NOTED IN YOUR CURRENTLY OPEN INVESTIGATION), I BELIEVE THEY CONTINUE TO UNDERESTIMATE THE BROADER IMPACT OF THIS MANUFACTURING DEFECT ACROSS ALL OF THEIR ASSEMBLY FACTORIES. THIS LEAVES CUSTOMERS LIKE ME TO FOOT THE BILL AND REPLACE THE DEFECTIVE ENGINE WITH A USED, ALSO LIKELY DEFECTIVE ENGINE, TO THE COST OF ~$7,000. THIS IS UNACCEPTABLE AND UNSAFE. WE COUNT OUR BLESSING THIS DIDN'T HAPPEN WHILE ON THE FREEWAY, AS THE OUTCOME COULD HAVE BEEN DEADLY.

**NHTSA ID Number:** 11066758
**Complaint Date** February 3, 2018
**Incident Date** December 28, 2016
**Consumer Location** MEMPHIS, NY
**Vehicle Identification Number** KNDPB3A22D7****
**Summary of Complaint**
WHILE DRIVING ON THE HIGHWAY THE ENGINE STARTED KNOCKING AND THEN LOST ALL POWER. WE JUST BARELY MADE IT OUT OF TRAFFIC. WE HAD RECEIVED A ENGINE RECALL BUT WHEN WE CONTACTED THE DEALER WERE TOLD OUR VIN. NUMBER WASN'T EFFECTED. THE CAR WAS PURCHASED WITH 5000 MILES FROM A DEALERSHIP IN SYRACUSE NY. THERE WAS 58000 MILES AT THE TIME OF THE FAILURE. IT CANNOT BE DRIVEN.

**NHTSA ID Number:** 11097131
**Complaint Date** May 21, 2018
**Incident Date** May 21, 2018
**Consumer Location** MOORESVILLE, MO
**Vehicle Identification Number** KNDPBCA25D7****
**Summary of Complaint**
ENGINE HAS 94000 MILES, AND STARTED MAKING AN AWFUL KNOCKING SOUND. PULLED INTO SERVICE STATION AND WAS TOLD

151

ENGINE FULL OF METAL SHAVINGS AND THE ENGINE NEEDS REPLACED. KIA CUSTOMER SERVICE SAYS THIS KIA NOT COVERED BY THE RECENT ENGINE RECALL, AND MY RESPONSIBILITY TO COVER IT, EVEN THOUGH IT SEEMS TO BE THE SAME ISSUE AS THOSE COVERED? ENGINE ALWAYS MAINTAINED LIKE IT SHOULD BE AND NO PREVIOUS ISSUES UNTIL THIS. ALL OF A SUDDEN WITHOUT ANY WARNING THE ENGINE STARTS CHEWING ITSELF APART. LUCKILY THERE WAS SOMEWHERE CLOSE TO STOP BEFORE IT SEIZED UP ON THE HIGHWAY.

**NHTSA ID Number:** 11114225
**Complaint Date** July 27, 2018
**Incident Date** July 27, 2018
**Consumer Location** LAWRENCEVILLE, GA
**Vehicle Identification Number** KNDPB3A20C7****
**Summary of Complaint**
MY 2012 KIA SPORTAGE LX 2.4L (109,000 MILES) STARTED MAKING A KNOCKING NOISE WHILE DRIVING EARLIER THIS WEEK. I TOOK IT IN FOR MY LOCAL MECHANIC TO EXAMINE IT. THEY SAID THE NOISE IS COMING FROM INSIDE THE ENGINE, AND IT IS A SIGN OF INTERNAL ENGINE FAILURE. I STARTED SEARCHING ONLINE AND FOUND ALL THE INFORMATION ABOUT THE ENGINE RECALL OF VARIOUS KIA'S, BUT MY TRIM IS NOT INCLUDED IN THE SAFETY RECALL. MY CAR IS SHOWING THE SAME SIGNS, AND YET I CANNOT GET IT FIXED. THE COST OF THE NEW/USED ENGINE WOULD BE MORE THAN THE TOTAL WORTH OF THE CAR.

**NHTSA ID Number:** 11170454
**Complaint Date** January 16, 2019
**Incident Date** March 27, 2016
**Consumer Location** PALMERSVILLE, TN
**Vehicle Identification Number** KNDPB3A23C7****
**Summary of Complaint**
MY DAUGHTER WAS DRIVING ON THE INTERSTATE AT ABOUT 70MPH WHEN ENGINE SEIZED. SHE WAS IN THE LEFT LANE BUT THANKFULLY MANAGED TO GET INTO THE EMERGENCY LANE WITHOUT BEING HIT BY OTHER MOTORIST. VEHICLE ONLY HAD 68K MILES ON IT. KIA DOES NOT ACCEPT RESPONSIBILITY FOR THIS EVEN THOUGH IT COVERS OTHER SPORTAGES & OPTIMAS WITH THE SAME ENGINE FOR SAME EXACT PROBLEM. THANKFUL MY DAUGHTER DID NOT GET HURT BUT SHE WAS LEFT WITH A $5,500 BILL THAT WE HAD TO PAY TO FIX. KIA NEEDS TO EXPAND THE ENGINE RECALL TO ALL OF THE ENGINES AND

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NOW THEY ARE RECALLING SOME FOR A FIRE HAZARD. KIA NEEDS TO STEP UP BEFORE SOMEONE IS KILLED!

**NHTSA ID Number:** 11229771
**Complaint Date** July 6, 2019
**Incident Date** June 4, 2019
**Consumer Location** TAVARES, FL
**Vehicle Identification Number** KNDPB3A23C7****
**Summary of Complaint**
ENGINE SEIZED WHILE DRIVING. THERE ARE OTHER 2012 KIA SPORTAGES UNDER THE ENGINE RECALL BUT OURS ISN'T EVEN THOUGH IT'S THE SAME PROBLEM. THE ENGINE SEIZED AND EVERYTHING SHUT OFF CAUSING US TO HAVE TO PULL OVER ON SIDE OF THE ROAD IN THE MIDDLE OF NOWHERE.

**NHTSA ID Number:** 11243985
**Complaint Date** August 14, 2019
**Incident Date** August 12, 2019
**Consumer Location** DAHLONEGA, GA
**Vehicle Identification Number** KNDPB3A26C7****
**Summary of Complaint**
2012 KIA SPORTAGE WITH DOHC ENGINE.WIFE WAS ON A BUSINESS HIGHWAY WHEN ALL THE SUDDEN THE MADE A RATTLE SOUND FROM UNDER THE HOOD THEN THE MOTOR STARTED MAKING A LOUD KNOCKING SOUND THEN IT STARTED LOOSE POWER.THERE WAS A RECALL ON 2012 KIA SPORTAGE WITH A DIFFERENT ENGINE RECALL 17V224000 A MACHING ERROR IN THE BEARINGS WHICH WILL CAUSE ENGINE SEIZE AND POSSIBLE CRASH.ONLY 109426 MILES ON IT. SOUNDS LIKE POSSIBLY THE SAME ISSUE AS OTHER ENGINE HAD.

**NHTSA ID Number:** 11281428
**Complaint Date** November 20, 2019
**Incident Date** November 14, 2019
**Consumer Location** PHILADELPHIA, PA
**Vehicle Identification Number** KNDPCCA25D7****
**Summary of Complaint**
I WAS DRIVING DOWN A BUSY HIGHWAY WHEN I STARTED HEARING A LOUD NOISE COMING FROM MY CAR. SOON AFTER THIS, THE CAR STOPPED WORKING. MY THREE MONTH OLD DAUGHTER WAS IN THE CAR. IT WAS 10:00 PM WHICH MAKES THIS HIGHWAY MUCH MORE DANGEROUS AND WAS GOING AT HIGH SPEEDS. WAS BARELY ABLE

153

TO PARK THE VEHICLE (THANKFULLY I WAS ON THE RIGHT LANE). I HAD THE VEHICLE TOWED TO MY KIA DEALER AND AFTER CHECKING THE VEHICLE THEY INFORMED BE THAT I NEEDED A NEW ENGINE. EVEN THOUGH THERE IS AN ENGINE RECALL FOR 2013 KIA SPORTAGE VEHICLES WITH THE SAME EXACT PROBLEM, THEY CLAIMED THAT MY CAR IS NOT INCLUDED IN THE RECALL. I AM NOW WAITING TO SEE IF THE WARRANTY COVERS THE DAMAGE. THEY WANT TO INSPECT THE ENGINE FIRST. TAKING THE ENGINE DOWN ALONE COSTS $1,000 IF THE WARRANTY REFUSES TO COVER THE REPAIRS. MY QUESTION IS: WHY ISN'T KIA REPAIRING ALL VEHICLES WITH THIS PROBLEM?? WHY ISN'T MY VIN PAR OF THE RECALL?? WE COULD HAVE LOST OUR LIVES THAT DAY, INCLUDING MY 3 MONTH OLD BABY. KIA MUST BE FORCED TO COVER THE COST OF REPLACING THESE FAULTY ENGINES BEFORE LIVES ARE LOST. US, KIA CUSTOMERS, SHOULD NOT BE FORCED TO COVER THE COST OURSELVES. MY VEHICLE IS ONLY 75,000 MILES.

**NHTSA ID Number:** 11301417
**Complaint Date** January 23, 2020
**Incident Date** January 12, 2020
**Consumer Location** LAKE WORTH, FL
**Vehicle Identification Number** KNDPB3A23D7****
**Summary of Complaint**
THE CAR STOPPED WORKING WITHOUT WARNING IN THE MIDDLE OF THE ROAD. NO LIGHTS, SMOKE ETC...IT JUST SHOT OFF AND DID NOT START AGAIN. WE WERE LUCKY IT WAS A SUNDAY, TRAFFIC WAS LIGHT, AND NO OTHER CARS WERE IMMEDIATELY BEHIND. I TOWED IT TO A MECHANIC AND WAS TOLD THE ENGINE STALLED. THE CAR HAS 79 K MILES AND HAS HAD OIL CHANGES AS IT SHOULD. I AM BEING TOLD BY KIA THIS IS NOT PART OF THE EXISTING ENGINE RECALL, THAT I AM A SECOND OWNER (I BOUGHT IT WITH 23,000 MILES IN 2016 AS A CERTIFIED PRE-OWNED), YET WHAT HAPPENED TO MY CAR IS THE SAME AS DESCRIBED BY OTHER KIA OWNERS WHOSE CARS WERE UNDER RECALL.

**NHTSA ID Number:** 11364734
**Complaint Date** October 16, 2020
**Incident Date** October 10, 2020
**Consumer Location** PITTSBURGH, PA
**Vehicle Identification Number** KNDPBCA24D7****
**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

WHILE DRIVING CAR THE ENGINE CEASED CAUSING THE CAR TO STALL WITH CHILD IN THE CAR. THE CAR WITH ONLY 72,000 MILES ON IT WAS TAKEN TO KIA WHO REFUSED TO FIX THE ENGINE UNDER WARRANTY. WAS TOLD THERE HAVE BEEN RECALLS FOR THIS SAME ISSUE WITH OTHER 2013 KIA SPORTAGE CARS BUT THIS VIN WAS NOT ASSOCIATED WITH THE ENGINE RECALL. THIS CAR ENGINE PROBLEM IS A DANGER AND COULD EASILY HAVE RESULTED IN A SERIOUS CRASH OR DEATH WITH THE CAR STALLING WHILE DRIVING ON THE ROAD. KIA OBVIOUSLY HAS A KNOWN MANUFACTURING DEFECT IN THERE ENGINES, BUT CONTINUE TO LET PEOPLE PUT THEIR LIVES IN JEOPARDY BY NOT RECALLING THEIR ENGINES.

**NHTSA ID Number:** 11378066
**Complaint Date** December 6, 2020
**Incident Date** September 11, 2020
**Consumer Location** PHOENIX, AZ
**Vehicle Identification Number** KNDPB3A21D7****
**Summary of Complaint**
I WAS DRIVING ON THE FREEWAY AT 65 MPH AND MY CAR STARTED TO SLOW DOWN, MY CAR JUST SLOW DOWN AND WOULDN?T GO FAST ANYMORE I PULLED OFF TO THE SIDE OF THE ROAD TO SEE WHAT IS THE PROBLEM. WHEN I TURNED ON THE CAR IT WOULD NOT START UP ANYMORE IT JUST DIED ON ME. THE NEXT DAY I TOOK MY VEHICLE TO AAA TO HAVE IT CHECKED, AND THEY TOLD ME IT?S AN ENGINE FAILURE.

I WENT INTO KIA DEALERSHIP TOLD THEM ABOUT THE I WAS HAVING WITH THE VEHICLE I ASKED IF MY VEHICLE IS UNDER AN ENGINE RECALL? THEY TOLD ME NO.

### MY2011-2013 Kia Sorento

**NHTSA ID Number:** 10995179
**Complaint Date** June 14, 2017
**Incident Date** June 9, 2017
**Consumer Location** HICKORY, KY
**Vehicle Identification Number** 5XYKT3A11CG****
**Summary of Complaint**
MY ENGINE SEIZED UP 4 TIMES OVER THE LAST MONTH TEMPORARILY CAUSING IT TO STALL. LAST WEEK, IT STARTED KNOCKING AND THE DEALER TELLS ME I NEED A NEW/USED ENGINE.

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE ENGINE ONLY HAD 140,000 MILES ON IT AND HAS BEEN SERVICES EVERY 3000 MILES FOR THE MOST PART. I THINK IT SHOULD BE INCLUDED IN THE ENGINE RECALL 17V224000

**NHTSA ID Number:** 11079485
**Complaint Date** March 15, 2018
**Incident Date** March 9, 2017
**Consumer Location** ALLEN, TX
**Vehicle Identification Number** N/A
**Summary of Complaint**
MY CAR HAS WORKED FINE UP UNTIL THE VERY MOMENT THIS OCCURRED. I WAS DRIVING ON THE HIGHWAY AT 60 MPH WHEN IT STARTED MAKING CLICKING NOISES. IT BECAME VERY HARD AND HEAVY TO DRIVE. NOT MORE THAN 15 MILES LATER I WAS ABLE TO EXIT AND THE MOMENT I TURNED RIGHT THE ENGINE BEGAN TO SHAKE, THE POWER STEERING NO LONGER WORKED, AND THE CAR SHUT OFF. THANK GOODNESS I WAS ABLE TO GLIDE INTO A PARKING LOT OR A MAJOR ACCIDENT AND INJURIES COULD HAVE OCCURRED. THERE ARE METAL SHAVINGS IN MY OIL AND THE BEARING COMPLETELY FELL OUT OF MY CAR. I WENT BACK TO PICK UP ALL THE PIECES (SEE PICTURE ATTACHED) NO ENGINE LIGHT HAS EVER COME ON. I HAVE NEVER MISSED AN OIL CHANGE. THIS CAR IS ONLY 6 YEARS OLD WITH 67,000 MILES ON IT. KIA IS CLAIMING MY CAR IS NOT ONE THAT IS IN THE ENGINE RECALL.

**NHTSA ID Number:** 11092557
**Complaint Date** May 8, 2018
**Incident Date** April 30, 2018
**Consumer Location** CALEXICO, CA
**Vehicle Identification Number** 5XYKT3A11CG****
**Summary of Complaint**
MY MECHANIC SAID MY ENGINE SEIZED ON ME. I WAS DRIVING ON A HIGHWAY WHICH TURNS INTO A CITY STREET AND THE CAR STOPPED ON ME AND WHEN I TURNED THE STEERING WHEEL RIGHT TO GET OFF OF THE BUSY STREET IT WAS DIFFICULT TO TURN. I THEN TRIED TO START THE ENGINE, ALL THE LIGHTS CAME ON BUT THERE WAS NO NOISE WHEN I TURNED THE KEY. SMOKE STARTED COMING OUT OF THE ENGINE ON THE PASSENGER SIDE. I HAD TO GET THE CAR TOWED AND THE MECHANIC SAID THE ENGINE SEIZED ON ME.

THERE WERE NO WARNING SIGNS.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT

Case No.

1
2
I CALLED KIA BUT THEY SAID MY CAR DOES NOT QUALIFY FOR A RECALL BECAUSE IT IS NOT A GDI MODEL, EVEN THOUGH IT FALLS INTO THE SAME YEAR FOR THE ENGINE RECALL.

3
4
5
6
I CALLED KIA TO SEE HOW MUCH IT WOULD COST TO GET THE ENGINE REPLACED AND WAS TOLD THEY DISCONTINUED MY ENGINE MODEL. SO THEY TOLD ME MY BEST BET WOULD BE TO SEARCH FOR A USED ENGINE IN A JUNK YARD.

7
8
9
10
**NHTSA ID Number:** 11133472
**Complaint Date** October 5, 2018
**Incident Date** September 30, 2018
**Consumer Location** NEW PORT RICHEY, FL
**Vehicle Identification Number** 5XYKT3A13CG****
**Summary of Complaint**

11
12
13
14
15
OUR 80,000 MILE VEHICLE EXPERIENCED A COMPLETE ENGINE FAILURE OUT OF THE BLUE, NO WARNING. WE HAD TAKEN VERY GOOD CARE OF THE CAR. IT IS NOT PART OF THE GDI ENGINE RECALL, WE HAVE A DUAL OVERHEAD CAM (DOHC) ENGINE. THE DEALER SHIP REFUSED ASSISTANCE AS IT IS NOT PART OF THE RECALL, THOUGH THE SAME PROBLEM OCCURRED WITH THE ENGINE. THE ENTIRE ENGINE MUST BE REPLACED.

16
17
18
19
20
**NHTSA ID Number:** 11149769
**Complaint Date** November 6, 2018
**Incident Date** October 24, 2018
**Consumer Location** ASHBURN, VA
**Vehicle Identification Number** 5XYKT3A13CG****
**Summary of Complaint**

21
22
23
ENGINE BEARING FAILURE VERY SIMILAR TO ENGINE RECALL FOR THE OTHER TYPES OF KIA 2.4 SORENTO ENGINES. THIS ENGINE IS A 2.4L DOHC CVVT 4-CYL. CATASTROPHIC ENGINE FAILURE NEEDS NEW ENGINE.

24
25
26
27
28
**NHTSA ID Number:** 11181346
**Complaint Date** February 20, 2019
**Incident Date** October 31, 2018
**Consumer Location** MOGADORE, OH
**Vehicle Identification Number** 5XYKT4A19CG****
**Summary of Complaint**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

157

I WAS DRIVING DOWN THE HIGHWAY WHEN MY CARS ENGINE SEIZED UP. I LOST ALL CONTROL OF THE BREAKS AND POWER STEARING AND IT WAS SMOKING AS I COASTED TO THE SHOULDER. I WAS ABLE TO GET THE CAR SEATS OUT OF THE BACK AND LET IT COOL DOWN SOME BUT THE ELECTRIC IN IT WAS NOT WORKING SO IT WOULDNT TURN OVER. IT LEFT ME STRANDED A LITTLE OVER AN HOUR FROM MY HOUSE WITH 2 INFANTS. I HAD IT TOWED HOME AND CHANGED THE BATTERY IN IT TO SEE IF IT WOULD TURN OVER AND IT DID. WHEN I WAS ABLE TO GET THE CAR RUNNING AGAIN THERE WAS A KNOCKING IN THE ENGINE AND THE CAR WOULD STALL IF I PUT THE CAR IN GEAR AND PRESS THE GAS. WHEN I CALLED KIA THEY TOLD ME MY VIN WASNT COVERED IN THE ENGINE RECALL SO IM FILING A COMPLAINT.

**NHTSA ID Number:** 11221958
**Complaint Date** June 23, 2019
**Incident Date** June 21, 2019
**Consumer Location** EL MIRAGE, AZ
**Vehicle Identification Number** 5XYKTDA25DG****
**Summary of Complaint**
DRIVING DOWN THE ROAD AND ALL OF A SUDDEN OUR KIA STARTED MAKING A KNOCKING SOUND IN THE ENGINE. WE SLOWED DOWN AND STARTED TO PULL OVER WHEN WE HEAR PIECES OF OUR CAR BREAKING OFF AND SAW A HUGE CLOUD OF WHITE SMOKE. WHEN WE PULLED OVER AND GOT OUT OF THE CAR, THE WHOLE UNDERNEATH OF THE ENGINE WAS ON FIRE. THE ENGINE WAS SEIZING AND CAUSED THE BEARING TO PUNCH A HOLE INTO THE ENGINE. THE PARTS WE HEAR FLYING OFF WERE ACTUALLY PIECES OF THE ENGINE EXTERIOR, WHICH CAUSED SPARKS AND IGNITED THE FIRE WHEN THE ENGINE OIL STARTED POURING OUT. THIS HAPPENED WITHOUT WARNING AND WE HAVE KEPT UP ON MAINTENANCE. LESS THAN 100K MILES. VIN IS NOT PART OF ENGINE RECALL, HOWEVER IT IS CLEAR UPON LITTLE RESEARCH THAT KIA KNOWS ABOUT THIS PROBLEM, THEY DON'T CARE, AND THEY ARE DOING LITTLE TO FIX IT. IT'S OBVIOUSLY A HUGE SAFETY ISSUE, THESE ARE PEOPLE'S LIVES WE'RE PUTTING AT STAKE AND THESE CARS NEED OFF THE ROAD. THEY ARE NOT SAFE. PLEASE HELP THE PUBLIC DO SOMETHING ABOUT THIS.

**NHTSA ID Number:** 11232746
**Complaint Date** July 17, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**Incident Date** July 15, 2019
**Consumer Location** ASHVILLE, OH
**Vehicle Identification Number** 5XYKT4A12DG****
**Summary of Complaint**
I HAVE ALWAYS KEPT UP ON MY REGULAR MAINTENANCE AND JUST HAD A FRESH OIL CHANGE 500MILES AGO. THEN ALL OF A SUDDEN DURING REGULAR DRIVING AT 50MPH THE ENGINE STARTS KNOCKING AND LOSING POWER. TOLD IT IS GOING TO NEED A NEW ENGINE AND KIA ISN'T INCLUDING THESE SORENTOS IN THE ENGINE RECALL BECAUSE THEY WERE MADE AT A DIFFERENT T LOCATION, BUT OBVIOUSLY THERE IS MANUFACTURING ERRORS SINCE SO MANY PEOPLE ARE EXPERIENCING THE SAME THINGS. DON'T BUY KIA

**NHTSA ID Number:** 11256960
**Complaint Date** September 20, 2019
**Incident Date** August 27, 2019
**Consumer Location** KATY, TX
**Vehicle Identification Number** 5XYKT3A15DG****
**Summary of Complaint**
I HAVE A 2013 KIA SORENTO THAT COMPLETELY STOPPED WORKING AS I WAS DRIVING DOWN A BUSY HIGHWAY. IT WAS TOWED TO A DEALERSHIP WHO AFTER TWO DAYS OF WAITING STATED MY ENGINE WAS LOCKED UP AND IT WAS COST $8500. I KNEW ABOUT THIS ENGINE RECALL FOR KIA AND I THEN CONTACTED KIA CUSTOMER SERVICE TO SEE IF THERE WAS ANYTHING THEY COULD DO TO HELP ME. I GOT A CASE NUMBER AND AFTER TWO AND A HALF WEEKS OF WAITING AND BEING TOLD SOMEONE WOULD CALL ME BACK IN 2-3 DAYS EVERY TIME I CALLED THEY RELAYED THE NEWS THAT THERE WAS NO WAY THEY COULD ASSIST ME. THE REASONS BEING THAT MY VIN NUMBER WAS NOT ASSOCIATED WITH THE RECALL AND MY WARRANTY HAD JUST ENDED IN JANUARY, THIS HAPPENED IN AUGUST. AFTER POLITELY TELLING THIS KIA EMPLOYEE THAT EVEN THOUGH IT SOUNDS LIKE THE SAME ISSUE FROM THE RECALL THERE IS NO WAY YOU CAN ASSIST? SHE FIRMLY SAID NO, IT IS VERY VIN SPECIFIC. I HAVE $71,000 MILES ON MY CAR AND GET OIL CHANGES REGULARLY. THERE IS NO REASON MY ENGINE SHOULD HAVE LOCKED UP. I ALMOST HAD THIS CAR PAID OFF AND NOW I AM STUCK WITH NO ANSWERS AND NO ASSISTANCE. I AM VERY UNHAPPY.

**NHTSA ID Number:** 11282045
**Complaint Date** November 24, 2019

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

159

CLASS ACTION COMPLAINT                                    Case No.

**Incident Date** November 20, 2019
**Consumer Location** ALTAMONTE SPRINGS, FL
**Vehicle Identification Number** 5XYKU3A65DG****
**Summary of Complaint**
I ALREADY FILED A CLAIM THE OTHER DAY, BUT NOW MY 2013 SORENTO HAS GOTTEN EVEN WORSE! MY CAR STALLED ON THE HIGHWAY GOING AROUND 65-70 MPH, AND POWER STEERING AND ACCELERATION COMPLETELY CEASED. AFTER GETTING HOME AND CALLING TO REPORT THIS, I TOOK IT FOR A TEST DRIVE, AND MY ENGINE HAS A VERY LOUD KNOCKING SOUND COMING FROM IT, AND IT DRIVES EXTREMELY ROUGH. I NEVER HAD ANY WARNING SIGNS PRIOR TO THIS, AND NOW MY CHECK ENGINE LIGHT HAS BEEN BLINKING. I HAVE ALWAYS KEPT UP WITH THE MAINTENANCE AND OIL CHANGES ON MY VEHICLE, AND NOW IT IS THROWING A "P1326" CODE. IT STALLED TWICE PRIOR TO THIS WHILE DRIVING. I DON'T UNDERSTAND HOW MY ENGINE WASN'T RECALLED PRIOR TO THIS WHEN THERE WAS AN ENGINE RECALL ON MY EXACT YEAR AND MODEL FOR ROD BEARING WEAR! THIS IS MY ONLY FORM OF TRANSPORTATION, AND KIA IS AWARE OF THESE PROBLEMS BUT JUST KEEPS THROWING BANDAIDS ON THE ACTUAL PROBLEM! WHEN IS THIS GOING TO END? ENGINES ARE CATCHING ON FIRE, PEOPLE (INCLUDING MYSELF) ARE STALLING AT HIGH SPEEDS ON THE ROAD DUE TO THEIR FAULTY CRAFTSMANSHIP! I WANT ANSWERS!! HOW MANY PEOPLE WILL HAVE TO DIE BEFORE THEY DO SOMETHING ABOUT THIS? I EITHER WANT A RECALL ON MY ENGINE, OR I WANT A WARRANTY TO COVER THE PROBLEM THEY ARE ALREADY AWARE OF! I REFUSE TO PUT MINE OR MY DAUGHTER'S LIFE IN JEOPARDY BECAUSE KIA DOES NOT WANT TO OWN UP TO THEIR PROBLEM! THERE ARE THOUSANDS OF COMPLAINTS, WHEN WILL THIS END?! I'M STILL PAYING ON A CAR I CAN'T EVEN DRIVE DUE TO MANUFACTURER ERROR!! THIS IS RIDICULOUS! I WILL NEVER OWN ANOTHER KIA DUE TO THEIR SAFETY VIOLATIONS, AND I CAN'T WAIT UNTIL I CAN GET RID OF THIS CAR AND NOT HAVE TO WORRY ABOUT OUR SAFETY ANY LONGER. I WANT SOMETHING DONE NOW! I WILL NOT STOP UNTIL SOMETHING IS DONE ABOUT THIS.

## **MY2011-2016 Kia Optima**

**NHTSA ID Number:** 10891575
**Complaint Date** July 29, 2016
**Incident Date** July 22, 2016

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** CANTON, GA
**Vehicle Identification Number** 5XXGN4A76CG****
**Summary of Complaint**
WHILE DRIVING ON INTERSTATE AT ROUGHLY 75 MPH, CAR STALLED. WOULD START UP BUT HEARD LOUD KNOCKING SOUND. CAR WAS TOWED TO NEAREST REPAIR SHOP. AFTER DIAGNOSTIC, WAS TOLD ENGINE ROD BLEW AT 71,560 MILES. CALLED KIA CORP OFFICE AND WAS TOLD THAT THERE WAS AN ENGINE RECALL, KIA PICKED UP THE CAR AND TOWED IT TO THE NEAREST DEALERSHIP. NEXT DAY, WE CALLED TO GET A STATUS AND THE KIA IS UNABLE TO LOCATE ANY RECORD OF THE PHONE CALL AND NOW SAYING THAT THERE IS NO RECALL FOR THE ENGINE.

NOT SURE WHAT TO DO AT THIS TIME. CAR WAS PURCHASE LESS THAN 3 YEARS AGO. NEW ENGINE IS ESTIMATED AT $6,000.

**NHTSA ID Number:** 10991102
**Complaint Date** May 23, 2017
**Incident Date** April 2, 2017
**Consumer Location** KENNESAW, GA
**Vehicle Identification Number** 5XXGN4A78DG****
**Summary of Complaint**
KIA ENGINE RECALL - ON APRIL 2, 2017 MY CAR STALLED. THE VEHICLE WAS IN MOTION ON A SURFACE STREET (CHASTAIN RD) AND TO BE TOWED (USAA ROADSIDE) TO A LOCAL REPAIR SHOP (PEPBOYS). THE MECHANIC STATED THAT ENGINE WAS GONE. I HAD JUST HAD THE CAR AT THE DEALERSHIP (COBB COUNTY KIA, KENNESAW, GA) 2 DAYS PRIOR FOR ROUTINE OIL CHANGE AND A VEHICLE CHECK. I REPORTED THE PROBLEM TO THE DEALERSHIP (COBB COUNTY KIA) WHO HAD THE VEHICLE TOWED (MARIETTA TOWING) TO THEM AT THEIR EXPENSE AND CITED THE DIAGNOSIS (ENGINE FAILURE). THE MAINTENANCE SUPERVISOR, HEAD MECHANIC AND I VIEWED THE ENGINE TOGETHER THEY BOTH REPORTED THAT THERE WAS NO SLUDGE IN THE ENGINE AND IT WAS WELL MAINTAINED. THERE HAS BEEN A RECALL ISSUE BE THERE IS NO GUIDANCE ON THE REPAIR AS OF YET. JOSEPH, THE MAINTENANCE SUPERVISOR HAD A TROUBLE TICKET SUBMITTED ON MY VEHICLE BUT MY VIN IS STILL NOT REFERENCED ON THIS SITE. THE DEALERSHIP HAS HAD MY CAR FOR OVER A MONTH AND HALF WITHOUT ANY REPAIR GUIDANCE FROM KIA MOTOR CORP. ALL WHILE KNOWING OF THE ENGINE ISSUES. PLEASE HELP ME. I NEED MY

1  CAR.

2  **NHTSA ID Number:** 11014682
3  **Complaint Date** August 11, 2017
   **Incident Date** August 10, 2017
4  **Consumer Location** MESA, AZ
5  **Vehicle Identification Number** KNAGM4A74F5****
6  **Summary of Complaint**
   CAR APPEARED TO STALL WHILE ON HIGHWAY. SAFELY PULLED
7  OVER AND WAS ABLE TO RESTART. LOCAL SHOP SAID THEY COULD
   NOT FIND ANYTHING WRONG. NEXT DAY A VERY LOUD KOCKING
8  STARTED, TOOK IT TO THE DEALERSHIP WHO INFORMED ME OF
   THE ENGINE RECALL. WHILE MY YEAR WAS NOT IN THE RECALL THEY
9  WOULD BE REPLACING THE ENGINE ONCE I PROVIDE RECEIPTS
10 SHOWING MY OIL CHANGES DONE OUTSIDE OF THEIR LOCATION.

11

12 **NHTSA ID Number:** 11183904
13 **Complaint Date** March 4, 2019
   **Incident Date** November 12, 2018
14 **Consumer Location** VILLA RICA, GA
15 **Vehicle Identification Number** 5XXGN4A77FG****
16 **Summary of Complaint**
   TOOK MY CAR INTO THE DEALERSHIP ( ATLANTA WEST KIA,
17 DOUGLASVILLE, GA) FOR AN OIL CHANGE, TIRE ROTATION, ETC. I WAS
   NOTIFIED WHEN I CHECKED IN THAT THERE WAS A COMPUTER
18 RECALL FOR AN UPGRADE OF THE COMPUTER/ELECTRONIC SYSTEM.
19 THEY INFORMED ME THAT THEY WOULD DO THAT WHILE
   PERFORMING THE OTHER SERVICE WORK. 3 WEEKS AFTER THE OIL
20 CHANGE I WAS DRIVING ON THE INTERSTATE THE CAR SUDDDENLY
21 LOST POWER AFTER A BIG PUFF OF WHITE SMOKE AND LOUD NOISE. I
   WORKED MY WAY OVER TO THE NEST EXIT AND PROCEEDED TO
22 TURN AROUND TO GO BACK HOME. NO WARNING/ENGINE/OIL LIGHTS
23 CAME ON DURING THIS TIME. I CALLED THE DEALERSHIP AND NEVER
   RETURNED MY CALL, WITH NO RESULTS. WE CHECKED THE OIL THE
24 CAR WAS 3 QUARTS LOW. CONTINUE TO NOTIFY THE DEALER TO NO
25 AVAIL. THE CAR NEEDED 3 QUARTS OF OIL EVERYTIME I CHECKED IT
   WEEKLY. LET ME REINTERATE THAT THE CAR WAS RUNNING FINE
26 BEFORE I TOOK IT IN FOR SERVICE IN NOV 2018. I CALLED KIA CORP.
27 THEY INFOMED ME THAT MY CAR WAS NOT UNDER RECALL AND
28 THAT THERE'S NOTHING THEY CAN DO BECASUE I HAD 68K ON THE

162

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CAR. THEY ASKED ME TO HAVE IT TOWED IN FOR DIAGNOSTIC TEST.
NOW THEY WANT ME TO PROVIDE ALL THE SERVICE RECORDS. THE
SERVICE RECORDS WAS IN THE KIA DEALERSHIP SYSTEM AS I HAVE
USED THAT DEALER (PRIOR OWNER) FOR MOST OF MY WORK. I AM
NOT SURE WHAT HAPPENED TO THE SERVICE RECORDS. AT THIS
POINT THEY REFUSE TO REPLACE THE ENGINE. KIA HAS RECALLED
EVERY YEAR BUT 2015 - APPARENTLY THEY THINK THEY GOT IT
RIGHT IN 2015 SINCE THE MOTOR WAS BUILT IN A DIFFERENT
LOCATION. THE ENGINE I S PRACICALLY GONE AND I HAVE HAD THE
CAR LESS THAN 4 YEARS. I PURCHASED BAND NEW OFF THE LOT
9/2015. I FEEL LIKE THEY SHOULD BE MADE TO ADD THE 2015 KIA
OPTIMA TO THE ENGINE RECALL LIST BEFORE SOMEONE GET
SERIOUSLY HURT EITHER BY THE CAR STOPPING IN HIGHWAY
TRAFFIC OR CATCHING ON FIRE. DOOR HANDLE ON THE DRIVER'S
SIDE CONTIUES TO STICK AND THE DORR WILL NOT OPEN FROM
OUTSIDE OR INSIDE.

### MY2012-2013 Kia Forte

**NHTSA ID Number:** 10897135
**Complaint Date** August 19, 2016
**Incident Date** August 13, 2016
**Consumer Location** MAGNOLIA, DE
**Vehicle Identification Number** KNAFU4A29D5****
**Summary of Complaint**
WAS DRIVING THE VEHICLE AT 50 MPH WHEN AN UNKNOWN NOISE
BEGAN COMING FROM THE ENGINE. I WAS ABOUT 3 MILES FROM
HOME, BY THE TIME I GOT HOME THE NOISE WAS MUCH LOUDER. I
SHUT IT OFF AND IMMEDIATELY HAD THE VEHICLE TOWED TO MY
CLOSEST KIA DEALERSHIP. THE VEHICLE IS CURRENTLY 2,200 MILES
UNDER THE 100,000 MILE WARRANTY (ORIGINAL OWNER). THE
DEALERSHIP CALLED ME ABOUT 2 HOURS LATER AND TOLD ME THAT
THE ENGINE EXPERIENCED A "CATASTROPHIC FAILURE" (LATER I
LEARNED A ROD HAD GONE BAD) AND MY WARRANTY WAS VOIDED
DUE TO "OIL SLUDGE" IN THE ENGINE. THE SERVICE DEPARTMENT
IMMEDIATELY BEGAN TALKING ABOUT SELLING ME A NEW CAR,
WHICH I DECLINED. I ALSO DECLINED ANY MAINTENANCE TO BE
PERFORMED. I THEN HAD THE VEHICLE TOWED TO A PRIVATE
CERTIFIED MECHANIC WHO SENT A CAMERA INSIDE THE ENGINE AND
DETERMINED THAT THERE WAS NO "SLUDGE" TO BE FOUND. THE
MECHANIC ALSO DETERMINED THAT THERE WAS NO WAY FOR KIA TO

CLASS ACTION COMPLAINT                                        Case No.

KNOW THIS SINCE HE COULD TELL THAT NEITHER THE VALVE COVER, NOR ANY OTHER ENGINE PART, HAD BEEN REMOVED TO FACILITATE SUCH INSPECTION. NOW I AM FACED WITH $3,700 IN ENGINE REPLACEMENT COSTS SINCE KIA REFUSES TO ACKNOWLEDGE THE PROBLEM. KIA SEEMS TO HAVE SOMEHOW DETERMINED ENGINE "SLUDGE" WITHOUT EVEN LOOKING INSIDE THE ENGINE. I HAVE A FEW EXTERNAL PHOTOS AS PROOF THAT THE ENGINE HAD NOT BEEN TOUCHED BY KIA BUT I AM UNABLE TO UPLOAD THEM HERE.

**NHTSA ID Number:** 10943968
**Complaint Date** January 9, 2017
**Incident Date** December 25, 2016
**Consumer Location** SOUTH SAN FRANCISCO, CA
**Vehicle Identification Number** KNAFW5A38C5****
**Summary of Complaint**
DRIVING HOME ON CHRISTMAS DAY FROM MY PARENTS ON THE FREEWAY, HEARD A NOISE IN ENGINE IMMEDIATELY PULLED OVER. NOTICED THAT THE CAR WAS SMOKING. THE CAR WOULDN'T TURN OFF AND MY HUSBAND GOT OUT AND UPON OPENING THE HOOD OF THE CAR NOTICED IT WAS IN FLAMES. HE IMMEDIATELY YELLED FOR US TO ALL GET OUT OF THE CAR. AS WE STARTED RUNNING THE ENTIRE CAR WENT UP IN FLAMES. THANKFULLY WE GOT OUT WHEN WE DID, HOWEVER ALL OF MY CHILDREN'S CHRISTMAS GIFTS, ALL OF OUR BELONGINGS WEREN'T SO LUCKY. MY KIDS ARE TRAUMATIZED AND IN SHOCK. THE CAR ONLY HAD 40K MILES ON IT. RECENTLY HAD THE 35K SERVICE BY KIA AND NOTHING WAS WRONG WITH IT. YET THEIR WARRANTY MEANT NOTHING. THEY WON'T EVEN INSPECT THE CAR YET THEY DETERMINED THAT IT ISN'T THEIR PROBLEM. HOW DOES A RELATIVELY NEW CAR JUST BURN UP ?!?! *TR

**NHTSA ID Number:** 10971251
**Complaint Date** April 8, 2017
**Incident Date** February 23, 2017
**Consumer Location** JAMISON, PA
**Vehicle Identification Number** KNAFU4A22C5****
**Summary of Complaint**
MY 2012 KIA FORTE STARTED PRODUCING A TAPPING NOISE WHEN IDLING WHICH BECAME MORE RAPID AND A BIT LOUDER WHEN ACCELERATING. RESEMBLING A "STICKY LIFTERS" SOUND, I DECIDED TO WAIT 2-3 WEEKS FOR MY NEXT OIL CHANGE TO HAVE IT LOOKED

164

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AT. MY MECHANICS HAD NO IDEA WHAT WAS CAUSING THE NOISE, WHICH WAS MUCH LOUDER AFTER 2-3 WEEKS, AND ADVISED I TAKE MY CAR TO THE DEALERSHIP. I IMMEDIATELY SCHEDULED AN APPOINTMENT AND GOT THE CAR TO THE DEALER THE FOLLOWING WEEK. THE DEALERSHIP REP FIRST TRIED TO INSIST, WITHOUT HAVING LOOKED AT THE CAR, THAT IT WAS MY MECHANIC'S FAULT IN MY ROUTINE OIL CHANGES. I CALLED MY MECHANIC, DISCUSSED THEIR FILTERS OIL ETC (THEY ARE A REPUTABLE COMPANY), AND CONCLUDED THAT THE DEALERSHIP'S RESPONSE WOULD NOT DO. THE DEALERSHIP FINALLY LISTENED TO THE SOUND AND IMMEDIATELY ADMITTED IT WAS NOT THE OIL/FILTER. THEY TOLD ME THEY NEEDED TO KEEP THE CAR FOR 2+ WEEKS TO INVESTIGATE. I ASKED IF I COULD BRING IT BACK SATURDAY TO MAKE ARRANGEMENTS FOR WORK. THE REP SAID YES AND THEN THE MECHANIC CAME OUT AND SAID IT WOULD BE ABSOLUTELY DANGEROUS TO TAKE THE CAR AND THEN WAS THE FIRST TO TELL ME THAT THE WHOLE ENGINE NEEDED TO BE REPLACED. REGARDLESS, THEY EVENTUALLY DISCOVERED METAL SHAVINGS IN THE OIL THROUGHOUT THE ENGINE FROM MANUFACTURING DEBRIS. TODAY (4/8/17), AN OFFICIAL HYUNDAI AND KIA RECALL WAS ANNOUNCED ON VARIOUS MODEL ENGINES - THE FORTE WAS NOT ON THE LIST. I IMMEDIATELY FELT THIS REPORT NEEDED TO BE FILED TO LET OTHER FORTE OWNERS KNOW THAT 1) SOME DEALERSHIPS ARE NOT TAKING RESPONSIBILITY AND 2) THE FORTE IS NOT IMMUNE TO THIS PROBLEM. IT IS RIDICULOUS THAT KIA WOULD NOT ACKNOWLEDGE THE FULL EXTENT OF THE ISSUE EVEN IF FORTES ARE NOT AS COMMONLY AFFECTED. THIS IS CLEARLY A DANGEROUS ISSUE AND LACK OF FULL RESPONSIBILITY TAKEN BY KIA COULD HAVE MAJOR REPERCUSSIONS.

**NHTSA ID Number:** 10971931
**Complaint Date** April 11, 2017
**Incident Date** March 27, 2017
**Consumer Location** GOLDEN VALLEY, AZ
**Vehicle Identification Number** KNAFW4A30D5****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 KIA FORTE. WHILE DRIVING 60 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TOWED TO A DEALER WHERE IT WAS DIAGNOSED WITH A BLOWN BEARING IN THE ENGINE, AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE CONTACT FOUND AN

UPCOMING RECALL ONLINE, BUT THE VEHICLE WAS NOT INCLUDED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 91,000.

**NHTSA ID Number:** 10972281
**Complaint Date** April 13, 2017
**Incident Date** March 17, 2017
**Consumer Location** BENTONVILLE, AR
**Vehicle Identification Number** KNAFW4A30C5****
**Summary of Complaint**
MY WIFE AND I WERE PASSING ANOTHER VEHICLE GOING ABOUT 75MPH ON A HIGHWAY IN SOUTHEAST KANSASWHEN MY CAR ESSENTIALLY TURNED OFF. LUCKILY THERE WAS A SHOULDER TO PULL ONTO. TRIED JUMPING IT WITH NO LUCK. WE HAD IT TOWED TO A NEARBY TOWN TO A BODY SHOP WHO KEPT IT OVER THE WEEKEND TO TRY AND REPLICATE THE ISSUE. THIS WAS A FRIDAY AND WE RETURNED THAT FOLLOWING MONDAY TO PICK UP THE CAR. BODYSHOP STATED THEY COULD NOT GET THE CAR TO REPICATE WHAT HAD HAPPEND AND NOTHING FLASHED ON THE COMPUTER. WE DROVE IT IN THE TOWN A LITTLE BIT WITH NO ISSUES AND PROCEEDED HOME. WE WERE OUT OF THE TOWN ABOUT 10 MINUTES WHEN WE HEARD A SMALL KNOCKING THAT CONTINUED TO GET WORSE. WE PULLED OVER. WE CONTINUED DOWN THE ROAD TO THE NEXT TOWN WHICH WAS ABOUT 5 MILES AWAY TO A BODY SHOP. WE JUST GOT INTO TOWN WHEN THE CAR DIED AGAIN AS IF I TURNED THE CAR OFF. I MUSCLED THE CAR TO A PARKING LOT. TRIED TURNING THE CAR ON AGAIN AND ENGINE STARTED SMOKING. GOT IT TOWED BACK HOME TO A LOCAL BODY SHOP WHO LOOKED AT IT THE NEXT DAY TO INFORM ME I NEEDED A NEW ENGINE, MAIN WIRE HARNESS, AND STARTER. I CONTACTED KIA, EVENTHOUGH I WAS ONLY 11K MILES OVER WARRANTY, TO SEE WHAT COULD BE DONE. GOT IT TOWED TO A LOCAL KIA DEALERSHIP WHO LOOKED IT OVER AND FOUND LOTS A METAL IN THE OIL. THEY PUT A CLAIM IN WITH KIA WHICH THEY DENIED. I CALLED CUSTOMER SERVICE WHO THEN SENT IT TO THE DISTRICT MANAGER AND HE DENIED ANY HELP. IT THEN GOT ESCALATED TO A HIGHER DEPARTMENT AND THEY DENIED ANY HELP EITHER. PRIOR TO THIS I HAD NO ISSUES OR PROBLEMS WITH THE CAR.

DURING THE TIME I HAD MY CAR I HAD PROPER OIL CHANGES AND MAINTENANCE. THE CAR IS ONLY 5 YEARS OLD WITH ONLY 71,462

CLASS ACTION COMPLAINT

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MILES ON IT AND NOW NEEDS A WHOLE NEW ENGINE. THANKFULLY THE TIMES IT STALLED, WHICH NO WARNING LIGHT EVER CAME ON NOR WAS THERE EVER A NOISE OF ANY KIND INDICATING ANYTING WAS WRONG, MY WIFE AND I WERE NOT IN A CRASH.

**NHTSA ID Number:** 10984725
**Complaint Date** May 10, 2017
**Incident Date** November 10, 2016
**Consumer Location** NORCO, CA
**Vehicle Identification Number** KNAFU4A2XB5****
**Summary of Complaint**
STARTED WITH A KNOCKING SOUND IN THE ENGINE. ENGINE LIGHT CAME UP AND CAR STARTED TO LOSE SPEED. THE ENGINE SEIZED AND MY MECHANIC TOLD ME THAT THE CAR NEEDED A NEW ENGINE AS IT WAS NOT REPAIRABLE. THE FORTE IS NOT ON THE LIST OF RECALLS BUT IT HAS THE SAME ENGINE ISSUES AS THE ONES LISTED UNDER THE RECALL. I AM STILL PAYING FOR THIS CAR THAT IS 5 YEARS OLD!!

**NHTSA ID Number:** 10991833
**Complaint Date** May 26, 2017
**Incident Date** March 23, 2017
**Consumer Location** ATWATER, CA
**Vehicle Identification Number** N/A
**Summary of Complaint**
. I WAS DRIVING ON THE FREEWAY ON MY WAY TO WORK GOING ABOUT 65 MPH WHEN I STARTED A HEARING A KNOCKING SOUNDS. AT FIRST IT WASNT THAT LOUD I ONLY HAD A FEW MILES TO GET TO WORK SO I THOUGHT I COULD MAKE IT BUT THEN THE SOUND GOT REALLY LOUD. I PULLED OF THE FREEWAY AND PARKED IT AT A FRIENDS HOUSE AND HE TOOK ME TO WORK. SO I GO BACK THE NEXT DAY TO TRY TO FIGURE OUT WHAT WAS WRONG WITH IT I CHECKED THE OIL TO SEE IF IT WAS LOW IT WAS OK. I HAD JUST DONE A OIL CHANGE ABOUT 2 WEEKS BEFORE I TRIED TO TURN IT ON BUT THE CAR WOULDN'T CRANK AT ALL. I HAD IT TOWED TO A SHOP AND THE MECHANIC LOOKED AT IT AND TOLD ME THAT I WOULD A NEW ENGINE. THIS IS A 2012 KIA FORTE WITH AROUND 80XXX MILES ON IT AND NOW IT NEEDS A NEW ENGINE. I HAVE A 2001 FORD FOCUS WITH 190*** MILES ON IT AND THE ONLY THING I'VE HAD TO FIX ON IT WAS THE CLUTCH THE WENT OUT 2 YEARS AGO. I'M STILL PAYING THIS CAR OFF AND I CAN'T EVEN DRIVE IT. I'M LOOKING AROUND

CLASS ACTION COMPLAINT                                          Case No.

ONLINE AND THIS SEEMS TO BE A COMMON PROBLEM, PEOPLE JUST DRIVING AND THEN THEY HEAR A KNOCKING SOUND AND THEN THE ENGINE GOES OUT. I TOOK REALLY GOOD CARE OF THIS CAR I WENT ABOVE AND BEYOND TO MAKE SURE THAT THIS CAR WOULD LAST LONG YET IT DIDN'T MATTER. EVEN FINDING A GOOD ENGINE IS HARD TO DO SO AND EXPENSIVE WHEN I THOUGHT I HAD ONE THE SELLER TOOK IT APART TO SEE IF THE ENGINE IS WORTHY OF SELLING IT WITH HIS WARRANTY PROMISE. HE GAVE ME BACK MY MONEY BECAUSE THE ENGINE I BOUGHT FROM HIM WAS NO GOOD AND HE DIDN'T WANT TO SELL ME A A POSSIBLE FAULTY ENGINE.

**NHTSA ID Number:** 11002899
**Complaint Date** July 3, 2017
**Incident Date** April 15, 2016
**Consumer Location** WAKE FOREST, NC
**Vehicle Identification Number** KNAFW5A34C5****
**Summary of Complaint**
KNOCKING IN ENGINE CAUSED BY THROWN ROD BEARING. I WAS DRIVING DOWN THE HIGHWAY IN CRUISE WHEN VEHICLE STARTED KNOCKING. NO WARNING LIGHTS OR ANYTHING BEFORE OR AFTER! WAS CHANGING OIL REGULARLY

**NHTSA ID Number:** 11031742
**Complaint Date** October 4, 2017
**Incident Date** May 10, 2017
**Consumer Location** PASSAIC, NJ
**Vehicle Identification Number** KNAFU4A27C5****
**Summary of Complaint**
I WAS DRIVING THE CAR FOR ABOUT 2 DAYS AND THE ENGINE OIL LIGHT CAME ON WITH SOME NOISE, AND NOISE STARTED TO GET LOUDER AND LOUDER, I STOPPED THE ENGINE AND I HAD TO TAKE THE ENGINE APART TO SEE INSIDE TO SEE WHAT WAS GOING ON, I FOUND METAL DEBRIS FROM THE ENGINE IN THE OIL BAN AND CYLINDER #2 AND # 4 ROD BEARING WORN OUT, AND FROM WHAT I READ ABOUT THE HYUNDAI PROBLEM, ALL HYUNDAI UNDER RECALL FOR THE SAME PROBLEM, I DONT KNOW HOW COME KIA NO RECALL SO FAR AND THIS IS THE SAME ENGINE INSTALLED ON HYUNDAI.

**NHTSA ID Number:** 11040818
**Complaint Date** October 28, 2017
**Incident Date** June 6, 2016

CLASS ACTION COMPLAINT                                                      Case No.

1

**Consumer Location** LISBON, NH

2

**Vehicle Identification Number** KNAFU4A22C5****

**Summary of Complaint**

3

AT 70,000 MILES THE ENGINE STARTED KNOCKING AT COLD START UP

4

AND CONTINUING TO GET WORSE. OIL HAS BEEN CHANGED EVERY

5,000 TO 7,000 AS KIA RECOMMENDS. I HAVE CONTACTED KIA ABOUT

5

THIS ISSUE AND THEY SAID MY ENGINE IS NOT A RECALL. I READ

6

NHTSA IS LEADING THE KIA RECALL BUT NOT SURE IF THAT'S

ACTUAL FACT OR NOT. WHAT I HOPE FOR IS THAT MORE

7

INVESTIGATION GOES INTO THE REGULAR 2.0 ENGINE THAT'S IN MY

CAR. I READ KIA HAS A 2.0 TURBO RECALL AND DON'T UNDERSTAND

8

WHAT THE TURBO PART IS ABOUT SINCE IT'S AN EXTERNAL PART OF

9

THE ENGINE. I HAVE ALL MAINTENANCE RECORDS OF OIL CHANGES

UNTIL I PURCHASED THE CAR IN THE 43,000 MILES RANGE FROM MY

10

ORIGINAL LEASE. I THEN RECORDED EVERY OIL CHANGE DONE BUT

11

DON'T HAVE THE RECEIPTS. I DO ALL MY OWN WORK NOW BECAUSE I

DON'T TRUST KIA AND IF ONE TRIES TO CALL THEM IT'S IMPOSSIBLE

12

TO TALK TO ANYONE. I'M ACTUALLY NOT SURE HOW MUCH LONGER

13

MY CAR WILL RUN BUT I'M NOT WILLING TO TRADE IT IN AND SEND

THIS ISSUE ONTO SOMEONE ELSE LIKE KIA IS DOING TO IT'S

14

CUSTOMERS. I'M NOT EXACTLY SURE WHAT WILL HAPPEN IF

15

THE ENGINE FAILS WHEN I'M DRIVING IT BUT I NOW HAVE IT

DOCUMENTED. AT SOME POINT I'LL HAVE TO REPLACE

16

THE ENGINE AND REALLY DON'T FEEL I SHOULD BE RESPONSIBLE

17

SINCE I HAVE FOLLOWED KIA'S MAINTENANCE REQUIREMENTS. I'M

NOT SURE IF NHTSA CAN HELP MY ISSUE BUT I DON'T KNOW WHO TO

18

TURN TO.

19

20

I THANK YOU FOR YOUR TIME AND HOPE YOU ALL HAVE A

WONDERFUL DAY

21

22

SINCERELY

23

[XXX]

24

25

INFORMATION REDACTED PURSUANT TO THE FREEDOM OF

INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

26

27

**NHTSA ID Number:** 11054770

**Complaint Date** December 14, 2017

28

**Incident Date** July 4, 2017

CLASS ACTION COMPLAINT                                             Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Consumer Location** WEEKI WACHEE, FL

**Vehicle Identification Number** KNAFW6A36D5****

**Summary of Complaint**

TL* THE CONTACT OWNS A 2013 KIA FORTE. WHILE DRIVING 70 MPH, THE MOTOR FAILED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TOWED TO DELAND KIA (2322 S WOODLAND BLVD, DELAND, FL 32720, (386) 734-7800) WHERE IT WAS DIAGNOSED THAT THE CRANK SHAFT FAILED AND DESTROYED THE ENGINE. THE VEHICLE WAS REPAIRED. THE MANUFACTURER STATED THAT THEY WOULD NOT REPAIR THE VEHICLE BECAUSE THERE WAS NO OPEN RECALL AND THE VEHICLE WAS NOT UNDER WARRANTY. THE FAILURE MILEAGE WAS 66,000.

**NHTSA ID Number:** 11074627

**Complaint Date** February 4, 2018

**Incident Date** January 26, 2018

**Consumer Location** MARSEILLES, IL

**Vehicle Identification Number** KNAFT4A20D5****

**Summary of Complaint**

THIS IS THE 2ND ENGINE REPLACEMENT I HAVE HAD TO DO IN A 2013 CAR. DRIVING 60MPH WITHOUT WARNING CAR STALLED AND I WAS FORCED TO COAX TO THE SIDE OF RURAL COUNTRY ROAD, IN THE MIDDLE OF EXTREME COLD WEATHER THE 2ND TIME. THE 1ST TIME I WAS DRIVING THE CAR ABFTER JUST GETTING OIL CHANGED AND CAR MADE A LOUD NOISE AND CAR STALLED WHILE DRIVING ON INTERSTATE AT 70MPH. CAR WAS TOWED AND ENGINE WAS BLOWN EACH TIME.

I HAVE CONTACTED KIA ON BOTH OCCASIONS AND ON BOTH OCCASIONS CAR WAS SENT TO DEALERSHIP AND COULD NOT FIGURE OUT WHY ENGINE BLEW. OIL LEVELS WHERE FOUND GOOD. THIS IS RIDICULOUS THAT I HAVE HAD TWO REPLACE 2 ENGINES IN A 2013 KIA WHICH IS FINANCED AND KIA REFUSES TO DO ANYTHING ABOUT IT.

I HAVE RECEIPTS AS WELL AS REPORTS DONE ON CAR EACH TIME THIS OCCURRED. HOWEVER THEY ARE IN GLOVEBOX OF CAR AT GARAGE GETTING A NEW ENGINE!

**NHTSA ID Number:** 11101299

**Complaint Date** June 12, 2018

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                           Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Incident Date** June 9, 2018
**Consumer Location** CHATTANOOGA, TN
**Vehicle Identification Number** KNAFW5A38D5****
**Summary of Complaint**
I WAS ENTERING THE FREEWAY, ACCELERATED TO MATCH TRAFFIC
SPEED, I HEARD THE ENGINE'S RPMS INCREASE BUT ALMOST
IMMEDIATELY AFTERWARDS THE CAR SHUT DOWN. I WAS IN THE
MIDDLE LANE OF A VERY BUSY INTERCHANGE AND GOING ABOUT
60MPH WHEN THE CAR QUIT. I KEPT TRYING TO RESTART THE CAR BY
PUTTING IT IN NEUTRAL AND AT THE SAME TIME STEER IT TOWARDS
THE SHOULDER. THERE WERE NO WARNING LIGHTS. WHEN I HEARD
THE ENGINE NOISE I LOOKED AT THE DASH, ALL WAS NORMAL, THE D
FOR DRIVE WAS VISIBLE. IT HAPPENED VERY QUICKLY. ONCE
STOPPED AND OUT OF TRAFFIC, I TRIED TO RESTART THE CAR, IT RAN
FOR JUST SECONDS THEN NOTHING. THIS CAR HAD JUST BEEN
SERVICED AT THE KIA DEALER. IT ONLY HAS 51K MILES ON IT. I HAD
TO HAVE IT TOWED TO THE DEALER. THEY ARE TELLING ME
THE ENGINE IS FAULTY BUT THEY DON'T MAKE IT ANYMORE AND
THEY HAVE NO RESOLUTION FOR ME. THE CAR IS ONLY 4 MONTHS
PAST THE 5 YEAR MARK AND IT IS UNDER 60000 MILES. IT HAS BEEN
MAINTAINED PERFECTLY, IT STILL LOOKS NEW. THE ORIGINAL
OWNER DID ALL THE SERVICE AS WELL. KIA KNOWS THEY HAVE
FAULTY ENGINES, YET THEY DO NOTHING TO WARN THE OWNERS OR
REMEDY THE PROBLEM. THE SAY THEIR CARS ARE GOOD FOR 10YRS
OR 100K MILES, THEN THEY SHOULD MAKE IT SO. THIS CAR IS A TOP
OF THE LINE 2013 FORTE SX (WITH ALL THE BELLS AND WHISTLES) . I
BELIEVE IT IS ALSO AFFECTED BY THE LATEST AIRBAG RECALL AS
WELL.

**NHTSA ID Number:** 11104899
**Complaint Date** June 30, 2018
**Incident Date** June 18, 2016
**Consumer Location** NORMAN, OK
**Vehicle Identification Number** KNAFT4A20D5****
**Summary of Complaint**
I, LIKE MANY OTHER KIA FORTE OWNERS, FEEL THE RECALL SHOULD
INCLUDE THE FORTE. I HAVE EXPERIENCED THE SAME ISSUES AS THE
OTHER OWNERS - ENGINE KNOCKING, OIL ISSUES, WHITE SMOKE
EXITING THE EXHAUST, LOSS OF SPEED WHILE DRIVING, CAR DYING
AFTER ACCELERATION AND FINISHING IN A PUFF OF SMOKE. WHEN IT
FIRST BEGAN IN JUNE 2016 I TOOK THE CAR IN TO THE DEALERSHIP

171

1  WHERE IT WAS PURCHASED AND THEY SAID THEY WOULD NOT
2  REPAIR IT BECAUSE IT WASN'T THEIR FAULT. YET, I SEE THAT THE
   SAME PROBLEMS ARE LITERALLY BEING REPAIRED ON OTHER
3  MODELS WITH THE SAME ENGINE AND ISSUES. THE THETA II
4  2.4L ENGINE CLEARLY IS DEFECTIVE IN ALL OF THE VEHICLES. I FAIL
   TO UNDERSTAND WHY THE FORTE WAS NOT INCLUDED ON THIS LIST.
5  TO MAKE MATTERS WORSE, THE DEALERSHIP REALLY RAKED US
6  OVER THE COALS ON THE PURCHASE AND FIVE YEARS LATER WE
   STILL OWE NEARLY $10K ON THE VEHICLE. CLEARLY OTHER
7  DEALERSHIPS ARE AWARE OF THE DEFECT BECAUSE I CANNOT GET
8  ANYONE TO TAKE IT AS A TRADE IN - TURNED DOWN BY OVER TEN
   DEALERSHIPS. PLEASE ADVISE ME ON HOW WE CAN RECTIFY THIS
9  PROBLEM. MY HUSBAND IS A DISABLED VETERAN AND WE RELY ON
10 THIS VEHICLE TO GET TO AND FROM APPOINTMENTS, AS IT IS OUR
   ONLY MEANS OF TRANSPORTATION.
11
12 **NHTSA ID Number:** 11113159
   **Complaint Date** July 23, 2018
13 **Incident Date** July 12, 2018
   **Consumer Location** ALISO VIEJO, CA
14 **Vehicle Identification Number** KNAFW4A30D5****
15 **Summary of Complaint**
   WHILE DRIVING AT 65+ MPH ON THE FREEWAY, THIS 2013 KIA FORTE
16 SX LOST POWER (ENGINE LIGHT, OIL LIGHT AND BATTERY LIGHT
17 ILLUMINATED), STEERING STIFFENED AND VEHICLE RAPIDLY
   DECELERATED. IT WAS VERY DIFFICULT AND DANGEROUS TO GET
18 THE VEHICLE DIRECTED OVER TO THE FREEWAY SHOULDER.
19
20 THE VEHICLE HAS 61,619 MILES. IT WAS TOWED TO A KIA DEALERSHIP
   WHERE, BASED ON ENGINE NOISE, KIA HAS DIAGNOSED A ROD
21 BEARING MALFUNCTION AT THE BOTTOM OF THE ENGINE.
22 THIS ENGINE IS THE 2.4L THETA-II MPI (MULTI-PORT
   INJECTION) ENGINE (VS THE GDI, OR GASOLINE DIRECT
23 INJECTION, ENGINE THAT HAS ALREADY BEEN RECALLED).
24
25 **NHTSA ID Number:** 11113334
   **Complaint Date** July 24, 2018
26 **Incident Date** July 5, 2017
   **Consumer Location** DUBLIN, OH
27 **Vehicle Identification Number** KNAFU5A23C5****
28 **Summary of Complaint**

Nye, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, California 93101

172

KIA FIRE: I WAS DRIVING ABOUT 20 MILES AND WAS STOPPED AT A STOP LIGHT AT A MAJOR INTERSECTION WHEN THE CAR STARTED TO MAKE A KNOCKING SOUND AND THEN STALLED OUT. I TRIED TO RESTART THE CAR, WHICH RESTARTED, THEN IMMEDIATELY STALLED OUT AGAIN. TRAFFIC BEHIND ME GOT OUT OF THEIR CARS TO TELL ME THE CAR WAS ON FIRE, BUT I COULDN'T SEE IT BECAUSE IT WAS UNDERNEATH THE HOOD AND SMOKE WAS COMING FROM THE BOTTOM OF THE CAR. 2 OTHER DRIVERS GOT MYSELF AND MY DAUGHTER OUT OF THE CAR, WHILE ANOTHER DRIVER USED A RAG TO OPEN THE HOOD AND SPRAY THE ENGINE BLOCK WITH AN EXTINGUISHER. MY DAUGHTER AND I DIDN'T SUSTAIN ANY INJURIES, BUT DID INHALE SOME SMOKE. THE CAR WAS INOPERABLE AT THIS POINT AND HAD TO BE TOWED WHILE WE WAITED ON A RIDE. THE CAR WAS TOWED TO THE KIA DEALERSHIP WHERE THEY TOOK THE ENGINE APART TO TRY TO INVESTIGATE THE ISSUE. THEY WERE UNSURE WHAT CAUSED THE FIRE, BUT THE WIRING HARNESS SEEMED TO BE MELTED, ALONG WITH OTHER BELTS IN THE ENGINE BAY. I HAD TO FILE THIS AS A CLAIM UNDER INSURANCE, THE TOTAL DAMAGES WERE ABOVE $4500 AND MY CAR WAS OUT OF COMMISSION FOR 3 MONTHS.

**NHTSA ID Number:** 11113633
**Complaint Date** July 25, 2018
**Incident Date** May 22, 2018
**Consumer Location** LAKEVILLE, MN
**Vehicle Identification Number** KNAFX4A69E5****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 KIA FORTE. WHILE DRIVING AT AN UNKNOWN SPEED, THERE WAS A KNOCKING NOISE COMING FROM THE ENGINE COMPARTMENT. THE VEHICLE WAS TAKEN TO JEFF BELZER'S CHEVROLET, DODGE, KIA (21111 CEDAR AVE, LAKEVILLE, MN 55044, (952) 469-4444) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 83,000.

**NHTSA ID Number:** 11118145
**Complaint Date** August 6, 2018
**Incident Date** May 5, 2018
**Consumer Location** KINGWOOD, WV
**Vehicle Identification Number** KNAFW4A32D5****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**

DRIVING INTERSTATE 55 MPH ENGINE MADE CLUNKING NOISE AND STOPPED HAD TO BE TOWED HOME CHECKED TIMING CHAIN WAS GOOD DROPPED OIL PAN AND ROD SHATTERED AND METAL SHAVING ALL TORE UP ENGINE NO LONGER ABLE TO BE REPAIRED LOOKING FOR A NEW ENGINE OWE $10,000 ON CAR HAVE TO CARRY FULL COVERAGE INSURANCE DOESN'T RUN

**NHTSA ID Number:** 11119380
**Complaint Date** August 11, 2018
**Incident Date** July 16, 2018
**Consumer Location** PITTSBURGH, PA
**Vehicle Identification Number** KNAFU4A28D5****
**Summary of Complaint**

I WAS DRIVING DOWN THE HIGHWAY AT 55 MPH , ALL OF A SUDDEN ALL OF MY DASHBOARD LIGHTS CAME ON AND MY CAR HAD NO POWER, I WAS ALMOST REAR ENDED BY SEVERAL VEHICLES AS I HAD NO ENGINE POWER TO MOVE THE VEHICLE. I WAS ABLE TO GET TO THE SIDE OF THE HIGHWAY( NOT A PULL OVER PLACE) I CALLED FOR A TOW AND HAD IT TAKEN TO THE SHOP I USUALLY GO TO ONLY TO FIND OUT THE ENGINE HAS BLOWN. KIA IS AWARE OF THIS PROBLEM ON OTHER OF THEIR VEHICLES. THIS EVENT ALMOST COST ME MY LIFE... KIA NEEDS TO BE HELD RESPONSIBLE FOR TAKING CARE OF THIS PROBLEM. MY ESTIMATE FOR A REPLACEMENT ENGINE IS $ 3780.00

**NHTSA ID Number:** 11172405
**Complaint Date** January 27, 2019
**Incident Date** June 9, 2018
**Consumer Location** YELLVILLE, AR
**Vehicle Identification Number** KNAFU4A24C5****
**Summary of Complaint**

MY SON WAS DRIVING HOME AND WAS GOING ABOUT 55 MPH ON AR HWY 62. THE ROAD NARROWS DOWN FROM TWO LANE TO ONE RIGHT BY A BLUFF WHEN THE MOTOR WITHOUT WARNING, THREW A ROD IN THE MIDDLE OF THE HIGHWAY AND SHATTERED THE ENGINE. ABSOLUTELY NO WHERE TO PULL OVER. HE WAS VERY LUCKY NOT TO BE HIT AS HE COULDN'T GIVE ANY NOTICE TO THE VEHICLES BEHIND HIM. WE ALWAYS MADE SURE TO CHANGE THE OIL AND MAKE SURE EVERYTHING WAS IN TOP NOTCH. COME TO FIND OUT THE OIL WASN'T MAKING IT TO THE ENGINE. KIA SHOULD INCLUDE

THIS IN THEIR RECALL AS THEIR OTHER ENGINES HAVE HAD
MAJOR ENGINE FAILURES ON THE SAME ENGINE IN OTHER VEHICLES.
WHAT WOULD BE EVEN BETTER IS IF THEY REPLACED IT BECAUSE
ANOTHER ENGINE WOULD DO THE SAME THING. SINCE THIS ENGINE
IS IN PIECES NOW! UNFORTUNATELY I IT'S NOT EVEN FULLY PAID
FOR. IT HAS SINCE BECOME A $10,000 YARD ORNAMENT. SO
THANKFUL NOBODY WAS HURT BUT KIA SHOULD BE HELD
RESPONSIBLE. I'M SURE WE ARE NOT THE ONLY ONES WHO HAVE HAD
THIS HAPPEN.

**NHTSA ID Number:** 11183270
**Complaint Date** February 28, 2019
**Incident Date** May 5, 2018
**Consumer Location** KINGWOOD, WV
**Vehicle Identification Number** KNAFW4A32D5****
**Summary of Complaint**
DRIVING ON INTERSTATE ENGINE MADE LOUD NOISE SHUT DOWN
WHEN OIL PAN WAS DROPPED TO SEE WHAT HAPPENED
THE ENGINE BLEW A ROD DESTROYING THE ENGINE CAR WAS
FINANCED STILL OWE $10,000 CAR ENGINE DESTROYED KIA IS
RECALLING ALL 2.0 ENGINES DUE TO THIS DEFECT EXCEPT THE FORTE
SO I PAY A PAYMENT MONTHLY CARRY FULL COVERAGE FOR A CAR
THAT DOESN'T RUN ONLY RESPONSE FROM KIA IS IT IS NOT UNDER
WARRANTY!!!

**NHTSA ID Number:** 11184922
**Complaint Date** March 7, 2019
**Incident Date** February 11, 2019
**Consumer Location** NEW BRAUNFELS, TX
**Vehicle Identification Number** KNAFU4A27D5****
**Summary of Complaint**
I AM SUBMITTING A COMPLAINT ON THE 2013 KIA FORTE
EX ENGINE FAILURE FOR REVIEW.

I HAVE A COPY OF THE CARFAX REPORT GIVEN BY THE LOCAL KIA
DEALERSHIP AT THE TIME OF PURCHASE WHICH SHOWS THE VEHICLE
WAS MAINTAINED REGULARLY. AT THE TIME OF PURCHASE IN
AUGUST 2018, THE DEALERSHIP SERVICED THE VEHICLE (OIL CHANGE,
ETC.). WE HAD ANOTHER OIL CHANGE AND OVERVIEW OF THE
VEHICLE SINCE THEN.

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALL WAS WORKING FINE UNTIL FEBRUARY 11,2019 WHEN WE HEARD A LOUD KNOCKING NOISE WHEN VEHICLE WAS IN IDLE AND INCREASES WHEN SHIFTED INTO DRIVE. ON FEBRUARY 12, I TOOK THE CAR TO OUR AUTO REPAIR SHOP. THEY DETERMINED THE INTERNAL ENGINE NEAR THE REAR IS WHERE THE KNOCKING NOISE WAS COMING FROM. THIS WOULD TAKE A REBUILD OR REPLACEMENT OF THE ENGINE. I CALLED A LOCAL KIA DEALERSHIP ABOUT THIS AND THEY SAID THERE WERE NO RECALLS AND ALL WORK WOULD BE BILLABLE. I HAVE NOT HAD A GOOD EXPERIENCE WITH THIS DEALERSHIP'S SERVICE DEPARTMENT IN THE PAST AND WAS SKEPTICAL ABOUT TAKING THIS CAR THERE. THIS IS WHY I DID NOT TAKE THE CAR TO THE DEALERSHIP. I HAVE A TRUSTED AUTO REPAIR SHOP THAT GIVES ME HONEST AND TIMELY ADVICE AND RESULTS.

I HAVE CONTACTED KIA MOTORS AMERICA, INC ALREADY AND AM HOPING THAT MY COMMUNICATING WITH KIA MOTORS AMERICA, INC. DIRECTLY WILL HELP TO GIVE ME THE SUPPORT THEY ADVERTISE TO CUSTOMERS ON ALL OF THEIR VEHICLES. KIA CLAIMS TO BACK UP THE QUALITY OF THEIR VEHICLES. HOPEFULLY KIA WILL ACKNOWLEDGE THE ISSUE WITH THIS MODEL'S ENGINE FAILURE AND PROVIDE FINANCIAL ASSISTANCE FOR THE EXPENSE THAT WE HAVE INCURRED.

I THANK YOU FOR TAKING THE TIME TO REVIEW THIS INFORMATION.

2013 KIA FORTE EX

SEDAN 4DR

2.0L I4 F DOHC 16V

GASOLINE

FRONT WHEEL DRIVE

**NHTSA ID Number:** 11190645
**Complaint Date** March 27, 2019
**Incident Date** August 22, 2018
**Consumer Location** FORT DRUM, NY
**Vehicle Identification Number** KNAFU4A29C5****

176

**Summary of Complaint**

2012 KIA FORTE EX SEDAN 2.0 THETA 2 ENGINE PISTON SLAP CAUSED DAMAGE TO THE PISTONS AND THE ENGINE BLOCK. THE VEHICLE HAD THE PROBLEM WHEN STATIONARY AND GOT PROGRESSIVELY WORSE WHILE IN MOTION. VEHICLE HAS NOT BEEN REPAIRED AND NOT DRIVEN SINCE DUE TO RESEARCH FINDING THIS IS A MUCH TOO COMMON PROBLEM WITH KIA FORTE OWNERS

**NHTSA ID Number:** 11193273
**Complaint Date** April 2, 2019
**Incident Date** March 28, 2019
**Consumer Location** NASHVILLE, TN
**Vehicle Identification Number** KNAFT4A23D5****
**Summary of Complaint**

I WAS DRIVING HOME LIKE USUAL NOT EVEN A WEEK AFTER MY REGULAR OIL CHANGE AND AS I WAS PULLING UP A SMALL HILL CLOSE TO MY APARTMENT MY ENGINE SPUTTERED, BACKFIRED AND STALLED. I LOST ALL POWER STEERING AND BRAKES AT THIS POINT. I PUT THE CAR IN NEUTRAL AND COASTED TO A STOP. AFTER SOME TROUBLESHOOTING I FINALLY GOT THE CAR TO TURN OVER AND THE ENGINE IMMEDIATELY STARTED KNOCKING VERY LOUDLY. IT IS CLEARLY UNSAFE TO DRIVE AT THIS POINT AND AN OBVIOUS MANUFACTURERS DEFECT. THE CAR IS AT 62,000 MILES AND THE WARRANTY IS GOOD TO 100,000 MILES. I HAVE SEEN DOZENS OF COMPLAINTS ABOUT THIS MODEL OF CAR WORTH THE SAME ISSUE AND HUNDREDS OF COMPLAINTS WITH OTHER MODELS USING THE SAME ENGINE. IT IS QUITE AN ISSUE TO TAKE CARE OF MONETARILY FOR THE CUSTOMERS OF KIA AND SHOULD BE INVESTIGATED FURTHER.

**NHTSA ID Number:** 11194388
**Complaint Date** April 7, 2019
**Incident Date** March 15, 2019
**Consumer Location** SPRINGFIELD, MO
**Vehicle Identification Number** KNAFW5A35C5****
**Summary of Complaint**

DRIVING DOWN AN INTERSTATE AROUND 75MPH THE ENGINE STARTED MAKING AN ABNORMAL LOUD ENGINE KNOCKING NOISE SO I PULLED OVER TO THE MEDIAN AND THE OIL LIGHT CAME ON, ENGINE SEIZED, AND THE CAR DIED AND WOULD NOT START. CAR HAD OIL. TOWED 100+ MILES TO OUR LOCAL KIA

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

DEALERSHIP AND THEY SAID #2 ROD BEARING "SEVERELY WORN AND CAUSING THE ENGINE TO MAKE NOISE AND STOP ROTATING". THEY RECOMMENDED A COMPLETE ENGINE REPLACEMENT AT A COST OF AROUND $5700 (COST AND LABOR). 2012 KIA FORTE SX WITH 2.4L ENGINE AND 106,XXX MILES (6,000 OUTSIDE THEIR 10YEAR/100,000 MILE WARRANTY). CAR HAD REGULAR OIL CHANGES AT THE PROPER TIMES. THIS IS THE SAME TYPE OF PROBLEM (WORN ROD BEARINGS) KIA/HYUNDAI HAD WITH THEIR OTHER ENGINES WHICH REQUIRED A RECALL TO ADDRESS THE THOUSANDS OF GRIEVANCES. I WOULD LIKE THESE 2.4L FORTE ENGINES TO ALSO BE INCLUDED IN A FUTURE RECALL BECAUSE I BELIEVE THESE ENGINES ARE EITHER DEFECTIVE IN THEIR MANUFACTURING PROCESS OR JUST FAULTY BY DESIGN. HAD I NOT PULLED OVER WHEN I DID THERE IS A POSSIBILITY THE ENGINE WOULD HAVE SEIZED WHILE I WAS DRIVING INTERSTATE SPEED WITH THE TYPICAL INTERSTATE TRAFFIC (SEMI TRUCKS ALL OVER) WITH MY WIFE AND TWO SMALL CHILDREN ON BOARD. KIA REFUSES TO ACKNOWLEDGE A PROBLEM AND SO FAR HAVE OFFERED NO SATISFACTION. A MODERN CAR SHOULD LAST MORE THAN 7 YEARS, UNLESS IT WAS DESIGNED WRONG OR DAMAGED IN THE MANUFACTURING PROCESS.

**NHTSA ID Number:** 11204072
**Complaint Date** April 27, 2019
**Incident Date** April 26, 2019
**Consumer Location** ANAHEIM, CA
**Vehicle Identification Number** KNAFU4A22D5****
**Summary of Complaint**
OVER THE LAST SEVERAL MONTHS, THE KIA HAS BEEN KNOCKING AT LOW ENGINE RPM UPON INITIAL ACCELERATION FROM A STOP, PARTICULARLY WITH THE AIR CONDITIONING ENGAGED. IT'S GAS MILEAGE IS ALSO SUBSTANTIALLY DOWN. I HAD THOUGHT IT NEEDED A TUNE UP, BUT AFTER READING ABOUT THE ISSUES WITH OTHER KIA AND HYUNDAI ISSUES WITH THE THETA II ENGINE, IT SEEMS MORE LIKELY THAT THIS ENGINE IS GETTING READY TO GO DOWN THE SAME ROAD AS THE PROBLEM HAS BECOME MORE PRONOUNCED IN THE LAST MONTH OR SO. FOR THE MOMENT I AM GOING TO PARK THE CAR AND DRIVE MY AVALANCHE (DESPITE GAS BEING NORTH OF $4 A GALLON) UNTIL THE FORTE IS INCLUDED IN THE ENGINE RECALLS LIKE THE OTHER KIA MODELS WITH THE SAME ENGINE. IT IS BAFFLING TO ME THAT THIS MODEL WAS EXCLUDED.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11204913

**Complaint Date** May 1, 2019

**Incident Date** February 25, 2019

**Consumer Location** PALMYRA, IN

**Vehicle Identification Number** KNAFU4A2XC5****

**Summary of Complaint**

I WAS ON MY WAY HOME ONE AFTERNOON DRIVING ON A 2 LANE HIGHWAY IN A RURAL AREA A SPEED LIMIT OF 55MPH, THAT'S THE POSTED SPEED. I DIDN'T HAVE ANYTHING GOING THAT WOULD PREVENT FROM HEARING THE NOISE IM ABOUT TO HEAR!! IT WAS LIKE CAR WAS NOW CARRYING HUGE WEIGHT AND VERY;LITTLE POWER. I TRIED TO PULL OFF THE SIDE AND THEN CARS OIL LIGHT CAME ON AND THEN IT STALLED, I PUT IT IN NEUTRAL POSITION ATTEMPTING TO START CAR, CAR DID START BUT ONLY TO MAKE A LOUD KNOCKING FROM HOOD AREA, I POPPED HOOD AND CHECKED OIL AND OTHER FLUIDS,EVERYTHING SEEMED FINE WITH FLUIDS BUT ENGINE HAS A HORRID KNOCKING, CAR DIDN'T WANT TO STAY AT IDLE SO I CALLED FOR A TOW, THEN TAKEN TO LOCAL AUTO REPAIR, THEY CALLED AFTER THEIR INVESTIGATION STATING THE "CAMSHAFT TIMING WAS BAD AND BY LOOKING AT DIFFERENT THINGS THEY FELT A NEW ENGINE WAS ONLY OPTION AS THE BEARING WAS NOW BAD, INFORMED ME THAT UPON LOOKING FOR AN ENGINE IT APPEARED A NEW ENGINE AROUND 6000 DOLLARS WAS ONLY ONE AVAILABLE . I CALLED MY AUTO INS COMP TO EXPLAIN AND SEE IF I HAD ENOUGH COVERAGE FOR THE REPAIR, TO BE TOLD THAT THEY(INS COM) WASN'T LIABLE FOR THE ENGINE I DID CALL A FEW OTHER REPAIR PLACES AND WAS TOLD SAME THING (3 TOTAL)SO I AGAIN TOWED CAR TO HOME AND HAVEN'T ATTEMPTED TO DRIVE. I SPOKE TO DEALERSHIP TO BE TOLD MY CAR WASN'T IN PREVIOUS RECALL BUT STATED THEY HAD A SLEW CALL AND REPORT ENGINE FAILURE AND HE VOTED THE FORTE BE IN THE STANDING RECALL OR PLACE A RECALL FOR THE KIA FORTE AND SUDDEN ENGINE FAILURE.. ZERO TROUBLE WITH THE CAR AND WOULD LIKE TO GET REPAIRED SO I CAN HAVE TRANSPORTATION AGAIN. BOUGHT NEW FROM DEALERSHIP I LOVE CAR BUT THIS PROBLEM NEEDSA PROMPT AND THOROUGH INVESTIGATION ON MY 2012 KIA FORTE, IVE BEEN TOLD IT HAS EXACT SAME ENGINE AS THE CARS IN THE STANDING RECALLS, WHEN MY ENGINE BLOWD AND FORCED ME OFF ROAD WAS VERY SCARY AND DANGEROUS.

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**NHTSA ID Number:** 11208649
**Complaint Date** May 20, 2019
**Incident Date** June 15, 2018
**Consumer Location** WATERVILLE, ME
**Vehicle Identification Number** KNAFW6A32C5****
**Summary of Complaint**
GOOD AFTERNOON. I WANTED TO BRING TO THE ATTENTION AND THE
SEVERITY OF THIS ISSUE. IN THE MONTH OF JUNE 2018 MY EXPECTING
WIFE IN HER 2012 KIA FORTE WAS ON HER WAY HOME ON THE
INTERSTATE WHEN THE CAR WITH NO SIGNS LEADING UP TO THIS
DECIDED TO DIE UNEXPECTEDLY ON THE SIDE OF THE INTERSTATE.
WE HAD THE CAR TOWED TO A CERTIFIED DEALER TO HAVE
DIAGNOSES OF WHAT HAPPENED THE CONCLUSION WAS
THE ENGINE'S CONNECTING ROD BEARINGS SEIZED. MUCH LIKE THE
KIA AND HYUNDAI RECALL FOR THE EXACT SAME FAILURE FOR
MORE THAN 1.5 MILLION CARS ARE IMPACTED. I EXPRESSED HOW
THIS COULD BE DUE TO CAR HAS 68,000 MILES ON IT AND ALL THE
MAINTENANCE WAS PERFORMED REGULARLY. THE WIFE PURCHASED
THIS CAR USED FROM A WELL KNOWN DEALER ONLY A YEAR AGO
AND ADDED 12,000 ON THE ODOMETER. I CONTACTED KIA CUSTOMER
SERVICE AND WAS TOSSED AROUND WITH NO ANSWERS. AFTER
MORE THAN A MONTH KIA CORP CAME TO THE CONCLUSION THAT NO
HELP WOULD BE GIVEN ON REPLACEMENT OF A ENGINE. I EXPRESSED
HOW DANGEROUS THIS SITUATION WAS WHEN YOUR
VEHICLE'S ENGINE JUST SEIZES AND HOW CLOSE MY WIFE AND
UNBORN CHILD WAS ALMOST IN A VERY BAD ACCIDENT. THERE WAS
ZERO CARES GIVEN. I SPOKE WITH A KIA REPRESENTATIVE AFTER
REVIEW FROM A MANAGER AND WAS TOLD THEY WOULD NOT GIVE
ANY ASSISTANCE DUE TO, AND I QUOTE " BECAUSE YOU HAVE NOT
OWNED A PRIOR KIA PRODUCT AND YOU ARE NOT CONSIDERED A
LOYAL CUSTOMER AND DUE TO THAT CONCLUSION THAT IS THE
REASON AND CONCLUSION FOR MAKING THE DECISION". I WAS TO
UPSET AND EXPRESSED MY FRUSTRATION AND STILL NO
RESOLUTION. THE CAR IS STILL INOPERABLE TILL I EXHAUST ALL
PATHS AND MAKE SURE MY EXPERIENCE DOES NOT HAPPEN TO ANY
OTHERS. THIS IS A VERY DANGEROUS ISSUE AND KIA DOES NOT
WANT TO OWN UP TO IT. THEY ARE SWEEPING THIS ISSUE UNDER A
RUG TILL SOMEBODY REALLY GETS HURT OR WORST. I WANT KAI TO
TAKE OWNERSHIP OF THIS ISSUE AND MAKE IT RIGHT NOT JUST FOR
ME BUT OTHERS HAVING THIS ISSUE.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

**NHTSA ID Number:** 11233438
**Complaint Date** July 19, 2019
**Incident Date** May 31, 2019
**Consumer Location** EDGEWOOD, MD
**Vehicle Identification Number** KNAFW6A36C5****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2012 KIA FORTE. WHILE DRIVING AT AN
UNKNOWN SPEED, THE CONTACT HEARD A LOUD NOISE AND THE
VEHICLE SHUT OFF. THE CONTACT PULLED THE VEHICLE OVER AS
SMOKE APPEARED FROM UNDER THE HOOD. THE VEHICLE COULD
NOT BE RESTARTED AND WAS TOWED TO AN INDEPENDENT
MECHANIC. THE MECHANIC DIAGNOSED THAT THE ENGINE SEIZED.
THE MANUFACTURER WAS CONTACTED, PROVIDED A CASE NUMBER,
AND INFORMED THE CONTACT TO TAKE THE VEHICLE TO A KIA
DEALER. BOB BELL KIA OF GLEN BURNIE (7900 EASTERN AVE,
BALTIMORE, MD 21224, (410) 766-3600) WAS CONTACTED AND STATED
THAT THERE WERE NO RECALLS AND THE WARRANTY WAS EXPIRED.
THE FAILURE MILEAGE WAS 160,000.

**NHTSA ID Number:** 11234290
**Complaint Date** July 23, 2019
**Incident Date** May 29, 2019
**Consumer Location** EDGEWOOD, MD
**Vehicle Identification Number** KNAFW6A36C5****
**Summary of Complaint**
I WAS DRIVING THE CAR AT 40 MPH WHEN APPROACHING THE RAMP
TO THE HIGHWAY (65 MPH) AND BEGAN TO HEAR A LOT OF NOISE
COMING FROM THE ENGINE (SOUNDED LIKE METAL SCRAPPING). I
BEGAN TO PULL OVER TO THE SHOULDER BUT THE ENGINE STOPPED
RUNNING BEFORE I COULD GET TO THE SHOULDER AND NOTE NO
INSTRUMENT PANEL WARNING LIGHTS CAME ON. I COASTED TO THE
SHOULDER OF THE ROAD, PUT THE CAR IN PARK, ATTEMPTED TO
START THE CAR, ALL THE INSTRUMENT PANEL LIGHTS WERE
FLASHING, AND THEN DARK SMOKE WAS COMING OUT FROM THE
HOOD. I GOT OUT OF THE CAR AS I THOUGHT IT WAS ON FIRE BUT
COULD NOT OPEN THE HOOD AS IT WAS EXTREMELY HOT. I WAITED
AND THEN TRIED AGAIN, FINALLY, OPENING THE HOOD WITH A RAG.
THE CAR WAS TOWED TO A LOCAL MECHANIC WHO DIAGNOSED THAT
THE ENGINE SEIZED, I HAD IT TOWED TO A 2ND MECHANIC (SAME
DIAGNOSIS) THEN WAS INFORMED OF SC147 AFTER DOING AN
INTERNET SEARCH. I CONTACTED KIA AND OPENED A CASE #13204401

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

181

WHERE I THEN HAD TO HAVE THE CAR TOWED FOR THE 3RD TIME TO A KIA DEALERSHIP (BOB BELL, BALTIMORE, MD) WHERE THEY HAD TO DO THEIR DIAGNOSTIC TEST (TECHNICIANS CELL VIDEO TO SHOW THE CAR WILL NOT START), PER KIA, TO COME TO THE CONCLUSION MY CAR IS NOT PART OF SC147 (ACCORDING TO MY VEIN #). THIS SAFETY RECALL IS FOR 2.4L GDI ENGINES AND MINE IS A 2.4L DOHC. IN ADDITION TO MY COMPLAINT, I WANT TO KNOW WHERE IN THE MANUFACTURING PROCESS (WHAT PLANT WAS MY ENGINEASSEMBLED?) IF GIVEN THEY ARE THE SAME ENGINES BUT ONLY A TOP COVERING DIFFERENCE (GDI VS DOHC), THEN HOW DO I KNOW FOR SURE MY ENGINE SHOULD NOT HAVE BEEN PART OF MAJOR SC147 SINCE MY VEHICLE HAD BEEN RUNNING WITH NO ISSUES AND REGULAR MAINTENANCE WITH 160,000 + MILES?

**NHTSA ID Number:** 11241026
**Complaint Date** August 1, 2019
**Incident Date** July 31, 2019
**Consumer Location** GRAFTON, OH
**Vehicle Identification Number** KNAFW6A34C5****
**Summary of Complaint**
I HAD BOUGHT THE CAR USED 5 YEARS AGO WITH 36,000 MILES ON IT. I HAVE HAD NO PROBLEMS WITH THE CAR FOR THE AT TIME SPAN. I HAD CHANGED TO OIL AT THE RECOMMENDED INTERVALS USING OEM OIL FILTERS AND FULL SYNTHETIC OIL. I WAS DRIVING HOME FROM WORK WHEN THE ENGINE STARTED TO DEVELOP A RATTLING NOISE. AS I MADE A LEFT TURN ONTO A COUNTRY ROAD TRAVELING AT A SPEED OF 45MPH THE RATTLING HAD GOT MORE NOTICEABLE AND THE ENGINE HAD A LOST OF POWER. EVENTUALLY THE RATTLING TURN INTO A METALLIC CRUNCHING NOISE BEFORE THE ENGINE COMPLETELY SHUT OFF ON ITS OWN. I HAD PULLED TO THE SIDE OF THE ROAD TO FURTHER INSPECT THE PROBLEM AND THAT IS WHEN I HAD DISCOVERED ENGINE OIL COATING THE ENGINE COMPARTMENT AND LEAKING ONTO THE GROUND. THE ENGINE WOULD NOT RESTARTED LEAVING ME STRANDED ON THE SIDE OF THE ROAD UNTIL A TOW VEHICLE HAD ARRIVED.

**NHTSA ID Number:** 11242431
**Complaint Date** August 8, 2019
**Incident Date** August 6, 2019
**Consumer Location** MARYSVILLE, OH
**Vehicle Identification Number** KNAFW6A30D5****

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**
2.4L ENGINE SEIZED WITH NO WARNING WHILE DRIVING AT HIGHWAY SPEED. CAR WAS WELL MAINTAINED, OIL CLEAN, 109,000 MILES. THIS WOULD'VE BEEN VERY DANGEROUS IF THERE HAD BEEN TRAFFIC AT THE TIME. IT APPEARS SAME ENGINE IN OTHER MODELS SUCH AS OPTIMA AND HYUNDAI SONATA ARE UNDER A RECALL FOR THE MANUFACTURER FAILING TO REMOVE MACHINING DEBRIS FROM THE ENGINES. SINCE KIA DID NOT INCLUDE THE FORTE FOR SOME REASON I WAS NOT AWARE OF ANY POTENTIAL PROBLEM.

**NHTSA ID Number:** 11242998
**Complaint Date** August 10, 2019
**Incident Date** July 20, 2019
**Consumer Location** LA CRESCENT, MN
**Vehicle Identification Number** KNAFW6A34D5****
**Summary of Complaint**
I HAVE A 2013 KIA FORTE KOUP SX WITH THE 2.4L MPI ENGINE. I WAS DRIVING DOWN THE INTERSTATE AT 75MPH AND ALL OF THE SUDDEN THE ENGINE QUIT RUNNING. I COASTED TO THE SIDE OF THE ROAD AND OPENED MY HOOD AND DID NOT SEE ANY APPARENT PROBLEMS IN THE ENGINE BAY. OIL LEVEL WAS OK. I STARTED THE CAR AGAIN AND DID NOT HEAR ANY ABNORMAL NOISES SO I DROVE IT HOME. TWO WEEKS LATER THE ENGINE STARTED TO MAKE KNOCKING SOUNDS ON MY WAY HOME FROM ANOTHER TRIP. I AM NOW TOLD THAT THE CAR NEEDS A NEW ENGINEWITH ONLY 69,000 MILES ON IT. THE KIA RECALL 17V224000 FOR IMPROPERLY MACHINED ENGINES IS NOT NEARLY AS COMPREHENSIVE AS IT NEEDS TO BE AND DOES NOT INCLUDE THE FORTE. KIA CLAIMS THAT ONLY THE GDI ENGINES ARE AFFECTED BUT THE REALITY IS THE MPI VERSION OF THE 2.0 AND 2.4 THETA II ENGINES ARE FAILING PREMATURELY IN THE EXACT SAME MANNER AS EVIDENCED BY THE MANY REPORTS FROM OWNERS ONLINE.

**NHTSA ID Number:** 11245143
**Complaint Date** August 20, 2019
**Incident Date** August 11, 2019
**Consumer Location** MARYSVILLE, WA
**Vehicle Identification Number** KNAFW5A34C5****
**Summary of Complaint**
KIA,HYUNDAI THETA 2.4 ENGINE FAILURE, UNDER 100K MILES.

I HAVE A 2012 KIA FORTE HATCH SX WITH THE 2.4 ENGINE. I PURCHASED IT FROM SUNSET KIA OF AUBURN VALLEY WA WITH 66,000 MILES NOT QUITE 3 YEARS AGO. IN THAT TIME I'VE PUT ABOUT 30K MILES ON THE CAR. I'VE HAD THE OIL CHANGED REGULARLY, AND IT HAS NEVER BEEN LOW.

LAST WEEK, ON AUGUST 11, 2019, WHILE DRIVING TO WORK THE ENGINE SEIZED ON THE HIGHWAY. I LOST POWER STEERING AND BRAKE ASSIST. I WAS ABLE TO PULL OFF THE ROAD WITHOUT CAUSING AN ACCIDENT, BUT ONLY BECAUSE OF THE TIME OF DAY. HAD IT HAPPENED DURING HEAVIER TRAFFIC A SIGNIFICANT ACCIDENT COULD HAVE OCCURRED.

FROM ONLINE RESEARCH IT APPEARS THAT THIS IS A COMMON PROBLEM FOR THIS CAR AND OTHERS THAT THAT USE THE SAME THETA II ENGINE. THIS CAR/ENGINE SHOULD BE RECALLED.

**NHTSA ID Number:** 11258832
**Complaint Date** September 29, 2019
**Incident Date** July 26, 2019
**Consumer Location** NEWPORT NEWS, VA
**Vehicle Identification Number** KNAFU4A25D5****
**Summary of Complaint**
I HAVE 2013 KIA FORTE WITH 66,000 MILES AND IT ALREADY HAS KNOCKING IN THE ENGINE. I WAS TOLD BY A KIA DEALERSHIP THAT THE ENGINE WOULD NEED TO BE REPLACE AND IT WOULD COST ME 5,682$. THEY ALSO SAID THAT THE CAR IS NOT SAFE TO DRIVE ANY MORE BECAUSE IT COULD SEIZE UP ON ME WHILE DRIVING. THIS CAR SHOULD NOT HAVE AN ENGINE THAT IS PREMATURELY FAILING AT 66,000 MILES. MY TOYOTA TUNDRA HAS OVER 300,000 MILES AND I HAVE NEVER HAD ANY PROBLEMS WITH ENGINE. KIA NEEDS TO HAVE A RECALL ON THE FORTE ENGINES BECAUSE I'VE SEEN OTHER COMPLAINTS ONLINE ABOUT THE SAME ISSUE OF A BAD ENGINE AT LOW MILES.

**NHTSA ID Number:** 11266924
**Complaint Date** October 7, 2019
**Incident Date** October 2, 2019
**Consumer Location** LENOIR CITY, TN
**Vehicle Identification Number** KNAFU6A26C5****

184

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Summary of Complaint**
VEHICLE HAS A SEVERE INTERNAL ENGINE KNOCK AND WILL
REQUIRE REBUILDING OR REPLACED. IT HAS 112,000 MILES AND HAS
BEEN SERVICED AT THE REQUIRED INTERVALS WITH KIA SPECIFIED
PRODUCTS. 2.0 LITER ENGINE.

**NHTSA ID Number:** 11290024
**Complaint Date** December 19, 2019
**Incident Date** December 16, 2019
**Consumer Location** INDEPENDENCE, KY
**Vehicle Identification Number** KNAFU6A20D5****
**Summary of Complaint**
SIMPLY STARTED THE CAR ONE COLD MORNING, AND
THE ENGINE STARTED KNOCKING EXTREMELY BAD, CAR NO LONGER
DRIVABLE WITH LESS THAN 80,000 MILES SIMILAR TO OTHER KIA
MODELS, HOWEVER THE 2013 FORTE DOESN'T SEEM TO BE COVERED
BY RECALLS AT THIS POINT.

**NHTSA ID Number:** 11290669
**Complaint Date** December 22, 2019
**Incident Date** December 1, 2018
**Consumer Location** NORTH LAS VEGAS, NV
**Vehicle Identification Number** KNAFW6A35C5****
**Summary of Complaint**
2012 KIA FORTE KOUP DRIVING ON A 45MPH ROAD WHEN WITHOUT
WARNING ENGINE SEIZED CAUSING DANGEROUS SITUATION
ATTEMPTING TO PULL CAR TO SIDE WITHOUT POWER.

TOOK VEHICLE TO DELEARSHIP FOR WARRANTY SERVICE AS CAR
WAS STILL UNDER WARRANTY

WAS DENIED WARRANTY SERVICE FOR LUDICROUS REFUSAL TO
ACCEPT MAINTENANCE RECORDS BECAUSE I SCANNED THE
ORIGINALS AND WOULD NOT HAND OVER THE ORIGINALS.

VEHICLE WAS IN PERFECT RUNNING ORDER AND I PROVIDED VIDEO
EVIDENCE SHOWING KIA VIDEO I HAPPENED TO HAVE SHOT JUST A
FEW WEEKS BEFORE THE ENGINE FAILED DEMONSTRATING CAR WAS
RUNNING PERFECT WITHOUT ANY SHAKES, RUMBLES,ODD NOISES
AND ABSOLUTELY NO "SERVICE ENGINE" OR OTHER WARNING
LIGHTS.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIA TOOK 2 MONTHS TO EVEN GIVE ME A PRELIMINARY DECISION THAT WOULD NOT COVER THE REPAIRS WITH NO OFFER TO ASSIST WITH A LOANER CAR OR RENTAL OR ANY OTHER ASSISTANCE.

OPENED ENGINE UP TO FIND METAL SHAVINGS AND OTHER REMNANTS FROM MANUFACTURE FLOATING AROUND IN OIL PAN.

UPON INVESTIGATING A LITTLE FURTHER DISCOVERED THAT KIA NEEDS TO HELD ACCOUNTABLE NOT ONLY FOR THE GDI THETA ENGINES THAT HAVE BEEN RECALLED UNDER SC147 BUT ALSO THE MPI MODEL ENGINES LIKE I HAVE IN MY CAR.

IN THE RECALL KIA CLAIMS METAL SHAVINGS FROM MANUFACTURE OF THE CRANKSHAFTS ON THE GDI ENGINES CAUSED THE ISSUES.......HOWEVER, THE EXACT SAME CRANKSHAFT DOWN TO THE PART NUMBERS ARE 100% IDENTICAL.

PLEASE I IMPLORE YOU TO HOLD KIA ACCOUNTABLE NOT ONLY FOR THE GDI ENGINES BUT ALSO THE MPI AS WELL. THEY BOTH USE THE EXACT SAME PART KIA CLAIMS HAD ISSUES AND KIA CONTINUES TO LIE AND NOT HONOR THEIR WARRANTY.

**NHTSA ID Number:** 11292228
**Complaint Date** December 31, 2019
**Incident Date** December 27, 2019
**Consumer Location** NORFOLK, VA
**Vehicle Identification Number** KNAFW5A3XC5****
**Summary of Complaint**
PURCHASED MY KIA FORTE 2.4L HATCHBACK USED 5 YEARS AGO WITH 42,000 MILES ON IT. I HAVE HAD NO PROBLEMS WITH THE CAR AND HAVE CHANGED TO OIL AT THE RECOMMENDED INTERVALS AND PARTICIPATED IN THE MANUFACTURER RECOMMENDED MAINTENANCE AT CERTIFIED KIA DEALERS ONLY. IN BETWEEN OIL CHANGES, OIL LEVEL NEVER DECREASED SO THERE WERE NO LEAKS.

I WAS DRIVING HOME ON A 3-HOUR TRIP WHEN THE ENGINE STARTED TO DEVELOP A RATTLING NOISE. I PULLED OVER TO CHECK THE FLUIDS AND EXPOSED BELT AND NO ISSUES. THE RATTLING GREW MORE NOTICEABLE FROM A RATTLING TO A GRINDING NOISE (60-70 MPH) AND THEN THE MALFUNCTION INDICATOR LIGHT CAME ON. WITHIN MINUTES THE ENGINE COMPLETELY SHUT OFF, POWER LOST

CLASS ACTION COMPLAINT                                    Case No.

AND SPEED DECREASING WITHOUT A WAY TO ACCELERATE. I WAS ON A BUSY VIRGINIA HIGHWAY AND WAS ABLE TO PULL ONTO THE SHOULDER.

TOWED TO CERTIFIED KIA DEALER WHO STATED THAT ONCE THEY OPENED THE OIL PAN, CHUNKS OF METAL CAME OUT AND THERE WERE GAPING HOLES IN ENGINE BLOCK. CLEARLY THIS ENGINE IS FACING THE SAME TERRIBLE FATE OF THE OTHER ENGINES RECALLED BY KIA; WHY WONT THEY ADMIT AND RECALL THE KIA ENGINES? AS SECOND OWNER, CAR IS NO LONGER COVERED UNDER WARRANTY.

**NHTSA ID Number:** 11301266
**Complaint Date** January 22, 2020
**Incident Date** January 11, 2020
**Consumer Location** VERO BEACH, FL
**Vehicle Identification Number** KNAFW5A32D5****
**Summary of Complaint**
I WAS DRIVING MY CAR WHEN I NOTICED A TAPPING SOUND AS I ACCELERATED FROM A STOP LIGHT. I PULLED OVER TO CHECK UNDER THE HOOD, BUT COULDN'T FIGURE OUT WHAT WAS WRONG. I CHECK ALL MY FLUID LEVELS AND EVERYTHING WAS PERFECTLY FINE. I SHUT THE HOOD AND STARTED IT BACK UP. THE TAPPING WAS STILL THERE. I DECIDED TO TURN BACK AND HEAD HOME. AS I STARTED TO ACCELERATE THIS TIME THE SOUND GREW TO A HARD POUNDING NOISE. BEFORE I COULD EVEN PULL OFF THE ROAD MY CAR COMPLETELY SHUT DOWN. I LOST ALL POWER AND MY WHEEL LOCKED UP. I TRIED TO START IT AGAIN, NOTHING. I HAD TO TOWED TO MY LOCAL MECHANIC AND AFTER A FEW HOURS IT WAS DECLARED AS "CATASTROPHIC ENGINE FAILURE". KEEP IN MIND THE CAR HAS ONLY 61,000 MILES ON IT! AT THIS POINT I HADN'T TOWED TO KIA FOR INSPECTION AND THEY DETERMINED "COMPLETE ENGINE FAILURE". "SOMETHING HAS COME LOOSE INTERNALLY".
THIS ENGINE IS A OBVIOUS DEFECT.

**NHTSA ID Number:** 11311312
**Complaint Date** February 25, 2020
**Incident Date** February 21, 2020
**Consumer Location** FOUNTAIN, CO
**Vehicle Identification Number** KNAFW6A37D5****
**Summary of Complaint**

187

I WAS DRIVING TO WORK ON A SINGLE LANE HIGHWAY, AND HEARD FAINT TICKING/KNOCKING SOUNDS FROM THE ENGINE. THE HIGHWAY SPEED WAS 65MPH. AFTER A COUPLE MINUTES, THE FAINT TICKS GREW INTO HARD KNOCKS AND HARSH RATTLES AS I CLEARED THE TOP OF A HILL. I ENDED UP COASTING TO THE SHOULDER BECAUSE MY ENGINE ABRUPTLY LOST POWER AND TRIED STALLING. SINCE I KNEW MY BRAKE SYSTEM OPERATED WITH VACUUM ASSIST, I TAPPED THE GAS PEDAL TO KEEP THE ENGINE RUNNING AND HAD TO DOUBLE FOOT THE PEDALS TO BRAKE AND KEEP THE ENGINE FROM STALLING. AFTER I STOPPED ON THE SHOULDER,
THE ENGINE FINALLY DIED WHILE RATTLING EVEN HARDER. I TRIED STARTING THE ENGINE AGAIN, AND IT DID START, STILL RATTLING AND KNOCKING, SO I SHUT IT OFF. THE ENGINE HADN'T YET SEIZED UP. I TOOK IT TO THE DEALER I BOUGHT IT FROM, PER MY EXTENDED WARRANTY (NON-KIA DEALER). THEY WERE HAPPY TO HELP, BUT RECOMMENDED TALKING TO KIA AS A FIRST STEP. I DID SO, AND THEY DID OFFER TO TOW MY CAR TO THEIR OWN DEALERSHIP, NO CHARGE TO ME, SO THEY COULD INSPECT THE DAMAGE. I WAS TOLD THEY WOULD SEE WHAT COULD BE DONE ABOUT POTENTIALLY GETTING KIA MOTORS TO REPLACE THE ENGINE IF NEEDED, ON THEM, FREE TO ME. THIS DEALERSHIP IS ONE OF TWO IN MY CITY, AND THEY ARE THE NICER OF THE TWO IN TERMS OF CUSTOMER RELATIONS. I HAVE DEALT WITH EACH DEALER FOR VARIOUS REASONS OVER THE YEARS, AND THAT HAS BEEN MY CONSENSUS. I WILL BE WAITING TO SEE WHAT COMES OF THIS ISSUE, BUT THESE CARS THAT CAME WITH THE 2.4 ENGINE NEED TO BE ADDED TO HYUNDAI/KIA'S
2.4 ENGINE RECALL INSTEAD OF IGNORED.

**NHTSA ID Number:** 11315423
**Complaint Date** March 1, 2020
**Incident Date** February 21, 2020
**Consumer Location** SIOUX CENTER, IA
**Vehicle Identification Number** KNAFU5A27D5****
**Summary of Complaint**
2014 KIA FORTE WITH "TICKING" SOUND WHEN IDLING. DIAGNOSTIC PERFORMED BY A MECHANIC AS "PISTON SLAP". WAS TOLD TO IMMEDIATELY STOP DRIVING THE VEHICLE BECAUSE
THE ENGINE WOULD SOON FAIL AT ANY TIME.

**NHTSA ID Number:** 11319837
**Complaint Date** March 31, 2020

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                    Case No.

**Incident Date** March 30, 2020

**Consumer Location** CLARKSVILLE, MD

**Vehicle Identification Number** KNAFW6A32D5****

**Summary of Complaint**

MY LOCAL KIA DEALER HAS INFORMED ME THAT
THE ENGINE KNOCKING NOISE IN MY CAR IS A ROD BEARING OR
WRIST PIN FAILURE. THIS IS THE 2.4 LITER ENGINE THAT HAS HAD
RECALL ISSUES IN OTHER MODELS. THE DEALER HAS QUOTED $7,000
TO REPLACE THE ENGINE. KIA MOTORS HAS REFUSED TO COVER
THE ENGINE SINCE I AM THE SECOND OWNER. THESE ENGINES HAVE
A LONG HISTORY OF EARLY FAILURE. I AM AFRAID TO DRIVE THE
CAR NOW BECAUSE I DON'T KNOW WHEN THE ENGINE WILL FAIL.
POSSIBLY AT THE WORST POSSIBLE TIME. THIS IS A MAJOR SAFETY
ISSUE. THE CAR HAS BEEN WELL MAINTAINED, SO IT IS CLEARLY A
MANUFACTURING DEFECT. KIA MOTORS NEEDS TO BE HELD
ACCOUNTABLE FOR ALL THE ENGINES OF THIS TYPE.
CATASTROPHIC ENGINE FAILURE AT 85,000 MILES IS UNACCEPTABLE
IN MODERN CARS.

**NHTSA ID Number:** 11340172

**Complaint Date** July 18, 2020

**Incident Date** July 16, 2020

**Consumer Location** INDIANAPOLIS, IN

**Vehicle Identification Number** KNAFW6A3XC5****

**Summary of Complaint**

ENGINE HAS DEVELOPED A KNOCKING SOUND AT IDLE UPON COLD
START. SUSPECT CONNECTING ROD BEARINGS ARE FAILING, SIMILAR
TO THE CURRENT 2.0L THETA ENGINE RECALL. OIL AND FILTER HAS
BEEN CHANGED EVERY 5K MILES SINCE NEW. THE 2.4L THETA
II ENGINE NEEDS TO BE INCLUDED IN THE CURRENT RECALL.

**NHTSA ID Number:** 11349101

**Complaint Date** August 13, 2020

**Incident Date** November 19, 2019

**Consumer Location** ALBUQUERQUE, NM

**Vehicle Identification Number** KNAFT4A20C5****

**Summary of Complaint**

MARCH OF 2020 WE BAGAN NOTICING A KNOCKING NOISE COMING
FROM THE MOTOR UPON COLD STARTS WHICH INCREASES AS THE
IDLE SPEED INCREASES. ALSO MAKES THE SAME KNOCKING NOISE
WHILE ENGINE IS AT RUNNING TEMPERATURE. UPON FURTHER

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

INVESTIGATION IT HAS BEEN DETERMINED TO BE A CONNECTOR ROD OR CONNECTOR ROD BEARING ISSUE. THIS IS A KNOWN DEFECT OF THE THETA II MOTOR. ALSO AROUND THE SAME TIME THE VEHICLE HAD THE SAME PROBLEM AS RECALL SC158 BRAKE PEDAL STOPPER PAD. WE WERE INFORMED THAT IT WAS NOT A SAFETY ISSUE AND HAD TO PAY OUT OF POCKET FOR THE REPAIR EXPENSE. THE VEHICLE CAME OUT OF PARK WITH ENGINE OFF AND KEYS NOT IN IGNITION, ALMOST CAUSING COLLISION WHEN CAR ROLLED INTO STREET. AGAIN, KIA STATED THAT WAS NOT A SAFETY ISSUE. *LN*JB

**NHTSA ID Number:** 11376959
**Complaint Date** November 29, 2020
**Incident Date** July 1, 2019
**Consumer Location** PALMYRA, IN
**Vehicle Identification Number** KNAFU4A2XC5****
**Summary of Complaint**
DRIVING WHEN IT STALLED ALONG WITH MINOR SMOKING FROM ENGINE AREA ON SEVAERAL OCCASIONS. I CONTACTED MY LOCAL KIA TO SEE IF THEY MAY HAVE INSIGHT AS TO WHAT MIHJT BE THE CAUSE ONLY TO BE TOLD THEY WOULD NEED TO INDSPECT CAR ALONG WITH A HEFTY HOURLY FEE. AND WITHIN SEVERAL DAYS IT STALLED , THE ENGINE CAME ON THEN DIED. I TOWED CAR HOME. IT WOUL START AND RUN FOR APPR. 2 MINUTESWITH A VERY LOUD KNOCKING NOISE. I THEN HAD TO HAVE IT TOWED TO MECHANIC SHOP TO HAVE IT CHECKED TO BE TOLD IT WAS BLOWN DUE TO THROWED RODS AND WOULD NEED AN ENGINE REPLACEMENT WGICH I DID HAVE DONE. IT WAS BROUGHT TO MY ATTENTION BY THE SHOP TO THE ISSUES KIA HAD HAD AND WAS HAVING WITH THE THETA ENGINE AS THATS WHAT MY CAR HAD. IVE CONTACTED THE MAIN KIA OFFICE WITH MY ISSUE AND COMPLAINT ONLY TO BE TOLD MY CAR WAS NOT ON THE RECALL LIST AND THEY COULDD NOT ASSIST ME AND DECLINED ANY OTHER CALLS IVE TRIEDTO PLACE TO THEM.

**NHTSA ID Number:** 11377821
**Complaint Date** December 4, 2020
**Incident Date** June 2, 2018
**Consumer Location** ANTELOPE, CA
**Vehicle Identification Number** KNAFU4A28C5****
**Summary of Complaint**
BACK IN 2018 MY ENGINE CAUGHT FIRE AS I WAS DRIVING DOWN THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

HIGHWAY. I HAD TO GET MY CAR TOWED TO A SHOP AND THEY SAID THAT MY ENGINE NEEDED TO BE REPLACED. I?VE HAD KEPT REGULAR ROUTINE MAINTENANCE WITH THE VEHICLE. UPON FURTHER RESEARCH THE 2012 FORTE USES HYUNDAI AND KIA?S ?THETA II? ENGINE. THE THETA II ENGINES COULD HAVE CATASTROPHIC FAILURE DUE TO A MANUFACTURING PROCESS ISSUE. SURE ENOUGH I DID INDEED HAVE ENGINEFAILURE AND HAD TO PAY AN ARM AND A LEG TO REPLACE MY ENGINE. NOW I FEAR THAT THIS SECOND ENGINE. WILL FOLLOW SUIT. ONLY SOME MODELS FELL UNDER THE RECALL BUT KIA REALLY NEEDS TO CONSIDER THE 2012 FORTE MODELS AND ANY OTHER MODEL THAT FALLS IN RANGE. DEFINITELY A SAFETY ISSUE AND KIA NEEDS TO BE RESPONSIBLE! I HAD TO CALL EMERGENCY SERVICES TO RESPOND TO MAKE SURE THE FIRE WENT OUT.

**NHTSA ID Number:** 11378606
**Complaint Date** December 9, 2020
**Incident Date** November 23, 2020
**Consumer Location** FAYETTEVILLE, NC
**Vehicle Identification Number** KNAFU4A24D5****
**Summary of Complaint**
THERE WAS A KNOCKING NOISE COMING FROM UNDERNEATH THE HOOD OF MY CAR AND I COULD SMELL SMOKE. WHEN I LIFTED THE HOOD, I COULD SEE SMOKE ARISING FROM UNDERNEATH THE HOOD. UNSURE WHY MY CAR HAD BEGUN SMOKING, I CALLED FOR A TOW TRUCK TO COME GET MY CAR BECAUSE I DIDN'T KNOW WHAT WAS WRONG AND IF IT WOULD CATCH FIRE. I HAD THE TOW COMPANY TAKE MY CAR TO A MECHANIC FOR HIM TO IDENTIFY WHY MY CAR WAS SMOKING. WHEN THE MECHANIC LOOKED AT MY CAR, IT WAS NO LONGER SMOKING. WHEN I GOT INTO MY CAR TO BEGIN DRIVING I CONTINUED TO HEAR THE KNOCKING NOISE UNDERNEATH MY HOOD. I WAS NOT ABLE TO GO THE FULL SPEED LIMIT AS THE NOISE GREW LOUDER, AND HAD TO DRIVE UNDER THE SPEED LIMIT. AS I BEGAN DRIVING, MY OIL LIGHT CAME ON. WHEN I STOPPED AT THE RED LIGHT, MY ENGINE AND BATTERY LIGHTS CAME ON. WHEN THE LIGHT TURNED GREEN AND I TRIED TO PROCEED, AND MY CAR WOULD NOT MOVE. IT WAS COMPLETING STOPPED AND NON-OPERATIONAL. THIS SCARED ME BECAUSE IT WAS DARK, I WAS IN THE MIDDLE OF RUSH HOUR TRAFFIC ON ONE OF THE BUSIEST STREETS IN MY AREA, AND I HAD MY YOUNG SON IN THE CAR WITH ME. MY FATHER AND A POLICE OFFICER ARRIVED TO ASSIST ME WITH MOVING MY CAR OUT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

191

OF TRAFFIC. I HAD TO HAVE A TOW SERVICE COME GET MY CAR AND TAKE IT BACK TO THE MECHANIC. AFTER EXPLAINING TO THE MECHANIC WHAT HAPPENED AND HIM REVIEWING THE CAR TO DETERMINE WHY IT HAD ABRUTLY SHUT OFF, I WAS TOLD THAT THE ENGINE HAD LOCKED UP. I HAD TO HAVE MY CAR TOWED TO MY HOME BECAUSE IT WAS NO LONGER OPERATIONAL.

**NHTSA ID Number:** 11383231
**Complaint Date** December 13, 2020
**Incident Date** December 4, 2020
**Consumer Location** BALTIMORE, OH
**Vehicle Identification Number** KNAFW6A31C5****
**Summary of Complaint**
ABOUT A WEEK AGO CAR WAS RUNNING FINE EXCEPT IT WOULD SHUT OFFF WHILE DRIVEING ON OCCASION AND THROWING NO CODES SO MATT TAYLOR KIA COULD T FIGURE OUT WHAT TO DO WITH IT..THE CAR HAS DEVELOPED A VERY LOUD KNOCKING NOISE ,PUTTING OFF A VERY BAD SMALL AND SMOK E OUT THE EXHAUST,AND RECENT OIL CHANGE AND WE CHECK THE DIP STICK AND OIL IS BEYOND LOW WICH DID NOT MAKE ANY SENSE.THE CAR HAS THE 2.4 ENGINE WICH SADLY IS NOT ON THE RECALL LIST DESPITE MANY REPORTS OF THE SAME SYMPTOMS THAT ULTIMATELY LEAD TO ENGINE FIRES.I REFUSE TO LET MY SON GET BACK IN HIS VEHICLE THIS CAR NEEDS ADDED TO THE MASSIVE RECALL LIST ON KIA MOTORS ASAP BEFORE PEOPLE ARE KILLED

**NHTSA ID Number:** 11384011
**Complaint Date** December 18, 2010
**Incident Date** December 16, 2020
**Consumer Location** FONTANA, CA
**Vehicle Identification Number** KNAFU4A25C5****
**Summary of Complaint**
DROVE MY 2012 KIA FORTE FOR ABOUT HALF A MILE AROUND OUR STREET AND I STARTED SMELLING BURNING ODOR AND BEFORE I COULD GUESS, WHERE THE SMELL WAS EMANATING FROM, I SAW HEAVY SMOKE COMING OUT FROM THE FRONT AND SIDE OF THE HOOD. I FRANTICALLY MANAGED TO STOP AND PARK. I TRIED TO OPEN THE HOOD BUT I COULDN'T. AFTER MANY TRIES WITH THE HEAT I FINALLY OPENED IT. AS THE SMOKE WAS COMING FROM THE ENGINE, I REALIZED IT WAS VERY HOT, WHILE OTHER PARTS OF THE WHOLE ENGINE COMPARTMENT WAS COOL. WHEN I TRIED TO

START IT AFTER 30 MINUTES, I SAW THE CHECK ENGINE SIGNAL ON THE DASHBOARD. I SIMPLY PARKED CAR ON THE CURVE, LOCKED IT TO FIND A TOW TRUCK. NEXT DAY CALLED KIA CONSUMER AFFAIRS DEPARTMENT AND THEY TOLD ME THAT MY CAR IS NOT PART OF THE RECALL, AFTER I GAVE THEM MY IN NUMBER. THEY SAID TO CHECK AFTER 1/27/21, THE DATE THE CURRENT RECALL WILL BE PUBLISHED. THEY SAID TO TAKE MY CAR FOR KIA DEALERSHIP AND PAY FOR REPAIRS. THEY THEY WILL REFUND ME IF IT IS PART OF THE RECALL ON 1/27/21.

**NHTSA ID Number:** 11384287
**Complaint Date** December 20, 2020
**Incident Date** December 18, 2020
**Consumer Location** WATERVLIET, NY
**Vehicle Identification Number** KNAFU4A20D5****
**Summary of Complaint**
I WAS DRIVING THE VEHICLE AT HIGHWAY SPEED AND IT BEGAN TO MAKE A LOUD KNOCKING NOISE, THE ENGINE INCREASINGLY BECAME LOUDER AND I LOST THE ABILITY TO ACCELERATE. THERE WAS A LOT OF TRAFFIC AROUND ME AND MY 9 YEAR OLD SON WAS IN THE CAR. WE WERE SCARED. I BARELY GOT THE VEHICLE TO THE BREAKDOWN LANE WHERE OTHER CARS AND TRACTOR TRAILERS WERE PASSING US ONLY FEET AWAY FROM US. THE VEHICLE WOULD NOT MOVE AT ALL AND THE ENGINE WAS IDLING ROUGHLY. I HAD THE CAR TOWED OFF OF THE HIGHWAY. FROM THE RESEARCH THAT I HAVE DONE OVER THE WEEKEND, IT SEEMS AS THOUGH MANY KIA FORTE EX OWNERS ARE EXPERIENCING THE SAME NIGHTMARE THAT I HAVE GONE THROUGH. THE ISSUES RECALL DOES NOT APPEAR TO INCLUDE THE EX MODEL WITH THE 2.0L ENGINE EVEN THOUGH SYMPTOMS ARE IDENTICAL IN EVERY INSTANCE. MY CAR HAS BEEN SERVICED REGULARLY SINCE IT WAS NEW AND ALWAYS MAINTAINED ACCORDING TO MANUFACTURERS RECOMMENDATIONS. ANY VEHICLE THAT LOSES THE ABILITY TO ACCELERATE IN TRAFFIC SHOULD BE DEEMED UNSAFE AND THE MANUFACTURER SHOULD MAKE GOOD ON THEIR PRODUCT. MANY OWNERS ARE EXPERIENCING THE SAME PROBLEMS AND BEING TOLD AT THE DEALERSHIP THAT COST WOULD BE THE OWNERS RESPONSIBILITY. HOWEVER, CERTAIN MODELS THAT ARE HAVING THE SAME ISSUE ARE COVERED UNDER THE GOVERNMENT MANDATED SAFETY RECALL.

**NHTSA ID Number:** 11384385

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                        Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Complaint Date** December 21, 2020
**Incident Date** September 25, 2020
**Consumer Location** PARLIN, NJ
**Vehicle Identification Number** KNAFW6A38D5****
**Summary of Complaint**
COMING HOME ON SEPTEMBER 25TH 2020 AT 1AM ON NJ TURNPIKE CAR STARTED TO TAP VERY LOUDLY AND LOST POWER AT 65 MPH.

CAR HAS 83,659 MILES.

CAR WAS TOWED TO DEALER ON SEPTEMBER 29TH ,2020

DEALER NOTIFIED US ON OCTOBER 1ST THAT THE ENGINE FAILED AND IT IS NOT COVERED UNDER ANY RECALL.

BOUGHT THE CAR WITH 21,530 AND WAS TOLD WE HAD THE FULL FACTORY WARRANTY.

CAR HAS FULL SERVICE RECORDS, VERY WELL MAINTAINED AND STILL LOOKS NEW.

KIA CONSUMER AFFAIRS HAS ESCALATED THIS CLAIM TWICE AND STILL REFUSES TO FIX.

THEY KNOW ABOUT THIS PROBLEM AND STILL WILL NOT HONOR THE REPAIR.

WE ALSO OWN AN 2013 OPTIMA THAT HAD SAME PROBLEM AT 90,000 AND THEY FIXED IT RIGHT AWAY.

CAR IS STILL SITTING AT DEALER FOR 83 DAYS NOW AND THEY ARE STARTING TO GET AGGRAVATED

**NHTSA ID Number:** 11386061
**Complaint Date** January 2, 2021
**Incident Date** December 17, 2020
**Consumer Location** EMERYVILLE, CA
**Vehicle Identification Number** KNAFU4A20C5****
**Summary of Complaint**
DEVELOPED A VERY SUBTLE TICKING NOISE IN 2018, HAPPENING MOSTLY AT LOW SPEEDS, GONE AFTER WARM UP. TOOK IT TO

194

DEALERSHIP (NAPLETON?S IN URBANA, IL), AND WAS TOLD THEY COULD NOT LOCATE ANY NOISE AND DIDN?T FIND ANY IMPACT ON DRIVABILITY. I CONTINUED DRIVING THE CAR, WITH REGULAR OIL CHANGES (ALL MY MAINTENANCE WAS DONE AT THE DEALER), UNTIL SEPTEMBER 2020, WHEN THE NOISE BECAME VERY VERY NOTICEABLE, AT ALL SPEEDS AND ALMOST CONSTANT. BECAUSE I HAD MOVED TO CALIFORNIA, I TOOK IT TO ANOTHER KIA DEALERSHIP IN OAKLAND AND THEY SAID THEY CAN INSTALL A USED ENGINE REPLACEMENT (WITH 30 K MILES ON IT ALREADY) FOR A MINIMUM OF 6200 BEFORE TAX. I THOUGHT THEY WERE KIDDING, TOOK IT TO AN INDEPENDENT MECHANIC BECAUSE THEY DIDN?T EVEN DO SO MUCH AS CHANGE THE OIL IN THAT VISIT.... WELL THE INDEPENDENT MECHANIC AGREES ON THE ROD BEARING BEING ON ITS WAY OUT AND THAT THE ENGINE CAN SEIZE AT ANY POINT. THE INDEPENDENT MECHANIC TORE DOWN THE ENGINE TO DIAGNOSE IT. I NOW HAVE TO PAY MORE THAN THE CAR?S WORTH TO ENSURE IT DOESN?T SEIZE AT HIGHWAY SPEEDS AND KILL SOMEONE, OR HAVE TO SELL IT FOR SCRAPS, DESPITE INSTALLING BRAKE PADS, ROTORS, A NEW EVAP CANISTER (CRACKED AND FAILED SMOG TEST IN CALIFORNIA)AND PURGE VALVE JUST THIS YEAR ALONE. THE VEHICLE IS DANGEROUS TO DRIVE NOW. KIA NEEDS TO FIX THIS. THESE ENGINES NEED TO BE REPLACED UNDER WARRANTY. FORUMS ARE FULL OF FAILED KIA FORTES FROM 2012, SOME MUCH EARLIER THAN MINE. 93.5K MILES SINCE BUYING IT IN AUGUST 2013).

**NHTSA ID Number:** 11386425
**Complaint Date** January 4, 2021
**Incident Date** September 23, 2020
**Consumer Location** GRAPEVIEW, WA
**Vehicle Identification Number** KNAFW5A35C5****
**Summary of Complaint**
MY CAR HAS A 2.4 L ENGINE IN IT THE ENGINE IS FAILING IT HAS A BEARING PROBLEM I HAVE IT AT KIA DEALERSHIP AND THEY?RE TELLING ME IT?S NOT INVOLVED IN THE RECALL AND I DON?T SEE HOW IT?S NOT BECAUSE IT?S THE 2012 2.4L AND AT THE SAME CAR SAME MOTOR AND THE SAME PROBLEM AS ME GOING ON.

**NHTSA ID Number:** 11388155
**Complaint Date** January 14, 2021
**Incident Date** December 16, 2020
**Consumer Location** TULSA, OK

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

**Vehicle Identification Number** KNAFW6A31D5****
**Summary of Complaint**
TL* THE CONTACT OWNS A 2013 KIA FORTE. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, AN ABNORMAL NOISE APPEARED AS THE ENGINE WARNING LIGHT ILLUMINATED. THE CONTACT MANAGED TO DRIVE THE VEHICLE BACK TO HIS RESIDENCE WHERE THE VEHICLE STALLED. THE VEHICLE WAS TAKEN TO FERGUSON KIA (1501 N ELM PLACE, BROKEN ARROW, OK 74012, (918) 258-1800) WHERE IT WAS DIAGNOSED THAT THE ROD BEARING FAILED AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT THE VIN WAS NOT UNDER RECALL. THE CONTACT MENTIONED NHTSA CAMPAIGN NUMBER: 20V750000 (ENGINE)AS A POSSIBLE SOLUTION TO THE FAILURE HOWEVER, THE VIN WAS NOT INCLUDED. THE FAILURE MILEAGE WAS APPROXIMATELY 133,000.

**NHTSA ID Number:** 11388752
**Complaint Date** January 19, 2021
**Incident Date** December 21, 2020
**Consumer Location** SALISBURY, NC
**Vehicle Identification Number** KNAFW4A36D5****
**Summary of Complaint**
2013 KIA FORTE SEDAN, 2.4L THETA II, MY MPI ENGINE

APPROX. 98K MILES (DEC 18 2020), LIGHT TICKING WAS OBSERVED WHILE DRIVING AS USUAL. THIS TICKING QUICKLY ESCALATED (DEC 21, 2020) TO THE POINT OF STOPPING THE CAR AND NOT DRIVING ANY FURTHER. THE CAR WAS TOWED TO AN ASE SHOP TO LOOK INTO THE ISSUE (DEC 25, 2020). WITHIN A FEW DAYS (DEC 28 - JAN 31) IT WAS DIAGNOSED AS INTERNAL ENGINE DAMAGE HAVING METAL IN THE OIL AND FILTER. BASED ON MY RESEARCH, I HAVE FOUND OTHER COMPLAINTS, FORUMS AND RELATED RECALLS POINTING TO THE FACT THAT THIS IS A COMMON PROBLEM. HOWEVER, TO DATE (JANUARY 18, 2021) THERE IS NO ACTIVE RECALL ON THIS PARTICULAR PLATFORM. ACCORDING TO THE INFORMATION I HAVE FOUND, KIA IS TO ANNOUNCE A RECALL (JANUARY 27, 2021) OF THIS SPECIFIC SERIES OF ENGINES AS WELL. CURRENTLY THE DEALER FROM WHERE THE CAR WAS PURCHASED HAS NOT MADE ANY EFFORT TO FACILITATE THIS ENGINE PROBLEM. ONLY THE FACT THAT THE SERVICE DEPT HAS AGREED TO KEEP THE CAR UNTIL MORE

196

RECALL INFORMATION IS AVAILABLE. PLEASE HELP WITH INFORMATION OR CONTACT TO FACILITATE A SOLUTION TO THIS MANUFACTURER DEFECT.

THIS CAR HAS BEEN EXTREMELY WELL KEPT WITH REGULAR OIL CHANGES AND ROUTINE MAINTENANCE PRACTICES.

## **MY2012-2013 Kia Forte Koup**

**NHTSA ID Number:** 11022093
**Complaint Date** September 7, 2017
**Incident Date** August 12, 2017
**Consumer Location** GRAFTON, OH
**Vehicle Identification Number** KNAFW6A31C5****
**Summary of Complaint**
BOUGHT MY CAR USED FROM A DEALERSHIP AND AM THE SECOND OWNER. CAR ONLY HAD 36K MILES WHEN PURCHASED. THE DEALERSHIP ALSO SOLD ME A BOGUS WARRANTY FOR $2,995.00 FOR 36 MONTHS 60K MILES WHEN THE MANUFACTURE WARRANTY GAVE ME 5 YEARS/60K. WHILE DRIVING DOWN THE ROAD THIS KNOCKING STARTED IN THE ENGINE AND IT WAS LOUD SO I PULLED OFF THE SIDE OF THE ROAD HAD IT TOWED HOME. AFTER A FEW PHONE CALLS I HAD IT TOWED TO A KIA DEALERSHIP WHO SAID THERE WAS A PROBLEM WITH THE BOTTOM OF THE ENGINE AND IT WOULD NEED A NEW ENGINE. I'M PRETTY PISSED ABOUT THIS SITUATION BECAUSE KIA AND THE DEALERSHIP WANT TO TAKE NO OWNERSHIP FOR THIS VEHICLE DESPITE ALL THE REPORTS I'VE READ ON LINE ABOUT PEOPLE HAVING THE SAME PROBLEM. MY CAR HAS 84K ON IT NOW BUT FAITHFUL OIL CHANGES HAVE BEEN DONE SINCE I'VE OWNED THE CAR. OF COURSE IT'S OUT OF WARRANTY AS THAT ENDED AT 60K. THERE IS A RECALL FOR THE EXACT SAME ENGINE IN OTHER KIA CARS BUT NOT THIS ONE AND I WISH I KNEW WHY. MINE HAS A THETA II - 2.4L DUAL OVERHEAD CAM WITH A DOHC ENGINE AND THE RECALLS ARE FOR A THE EXACT SAME ENGINE EXCEPT IT'S CALLED A GDI ENGINE. WHAT THE HECK IS THE DIFFERENCE IF THEY ALL KEEP BLOWING - IT'S THE EXACT SAME DAMN ENGINE. BOTTOM LINE IS THAT I STILL OWE APPROXIMATELY 12K ON THE DAMN CAR - NO ONE WANTS TO FIX IT AT NO COST TO ME AND IT COULD COST ME AROUND 8K TO FIX IT. RIDICULOUS TO KEEP PAYING FOR A CAR YOU CAN'T AFFORD TO FIX AND OR DRIVE. SOMETHING NEEDS TO BE DONE ABOUT THIS PROBLEM. GOOD LUCK TO ALL KIA OWNERS OUT THERE -

CLASS ACTION COMPLAINT                                         Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

I WILL NEVER BUY ANOTHER ONE.

**NHTSA ID Number:** 11030234
**Complaint Date** September 27, 2017
**Incident Date** September 23, 2017
**Consumer Location** LEBANON, OR
**Vehicle Identification Number** KNAFW6A33C5****
**Summary of Complaint**
ROD BEARING FAILURE ON A 2012 KIA FORTE KOUP 2.4L ENGINE AT
APPROX. 93,300 MILES WITH NO PRIOR ISSUES. ENGINE WAS PROPERLY
MAINTAINED AND NEVER ABUSED. BEGAN RATTLING WHILE DRIVING
NORMALLY ON THE FREEWAY AND WAS SUBSEQUENTLY
DETERMINED TO BE THE #2 PISTON HITTING THE HEAD. NO PRIOR
INDICATION OF ANYTHING WRONG, NO UNUSUAL ENGINE NOISE, NO
"IDIOT" LIGHTS, NO MISFIRE, NO VIBRATION, NOTHING, JUST A
SUDDEN PULSING NOISE THAT WAS FIRST THOUGHT TO BE THE
EXHAUST SOUND FROM A PASSING HARLEY.

**NHTSA ID Number:** 11052835
**Complaint Date** December 6, 2017
**Incident Date** October 13, 2017
**Consumer Location** SPRING HILL, FL
**Vehicle Identification Number** KNAFW6A39D5****
**Summary of Complaint**
ON 10/13/17, MY SON WAS DRIVING HOME ON THE FL TURNPIKE FROM
COLLEGE WHEN HIS ENGINE SEIZED. LUCKY HE WAS NOT SERIOUSLY
INJURED OR KILLED. HAD CAR TOWED TO THE NEAREST KIA
ORLANDO W DEALER, FOUND OUT THE ENGINE ROD WAS BLOWN
THROUGH TOP AND BOTTOM OF BLOCK. ENGINE WAS REPLACED
WITH A SHORT BLOCK AND REUSED PARTS. DURING TEST DRIVE CAR
STALLED DUE TO A TIMING CHAIN FAILING. REPLACED TIMING
CHAIN, THEN THE IGNITION COIL WENT AND HAD TO BE REPLACED.
NEXT, THE CAR BEGAN TO MISFIRE AND THEY REPLACE ALL 4 FUEL
INJECTORS. THEN TOLD CYLINDER 2 FAILED THE COMPRESSION TEST
WHICH MEANS THE NEW MOTOR FAILED. KIA SENT NEW HEADS TO A
MACHINE SHOP AFTER SEVERAL WEEKS WE WERE TOLD THEY WERE
BAD AND HAD TO ORDER NEW ONES. NOW WAITING ON NEW HEADS
TO ARRIVE BE SENT BACK TO THE MACHINE SHOP THE REPLACED ON
EXISTING BLOCK. STILL WITH OUT A CAR NEARLY 2 MONTHS LATER. I
SEE KIA HAD SEVERAL RECALLS BUT NOT ON THE FORTE... THE KIA
FORTE CONTAINS THETA II 2.4-LITER ENGINE. CURRENTLY, THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

198

SAME ENGINE IN THE HYUNDAI SONOTA WHICH WAS
MANUFACTURED BY THE SAME COMPANY WAS RECALLED IN THE
2013 - 2014 CARS. VERY FRUSTRATED WITH KIA'S PROCESS THE FACT
THAT WHEN WE ASK FOR DOCUMENTATION THEY WILL NOT
PROVIDE. SENT US A PRELIMINARY INVOICE WITH A MAJORITY OF
THE INFORMATION MISSING. WE DO HAVE DOCUMENTATION OF
PROOF. OUR SON HAS BEEN WITHOUT A CAR AT COLLEGE FOR 2
MONTHS.

**NHTSA ID Number:** 11099888
**Incident Date** May 31, 2018
**Consumer Location** NORTH LAS VEGAS, NV
**Vehicle Identification Number** KNAFW6A35C5****
I AM THE ORIGINAL OWNER OF A 2012 KIA FORTE KOUP SX WITH THE
2.4 LITER THETA II ENGINE THAT IS BEING RECALLED ON A LIMITED
BASIS BY KIA UNDER NHTSA SC147. A WEEK WHILE MERGING WITH
FASTER TRAFFIC MY ENGINE DIED FORCING ME INTO A VERY
DANGEROUS SITUATION TRYING TO CROSS SEVERAL LANES OF MUCH
FASTER MOVING TRAFFIC WITH A DEAD ENGINE. I CAME TO A STOP IN
THE CENTER LANE AND HAD SEVERAL VERY CLOSE CALLS BEFORE
OTHER VEHICLES HAD TO SWERVE AT THE LAST SECOND TO AVOID
HITTING ME. MUCH LIKE THE COUNTLESS OTHER EXAMPLES OF
VEHICLES EQUIPPED WITH THE THETA II ENGINE SEIZING OR
SPINNING ROD BEARINGS MY ENGINE SEIZED SOLID EVEN THOUGH I
METICOUSLY FOLLOWED THE PRESCRIBED MAINTENANCE
INTERVALS KIA SUGGESTS. AFTER DOING A LITTLE RESEARCH I WAS
DISMAYED TO SEE HOW WIDE SPREAD THIS ISSUE IS AND CANNOT
FATHOM WHY KIA IS PERMITTED TO ONLY RECALL SOME VEHICLES
WITH THIS SAME ENGINE AND NOT OTHERS.

I VERY STRENUOUSLY URGE THE NHTSA TO EXPAND UPON RECALL
SC147 TO INCLUDE ALL VEHICLES WITH THIS ENGINE BEFORE OTHER
INJURIES OR DEATHS OCCUR AS I COULD HAVE VERY EASILY
SUSTAINED. THERE SHOULD BE NO EXCUSE AND NO DEFENDING OF
KIA'S POSITION THAT THIS ENGINE ONLY FAILS DUE TO
MANUFACTURING FLAWS ON SOME MODELS AND NOT OTHERS
MODELS WHEN THEY BOTH USE THE SAME ENGINE WHEN ALL ONE
MUST DO IS TO DO A QUICK GOOGLE SEARCH TO SEE COUNTLESS
EXAMPLES OF AMERICAN CONSUMERS BEING LEFT WITHOUT
ASSISTANCE TO FACE THE MANUFACTURER TO GET THESE ISSUES
RESOLVED.

CLASS ACTION COMPLAINT                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

IT IS YET TO BE SEEN IF KIA APPROPRIATELY MAKE ALL NECESSARY REPAIRS TO MY VEHICLE EITHER UNDER THE 10 YEAR/100,000 MILE LIMITED WARRANTY (MY VEHICLE IS 6 YEARS OLD WITH 80,000 MILES) OR UNDER RECALL SC147; HOWEVER, BASED UPON WHAT I REPEATEDLY AM FINDING, KIA WILL TRY DENYING REPAIRS, DEMANDING ALL MAINTENANCE RECEIPTS AND GENERALLY MAKING IT AS DIFFICULT AS POSSIBLE FOR CONSUMERS TO GET WARRANTY WORK DONE.

**NHTSA ID Number:** 11103921
**Complaint Date** June 25, 2018
**Incident Date** December 19, 2017
**Consumer Location** LUFKIN, TX
**Vehicle Identification Number** KNAFW6A33D5****
**Summary of Complaint**
WE BOUGHT THIS 2013 KIA FORTE KOUP IN OCTOBER 2014. IT HAD 29,000 MILES ON IT. WE HAD IT SERVICED REGULARLY AND ON SCHEDULE. MY DAUGHTER WAS DRIVING HOME FROM COLLEGE ON DECEMBER 19, 2017 AND HER CAR STARTED SMOKING, SHAKING AND LOST ALL POWER WHILE DRIVING 70 MPH. THE CAR HAD 73,405 MILES ON IT. AFTER HAVING THE VEHICLE TOWED AT MY EXPENSE BACK TO OUR DEALERSHIP IN LUFKIN, TX, I RESEARCHED WHAT SHE DESCRIBED AND IT WAS IDENTICAL TO THE ENGINE FAILURES EXPERIENCED BY THE KIA OPTIMAS AND SORENTOS THAT WERE RECALLED. AFTER CONSULTATION WITH THE SERVICE DEPARTMENT IT WAS DECIDED THE BEST COURSE OF ACTION WOULD BE TO REPLACE THE BLOCK. ACCORDING TO KIA IT WOULD TAKE A COUPLE OF WEEKS TO GET THE BLOCK IN. WE CHOSE TO SEND HER BACK TO SCHOOL IN OUR PERSONAL FAMILY VEHICLE. 2 WEEKS TURNED INTO 5 MONTHS. THE KIA SERVICE MANAGER UPON BEGINNING REPAIR IN MAY 2018, SAID THE ENGINE EXPERIENCED A MANUFACTURE'S DEFECT FULL CATASTROPHIC FAILURE SIMILAR TO THE OPTIMAS AND SORENTOS EVEN THOUGH THE FORTE WAS NOT RECALLED. BECAUSE OF THE SEVERITY OF THE FAILURE MULTIPLE ENGINE COMPONENTS HAD TO BE REPLACED BESIDES THE BLOCK. TOTAL INVOICE: LABOR $2464 PARTS $7435.34 TAX $613.42. TOTAL COST $9762.76 NADA VALUE OF CAR $9600. KIA CONSUMER SERVICE RESPONSE: INITIAL OFFER $1500, FINAL OFFER $2461.70 (PRICE OF THE REMAN ENGINE). NOT TO MENTION LOSS OF USE FOR 5 MONTHS.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

KIA SERVICE MANAGER SAID THE ENGINE DID NOT SHOW ANY SIGN OF USER NEGLECT AND THAT THE FAILURE OF THE ENGINE WAS 100% MANUFACTURE DEFECT.

**NHTSA ID Number:** 11109698
**Complaint Date** July 5, 2018
**Incident Date** June 1, 2018
**Consumer Location** Unknown
**Vehicle Identification Number** KNAFW6A32D5****
**Summary of Complaint**
NHTSA RECALL SC147

2013 KIA FORTE KOUP HAS THE EXACT SAME THETA II ENGINE AS DESCRIBED IN THE RECALL FOR THE 2011-2014 OPTIMA, 2012-2014 SORENTO, AND 2011-2013 SPORTAGE MODELS. THE ENGINE WAS TRAVELLING AT HIGHWAY SPEEDS, LOST POWER, AND PROCEEDED TO SEIZE EXACTLY AS DESCRIBED IN THE RECALL ABOVE. WHEN THE VEHICLE WAS STOPPED, SMOKE PROCEEDED TO POUR OUT OF THE ENGINE HOOD AROUND THE HEAD GASKET. SMELL OF BURNING FILLED THE CABIN. TAKEN TO DEALERSHIP AND WAS TOLD THAT IT WAS HAPPENING ON OTHER MODELS BUT A RECALL DID NOT INCLUDE MY MODEL. ENTIRE EXPENSE WAS A MONTH LONG PROCESS STARTING JUNE 1. REPLACEMENT OF ENTIRE MOTOR REQUIRED, COSTING $6200.

**NHTSA ID Number:** 11120443
**Complaint Date** August 16, 2018
**Incident Date** July 25, 2016
**Consumer Location** NORCO, CA
**Vehicle Identification Number** KNAFW6A34C5****
**Summary of Complaint**
ON 7/23/2016(MILAGE 108000) I WAS DRIVING MY 2012 KIA FORTE SX KOUP TO WORK TRAVELING 70 MPH ON THE HIGHWAY. 2 MILES FROM WORK I BEGAN TO HEAR A LOUD KNOCKING SOUND . ARRIVING AT WORK I DID A QUICK ENGINE INSPECTION BUT COULD NOT FIND ANYTHING VISUALLY WRONG (LEAKS, SMOKE, LOOSE PARTS) LATER THAT MORNING I RETURNED TO MY CAR TO TEST THE ENGINE AND COULD HEAR THE SAME NOISE. I DECIDED IT WOULD BE BEST TO HAVE IT TOWED TO A MECHANIC.

VEHICLE WAS NOT INSPECTED UNTIL 07/25/16. MECHANIC SAID

201

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THE ENGINE NEEDED TO BE REPLACED AFTER DISCOVERING A BAD ROD.

MECHANIC ALSO CONTACTED KIA TO SEE IF BY CHANCE THEY WOULD OFFER AND EXTENDED WARRANTY, BUT KIA WOULD NOT REPAIR ENGINE SINCE IT HAD PASSED THE 100000 MILE WARRANTY. (JUST 8000 MILES OVER WARRANTY !!!!!!)

MY WIFE AND I DECIDED TO BITE THE BULLET AND HAVE THE ENGINE REPAIRED. $4300 AND ONE WEEK LATER MY VEHICLE WAS RETURNED TO ME.

I NOW SEE ALL OF THESE NEWS STORIES ABOUT KIA CATCHING FIRE AND OTHER HORROR STORIES ON THE NHTSA WEBSITE ABOUT THE SAME EXPERIENCE OTHERS HAVE GONE THROUGH .

I AM EVEN MORE OUTRAGED THAT IT COULD STILL HAPPEN TO ME AND THE FACT THAT THERE IS A CURRENT RECALL FOR THE AIRBAGS AND SEAT BELTS BUT NOT THE ENGINE!!!!!!!!!!!

PLEASE DO SOMETHING!!!!!!

**NHTSA ID Number:** 11130879
**Complaint Date** September 24, 2018
**Incident Date** August 28, 2018
**Consumer Location** WACO, KY
**Vehicle Identification Number** KNAFW6A39D5****
**Summary of Complaint**
BACK IN JUNE 2018, I WAS DRIVING ALONG THE INTERSTATE, RUNNING ABOUT 75 AND HEARD WHAT SOUNDED LIKE A FLAPPING NOISE THEN ALL THE DASH BOARD LIGHTS CAME ON AND THE CAR STALLED. HAD TO GET IT TOWED BACK HOME. COME TO FIND OUT THE MOTOR HAD SEIZED UP. I'VE READ NUMEROUS COMPLAINTS ON THE 2.4 ENGINE IN THE KIA'S BUT NONE HAVE MADE IT TO THE RECALL LIST WHEN THEY ARE DOING THE SAME THING THAT THE MOTORS IN THE OPTIMAS, SORENTO AND SPORTAGE. HOW IS THE FORTE ANY DIFFERENT WHEN THEY HAVE THE SAME MOTOR.

FOUND A USED MOTOR OUT OF A 2013 KIA FORTE KOUP SX THAT HAD 39,000 MILES ON IT. BOUGHT AND INSTALLED IT. PUT RIGHT AT 4,100 MILES ON IT AND LOW AND BEHOLD, IT DID THE SAME THING. EXCEPT

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

THIS TIME I WAS COMING OFF THE INTERSTATE ON A CURVE OFF RAMP WITH THE CAR STALLED ON ME. LUCKILY I WAS ABLE TO GET IT STARTED THIS TIME TO MAKE IT HOME. SO NOW I HAVE ANOTHER BAD ENGINE AND MY CAR IS JUST SITTING UNTIL I CAN SAVE UP AND FIND ANOTHER ENGINE. THIS TIME, I'LL PROBABLY PAY EXTRA TO HAVE A COMPLETELY REMANUFACTURED ENGINE. TIRED OF PLAYING RUSSIAN ROULETTE WITH THESE USED KIA ENGINES.

**NHTSA ID Number:** 11140398
**Complaint Date** October 15, 2018
**Incident Date** October 2, 2018
**Consumer Location** SPRING HILL, TN
**Vehicle Identification Number** KNAFW6A35C5\*\*\*\*
**Summary of Complaint**
WHILE DRIVING, ENGINE MADE A SOUND LIKE A TICKING NOISE THEN JUST BLEW. OIL ALL OVER THE ENGINE BAY AND GROUND. A LOT OF SMOKE COMING FROM UNDER THE HOOD. WOULD NOT START OR DO ANYTHING. GLAD IT DIDN'T CATCH FIRE WITH ALL THE OIL EVERYWHERE. HAD TO HAVE IT TOWED. TOOK IT TO MECHANIC, COME TO FIND OUT THE ENGINE HAD SEIZED UP. THIS HAPPEN WHILE DRIVING ON HIGHWAY. SPEED LIMIT 70. IT WAS LIKE THE ENGINE WENT BOOM. GLAD I WAS IN THE RIGHT LANE TO BE ABLE TO GET THE CAR OVER TO THE SIDE. LOST ALL POWER AND UNABLE TO CONTROL CAR. MECHANIC HAD TO ORDER AND WAITING ON USED ENGINE COMING FROM CALIFORNIA TO PUT INTO CAR. WILL COST 4000.00 FOR THIS REPAIR. STILL OWE ON THIS CAR TOO.

**NHTSA ID Number:** 11162833
**Complaint Date** December 20, 2018
**Incident Date** December 17, 2018
**Consumer Location** KENNEWICK, WA
**Vehicle Identification Number** KNAFW6A31C5\*\*\*\*
**Summary of Complaint**
WHILE DRIVING AT 70MPH ON THE HIGHWAY HEARD A TAPPING SOUND FROM THE ENGINE. TOWED TO THE KIA DEALERSHIP. MECHANIC FOUND THAT THE CONNECTING ROD BEARING FAILED, RUINING THE ENGINE (2.4L). QUOTED $6,000 FOR REPAIR. 82,000 MILES. ALL MAINTENANCE DONE ON TIME. DEALER AND KIA CORPORATE DENIED ANY HELP OR THAT THE 2.4L WAS DEFECTIVE AT MANUFACTURE.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                          Case No.

**NHTSA ID Number:** 11165530
**Complaint Date** January 4, 2019
**Incident Date** December 25, 2018
**Consumer Location** KNOXVILLE, TN
**Vehicle Identification Number** N/A
**Summary of Complaint**
MY KIA FORTE KOUP 2013 SX HAS ENGINE FAILURE WITH NO NOTICE. MY SON WAS DRIVING 73MPH ON THE INTERSTATE AND ALMOST LOST HIS LIFE TRYING TO GET THE CAR TO THE SIDE OF THE ROAD. THE CAR WOULD NOT TURN OVER AFTER SAID FAILURE. MY CAR HAS 92K MILES AND I AM THE SECOND OWNER. I HAVE HAD ALL MAINTENANCE DONE AT KIA ON TIME AND AS RECOMMENDED. DEALER TELLS ME THAT CONNECTING ROD PIERCED A WHOLE IN MY ENGINE BLOCK AND WANT $4800.00 + TAX TO INSTALL A USED ENGINE WITH 76K MILES ON IT. I AM GUESSING THAT IS KIA IS NOW DOING A 200K WARRENTY AS THEIR PRODUCTS ARE JUNK.

**NHTSA ID Number:** 11174951
**Complaint Date** February 7, 2019
**Incident Date** February 5, 2019
**Consumer Location** LEHIGH ACRES, FL
**Vehicle Identification Number** KNAFW6A37D5****
**Summary of Complaint**
THE CAR STARTED DRIVING SLUGGISH OUT OF NOWHERE AND I TOOK IT IN TO A MECHANIC WHO TOOK IT OUT FOR A TEST DRIVE WHERE IT ALL OF A SUDDEN STARTED SMOKING AND THE ENGINE SEIZED UP WHILE IN MOTION. THE CAR HAD ITS OIL CHANGE AND WAS WELL TAKEN CARE OF BEFORE THIS HAPPENED.

**NHTSA ID Number:** 11183098
**Complaint Date** February 28, 2019
**Incident Date** January 21, 2019
**Consumer Location** CRAWFORDVILLE, FL
**Vehicle Identification Number** N/A
**Summary of Complaint**
MY MOTOR SLUNG A ROD WITHOUT REASON AT 90K MILES. I HAVE THE SAME 2.4 LITER MOTOR IN MY KIA FORTE AS THE MOTORS PREVIOUSLY RECALLED IN THE OPTIMAS. THE JUST FOUND THAT THIS ENGINE FAILURE IS HAPPENING IN THE 1.6 LITER SOULS AS WELL YET THEY REFUSE TO FIX MY CAR BECAUSE THE CAR ITSELF ISN'T LISTED UNDER THE RECALL. PLEASE HELP! I WAS DRIVING ABOUT 50

204

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1
2
3
4
5
6
7
8
9

MPH DOWN THE HWY WHEN ALL OF A SUDDEN I HEARD A LOUD "THUNK" AND A LIGHT TAPPING FROM THE ENGINE. NO DASH LIGHTS EVER CAME ON, THE CAR NEVER RAN HOT, AND I HAD PLENTY OF OIL BUT JUST TO BE SAFE I PULLED OVER ANYWAYS. I HAD A MECHANIC COME MEET ME ON THE SIDE OF THE ROAD TO TAKE A LOOK AT IT TO BE SRE IT WAS OK TO DRIVE AND WHEN HE JACKED THE CAR UP OIL CAME POURING OUT AND HE COULD SEE A VISIBLE 4 INCH HOLE IN THE BLOCK WHERE A ROD HAD SEEMINGLY SLUNG WITHOUT REASON. I TOOK IT UP TO KIA TO GET IT REPLACED AS THE MOTOR WAS UNDER RECALL AND NOT ONLY DID THEY NOT REPLACE IT BECAUSE THEY SAID IT WAS A "DIFFERENT MODEL # OF THE 2.4 LITER MOTOR" BUT THEY ALSO CHARGED ME $125 BUCKS JUST TO LOOK AT IT AND TELL ME THEY WEREN'T GOING TO FIX IT.

10
11
12
13
14
15
16
17
18
19
20
21
22
23

**NHTSA ID Number:** 11217999
**Complaint Date** June 5, 2019
**Incident Date** March 5, 2018
**Consumer Location** WACO, KY
**Vehicle Identification Number** KNAFW6A39D5****
**Summary of Complaint**
THETA II ENGINE RECALL. A YEAR AND A HALF AGO, I WAS DRIVING DOWN THE INTERSTATE AND ALL OF A SUDDEN ALL THE DASH LIGHTS CAME ON AND THE CAR LOST ALL POWER. I WAS LUCKILY ABLE TO GUIDE IT OFF THE INTERSTATE TO A SAFE SPOT ON THE SIDE. THE CAR WOULDNT STARY BACK AT ALL. COME TO FIND OUT, THE RODS FAILED AND LOCKED THE ENGINE UP. WHEN IT FIRST HAPPENED, ONE OF THE THINGS I DID WAS CHECK EVERYTHING UNDER THE HOOD INCLUDING THE OIL. THE OIL WAS FULL. AFTER READING ALOT ON THIS ISSUE, THERE IS ALOT OF KIA FORTE AND FORTE KOUP THAT HAD THE SAME ISSUE BUT YET THEY WONT INCLUDE THEM IN THE RECALL. IT HAS THE SAME ENGINE IN IT AS THE OTHER KIA'S THAT GOT RECALLED SO WHAT MAKES THEM ANY DIFFERENT.

24
25
26

I REPLACED THE FIRST ENGINE WITH A USED ONE AND I PUT 4K MIKES ON IT AND IT DID THE SAME THING SO ANOTHER $4,000 LATER, I PURCHASED A REMANUFACTURED ENGINE. IT'S BEEN AN EXPENSIVE FIX OUT OF MY OWN POCKET WHEN IT SHOULDNT HAVE BEEN.

27
28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                    Case No.

### 3. Defendants' Knowledge from GDI Engine NHTSA Complaints

159. In addition to the NHTSA complaints reproduced above, Defendants had knowledge of the Defect through complaints submitted from owners and lessees of Hyundai and Kia vehicles equipped with the GDI versions of the Theta II engines, which suffer from a similar defect, as described above.

160. A small sampling of complaints on the NHTSA website regarding the Defendants' vehicles equipped with the GDI version of the Theta II engine are included below:[12]

**NHTSA ID Number**: 10519827
**Vehicle**: 2013 Kia Optima
**Date Complaint Filed**: 06/14/2013
**Date of Incident**: 06/12/2013
**Component(s)**: ENGINE
**SUMMARY:**
DRIVING ON A CITY ROAD DURING NORMAL TRAFFIC (4:30PM EST) MY VEHICLE BEGAN TO MAKE LARGE RATTLING NOISE FROM THE ENGINE COMPARTMENT. AT FIRST I THOUGHT I HAD PICKED UP SOMTHING ON THE ROAD, BUT AS I ACCELERATED/DECCELERATED THE NOISE BECAME LOUDER/SOFTER. I IMMEDIATLEY CONTACTED MY KIA DEALERSHIP. AFTER SPEAKING TO THE SERVICE MANAGER HE TOLD ME TO BRING THE VEHICLE IN NEXT WEEK SINCE THAT WOULD BE THE SOONEST IT COULD BE LOOKED AT. I INFORMED HIM THAT I DID'NT THINK I COULD EVEN MAKE IT HOME LET ALONE WAIT A WEEK TO BRING THE VEHICLE IN. HE STATED I COULD DROP IT OFF, BUT IT WOULD NOT BE LOOKED AT UNTIL NEXT WEEK. EITHER WAY, WITHIN 10 MIUTES OF DRIVING A LARGE BANGING NOISE WENT OFF UNDER THE HOOD, ENGINE OIL SPRAYED THROUGHT THE ENGINE COMPARTMENT AND I HAD COMPLETE LOSS OF POWER. KIA ROADSIDE ASSISTANCE TOWED THE VEHICLE TO THE DEALERSHIP WHERE THEY HAVE INFORMED ME THAT THE ENGINE NEEDS TO BE REPLACED. THE VEHICLE IS LESS THAN 2 WEEKS OLD AND HAD 600

---

[12] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

MILES WHEN THIS OCCURED. I INFORMED THE DEALERSHIP I WOULD
NOT WANT A VEHICLE WITH A REPLACED ENGINE AND THEY HAVE
INFORMED ME THAT IS MY ONLY OPTION. I WILL NOT BE PURCHASING
FROM KIA AGAIN AS THERE WAS NO SUPPORT FROM THEIR
CORPORATE CUSTOMER SERVICE EITHER. *TR

**NHTSA ID Number**: 10537110
**Vehicle**: 2013 Hyundai Santa Fe
**Date Complaint Filed**: 08/25/2013
**Component(s)**: ENGINE
**Date of Incident**: 08/21/2013
**Manufacturer**: Hyundai Motor America
**SUMMARY:**
I WAS AT A LIGHT, AS I LET GO OF THE BRAKE, I HEARD A LOUD
CLANKING SOUND AND THE FRONT OF THE CAR SHOOK AND THE CAR
IMMEDIATELY DIED. I TRIED TO RESTART, MADE THE SAME SOUND
AND DIED. CALLED ROADSIDE AND HAD VEHICLE TOWED TO
DEALERSHIP AFTER AN HOUR AND A HALF BEING STUCK AT A
LIGHT/INTERSECTION. I WAS TOLD THE NEXT DAY THAT MY CAR
SUFFERED A "CATASTROPHIC ENGINE FAILURE". NO CODES CAME UP.
THEY DROPPED THE PAN AND SAID METAL PIECES FELL OUT! I WAS
LIVID! I'VE ONLY HAD THE CAR LESS THAN A MONTH, ONLY ABOUT
1500 MILES AND THE ENGINE WENT OUT! THANK GOD, I JUST DROPPED
THE KIDS OFF TO SCHOOL AND THE ROAD WASN'T SO BUSY AS TO
CAUSE AN ACCIDENT. I HAD NO WARNINGS FROM STARTING THE CAR,
NO MESSAGES FROM BLUE LINK. SERVICE MANAGER AT DEALERSHIP
STATES I WOULD NOT HAVE RECEIVED ANY WARNING, BECAUSE IT
HAPPENED QUICK WHICH IS WHY IT IS LABELED AS "CATASTROPHIC
FAILURE". WHAT IF THIS HAPPENED WITH MY KIDS IN THE CAR, ON
THE FREEWAY, OR TRAVELING? SO A REPLACEMENT ENGINE IS BEING
ORDERED FROM SOUTHERN CALIFORNIA. I DON'T TRUST IT. I
REPORTED IT TO CORPORATE, WHICH SENT TO REGIONAL OFFICE.
AND I AM AWAITING A RESPONSE. I ORIGINALLY REQUESTED A
REPLACEMENT VEHICLE BUT AFTER READING THE COMPLAINTS ON
NHTSA, I WANT MY MONEY BACK. I DON'T TRUST THIS CAR
ANYMORE, I DON'T FEEL SAFE AND I DON'T WANT THE THOUGHT IN
THE BACK OF MY MIND THAT THERE COULD BE A CHANCE OF
SOMETHING ELSE HAPPENING! MY HUSBAND IS DEPLOYED RIGHT
NOW, AND WHAT I DESERVE IS SOME PEACE OF MIND AND NOT PUT
MYSELF OR MY CHILDREN AT JEOPARDY OF A POSSIBLE REPEAT
ENGINE FAILURE, CRACKED FRONT AXLE, ISSUES WITH

207

ACCELERATION OR WHATEVER ELSE THAT CAN OCCUR THAT I'VE
READ ON THIS SITE. THIS IS A DEFINITE SAFETY ISSUE AND SHOULD
NOT HAVE TO WAIT FOR MORE COMPLAINTS TO DO SOMETHING
ABOUT IT! PLEASE HELP ME RESOLVE THIS WITH GETTING MY MONEY
BACK! A BRAND NEW CAR SHOULD NOT HAVE SUFFERED A
CATASTROPHIC ENGINE FAILURE! *TR

**NHTSA ID Number**: 10778079
**Vehicle**: 2011 Kia Optima
**Date Complaint Filed**: 08/24/2015
**Date of Incident**: 08/24/2013
**Component(s)**: ENGINE
**SUMMARY:**
DRIVING DOWN EXPRESS WHEN ENGINE STARTED TO LOOSE OIL.
PULLED OVER ON SHOULDER, NOTICE A CLICKING NOISE AND
SMELLED BURNING OIL. DEALER FOUND HOLE IN SIDE OF ENGINE
BLOCK. STATED NEEDS NEW ENGINE AND QUOTED AND ESTIMATED
PRICE OF $5,875.64 FOR A USED ENGINE WITH 46,000 MILES INSTALLED.
HAD CAR REPAIRED AT ANOTHER PLACE FOR $5477.06 WITH 41,000
MILES. THIS SHOP SAID THE ENGINE HAD A ROD KNOCK THEN
LOCKED UP. NEEDS THE ENGINE REPLACED. THIS IS THE SAME 2.4
LITER ENGINE THAT IS BEING RECALLED FOR THE HYUNDAI
SONATAS.


**NHTSA ID Number**: 10650011
**Date Complaint Filed**: 10/26/2014
**Component(s)**: ENGINE
**Date of Incident**: 10/01/2014
**Manufacturer**: Hyundai Motor America
**SUMMARY:**
10/1/2014 @ 7:30PM EST - WHILE DRIVING HOME, WAS AT A RED LIGHT
WHEN THE CAR STALLED OUT. THEN A LOUD KNOCKING SOUND
HAPPENED. *NO ENGINE LIGHT WAS ON* IT IS VERY UNSAFE FOR THE
ENGINE TO STALL OR JUST RANDOMLY SHUTOFF WHILE IN TRAFFIC.
THERE WERE NO SIGNS OR WARNINGS, THE VEHICLE JUST STALLED.
VEHICLE WAS NOT SAFE TO OPERATE. I HAD THE VEHICLE TOWED TO
NORTHTOWNE HYUNDAI DEALER ON SHERIDAN DRIVE, BUFFALO
NY.10/3/2014 @ 2:47PM EST - NORTHTOWNE HYUNDAI DEALER CALLED
ME SAID THAT I NEED TO REPLACE MY ENGINE BECAUSE THE PISTON
POPPED. I SAID WELL, MY CAR IS WELL WITHIN THE WARRANTY, ISN'T

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

208

THIS COVERED? NORTHTOWNE HYUNDAI DEALER SAID THAT WE CAN'T SUBMIT YOUR WARRANTY CLAIM WITH OUT RECEIPTS OF YOUR MAINTENANCE FROM 5K MILES TO PRESENT. 10/3 - 10/13/2014 - CONTACTED OUR 3 LOCAL PLACES WE LIKE TO SEND OUR VEHICLES TO FOR COPIES OF OUR RECEIPTS. WITH NO PROBLEM WE WERE ABLE TO OBTAIN COPIES OF OUR LAST 7 OIL CHANGES AND GENERAL MAINTENANCE RECEIPTS. 10/14/2014 @ 2:00PM EST - MY HUSBAND GAVE NORTHTOWNE HYUNDAI DEALER OUR RECEIPTS AND HE STATED THAT HE WILL SUBMIT OUR CLAIM TO HYUNDAI. 10/24/2014 @ 8:59AM EST - "REGIONAL" / "CORPORATE" CALLED ME AND STATED "THE DISTRICT MANAGER WHO WOULD HAVE AUTHORIZED THE REPAIR, HAD THE DEALERSHIP PARTIALLY DISASSEMBLE THE ENGINE; TAKE OFF THE COVER FOR INSPECTION, AND THERE'S A CONDITION OF SLUDGE WHICH IS INDICATIVE OF EITHER THE MAINTENANCE INTERVALS NOT BEING FOLLOWED; OIL CHANGE

**NHTSA ID Number**: 10984694
**Vehicle**: 2015 Kia Optima
**Date Complaint Filed**: 05/10/2017
**Date of Incident**: 04/28/2017
**Component(s)**: ENGINE
**SUMMARY:**
ENGINE LOCKED UP DURRING ACCELERATION TO 40 MPH WHY MERGING INTO TRAFFIC FOUND OUT ENGINE HAS A BENT ROD. OIL AND COOLENT WHERE SUFFICINT BUT KIA WILL NOT FIX OR REPLACE. COULD OF CAUSED MY WIFE TO CRASH OR BE HIT BY TRAFFIC

**NHTSA ID Number**: 10678152
**Vehicle**: 2011 Hyundai Sonata
**Date Complaint Filed**: 1/21/2015
**Component(s)**: ENGINE
**Date of Incident**: 01/19/2015
**Manufacturer**: Hyundai Motor America
**SUMMARY:**
I WAS DRIVING DOWN THE HIGHWAY, THE ENGINE STARTED MAKING A KNOCKING NOISE. NO LESS THAN 30 SECONDS LATER DID THE CAR'S ENGINE MAKE A LARGE BAG NOISE AND I RAN OVER WHAT FELT LIKE PARTS. I COASTED A WHILE DOWN THE ROAD AND FINALLY PULLED THE CAR OVER TO THE SIDE OF THE ROAD. UPON OPENING THE HOOD I DISCOVERED OIL ALL OVER THE INTAKE AND EXHAUST MANIFOLDS

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

AS WELL AS THE RADIATOR. I CALLED HYUNDAI ROADSIDE ASSISTANCE AND HAD THE CAR TOWED TO FAULKNER HYUNDAI IN HARRISBURG PA ON 1/19/14. THEY PROVIDED A SERVICE LOANER AND SAID THEY WOULD GET BACK TO ME WITH AN UPDATE ON THE CAR. I WAITED UNTIL WEDNESDAY THE 21ST BEFORE CALLING THEM, ONLY TO FIND OUT THAT THE ENGINE HAD SEIZED AND THEY HAD ALREADY TAKEN PICTURES OF THE DAMAGE AND SENT THEM TO THE HYUNDAI PEOPLE TO SEEK WARRANTEE COVERAGE. THEY ALSO ASKED ME FOR MAINTENANCE RECORDS ON THE CAR. I CHANGE THE OIL MYSELF AND ALWAYS PUT IN FULL SYNTHETIC, SO THEY HAD ME SUBMIT RECEIPTS FROM THE AUTO PARTS STORE PROVING I BOUGHT OIL AND FILTERS OR THE SONATA. I AM NOW AWAITING RESOLUTION FROM HYUNDAI. WILL UPDATE ONCE I HAVE AN ANSWER FROM HYUNDAI. THIS IS A PRETTY SERIOUS SAFETY CONCERN, THE ENGINE LET GO AT 60+MPH WITHOUT WARNING, WHEN IT LET GO IT BLEW OIL ALL OVER THE ENGINE COMPARTMENT AND I'M SURE ON THE ROAD AS WELL. LUCKY I WAS DRIVING EARLY IN THE MORNING AND THEIR WAS VERY LITTLE TRAFFIC.

**NHTSA ID Number**: 10670454
**Vehicle**: 2011 Hyundai Sonata
**Date Complaint Filed**: 1/06/2015
**Component(s)**: ENGINE
**Date of Incident**: 01/06/2015
**Manufacturer**: Hyundai Motor America
**SUMMARY:**
I WAS TRAVELING DOWN A HIGHWAY WHEN MY ENGINE STARTED TO MAKE A KNOCKING SOUND. THE CHECK ENGINE LIGHT CAME ON, AND WITHIN 10 SECONDS MY CAR STOPPED RUNNING. I WAS STILL MOVING WHEN THIS HAPPENED. I WAS FORTUNATE TO BE ABLE TO COAST TO A CLOSE BY SIDE ROAD. I AM GRAVELY CONCERNED THAT THIS COULD HAVE HAPPENED ON THE INTERSTATE AT HIGHER SPEEDS, AND THE POTENTIAL CONSEQUENCES OF SUCH. I HAD THE CAR TOWED TO A DEALER, AND THEY TELL ME THE ENGINE IS SHOT. I CONTACTED HYUNDAI CUSTOMER CARE, AND THEIR RESPONSE WAS "WHAT DO YOU WANT ME TO DO ABOUT IT." AFTER MORE RESEARCH, I HAVE FOUND NUMEROUS OTHER INSTANCES OF THIS ENGINE FAILURE. IF THIS IS AN ONGOING PROBLEM, I FEEL HYUNDAI SHOULD DO SOMETHING BEFORE SOMEONE GETS KILLED WHEN THIS HAPPENS. PLEASE NOTE I AM THE SECOND OWNER OF THIS CAR. THE MILEAGE AT JUST OVER 85,000 IS MAINLY HIGHWAY MILES, AND THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                      Case No.

CAR IS SERVICED REGULARLY.

### E. DEFENDANTS' WARRANTY-RELATED PRACTICES

#### 1. HMA

161. HMA issued two relevant warranties with each Hyundai Class Vehicle: a "New Vehicle Limited Warranty," and a "Powertrain Warranty." Under the basic New Vehicle Limited Warranty, HMA agreed to repair defects reported within the earlier of 5 years or 60,000 miles

162. Under the Powertrain Warranty, HMA agreed to repair defects affecting various powertrain components through 10 years and 100,000 miles. According to the Warranty and Consumer Information Manual, Powertrain Coverage Components include:

> **ENGINE**
> Cylinder block/head and all internal parts, manifolds, timing gears, timing chain, timing cover, gaskets and seals, oil pump, water pump, fly-wheel, oil pan assembly, and rocker cover and engine mounts.
>
> **TRANSMISSION/TRANSAXLE**
> Case and all internal parts, axle shafts (front/rear), constant velocity joints, front/rear hub bearings, propeller shafts, seals and gaskets, torque converter and converter housing and clutch cover and housing, transfer case for Santa Fe, Tucson and Veracruz 4WD and rear differential for Santa Fe, Tucson, Veracruz 4WD and Genesis.

163. HMA instructs vehicle owners and lessees to bring their vehicles to a Hyundai dealership for the warranty repairs. Many owners and lessees have presented Hyundai Class Vehicles to Hyundai dealerships with complaints related to the engine Defect.

164. HMA has evaded its warranty obligations by failing to tell consumers that their vehicles are defective and by representing that the cause of the Defect is

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

the owner's failure to properly maintain the engine oil and/or engine oil level. This representation, however, is false as the engine is inherently defective.

165.   In addition, Hyundai has also evaded its warranty obligations by requiring consumers to produce the entire maintenance history of the Hyundai Class Vehicles, including a mandate that all oil changes be completed at a Hyundai dealership, before determining whether to make the necessary repairs under warranty. Hyundai, however, knows that the Defect in the Hyundai Class Vehicles' engines manifests even if the owner or lessee has followed Hyundai's oil change guidelines. Even if consumers produce their vehicles' maintenance history, Hyundai blames the Defect and engine failure on the consumer, refuses to cover the necessary repairs under warranty, and charges as much as $10,000 to repair the engine.

166.   Hyundai also advertises that it offers "America's Best Warranty." With respect to the powertrain warranty, however, Hyundai publicizes the existence of 10 year/100,000-mile powertrain warranty but fails to mention that subsequent owners only receive powertrain warranty coverage for 5 years/60,000 miles. As such, subsequent owners are left to discover the limited warranty coverage after purchasing their vehicle. Hyundai's failure to cover repairs under the powertrain warranty between 5 years/60,000 miles and 10 years/100,000 miles is therefore

CLASS ACTION COMPLAINT                                                    Case No.

unconscionable and the warranty limitation is unenforceable. A typical Hyundai advertisement touting "America's Best Warranty" is pictured below:



167.   In many instances, consumers have incurred and will continue to incur expenses for the diagnosis of the Defect, despite such Defect having been contained in the Hyundai Class Vehicles when manufactured by Defendants, the repair and replacement of the MPI Engines, and the unnecessary and premature replacement of the connecting rods, crank shaft, oil pump, and other engine components.

168.   Furthermore, a number of Class Members who presented their Hyundai Class Vehicles to Hyundai dealerships because of issues related to the defective connecting rod bearings were denied warranty repairs and, instead, were informed that nothing was wrong with their vehicles. As a result, after expiration of the warranty period, Class Members are forced to pay costly repairs to correct the Defect.

**2.   KMA**

169.   KMA issued two relevant warranties with each Kia Class Vehicle: a "New Vehicle Limited Warranty," and a "Powertrain Warranty."

170.   Under the basic New Vehicle Limited Warranty, KMA agreed to repair defects reported within the earlier of 5 years or 60,000 miles.

213

171.   Under the Powertrain Warranty, KMA agreed to repair defects affecting various powertrain components through 10 years and 100,000 miles. According to the Warranty and Consumer Information Manual, Powertrain Coverage Components include:

> **In the Engine:** Cylinder block, cylinder head and all internal parts, timing gear, seals and gaskets, valve cover, flywheel, oil pump, water pump and turbo charger.

> **In the Transaxle:** Transmission case and all internal parts, torque converter, drive shafts, universal joints, front hubs, bearings, seals and gaskets.

> **In the Transmission**: Transmission case, transfer case, torque converter and all internal parts, seals, and gaskets.[13]

172.   KMA instructs vehicle owners and lessees to bring their vehicles to a Kia dealership for the warranty repairs. Many owners and lessees have presented Kia Class Vehicles to Kia dealerships with complaints related to the engine Defect.

173.   KMA has evaded its warranty obligations by failing to tell consumers that their vehicles are defective and by representing that the cause of the Defect is the owner's failure to properly maintain the engine oil and/or engine oil level. This representation, however, is false as the engine is inherently defective and will inevitably fail.

174.   In addition, KMA has also evaded its warranty obligations by requiring consumers to produce the entire maintenance history of the Kia Class Vehicles, including a mandate that all oil changes be completed at a Kia dealership, before determining whether to make the necessary repairs under warranty. KMA, however, knows that the Defect in the Kia Class Vehicles' engines manifests even if the

---

[13] *See, e.g.*, https://www.kia.com/us/content/dam/kia/us/en/images/warranty/manual/general-warranty-and-consumer-info/2012_warranty.pdf (last visited Feb. 2, 2021).

214

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

owner or lessee has followed Kia's oil change guidelines. Even if consumers produce their vehicles' maintenance history, KMA blames the Defect and engine failure on the consumer, refuses to cover the necessary repairs under warranty, and charges as much as $10,000 to repair/replace the engine.

175.   Kia also advertises that it offers "an industry-leading Kia 10-year or 100,000-mile warranty program." With respect to the powertrain warranty, however, Kia publicizes the existence of 10 year/100,000-mile powertrain warranty but fails to mention that subsequent owners only receive powertrain warranty coverage for 5 years/60,000 miles. As such, subsequent owners are left to discover the limited warranty coverage after purchasing their vehicle. Kia's failure to cover repairs under the powertrain warranty between 5 years/60,000 miles and 10 years/100,000 miles is therefore unconscionable and the warranty reduction should be unenforceable. A typical Kia advertisement touting its warranty is pictured below:



176.   In many instances, consumers have incurred and will continue to incur expenses for the diagnosis of the Defect (despite such defect having been contained in the Kia Class Vehicles when manufactured by Defendants), the repair and replacement of the MPI Engines, and the unnecessary and premature replacement of the connecting rods, crankshaft, oil pump, and other engine components.

215

177.   Furthermore, a number of Class Members who presented their Kia Class Vehicles to Kia dealerships because of issues related to the defective connecting rod bearings and insufficient engine oil lubrication channels were denied warranty repairs and, instead, were informed that nothing was wrong with their vehicles. As a result, after expiration of the warranty period, Class Members are forced to pay costly repairs to correct the Defect.

## VIII.  CLASS ALLEGATIONS

178.   Plaintiffs bring this action on their own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2), and/or 23(b)(3).

**Nationwide Class:** All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

179.   In the alternative to the Nationwide Class, and pursuant to Federal Rule of Civil Procedure 23(c)(5), Plaintiffs seek to represent the following state classes only in the event that the Court declines to certify the Nationwide Class above. Specifically, the state classes consist of the following:

**Alabama:**
All persons or entities in Alabama who are current or former owners and/or lessees of a Class Vehicle.

**California Class:**
All persons or entities in California who are current or former owners and/or lessees of a Class Vehicle for primarily personal, family or household purposes, as defined by California Civil Code § 1791(a).

**Florida:**
All persons or entities in Florida who are current or former owners and/or lessees of a Class Vehicle.

**Georgia:**

216

1   All persons or entities in Georgia who are current or former
2   owners and/or lessees of a Class Vehicle.

3   **<u>Pennsylvania:</u>**
4   All persons or entities in Pennsylvania who are current or former
    owners and/or lessees of a Class Vehicle.

5

6   180.   Together, the Pennsylvania Class, Alabama Class, California Class, the
7   Florida Class, the Georgia Class, and the Nationwide Class shall be collectively
8   referred to herein as the "Class." Excluded from the Class are HMA, HMC, KMA,
9   KMC, their affiliates, employees, officers, and directors, persons or entities that
10  purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Also
11  excluded from the Class are new and used motor vehicle dealerships engaged in the
12  business of buying, selling or dealing in motor vehicles.  Plaintiffs reserve the right
13  to modify, change, or expand the Class definitions based on discovery and further
14  investigation.

15  181.   <u>Numerosity</u>: The Class is so numerous that joinder of all members is
16  impracticable. While the exact number and identities of individual members of the
17  Class are unknown at this time, such information being in the sole possession of
18  Defendants and obtainable by Plaintiffs only through the discovery process,
19  Plaintiffs believe, and on that basis allege, that thousands of Class Vehicles have
20  been sold and leased in each of the states that are the subject of the Class.

21  182.   <u>Existence and Predominance of Common Questions of Fact and Law:</u>
22  Common questions of law and fact exist as to all members of the Class. These
23  questions predominate over the questions affecting individual Class Members.
24  These common legal and factual questions include, but are not limited to, whether:

25      a.  The Class Vehicles were sold with a Defect;
26      b.  Defendants knew of the Defect but failed to disclose the problem
27          and its consequences to their customers;

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

c.  A reasonable consumer would consider the Defect or its
consequences to be material;

d.  Defendants have failed to provide free repairs as required by
their New Vehicle Limited Warranty and/or Powertrain
Warranty;

e.  The Defect is a safety defect;

f.  Defendants should be required to disclose the existence of the
Defect; and

g.  Defendants' conduct violates the California Legal Remedies Act,
California Unfair Competition Law, and the other statutes
asserted herein.

183.  <u>Typicality</u>: All of Plaintiffs' claims are typical of the claims of the
Class because Plaintiffs purchased Class Vehicles with the same engine defect, and
defective engine, as did each member of the Class. Furthermore, Plaintiffs and all
Members of the Class sustained monetary and economic injuries including, but not
limited to, ascertainable losses arising out of Defendants' wrongful conduct.
Plaintiffs are advancing the same claims and legal theories on behalf of themselves
and all absent Class Members.

184.  <u>Adequacy</u>: Plaintiffs are adequate representatives because their
interests do not conflict with the interests of the Class that they seek to represent,
they have retained counsel competent and highly experienced in complex class
action litigation, and they intend to prosecute this action vigorously. The interests of
the Class will be fairly and adequately protected by Plaintiffs and their counsel.

185.  <u>Superiority</u>: A class action is superior to all other available means of
fair and efficient adjudication of the claims of Plaintiffs and Members of the Class.
The injury suffered by each individual Class member is relatively small in
comparison to the burden and expense of individual prosecution of the complex and
extensive litigation necessitated by Defendants' conduct. It would be virtually

218

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

impossible for Members of the Class individually to redress effectively the wrongs done to them. Even if the Members of the Class could afford such individual litigation, the court system could not. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties, and to the court system, presented by the complex legal and factual issues of the case. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, members of the Class can be readily identified and notified based on, *inter alia*, Defendants' vehicle identification numbers, warranty claims, registration records, and database of complaints.

186.   Defendants have acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

187.   Members of the Class can be identified using objective criteria and notice can be provided using the records of Defendants and their agents.

## IX.   <u>FIRST CAUSE OF ACTION</u>
## <u>VIOLATIONS OF CALIFORNIA'S CONSUMER LEGAL REMEDIES ACT</u>
## <u>("CLRA") (Cal. Civ. Code § 1750, *et seq.*)</u>

### (Brought By All Plaintiffs On Behalf of the Nationwide Class)

188.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

189.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class.

190.   Defendants are persons as that term is defined in California Civil Code § 1761(c).

191.   Plaintiffs and the Class Members are "consumers" as that term is defined in California Civil Code §1761(d).

219

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

192.   Defendants engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class Members that the Class Vehicles suffer from the Defect (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

(a)(2) Misrepresenting the source, sponsorship, approval or certification of goods or services;

(a)(5) Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

(a)(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

(a)(9) Advertising goods and services with the intent not to sell them as advertised.

193.   Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

194.   Defendants knew that the Class Vehicles and MPI Engines were defectively manufactured, would fail prematurely, and were not suitable for their intended use.

195.   Defendants were under a duty to Plaintiffs and the Class Members to disclose the defective nature of the Class Vehicles and the defective nature of the connecting rod bearings and risk of engine block puncture because:

a. Defendants were in a superior position to know the true state of facts about the safety-related Defect and associated repair costs in the Class Vehicles and their engines;

b. Plaintiffs and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and their engines

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

220

had the dangerous safety-related Defect until manifestation of the Defect;

c.  Defendants knew that Plaintiffs and the Class Members could not reasonably have been expected to learn or discover the safety-related Defect and the associated repair costs that it causes until the manifestation of the Defect; and

d.  Defendants actively concealed the safety-related Defect and the associated repair costs by asserting to Plaintiffs and Class Members that the cause of their engine problems was the result of Plaintiffs' and the Class Members' inability to maintain the proper engine oil levels despite knowing the repairs needed to correct the Defect.

196.  In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty to disclose.

197.  The facts concealed or not disclosed by Defendants to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles and their engines, they would not have purchased the Class Vehicles or would have paid less for them.

198.  On or about February 17, 2021 Plaintiffs provided Defendants with notice of their violations of the CLRA pursuant to California Civil Code § 1782(a) concerning the defective nature of the Class Vehicles and their engines.

199.  At this stage Plaintiffs request only injunctive relief under the CLRA. Should Defendants fail to timely satisfy Plaintiffs' demand, Plaintiffs will amend their complaint to seek monetary damages under the CLRA.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

200.    Plaintiffs' and the other Class Members' injuries were proximately caused by Defendants' fraudulent and deceptive business practices. Plaintiffs and the other Class Members seek injunctive relief under the CLRA.

## X.    SECOND CAUSE OF ACTION

## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
### (Cal. Bus. & Prof. Code § 17200)

**(Brought by All Plaintiffs On Behalf of the Nationwide Class)**

201.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

202.    Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class.

203.    The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

204.    Defendants have engaged in unfair competition and unfair, unlawful or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiffs and the Class Members that the Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Defendants should have disclosed this information because they were in a superior position to know the true facts related to the Defect, and Plaintiffs and Class Members could not reasonably be expected to learn or discover the true facts related to the Defect.

205.    The defective connecting rod bearings and risk of engine block puncture constitute a safety issue that triggered Defendants' duty to disclose the safety issue to consumers.

206.    These acts and practices have deceived Plaintiffs and are likely to deceive the public. In failing to disclose the Defect and suppressing other material

---

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

facts from Plaintiffs and the Class Members, Defendants breached their duties to disclose these facts, violated the UCL, and caused injuries to Plaintiffs and the Class Members. The omissions and acts of concealment by Defendants pertained to information that was material to Plaintiffs and the Class Members, as it would have been to all reasonable consumers.

207.  The injuries suffered by Plaintiffs and the Class Members are greatly outweighed by any potential countervailing benefit to consumers or to competition, nor are they injuries that Plaintiffs and the Class Members should have reasonably avoided.

208.  Defendants' acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 *et seq.*, and California Commercial Code § 2313.

209.  Plaintiffs and the other Class Members have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices.

210.  Plaintiffs seek to enjoin further unlawful, unfair and/or fraudulent acts or practices by Defendants, to obtain restitutionary disgorgement of all monies and revenues generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

## XI.   <u>THIRD CAUSE OF ACTION</u>
## <u>VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW</u>
### <u>(Cal. Bus. & Prof. Code § 17500, *et seq.*)</u>

**(Brought By All Plaintiffs On Behalf of the Nationwide Class)**

211.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

212.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class.

CLASS ACTION COMPLAINT                                                           Case No.

213.   California Business & Professions Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading."

214.   Defendants caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care should have been known to Defendants, to be untrue and misleading to consumers, including Plaintiffs and the other Class Members.

215.   Defendants have violated section 17500 because the misrepresentations and omissions regarding the safety, reliability, and functionality of their Class Vehicles as set forth in this Complaint were material, untrue and misleading and likely to deceive a reasonable consumer.

216.   In purchasing or leasing their Class Vehicles, Plaintiffs and the other Class Members relied on the misrepresentations and/or omissions of Defendants with respect to the safety and reliability of the Class Vehicles. Defendants' representations were untrue and misleading because the Class Vehicles are distributed with defective connecting rod bearings and insufficient engine oil lubrication channels. Had Plaintiffs and the other Class Members known this, they would not have purchased or leased their Class Vehicles and/or paid as much for them. Accordingly, Plaintiffs and the other Class Members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

CLASS ACTION COMPLAINT

Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

217. All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Defendants' businesses. Defendants' wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

218. Plaintiffs, individually and on behalf of the other Class Members, request that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their untrue and misleading practices and to restore to Plaintiffs and the other Class Members any money Defendants acquired by untrue or misleading advertising or omissions, including restitution and/or restitutionary disgorgement, and for such other relief set forth below.

## XII. **FOURTH CAUSE OF ACTION**
## **VIOLATION OF THE SONG-BEVERLY ACT**
## **BREACH OF IMPLIED WARRANTY**
## **(Cal. Civ. Code §§ 1792, 1791.1, *et seq.*)**

**(Brought By All Plaintiffs On Behalf of the Nationwide Class)**

219. Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

220. Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class.

221. At all relevant times hereto, Defendants were the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Defendants knew or should have known of the specific use for which the Class Vehicles were purchased.

222. Defendants provided Plaintiffs and the Class Members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. The Class Vehicles, however, are not fit for their ordinary purpose because, *inter alia*, the Class Vehicles and their engines suffered from an inherent defect at the time of sale that causes the Class Vehicles to experience premature and catastrophic engine failure.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

223.   The Class Vehicles are not fit for the purpose of providing safe and reliable transportation because of the Defect.

224.   Defendants impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, *inter alia*, the following: (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by Defendants were safe and reliable for providing transportation and would not prematurely and catastrophically fail; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use (providing safe and reliable transportation) while the Class Vehicles were being operated.

225.   Contrary to the applicable implied warranties, the Class Vehicles and their engines at the time of sale and thereafter were not fit for their ordinary and intended purpose. Instead, the Class Vehicles are defective, including, but not limited to, the engine Defect and/or manufacture of the MPI Engines.

226.   Defendants' actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

# XIII.  FIFTH CAUSE OF ACTION
## VIOLATIONS OF PENNSYLVANIA'S UNFAIR TRADE PRACTICES ACT
### (Brought By Plaintiff Roos On Behalf of the Pennsylvania Class)

227.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

228.   Plaintiff Roos brings this claim on behalf of herself and on behalf of the Pennsylvania Class Members against Defendants.

229.   Plaintiff Ross is a natural person who purchased a Class Vehicle for personal, family or household purposes.

230.   The Pennsylvania Unfair Trade Practices and Consumer Protection Law ("PUTPCPL") prohibits "[u]nfair methods of competition and unfair or

226

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1    deceptive acts or practices in the conduct of any trade or commerce" as set forth in

2    the statute. 73 Pa. Stat. § 201-3.

3        231.   Defendants engaged in unfair and deceptive acts in the conduct of trade

4    or commerce in violation of the PUTPCPL by the practices described above, and by

5    knowingly and intentionally concealing from Plaintiffs and Class members that the

6    Class Vehicles suffer from a Defect (and the costs, risks, and diminished value of

7    the vehicles as a result of this problem).  These acts and practices violate, at a

8    minimum, the following sections of PUTPCPL section 201-2:

9            (4)(ii) Misrepresenting the source, sponsorship, approval
             or certification of goods or services;
10

11           (4)(v) Representing that goods or services have
             sponsorship, approval, characteristics, ingredients, uses,
12           benefits or quantities that they do not have or that a person
             has a sponsorship, approval, status, affiliation or
13           connection that he does not have;
14

15           (4)(vii) Representing that goods or services are of a
             particular standard, quality or grade, or that goods are of a
16           particular style or model, if they are of another;
17

18           (4)(ix) Advertising goods and services with intent not to
             sell them as advertised; and
19

20           (4)(xxi) Engaging in any other fraudulent or deceptive
             conduct which creates a likelihood of confusion or of
21           misunderstanding.

22       232.   Defendants knew that their Class Vehicles suffered from the Defect,

23   would fail prematurely, and were not suitable for their intended use.

24       233.   Defendants were under a duty to Plaintiff Roos and the Class Members

25   to disclose the defective nature of the Class Vehicles because:

26           a.  Defendants were in a superior position to know the true state of

27               facts about the Defect in the Class Vehicles;

28

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

227

b. Plaintiff Roos and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles were defective and not in accordance with Defendants' advertisements and representations;

c. The Defect is a safety related Defect; and

d. Defendants knew that Plaintiff Roos and the Class Members could not reasonably have been expected to learn or discover the Defect in the Class Vehicles.

234. In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Defendants have knowingly and intentionally concealed material facts and breached their duty not to do so.

235. The facts concealed or not disclosed by Defendants to Plaintiff Roos and the Pennsylvania Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs associated therewith.

236. Unfair or deceptive acts and practices as defined by the PUTPCPL also include "[f]ailing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to or after a contract for the purchase of goods or services is made." 73 Pa. Stat. § 201-2(4)(xiv). Defendants violated the PUTPCPL by refusing to repair Plaintiffs' Class Vehicles and at no cost to pursuant to the terms of the New Vehicle Limited Warranty and/or Powertrain Warranty applicable to all Class Vehicles.

237. Defendants' failure to honor their warranty terms proximately caused injuries to Plaintiffs and other Class members. Had Defendants honored their

CLASS ACTION COMPLAINT                                                    Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

warranty, Plaintiffs and other Class members would not have incurred substantial repair costs.

238.   Pursuant to 73 Pennsylvania Statutes section 201-9.2, Plaintiffs request that the Court grant treble damages.

## XIV.  SIXTH CAUSE OF ACTION
## VIOLATIONS OF ARIZONA'S CONSUMER FRAUD ACT
### (Az. Rev. Stat. § 44-1522, *et seq.*)

**(Brought By Plaintiff Palmer On Behalf of the Arizona Class)**

239.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

240.   Plaintiff Palmer brings this claim on behalf of herself and on behalf of the Arizona Class Members against Defendants.

241.   The Arizona Consumer Fraud Act prohibits "[t]he act, use or employment by any person of any deception, deceptive or unfair act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of any material fact with intent that others rely on such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice." Az. Rev. Stat. § 44-1522(A).

242.   Defendants, by the conduct, statements, and omissions described above, made material misrepresentations and omissions regarding the nature and existence of the Defect, including that Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles arising therefrom), in connection with the sale or advertisement of the Class Vehicles by Plaintiff Palmer's and the Arizona Class.

243.   With the intent that purchasers such as Plaintiff Palmer and members of the Arizona Class rely on Defendants' omissions, Defendants failed to disclose and

229

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

in fact concealed from Plaintiff and the Arizona Class the nature and existence of the Defect.

244.   Defendants' misrepresentations and omissions regarding the Defect described above were material.

245.   Plaintiff Palmer could not have discovered the existence of the Defect, or that Defendants were responsible for the Defect, until shortly before this class action litigation was commenced.

246.   Defendants' conduct described above proximately caused harm to Plaintiff Palmer and Arizona Class. Had Plaintiff Palmer and the Arizona Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs and serious safety issues associated therewith.

## XV.   SEVENTH CAUSE OF ACTION
## VIOLATIONS OF FLORIDA'S DECEPTIVE
## AND UNFAIR TRADE PRACTICES ACT (Fla. Stat. § 501. 201, *et seq.*)
### (Brought By Plaintiff Gagas and Caro On Behalf of the Florida Class)

247.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

248.   Plaintiffs Gagas and Caro bring this claim on behalf of themselves and on behalf of the Florida Class Members against Defendants.

249.   Plaintiffs Gagas and Caro and the Florida class members are "consumers" within the meaning of Fla. Stat. § 501.203(7).

250.   At all relevant times, Defendants were engaged in trade or commerce within the meaning of Fla. Stat. § 501.203(8).

251.   The purpose of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201, *et seq.*, is to "protect the consuming public . . . from those who engage in unfair methods of competition, or unconscionable, deceptive or unfair acts or practice in the conduct of any trade or commerce." Fla. Stat. § 501.202(2).

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

252.   Florida's Deceptive and Unfair Trade Practices Act prohibits "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce." Fla. Stat. § 501.204(1).

253.   In the course of Defendants' business, they knowingly concealed, suppressed, and omitted the fact that the Class Vehicles are defective, with the intent that Plaintiffs Gagas and Caro and the Florida Class Members rely upon that concealment, suppression, and omission when purchasing the Class vehicles. The existence of the Defect, which manifests in all or substantially all Class Vehicles, is material to a reasonable consumer in that it causes the Class Vehicles to be unsafe and unusable as vehicles, leads to thousands of dollars in repair expenses, and causes the Class Vehicles to be worth substantially less than they would otherwise be valued.

254.   Defendants have engaged in unfair and deceptive trade practices, including representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; representing that the Class Vehicles are of a particular standard and quality when they are not; advertising the Class Vehicles with the intent to not sell them as advertised; and otherwise engaging in conduct likely to deceive. Further, Defendants' acts and practices described herein offend established public policy because of the harm they cause to consumers outweighs any benefit associated with such practices, and because Defendants fraudulently concealed the defective nature of the Class Vehicles from consumers.

255.   As a direct and proximate result of Defendants' unlawful conduct, Plaintiffs Gagas and Caro and the Florida Class Members have suffered harm in that they bought Class Vehicles they otherwise would not have, overpaid for their Class Vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Meanwhile, Defendants have sold more Class Vehicles than they otherwise could have and charged inflated prices for the Class Vehicles, unjustly enriching themselves thereby.

231

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

256.    Plaintiffs Gagas, Caro, and the other Class members have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices. In purchasing their Class Vehicles, Plaintiffs and the other Class members relied on the misrepresentations and/or omissions of Defendants with respect to the reliability of the Class Vehicles. Defendants' representations were untrue because the Class Vehicles were manufactured and sold with the Defect. Had Plaintiffs Gagas, Caro, and the other Florida Class members known this, they would not have purchased their Class Vehicles and/or paid as much for them. Accordingly, Plaintiffs Gagas, Caro, and the other Class members overpaid for their Class Vehicles and did not receive the benefit of their bargain.

257.    Pursuant to Fla. Stat. § 501.211, Plaintiffs Gagas and Caro and the Florida Class Members are entitled to damages, declaratory judgment, and equitable relief, including restitutionary disgorgement of all profits accruing to Defendants because of their deceptive practices and an order requiring Defendants to adequately disclose and repair the Defect.

## XVI.  EIGHTH CAUSE OF ACTION
## VIOLATION OF GEORGIA'S FAIR BUSINESS PRACTICES ACT
## (GA. CODE ANN. § 10-1-390, *et seq.*)

### (Brought by Plaintiff Martino on Behalf of the Georgia Class)

258.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

259.    Plaintiff Martino brings this claim on behalf of himself and on behalf of the Georgia Class Members against Defendants.

260.    The Georgia Fair Business Practices Act ("Georgia FBPA") declares "[u]nfair or deceptive acts or practices in the conduct of consumer transactions and consumer acts or practices in trade or commerce" to be unlawful, Ga. Code. Ann. § 10-1-393(a), including but not limited to "representing that goods or services have

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have," "[r]epresenting that goods or services are of a particular standard, quality, or grade … if they are of another," and "[a]dvertising goods or services with intent not to sell them as advertised," Ga. Code. Ann. § 10-1-393(b).

261.   Defendants engaged in unfair and deceptive acts in violation of the Georgia FBPA by engaging in the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class Members that the Class Vehicles suffer from the Defect.

262.   The facts concealed or not disclosed by Defendants to Plaintiff Martino and the Georgia Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiff and the Georgia Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs associated therewith.

263.   Defendants' conduct described above proximately caused harm to Plaintiff Martino and the Georgia Class. Had Plaintiff Martino and the Georgia Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs and serious safety issues associated therewith.

264.   More than thirty days prior to the commencement of this action, Mr. Martino on several occasions wrote to Defendants and demanded they rectify the problems with his vehicle. Defendants did not do so.

## XVII. NINTH CAUSE OF ACTION
## VIOLATION OF GEORGIA'S UNIFORM DECEPTIVE TRADE PRACTICES ACT (GA. CODE ANN. § 10-1-371(5))
### (Brought by Plaintiff Martino on Behalf of the Georgia Class)

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

265.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

266.   Plaintiff Martino brings this claim on behalf of himself and on behalf of the Georgia Class Members against Defendants.

267.   The Georgia UDTPA prohibits "deceptive trade practices," which include the "misrepresentation of standard or quality of goods or services," and "engaging in any other conduct which similarly creates a likelihood of confusion or of misunderstanding." Ga. Code. Ann. § 10-1-372(a).

268.   Defendants engaged in "deceptive trade practices" and "misrepresented the standard and quality of goods" in violation of the Georgia UDTPA by engaging in the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class Members that the Class Vehicles suffer from the Defect.

269.   The facts concealed or not disclosed by Defendants to Plaintiff Martino and the Georgia Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase Defendants' Class Vehicles or pay a lesser price. Had Plaintiff and the Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs associated therewith.

270.   Defendants' conduct described above proximately caused harm to Plaintiff Martino and the Georgia Class.

271.   Defendants should be enjoined from the deceptive practices described herein; should be ordered to recall and repair the Class Vehicles; and should ordered to make restitutionary disgorgement to Plaintiff and the Georgia Class.

## XVIII.    TENTH CAUSE OF ACTION

## BREACH OF EXPRESS WARRANTY

**(Brought By All Plaintiffs On Behalf of the Nationwide Class or, Alternatively,**

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA  93101

**the Pennsylvania, Alabama, Arizona, Florida and Georgia Classes)**

272.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

273.    Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of each of the state subclasses.

274.    Defendants provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the bargain. Accordingly, Defendants' warranties are express warranties under state law.

275.    The parts affected by the Defect, including the rotating assembly and engine block, were distributed by Defendants in the Class Vehicles and are covered by the warranties Defendants provided to all purchasers and lessors of Class Vehicles.

276.    Defendants breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

277.    Plaintiffs notified Defendants of the breach within a reasonable time, and/or were not required to do so because affording Defendants a reasonable opportunity to cure their breaches of written warranty would have been futile. Defendants also knew of the Defect and yet have chosen to conceal it and to fail to comply with their warranty obligations.

278.    As a direct and proximate cause of Defendants' breach, Plaintiffs and the other Class Members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and Class Members have also incurred and will continue to incur costs related to the diagnosis and repair

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

235

of the defective connecting rod bearings and insufficient engine oil lubrication channels.

279.  Defendants' attempt to disclaim or limit these express warranties vis-à-vis consumers are unconscionable and unenforceable under the circumstances here. Specifically, Defendants' warranty limitations is unenforceable because they knowingly sold a defective product without informing consumers about the Defect.

280.  The time limits contained in Defendants' warranty period were also unconscionable and inadequate to protect Plaintiffs and members of the Class. Among other things, Plaintiffs and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Defendants. A gross disparity in information and bargaining power existed between Defendants and the Class Members, and Defendants knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before the end of their useful lives.

281.  Plaintiffs and the Class Members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Defendants' conduct described herein.

## XIX.  ELEVENTH CAUSE OF ACTION
## BREACH OF IMPLIED WARRANTY
**(Brought By All Plaintiffs On Behalf of the Nationwide Class or, Alternatively, the Pennsylvania, Alabama, Arizona, Florida and Georgia Classes)**

282.  Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

283.  Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of each of the state subclasses.

284.  Defendants were at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Defendants knew or had reason to know of the specific use for which the Class Vehicles were purchased.

236

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

285.   An implied warranty of merchantability arose upon sale of the Class Vehicles by operation of law.  Defendants impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by Defendants were safe and reliable for providing transportation and would not experience premature and catastrophic engine failure; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use while the Class Vehicles were being operated.

286.   However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles and their engines suffered from defective connecting rod bearings and insufficient engine oil lubrication channels at the time of sale that caused the vehicles to experience premature and catastrophic engine failure. Therefore, the Class Vehicles were not fit for their particular purpose of providing safe and reliable transportation. Instead, the Class Vehicles suffer from a manufacturing defect(s).

287.   Defendants' actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

288.   As a result of this breach, Plaintiffs and the Class Members did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and Class Members have also incurred and will continue to incur costs related to the diagnosis and repair of the defective connecting rod bearings and insufficient engine oil lubrication channels.

## XX.   TWELFTH CAUSE OF ACTION
## BREACH OF WRITTEN WARRANTY UNDER THE

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

CLASS ACTION COMPLAINT                                                                   Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

# MAGNUSON-MOSS WARRANTY ACT (15 U.S.C. § 2301, *et seq.*)

## (Brought by All Plaintiffs On behalf of the Nationwide Class or, Alternatively, the Pennsylvania, Alabama, Arizona, Florida, and Georgia Classes)

289.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

290.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

291.   Plaintiffs and the Class are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

292.   Defendants are suppliers and warrantors within the meaning of 15 U.S.C. §§ 2301(4)-(5).

293.   The Class Vehicles are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

294.   Defendants' 5-year/60,000 mile Basic Warranty and 10- year/100,000 mile Powertrain Warranty are "written warranties" within the meaning of 15 U.S.C. § 2301(6).

295.   Defendants breached the express warranties by:

   a.   Providing a 5-year/60,000 miles Basic Warranty and a 10-year/100,000 miles Powertrain Warranty with the purchase or lease of the Class Vehicles, thereby warranting to repair or replace any part defective in material or workmanship at no cost to the owner or lessee;

   b.   Selling and leasing Class Vehicles with engines that were defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and

   c.   Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the engine or any of its

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

component parts in order to remedy the defective connecting rod bearings and insufficient engine oil lubrication channels.

296.   Plaintiffs and the other Class Members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

297.   Defendants' breach of the express warranties has deprived Plaintiffs and the other Class Members of the benefit of their bargain.

298.   The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum or value of $25.00. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

299.   Defendants have been afforded a reasonable opportunity to cure their breach of the written warranties and/or Plaintiffs and the other Class Members were not required to do so because affording Defendants a reasonable opportunity to cure their breach of written warranties would have been futile. Defendants were also on notice of the alleged Defect from the complaints and service requests it received from Class Members, as well as from their own warranty claims, customer complaint data, and/or parts sales data.

300.   As a direct and proximate cause of Defendants' breach of the written warranties, Plaintiffs and the other Class Members sustained damages and other losses in an amount to be determined at trial. Defendants' conduct damaged Plaintiffs and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees and/or other relief as deemed appropriate.

## XXI.  THIRTEENTH CAUSE OF ACTION
## COMMON LAW FRAUD

**(Brought By All Plaintiffs On Behalf of the Nationwide Class or, Alternatively,**

239

**the Pennsylvania, Alabama, Arizona, Florida, and Georgia Classes)**

301.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

302.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

303.   Defendants made material omissions concerning a presently existing or past fact. For example, Defendants did not fully and truthfully disclose to their customers the true nature of the inherent Defect with the MPI Engines, which was not readily discoverable until years later, often after the New Vehicle Limited Warranty or the Powertrain Warranty has expired. As a result, Plaintiffs and the other Class Members were fraudulently induced to lease and/or purchase the Class Vehicles with the Defect and all of the resultant problems.

304.   Defendants had a duty to disclose the facts about the Defect since those facts were within the sole possession of the Defendants, were material to a reasonable consumer, and related to a safety issue.

305.   These omissions were made by Defendants with knowledge of their falsity, and with the intent that Plaintiffs and the Class Members rely on them.

306.   Plaintiffs and the Class Members reasonably relied on these omissions and suffered damages as a result.

## XXII. FOURTEENTH CAUSE OF ACTION

## BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

**(Brought By All Plaintiffs On Behalf of the Nationwide Class or, Alternatively, the Pennsylvania, Alabama, Arizona, Florida and Georgia Classes)**

307.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

308.   Plaintiffs bring this claim on behalf of themselves and on behalf of the Nationwide Class or, alternatively, on behalf of the state subclasses.

240

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

309.   All contracts contain an implied covenant of good faith and fair dealing. The implied covenant of good faith and fair dealing is an independent duty and may be breached even if there is no breach of a contract's express terms.

310.   Defendants breached the covenant of good faith and fair dealing by, *inter alia*, failing to notify Plaintiffs and Class Members of the defective connecting rod bearings and insufficient engine oil lubrication channels in the Class Vehicles, and failing to fully and properly repair this Defect.

311.   Defendants acted in bad faith and/or with a malicious motive to deny Plaintiffs and the Class Members some benefit of the bargain originally intended by the parties, thereby causing them injuries in an amount to be determined at trial.

## XXIII.     **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, on behalf of themselves and members of the Class, respectfully request that this Court:

a. determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying one or more Classes as defined above;

b. appoint Plaintiffs as the representatives of the Classes and their counsel as Class counsel;

c. award all actual, general, special, incidental, statutory, punitive, and consequential damages and restitution to which Plaintiffs and the Class Members are entitled;

d. award pre-judgment and post-judgment interest on such monetary relief;

e. grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Defendants to repair, recall, and/or replace the Class vehicles and to extend the applicable warranties to a reasonable period of time, or, at a minimum, to provide Plaintiffs and Class Members with appropriate curative notice regarding the existence and cause of the engine Defect;

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

1       f.  award reasonable attorneys' fees and costs; and

2       g.  grant such further relief that this Court deems appropriate.

3  Dated: February 25, 2021        NYE, STIRLING, HALE & MILLER, LLP

4

5                   By: ___*/S/ Alison Bernal*_____
                      Alison M. Bernal, Esq.

6                      alison@nshmlaw.com
                      33 West Mission Street, Suite 201
                      Santa Barbara, CA 93101

7                      (805) 698-4242

8                      Matthew D. Schelkopf

9                      Joseph B. Kenney
                      **SAUDER SCHELKOPF**

10                    1109 Lancaster Avenue
                      Berwyn, PA 19312

11                    Telephone: (610) 200-0581
                      mds@sstriallawyers.com

12                    jbk@sstriallawyers.com

13                    Bonner Walsh (*pro hac vice*)
                      **WALSH PLLC**

14                    1561 Long Haul Road
                      Grangeville, ID 83530

15                    Telephone: (541) 359-2827
                      Facsimile: (866) 503-8206

16                    bonner@walshpllc.com

17                    Adam Gonnelli (*pro hac vice*)
                      **LAW OFFICE OF ADAM R.
                      GONNELLI, L.L.C.**

18                    7030 E. Genesee Street
                      Fayetteville, NY 13066

19                    Telephone: (917) 541-7110
                      Facsimile: (315) 446-7521

20                    adam@arglawoffice.com

21                    *Attorneys for Plaintiffs and Putative Class*

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT                             Case No.

NYE, STIRLING, HALE & MILLER
33 WEST MISSION STREET, SUITE 201
SANTA BARBARA, CALIFORNIA 93101

## XXIV.    DEMAND FOR JURY TRIAL

Plaintiffs KESHA FRANKLIN MARBURY, CHRISTINA ROOS, JAMES H. PALMER, JOHN H. CARO, ASHLEY GAGAS, and JAMES J. MARTINO, on behalf of themselves and the putative class, hereby demand a trial by jury of all claims so triable in the above-referenced matter.

Dated: February 25, 2021            NYE, STIRLING, HALE & MILLER, LLP

By:  ___*/S/ Alison Bernal*___
Alison M. Bernal, Esq.
alison@nshmlaw.com
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
(805) 698-4242

Matthew D. Schelkopf
Joseph B. Kenney
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner Walsh (*pro hac vice*)
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

Adam Gonnelli (*pro hac vice*)
**LAW OFFICE OF ADAM R. GONNELLI, L.L.C.**
7030 E. Genesee Street
Fayetteville, NY 13066
Telephone: (917) 541-7110
Facsimile: (315) 446-7521
adam@arglawoffice.com

*Attorneys for Plaintiffs and Putative Class*

CLASS ACTION COMPLAINT                                      Case No.